UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                              :
IN RE PLUG POWER, INC. SECURITIES    :   Case No. 21 Civ. 2004
LITIGATION                                    :
                                              :   CLASS ACTION
                                              :
This document relates to:                     :
                                              :   VOLUNTARY DISMISSAL
[*Laxman Tank vs. Plug Power, Inc. et al.,* 1:21-  :   WITHOUT PREJUDICE
cv-03985]                                     :
                                              :
                                              :
                                              :
———————————————————————— x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Laxman

Tank, by and through his undersigned counsel, hereby voluntarily dismisses, without prejudice,

his claims in the above-captioned action.  This voluntary dismissal is without prejudice to Mr.

Tank's ability to participate in the above-captioned action as an absent class member.  No

defendant in this action has answered or filed a motion for summary judgment, and a class has not

been certified in this action.  On July 22, 2021, the Court, *inter alia*, appointed Manfred

Schumacher as lead plaintiff in the consolidated action and appointed his choice of counsel,

Bernstein Liebhard LLP, as lead counsel.  *See* ECF No. 23.  As such, neither Mr. Tank nor his

counsel will have a representative role in the consolidated action.

 DATED:  July 29, 2021                Respectfully submitted,

                                       JOHNSON FISTEL, LLP


                                       *s/ Ralph M. Stone*
                                       RALPH M. STONE
                                       1700 Broadway, 41st Floor
                                       New York, NY  10019
                                       Telephone:  212/292-5690
                                       212/292-5680 (fax)
                                       ralphs@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
Murray House
40 Powder Springs St.
Marietta, GA 30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

Attorneys for Plaintiff

- 3 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 29, 2021, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

/s/ Ralph M. Stone
JOHNSON FISTEL, LLP
RALPH M. STONE
1700 Broadway, 41st Floor
New York, NY  10019
Telephone:  212/292-5690
212/292-5680(fax)
ralphs@johnsonfistel.com