UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ——————————————— x | |
| | : Case No. 21 Civ. 2004 |
| IN RE PLUG POWER, INC. SECURITIES LITIGATION | : |
| | : CLASS ACTION |
| | : |
| This document relates to: | : VOLUNTARY DISMISSAL |
| | : WITHOUT PREJUDICE |
| [*Laxman Tank vs. Plug Power, Inc. et al.,* 1:21-cv-03985] | : |
| | : |
| | : |
| | : |
| ——————————————— x | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Laxman

Tank, by and through his undersigned counsel, hereby voluntarily dismisses, without prejudice,

his claims in the above-captioned action.  This voluntary dismissal is without prejudice to Mr.

Tank's ability to participate in the above-captioned action as an absent class member.  No

defendant in this action has answered or filed a motion for summary judgment, and a class has not

been certified in this action.  On July 22, 2021, the Court, *inter alia*, appointed Manfred

Schumacher as lead plaintiff in the consolidated action and appointed his choice of counsel,

Bernstein Liebhard LLP, as lead counsel.  *See* ECF No. 23.  As such, neither Mr. Tank nor his

counsel will have a representative role in the consolidated action.

 DATED:  July 29, 2021

Respectfully submitted,

JOHNSON FISTEL, LLP

*s/ Ralph M. Stone*
RALPH M. STONE
1700 Broadway, 41st Floor
New York, NY  10019
Telephone:  212/292-5690
212/292-5680 (fax)
ralphs@johnsonfistel.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
Murray House
40 Powder Springs St.
Marietta, GA 30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com

Attorneys for Plaintiff

So Ordered:

_____
Edgardo Ramos, U.S.D.J
Dated: \_7/21/2021_____
New York, New York

- 2 -