**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PLUG POWER, INC. SECURITIES LITIGATION | No. 1:21-cv-2004-ER<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**(LEAVE TO FILE MOTION TO DISMISS AND ADDITIONAL PAGES GRANTED 8/3/2021 AND 11/29/2021)** |

**DECLARATION OF DEBORAH S. BIRNBACH IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION**
**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Deborah S. Birnbach, declare as follows:

1.      I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants Plug Power Inc. ("Plug Power"), Andrew Marsh, and Paul B. Middleton (collectively, "Defendants"). I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (the "AC").

2.      Attached as Exhibit A is a chart that summarizes the AC's alleged false statements of material facts.

3.      Attached as Exhibit B is a true and correct copy of excerpts of Plug Power's 2020 Form 10-K filed with the SEC on May 14, 2021, as referenced at AC ¶¶ 105-21, 162.

4.      Attached as Exhibit C is a true and correct copy of Plug Power's 2020 Form NT 10-K filed with the SEC on March 2, 2021, as referenced at AC ¶¶ 95, 155.

1

5.    Attached as Exhibit D is a true and correct copy of an excerpt of Plug Power's Form 8-K, filed with the SEC on September 24, 2020.

6.    Attached as Exhibit E is a true and correct copy of the transcript of Plug Power's 2Q 2020 Earnings Conference Call on November 9, 2020, as referenced at AC ¶¶ 53-54.

7.    Attached as Exhibit F is a true and correct copy of Plug Power's November 24, 2020 press release entitled "Plug Power Raises Approximately $1B to Accelerate the First Nation-Wide Green Hydrogen Network," as referenced at AC ¶ 64.

8.    Attached as Exhibit G is a true and correct copy of Plug Power's November 30, 2020 press release entitled "Plug Power and Gaussin Collaborate on Hydrogen-Powered Transportation Vehicles."

9.    Attached as Exhibit H is a true and correct copy of an excerpt of Plug Power's Form 8-K, filed with the SEC on January 7, 2021, containing a press release entitled "Plug Power and South Korean SK Group to Form a Strategic Partnership to Accelerate Hydrogen Economy Expansion in Asian Markets; Plug Power to Receive $1.5 Billion Strategic Investment From SK Group," as referenced at AC ¶ 70.

10.    Attached as Exhibit I is a true and correct copy of Plug Power's January 12, 2021 press release entitled "Groupe Renault & Plug Power Join Forces to Become Leader in Hydrogen LCV."

11.    Attached as Exhibit J is a true and correct copy of the transcript of Plug Power's Business Update Call on January 26, 2021, as referenced at AC ¶ 178.

12.    Attached as Exhibit K is a true and correct copy of Plug Power's February 9, 2021 press release entitled "Plug Power's $2B+ Capital Raise Marks the Largest Bought Deal in the CleanTech Sector," as referenced in AC ¶ 92.

2

13. Attached as Exhibit L is a true and correct copy of Plug Power's February 16, 2021 press release entitled "ACCIONA and Plug Power to Partner on Establishing Leading Green Hydrogen Platform for Iberia."

14. Attached as Exhibit M is a true and correct copy of Plug Power's February 25, 2021 press release entitled "Plug Power to Build North America's Largest Green Hydrogen Production Facility in Western New York."

15. Attached as Exhibit N is a true and correct copy of Plug Power's Form 8-K, filed with the SEC on March 16, 2021, containing a press release entitled "Plug Power to Restate Previously Issued Financial Statements," as referenced at AC ¶¶ 96-97, 157-58.

16. Attached as Exhibit O is a true and correct copy of Plug Power's Form 8-K, filed with the SEC on March 16, 2021, including Items 2.06 (Material Impairments) and 4.02 (Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review), as referenced at AC ¶¶ 98, 159.

17. Attached as Exhibit P is a true and correct copy of KPMG's audit letter for Plug Power for the year 2018, filed with the SEC on March 13, 2019.

18. Attached as Exhibit Q is a true and correct copy of KPMG's audit letter for Plug Power for the year 2019, filed with the SEC on March 10, 2020.

19. Attached as Exhibit R is a true and correct copy of an analyst report published by Cowen and Company, LLC on March 16, 2021, entitled "Complex Lease Accounting for WMT Leads to Restatement; Reiterate Outperform."

20. Attached as Exhibit S is a true and correct copy of an analyst report published by Craig-Hallum Capital Group LLC on March 17, 2021, entitled "Still The Name To Own In The Hydrogen Fuel Cell Space, But Lowering Price Target To $49 In Light Of Non-Cash

Earnings Restatements Needed."

21.    Attached as Exhibit T is a true and correct copy of an analyst report published by Barclays on March 18, 2021, entitled "Investor Feedback & Thoughts on Accounting Restatements," as referenced at AC ¶¶ 102-04.

22.    Attached as Exhibit U is a true and correct copy of an analyst report published by Piper Sandler on May 14, 2021, entitled "Positive News as 10K is Filed/Minimal Impact to Prior Period Revenue and EPS."

23.    Attached as Exhibit V is a true and correct copy of an analyst report published by Craig-Hallum Capital Group LLC on May 14, 2021, entitled "Restatement In The Rear-View Mirror, Next Up 1Q21 Which Is Expected Soon. Robust Adoption Trends & Expansion Outlook Very Much Intact. Reiterate BUY."

24.    Attached as Exhibit W is a true and correct copy of the Market Capitalization calculations for Plug Power, as published by Bloomberg and downloaded by counsel on December 1, 2021.

25.    Attached as Exhibit X are true and correct copies of Forms 4 filed with the SEC for Andrew Marsh during the Class Period and during the four months preceding the Class Period (including the last Form 4 filed immediately prior to the Class Period), along with a summary illustrating Marsh's sales of Plug Power's stock as reflected in the attached SEC filings in this Exhibit.

26.    Attached as Exhibit Y are true and correct copies of Forms 4 filed with the SEC for Paul B. Middleton during the Class Period and during the four months preceding the Class Period (including the last Form 4 filed immediately prior to the Class Period), along with a summary illustrating Middleton's sales of Plug Power's stock as reflected in the attached SEC

4

filings in this Exhibit.

27.    Attached as Exhibit Z is a true and correct copy of an excerpt of Plug Power's

2021 Definitive Schedule 14A Proxy Statement, filed with the SEC on July 9, 2021.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 6, 2021                    Respectfully submitted,


                                           /s/ *Deborah S. Birnbach*
                                           Deborah S. Birnbach
                                           GOODWIN PROCTER LLP
                                           100 Northern Avenue
                                           Boston, MA 02210
                                           Tel.: 617.570.1000
                                           Fax: 617.523.1231
                                           DBirnbach@goodwinlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

     I, Deborah S. Birnbach, hereby certify that a copy of the foregoing Declaration of Deborah S. Birnbach in Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint For Violations of the Federal Securities Laws, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 6, 2021.

Dated: December 6, 2021                                  /s/ *Deborah S. Birnbach*