# EXHIBIT A

| | Alleged False Statements of Material Facts | |
|---|---|---|
| **AC ¶** | **Alleged Misstatement** | **Content of Alleged Misstatement** |
| 128 | 11/9/2020: 3Q2020 Letter to Shareholders and Form 10-Q | Adjusted EBITDA for 3Q20 was $24m |
| 130 | | R&D expenses for 3Q20 was $11.96m |
| 131 | | Costs related to provision for loss contracts related to service for 3Q20 was $4.31m |
| 132 | | For 3Q20, gross loss was $1.29m and operating loss was $27.53m |
| 134 | | Disclosure controls and procedures were effective |
| 137, 143 | 11/18/2020: November Prospectus & 1/28/2021: January Prospectus | For FY17, gross loss was $28.09m and R&D expenses were $28.69m |
| 138, 144 | | For FY18, gross profit was $2.62m, costs related to fuel delivered to customers was $27.71m, and R&D expenses were $33.91m |
| 139, 145 | | For FY19, gross profit was $27.97m, costs related to fuel delivered to customers was $36.36m, and R&D expenses were $33.68m |
| 140, 146 | | For first nine months ended 9/30/2020, gross loss was $.69m, operating loss was $79.77m, costs related to provision for loss contracts related to service were $4.31m, costs related to fuel delivered to customers were $32.27m, and R&D expenses were $32.13m |
| 149 | 2/25/2021: 4Q2020 Letter to Shareholders | For 4Q20, R&D expenses were $18.89m; for FY2020, they were $51.02m |
| 150 | | For 4Q20, costs related to provision for loss contracts related to service were $0.7m; for FY2020, they were $5.01m |
| 151 | | For 4Q20, costs related to fuel delivered to customers were $18.46m; for FY2020, they were $50.73m |
| 152 | | For 4Q20, gross loss was $422.69m; for FY2020, gross loss was $423.34m |
| 153 | | For 4Q20, operating loss was $470.5m; for FY2020, operating loss was $550.26m |