# EXHIBIT F



# Plug Power Raises Approximately $1B to Accelerate the First Nation-Wide Green Hydrogen Network

11/24/2020

LATHAM, N.Y., Nov. 24, 2020 (GLOBE NEWSWIRE) -- **Plug Power Inc.** (NASDAQ: PLUG), a leading provider of hydrogen engines and fueling solutions enabling e-mobility, has successfully completed one of the largest bought equity deal transactions in the broader clean-tech sector. This marks Plug Power's largest capital raise in the Company's history with approximately $1 billion of capital, bringing total cash post-closing balance to $1.7 billion. The capital raise uniquely positions Plug Power to execute and accelerate on its green hydrogen strategy as well as other strategic growth initiatives.

Plug Power recently announced its plans to build five regional green hydrogen facilities in the United States. The Company will continue to work with strategic partners, including **Apex Clean Energy** and **Brookfield Renewable**, to source low-cost renewable power. The combination of low-cost renewables, strong capital position, and in house electrolyzer and liquefaction technology all uniquely position Plug Power to build out this green hydrogen network. Furthermore, Plug Power has already become the largest user of liquid hydrogen with its internal demand increasing from current 40TPD (tons per day), to 100TPD by 2024.

The first two green hydrogen plants are expected to be operational in 2022. All five plants are expected to be operational by 2024, with a total capacity of 100TPD. This would constitute the country's first nationwide green hydrogen network. The green hydrogen generated by this network will support the mission to decarbonize the broader transportation and logistics industries, a mission shared by both Plug Power and its customers. The Company's unmatched industry position as a total solutions provider will also help facilitate the anticipated rapid growth of the hydrogen economy. According to consultancy McKinsey & Company, the global hydrogen economy could reach $2.5 trillion by 2050, representing 18% of the global energy demand.

"We are very pleased with the reception from the institutional investors and the market resulting in a meaningfully upsized capital raise. This ideally positions Plug Power to accelerate the growth of the green hydrogen economy in

the United States and globally, a job we wholeheartedly accept," said Andy Marsh, CEO of Plug Power. "Green hydrogen provides one of the lowest carbon emission solutions from a wells-to-wheels perspective serving a variety of different industries."

"We have identified several locations working with strategic partners where we can produce green hydrogen at parity with grey hydrogen and see further opportunities to reduce the cost of green hydrogen. Furthermore, this recently completed capital raise and in house capabilities ideally positions us to accelerate the build out of this green hydrogen network," said Sanjay Shrestha, Chief Strategy Officer and head of Plug Power's green hydrogen generation business.

About Plug Power

Plug Power is building the hydrogen economy as the leading provider of comprehensive hydrogen fuel cell (HFC) turnkey solutions. The Company's innovative technology powers electric motors with hydrogen fuel cells amid an ongoing paradigm shift in the power, energy, and transportation industries to address climate change and energy security, while providing efficiency gains and meeting sustainability goals.

Plug Power created the first commercially viable market for hydrogen fuel cell (HFC) technology. As a result, the Company has deployed over 38,000 fuel cell systems for e-mobility, more than anyone else in the world, and has become the largest buyer of liquid hydrogen, having built and operated a hydrogen highway across North America. Plug Power delivers a significant value proposition to end-customers, including meaningful environmental benefits, efficiency gains, fast fueling, and lower operational costs.

Plug Power's vertically-integrated GenKey solution ties together all critical elements to power, fuel, and provide service to customers such as Amazon, BMW, The Southern Company, Carrefour, and Walmart. The Company is now leveraging its know-how, modular product architecture and foundational customers to rapidly expand into other key markets including zero-emission on-road vehicles, robotics, and data centers.

Safe Harbor Statement

This press release contains "forward-looking statements" within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc. ("PLUG"), including but not limited to statements about PLUG's expectations regarding the capital raise positioning PLUG to execute and accelerate on its green hydrogen strategy as well as other strategic growth initiatives, expectations regarding the timing of the operations of PLUG's hydrogen plants and the size of the use and demand for liquid hydrogen, PLUG's ability to work with strategic partners to source low-cost renewable power and drive down the cost of renewable power and green hydrogen, and expectations regarding PLUG's technology facilitating the rapid growth of the hydrogen economy. You are cautioned that such statements should not be read as a

guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will have been achieved. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements.  For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of PLUG in general, see PLUG's public filings with the Securities and Exchange Commission, including the "Risk Factors" section of PLUG's Annual Report on Form 10-K for the year ended December 31, 2019 and Quarterly Reports on Form 10-Q for the quarters ended March 31, 2020, June 30, 2020 and September 30, 2020.   Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof, and PLUG undertakes no obligation to update such statements as a result of new information.

Media Contact
Ian Martorana
The Bulleit Group
(415) 237-3681
**plugpowerpr@bulleitgroup.com**

Source: Plug Power, Inc.

3