# EXHIBIT G



# Plug Power and Gaussin Collaborate on Hydrogen-Powered Transportation Vehicles

11/30/2020

Goal to Decarbonize the Logistics Ecosystem with Green Hydrogen Fuel

LATHAM, N.Y., Nov. 30, 2020 (GLOBE NEWSWIRE) -- Plug Power Inc. (NASDAQ:PLUG), a leading provider of hydrogen engines and fueling solutions enabling e-mobility, are collaborating to bring a commercial suite of ProGen-powered Gaussin transportation vehicles to market in 2021 as a solution to decarbonize the logistics ecosystem. Integrated solutions, ranging from ProGen-powered Gaussin terminal tractors to automated guided vehicles, will use green hydrogen produced by Plug Power's best of class PEM electrolyzer solution.

Plug Power and Gaussin Collaborate on Hydrogen-Powered Transportation Vehicles

Gaussin is a pioneer in hydrogen-powered heavy duty vehicles and brings over two decades of experience deploying emission-free vehicles across Europe, Middle East and Asia for logistic centers, seaports and airports. Through the integration with Plug Power's industry-leading ProGen hydrogen engines, Gaussin further positions itself as a key OEM in the emerging hydrogen economy. Plug Power and Gaussin will target new cargo markets, including logistic centers, seaports and airports in Europe, the United States, and globally beyond. The first vehicles are expected to be available commercially in early-2021.

Plug Power is the leading provider of hydrogen fuel cell engines and largest user of liquid hydrogen globally. The Company provides hydrogen and fuel cell solutions for e-mobility applications, providing a range of 30 to 125 kW fuel cells for heavy-duty fleet and on-road vehicle applications. Plug Power's modular ProGen fuel cell engines range from 30kW to 125kW, and designed for OEMs like Gaussin to integrate into zero-emission vehicles. The company is executing on a strategy to accelerate its PEM electrolyzer business in the US and Europe, leveraging distribution channels and developing a multi-megawatt scalable network for green hydrogen production.

"Our partnerships with OEM leaders, like Gaussin, allow us to drive green hydrogen solutions in the United States, Europe and beyond," said Andy Marsh, CEO for Plug Power. "We are working to integrate ProGen engines in cargo transportation and on-road vehicle applications with best-in-class partners to make the freight and logistics markets greener with our green hydrogen and sustainable energy solutions."

"Gaussin values its partnership with Plug Power as we further penetrate the sustainable cargo transportation vehicle market," said Christophe Gaussin, CEO for Gaussin. "Hydrogen is a critical global fuel solution, and Gaussin intended to be a leading solutions provider for the zero-emission vehicle space."

The transportation sector is known as one of the largest fuel consumers of the global energy market. Hydrogen is an attractive fuel, specifically being promoted in Europe where diesel bans are mandated for large cities starting in 2024. As highlighted in the **European Commission's Hydrogen Industrial Strategy**, hydrogen energy is "a pillar" to the European Union's growth and global competitiveness. Hydrogen also takes a prominent role in the **European Green Deal** for making Europe the world's first climate-neutral continent by 2050. According to **McKinsey & Company**, the global hydrogen economy could reach $2.5 trillion by 2050. Hydrogen is ideal for this industry as a clean, cost effective and energy-dense (3x gasoline or diesel) fuel.

About Plug Power

Plug Power is building the hydrogen economy as the leading provider of comprehensive hydrogen fuel cell (HFC) turnkey solutions. The Company's innovative technology powers electric motors with hydrogen fuel cells amid an ongoing paradigm shift in the power, energy, and transportation industries to address climate change and energy

security, while providing efficiency gains and meeting sustainability goals.

Plug Power created the first commercially viable market for hydrogen fuel cell (HFC) technology. As a result, the Company has deployed over 38,000 fuel cell systems for e-mobility, more than anyone else in the world, and has become the largest buyer of liquid hydrogen, having built and operated a hydrogen highway across North America. Plug Power delivers a significant value proposition to end-customers, including meaningful environmental benefits, efficiency gains, fast fueling, and lower operational costs.

Plug Power's vertically-integrated GenKey solution ties together all critical elements to power, fuel, and provide service to customers such as Amazon, BMW, The Southern Company, Carrefour, and Walmart. The Company is now leveraging its know-how, modular product architecture and foundational customers to rapidly expand into other key markets including zero-emission on-road vehicles, robotics, and data centers.

About Gaussin

Gaussin is an engineering company that designs, assembles and sells innovative products and services in the transport and logistics field. Its know-how encompasses cargo and passenger transport, autonomous technologies allowing for self driving solutions such as Automotive Guided Vehicle, and the integration of all types of batteries, particularly electric and hydrogen fuel cells. With more than 50,000 vehicles worldwide, Gaussin enjoys a strong reputation in four fast expanding markets: port terminals, airports, logistics and people mobility. The group has formed strategic partnerships with major global players in order to accelerate its market penetration: Siemens Logistics in the airport field, Bolloré Ports and ST Engineering in ports, UPS in logistics and Bluebus for people mobility. Gaussin has extended its business model with licensing agreements that are aimed at speeding up the use of its technology throughout the world. The purchase of Metalliance has resulted in the emergence of a group with over 200 employees and €50M turnover.

In October 2019, the Group won the World Challenge for Self-Driving Transport in the Leading Company Category, Best Energy and Environmental Sustainability. Gaussin has been listed on Euronext Growth in Paris since 2010 (EURONEXT GROWTH - FR0013495298).

More information on **www.gaussin.com**.

Safe Harbor Statement

This press release contains "forward-looking statements" within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc. ("PLUG"), including but not limited to statements about PLUG's expectations regarding the capital raise positioning

3

PLUG to execute and accelerate on its green hydrogen strategy as well as other strategic growth initiatives, expectations regarding the timing of the operations of PLUG's hydrogen plants and the size of the use and demand for liquid hydrogen, PLUG's ability to work with strategic partners to source low-cost renewable power and drive down the cost of renewable power and green hydrogen, and expectations regarding PLUG's technology facilitating the rapid growth of the hydrogen economy. You are cautioned that such statements should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will have been achieved. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of PLUG in general, see PLUG's public filings with the Securities and Exchange Commission, including the "Risk Factors" section of PLUG's Annual Report on Form 10-K for the year ended December 31, 2019 and Quarterly Reports on Form 10-Q for the quarters ended March 31, 2020, June 30, 2020 and September 30, 2020. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof, and PLUG undertakes no obligation to update such statements as a result of new information.

A photo accompanying this announcement is available at

https://www.globenewswire.com/NewsRoom/AttachmentNg/6921d2d1-7652-4adb-bd2a-1fc83643dd3e

Media Contact

Ian Martorana

The Bulleit Group

(415) 237-3681

**plugpowerpr@bulleitgroup.com**

Source: Plug Power, Inc.

4