# EXHIBIT H

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): January 6, 2021

## Plug Power Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **1-34392** | **22-3672377** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**968 Albany Shaker Road,**

| **Latham, New York** | **12110** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(518) 782-7700**

**N/A**
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

¨ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

¨ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

¨ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

¨ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | PLUG | The Nasdaq Capital Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934(§240.12b-2 of this chapter).

Emerging growth company ¨

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ¨

**Item 1.01 Entry Into a Material Definitive Agreement.**

*Stock Purchase Agreement*

On January 6, 2021, Plug Power Inc. (the "Company") entered into a Stock Purchase Agreement (the "Purchase Agreement") with Grove Energy Capital LLC ("Grove Energy"), Plutus Capital NY, Inc. and SK E&S Americas, Inc., each of which is a subsidiary of SK Holdings Co., Ltd. ("SK Holdings"), in connection with a strategic partnership. Pursuant to the Purchase Agreement, the Company agreed to sell to Grove Energy 51,428,119 shares (subject to adjustment, the "Shares") of the Company's common stock, par value $0.01 per share (the "Common Stock"), at a purchase price of $29.2893 per share or an aggregate purchase price of approximately $1.5 billion (the "Investment"). Based on 468,047,829 shares of Common Stock issued and outstanding as of January 5, 2021, Grove Energy is expected to own approximately 9.9% of the issued and outstanding Common Stock immediately following the Investment.

The Purchase Agreement contains customary representations, warranties and covenants and conditions to closing of the Investment (the "Closing"), including receipt of all approvals or the termination or expiration of all waiting periods required under applicable antitrust laws. The Purchase Agreement may be terminated by either the Company or Grove Energy if the Closing has not occurred by March 5, 2021, subject to extension to April 2, 2021 in the event antitrust approval has not been obtained.

Simultaneous with the execution of the Purchase Agreement, the Company and SK E&S Co., Ltd. ("SK E&S") entered into a Nonbinding Asia JV Framework Agreement ("JV Agreement") with respect to a potential joint venture in Asia to bring hydrogen solutions to Korea, China and Vietnam (the "Proposed Asia JV"). The JV Agreement, which is non-binding, outlines certain principal terms for the Proposed Asia JV. The Purchase Agreement provides that the parties will negotiate exclusively with one another for up to eighteen months with respect to the Proposed Asia JV with the objective of executing definitive agreements for the Proposed Asia JV.

*Investor Agreement*

In connection with the Investment, the Company, Grove Energy, SK Holdings and SK E&S will enter into an Investor Agreement (the "Investor Agreement") providing for certain rights and restrictions relating to the Investment.

*Board Representation.* The Investor Agreement provides that Grove Energy will be entitled to designate one person (the "SK Designee") to be appointed to the Company's Board of Directors (the "Board"). The SK Designee will be an individual selected by Grove Energy who is reasonably acceptable to the Board and otherwise meets the requirements for serving on the Board. The SK Designee will be appointed to the Board effective as of the Closing for a term expiring at the Company's 2023 annual meeting of stockholders. Grove Energy will have the right to require the Board to nominate a SK Designee for election to the Board by the stockholders of the Company at subsequent annual stockholder meetings until the earliest of (i) the date on which Grove Energy and affiliates beneficially own less than 4.0% of the issued and outstanding Common Stock, (ii) the second anniversary of the Closing in the event that the parties to the JV Agreement have not entered into a definitive joint venture agreement with respect to the Proposed Asia JV (the "Definitive Asia JV Agreement"), and (iii) any expiration or termination of the Definitive Asia JV Agreement (the "Director Period").

2

*Standstill Obligations.* The Investor Agreement provides that Grove Energy, SK Holdings, SK E&S and their respective affiliates ("SK Parties") will be subject to a standstill provision until the later of (i) the expiration of the Director Period, (ii) the second anniversary of the Closing, and (iii) the date on which Grove Energy and affiliates beneficially own less than 5.0% of the issued and outstanding Common Stock (the "Standstill Period"). During the Standstill Period, the SK Parties will not, among other things and subject to specified exceptions: (a) acquire any securities of the Company (except for purchases of Common Stock in the public market to the extent necessary to reverse any decrease in such parties' percentage ownership of the issued and outstanding Common Stock resulting solely from a net increase in the number of shares of issued and outstanding Common Stock); (b) propose any merger, consolidation, business combination, tender offer or similar transaction involving the Company; (c) solicit proxies or consents to vote any securities of the Company; (d) form, join or participate in any group (as such term is used in the rules of the Securities and Exchange Commission (the "SEC")); or (e) seek to call a meeting of the stockholders of the Company or propose any matter to be voted upon by the stockholders of the Company.

*Transfer Restrictions.* The Investor Agreement also provides that, for a period ending on the second anniversary of the Closing, the SK Parties will be prohibited from transferring any Common Stock. If immediately following the second anniversary of the Closing, either (i) the Director Period remains in effect or (ii) the Definitive Asia JV Agreement has been executed and remains in effect, then, until the third anniversary of the Closing, the SK Parties may transfer a number of shares of Common Stock not exceeding, in the aggregate in any 90-day period, 2.0% of the issued and outstanding shares of Common Stock as of the first date in such 90-day period. If immediately following the second anniversary of the Closing, both (i) the Director Period has ended and (ii) the Definitive Asia JV Agreement has not been executed or otherwise is not in effect, then the SK Parties may transfer any amount of Common Stock. From and after the third anniversary of the Closing, the SK Parties may transfer any amount of Common Stock. The SK Parties will also be generally prohibited from transferring Common Stock to (a) any competitor of the Company (as determined by the Board) or (b) any person that together with its affiliates would, after giving effect to such transfer, beneficially own 5.0% or more of the issued and outstanding Common Stock.

*Voting Obligations.* The Investor Agreement also provides that, during the Standstill Period, Grove Energy will vote all of its shares of Common Stock (i) for all Board-recommended director nominees and (ii) on each other matter brought to a vote of the Company's stockholders, in accordance with the recommendation of the Board on such matter. Under the Investor Agreement, Grove Energy has granted a proxy to the Company to vote all such shares of Common Stock in the event that it does not vote such shares at least ten (10) days prior to the date of any meeting of stockholders.

*Registration Rights.* The Investor Agreement includes customary resale shelf registration rights for Grove Energy that require the Company to register the Common Stock held by Grove Energy for resale.

The foregoing description of the Purchase Agreement, the Investor Agreement and the transactions contemplated thereby does not purport to be complete and is subject to, and is qualified in its entirety by, the full text of the Purchase Agreement (including the form of Investor Agreement attached as an exhibit thereto), which is filed herewith as Exhibit 10.1 and incorporated herein by reference.

The Purchase Agreement has been included to provide investors with information regarding its terms. It is not intended to provide any other factual information about the Company and its subsidiaries and affiliates. The representations and warranties contained in the Purchase Agreement were made only for purposes of the Purchase Agreement (together with the exhibits thereto) and as of specific dates, are solely for the benefit of the parties to the Purchase Agreement, may be subject to limitations agreed upon by the contracting parties, may have been made for the purposes of allocating contractual risk between the parties to the Purchase Agreement instead of establishing these matters as facts, and may be subject to standards of materiality applicable to the contracting parties that differ from those applicable to investors. Investors are not third-party beneficiaries to the representations and warranties contained in the Purchase Agreement and should not rely on the representations and warranties or any descriptions thereof as characterizations of the actual state of facts or condition of the parties thereto or any of their respective subsidiaries or affiliates. Moreover, information concerning the subject matter of representations and warranties may change after the date of the Purchase Agreement, which subsequent information may or may not be fully reflected in the Company's public disclosures.

3

---

**Item 3.02 Unregistered Sales of Equity Securities.**

The information contained in Item 1.01 of this Current Report on Form 8-K regarding the Purchase Agreement and the Investment is incorporated herein by reference. The Company will offer and sell the Shares in reliance on the exemption from registration provided by Section 4(a)(2) of the Securities Act of 1933, as amended (the "Securities Act"). The Company will rely on this exemption from registration based in part on representations made by Grove Energy in the Purchase Agreement.

**Item 7.01 Regulation FD Disclosure.**

On January 6, 2021, the Company issued a press release with respect to the strategic partnership and the Investment. A copy of the press release is furnished herewith as Exhibit 99.1.

The information included in this Item 7.01 and Exhibit 99.1 of this Current Report are not deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), nor shall this item and Exhibit 99.1 be incorporated by reference into the Company's filings under the Securities Act or the Exchange Act, except as expressly set forth by specific reference in such future filing.

**Forward-Looking Statements**

This Current Report on Form 8-K contains forward-looking statements within the meaning of the federal securities laws. These statements include, but are not limited to, statements regarding a strategic partnership with the SK Parties, including the Investment and the Proposed Asia JV. These forward-looking statements are made as of the date hereof and are based on current expectations, estimates, forecasts and projections as well as the beliefs and assumptions of management. Forward-looking statements are subject to a number of risks and uncertainties, many of which involve factors or circumstances that are beyond the Company's control. The Company's actual results could differ materially from those stated or implied in forward-looking statements due to a number of factors, including, but not limited to, the risks related to the satisfaction of the conditions to the Closing, the successful entry into a definitive joint venture agreement with respect to the Proposed Asia JV in the anticipated timeframe or at all, the risks related to the ability of the joint venture to bring hydrogen solutions to Asia, and the risks related to market risks and uncertainties generally, including the impact of any natural disasters or public health emergencies such as the COVID-19 pandemic. These and other potential risks and uncertainties that could cause actual results to differ from the results predicted are more fully detailed in the Company's filings and reports with the SEC, including the Annual Report on Form 10-K for the year ended December 31, 2019, as amended and supplemented by the Quarterly Reports on Form 10-Q for the quarters ended March 31, 2020, June 30, 2020 and September 30, 2020, as well as other filings and reports that are filed by the Company from time to time with the SEC. The Company disclaims any obligation to update forward-looking statements.

4

---

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

**Exhibit
Number**                                                                                    **Title**

| 10.1 | Stock Purchase Agreement, dated January 6, 2021, by and among the Company, Grove Energy Capital LLC, Plutus Capital NY, Inc. and SK E&S Americas, Inc. |
| 99.1 | Press Release of Plug Power Inc., dated January 6, 2021. |
| 104 | Cover Page Interactive Data File (embedded with the Inline XBRL document). |

5

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Plug Power Inc.**

Date: January 7, 2021

By: /s/ Paul Middleton

Name: Paul Middleton
Title: Chief Financial Officer

6

Exhibit 99.1

**PLUG POWER AND SOUTH KOREAN SK GROUP TO FORM A STRATEGIC PARTNERSHIP TO ACCELERATE HYDROGEN ECONOMY EXPANSION IN ASIAN MARKETS; PLUG POWER TO RECEIVE $1.5 BILLION STRATEGIC INVESTMENT FROM SK GROUP**

LATHAM, N.Y., January 6, 2021 -- Plug Power Inc. (NASDAQ: PLUG), a leading provider of hydrogen fuel cell and fueling solutions enabling e-mobility, and SK Group, one of the leading South Korean business groups, announced today that the companies intend to form a strategic partnership to accelerate hydrogen as an alternative energy source in Asian markets. Through this partnership, Plug Power and SK Group intend to provide hydrogen fuel cell systems, hydrogen fueling stations, and electrolyzers to the Korean and broader Asian markets. In conjunction with this partnership, the companies have also entered into a definitive agreement for SK Group to make a $1.5 billion strategic investment in Plug Power and are announcing a plan to form a joint venture company in South Korea to support the rapidly growing Asian Market. The combination of SK Group's significant presence and leadership throughout Asia's energy industry and its strategic direction on portfolio transformation to green via hydrogen economy with Plug Power's leadership in hydrogen fuel cell systems, fueling stations and green hydrogen generation represents a powerful team to accelerate the growth of hydrogen economy in Asian markets.

In January 2019, the South Korea government announced the Hydrogen Economy Roadmap through 2040, with ambitious goals, including: over 5MM tons of hydrogen per year, over 6MM fuel cell EVs, 1,200 refilling stations and 15 GW of fuel cell power generation, and expects the cumulative economic value of its hydrogen economy to reach ~$40Bn by 2040. Plug Power has proven its ability to scale a hydrogen business in North America as a global leader in the hydrogen economy. The opportunity to partner with SK presents an attractive and timely opportunity to establish a foothold in this market with one of South Korea's leading industrial conglomerates.

"SK Group has an established strategy for building out the hydrogen economy in South Korea and beyond," said Andy Marsh, CEO for Plug Power. "The current relationship with SK Group offers immediate strategic benefits to Plug Power to accelerate its expansion into Asian markets - and is intended to result in a formal joint venture (JV) by 2022. Due to the complementary strengths in this partnership, we expect rapid growth and significant revenue generation from the joint venture that are incremental to our 2024 plan."

"Plug Power is a leading player in the hydrogen industry with decades of experiences and distinguished business model," said Hyeongwook Choo, Head of Hydrogen Business Development Center of SK Holdings and president & CEO of SK E&S, a leading clean energy company engaged in renewable energy, LNG, and power plant businesses across the globe and a subsidiary of SK Holdings. "This partnership between Plug Power and SK will bring significant and solid opportunities in the hydrogen industry, creating value to society. SK Group is focusing and actively investing into the ESG sector and Plug Power would be one of our splendid footprints within this strategy."

This investment represents the largest U.S. clean energy PIPE in the last 20 years (based on the PrivateRaise PIPE database for transactions that have closed and includes common stock, preferred stock, convertible preferred stock and convertible debt). Additional details of the investment include:

---

**Terms**

Under the terms of the investment, a US subsidiary of SK Group will make a $1.5 billion investment in Plug Power by acquiring approximately 51.4 million shares of common stock at a price of $29.2893 per share, the 30-day VWAP as of January 5th, 2021 at a zero percent discount. The investment is expected to represent an approximate 9.9% pro forma ownership stake in Plug Power.

**Timing**

The investment transaction is subject to customary closing conditions and regulatory approvals, and is expected to close in the first quarter of 2021.

**Advisors**

Morgan Stanley & Co. LLC is serving as Financial Advisor and Goodwin Procter LLP is acting as legal advisor to Plug Power.

**About Plug Power**

Plug Power is building the hydrogen economy as the leading provider of comprehensive hydrogen fuel cell turnkey solutions. The Company's innovative technology powers electric motors with hydrogen fuel cells amid an ongoing paradigm shift in the power, energy, and transportation industries to address climate change and energy security, while meeting sustainability goals. Plug Power created the first commercially viable market for hydrogen fuel cell technology. As a result, the Company has deployed over 40,000 fuel cell systems for e-mobility, more than anyone else in the world, and has become the largest buyer of liquid hydrogen, having built and operated a hydrogen highway across North America. Plug Power delivers a significant value proposition to end-customers, including meaningful environmental benefits, efficiency gains, fast fueling, and lower operational costs. Plug Power's vertically-integrated GenKey solution ties together all critical elements to power, fuel, and provide service to customers such as Amazon, BMW, The Southern Company, Carrefour, and Walmart. The Company is now leveraging its know-how, modular product architecture and foundational customers to rapidly expand into other key markets including zero-emission on-road vehicles, robotics, and

data centers. Learn more at www.plugpower.com.

Case 1:21-cv-02004-ER    Document 86-8    Filed 12/06/21    Page 7 of 7

**Safe Harbor Statement**

This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc.("PLUG"), including but not limited to statements about PLUG's expectations regarding the planned joint venture with SK, including when and if the joint venture will occur, the scope and terms of the joint venture and the potential growth and revenue related to the planned joint venture, the expansion into Asian markets, and the expected timing of the closing of the investment transaction . You are cautioned that such statements should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will have been achieved. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking statements, as well as risks relating to the business of PLUG in general, see PLUG's public filings with the Securities and Exchange Commission, including the "Risk Factors" section of PLUG's Annual Report on Form 10-K for the year ended December 31, 2019 and Quarterly Reports on Form 10-Q for the quarters ended March 31, 2020, June 30, 2020 and September 30, 2020. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof, and PLUG undertakes no obligation to update such statements as a result of new information.

SOURCE: PLUG POWER

**Media Contact**

Ian Martorana
The Bulleit Group
(415) 237-3681
plugpowerpr@bulleitgroup.com