# EXHIBIT K



# Plug Power's $2B+ Capital Raise Marks the Largest Bought Deal in the CleanTech Sector

2/9/2021

Ideally Positions the Company to Accelerate Global Growth Strategy

LATHAM, N.Y., Feb. 09, 2021 (GLOBE NEWSWIRE) -- **Plug Power Inc.** (NASDAQ: PLUG), a leading provider of hydrogen engines and fueling solutions enabling e-mobility, today announced the completion of its previously announced upsized offering of 32,200,000 shares, which includes the underwriters option to purchase an additional 4,200,000 of its common stock. The shares were sold at a price to the public of $65 per share with net proceeds in excess of $2B. This transaction signifies the largest bought deal in the cleantech sector. This offering represents the third largest follow-on primary block trade with Morgan Stanley as a sole bookrunner in any market sector historically. Proceeds from this transaction, and final closing of the partnership with SK Group, will bring the total cash balance to over $5B. This liquidity positions Plug Power to execute and accelerate it's green hydrogen and overall growth strategy.

Key focus areas for 2021 include:

- Accelerate expansion in green hydrogen generation business
- Successfully launch JVs with Renault and SK Group establishing a global footprint
- Continue to expand via partnerships, joint ventures and acquisitions in the hydrogen ecosystem
- Expand customer relationships across all businesses to achieve $750M in gross billings in 2022

Plug Power is on track to build the first green hydrogen generation network across the United States. The Company is targeting multiple green hydrogen plants in North America by 2022, and recently announced its increased green hydrogen generation targets to 500 tons per day by 2025 and 1,000 tons per day before 2028. The green hydrogen generated by this network will support the mission to decarbonize the broader transportation and logistics industries, a mission shared by both Plug Power and its customers, and plans to execute on this strategy working with partners on a global basis.

Plug Power's strong balance sheet allows the Company to accomplish its goals to become an undeniable leader in the hydrogen economy both organically and through strategic acquisitions. The Company is building the necessary foundation to be an industry leader in the $10T hydrogen economy.

Plug Power is well positioned to be aggressive in 2021 and beyond, as we execute on our key targets in green hydrogen and global market expansion," said Andy Marsh, CEO of Plug Power. "Our ability to raise $2B, the largest bought deal in the cleantech sector, signifies a vote of confidence by investors in our vision of becoming the leader in the Global Hydrogen Economy."

About Plug Power

Plug Power is building the hydrogen economy as the leading provider of comprehensive hydrogen fuel cell turnkey solutions. The Company's innovative technology powers electric motors with hydrogen fuel cells amid an ongoing paradigm shift in the power, energy, and transportation industries to address climate change and energy security, while meeting sustainability goals. Plug Power created the first commercially viable market for hydrogen fuel cell technology. As a result, the Company has deployed over 40,000 fuel cell systems for e-mobility, more than anyone else in the world, and has become the largest buyer of liquid hydrogen, having built and operated a hydrogen highway across North America. Plug Power delivers a significant value proposition to end-customers, including meaningful environmental benefits, efficiency gains, fast fueling, and lower operational costs. Plug Power's vertically-integrated GenKey solution ties together all critical elements to power, fuel, and provide service to customers such as Amazon, BMW, The Southern Company, Carrefour, and Walmart. The Company is now leveraging its know-how, modular product architecture and foundational customers to rapidly expand into other key markets including zero-emission on-road vehicles, robotics, and data centers. Learn more at **www.plugpower.com**.

Safe Harbor Statement
This communication contains "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 that involve significant risks and uncertainties about Plug Power Inc.("PLUG"), including but not limited to statements about PLUG's expectations regarding its multi-year investment and growth , PLUG's clean hydrogen technology and fuel cell solutions playing a critical role in achieving climate and decarbonization goals, deepening of relationships with key stakeholders, and acceleration of demand and adoption of hydrogen technology . You are cautioned that such statements should not be read as a guarantee of future performance or results, and will not necessarily be accurate indications of the times that, or by which, such performance or results will have been achieved. Such statements are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in these statements. For a further description of the risks and uncertainties that could cause actual results to differ from those expressed in these forward-looking

statements, as well as risks relating to the business of PLUG in general, see PLUG's public filings with the Securities and Exchange Commission, including the "Risk Factors" section of PLUG's Annual Report on Form 10-K for the year ended December 31, 2019 and Quarterly Reports on Form 10-Q for the quarters ended March 31, 2020, June 30, 2020 and September 30, 2020. Readers are cautioned not to place undue reliance on these forward-looking statements. The forward-looking statements are made as of the date hereof, and PLUG undertakes no obligation to update such statements as a result of new information.

SOURCE: PLUG POWER

Media Contact
Ian Martorana
The Bulleit Group
(415) 237-3681
**plugpowerpr@bulleitgroup.com**

Source: Plug Power, Inc.

3