# EXHIBIT S



**March 17, 2021**
**Institutional Research**

# QUICK NOTE

| Plug Power Inc. | BUY |
|---|---|

(PLUG – $42.68)                                              Price Target:  $49

**Eric Stine**                                    **Aaron M. Spychalla, CFA**
Senior Research Analyst                Research Analyst
612-334-6389                              612-334-6364
eric.stine@craig-hallum.com       aaron.spychalla@craig-hallum.com

**Still The Name To Own In The Hydrogen Fuel Cell Space, But Lowering Price Target To $49 In Light Of Non-Cash Earnings Restatements Needed.**

After the market closed, Plug Power disclosed that for a number of reasons, it had determined in consultation with KPMG that it needed to restate its financial statements for 2018 and 2019, along with its quarterly filings for 2019 and 2020. This judgement was made during the finalization of the audit and, we believe, was due in part to a change to the audit partner overseeing PLUG (occurs every 5 years). No matter the circumstances, the need to restate financials is never good and the impact to shares of high multiple stocks such as PLUG can be especially severe. That said, it is important to note that all of the accounting areas needing attention (detailed below) are non-cash in nature, are expected to have no impact on PLUG's ongoing operations, and at this point, do not impact the gross billings outlook for 2021, 2022 and 2024. We are using a lower multiple and a higher discount rate on our 2024 expectations to better incorporate the uncertainty related to this restatement and that these situations can often take longer than anticipated. We think that the reason to own PLUG is the substantial growth outlook for, in our view, the name to own in the hydrogen fuel cell space with the technology platform to get into a wide array of geographies, end markets, and applications. We are maintaining our Buy rating but lowering our price target to $49.

- **Restating Financials** – PLUG, in consultation with its auditor KPMG, determined its financial statements for the years 2018 and 2019 and quarters in 2019 and 2020 can no longer relied upon due mainly to errors in the following:

    1. Reported book value of right of use assets and related financial obligations – currently anticipated to include adjustments on the balance sheet to reduce the carrying amount of certain right of use assets and finance obligations associated with the leases.
    2. Loss accruals for certain service contracts – currently anticipated to include an increase in the loss accrual related to certain service contracts.
    3. The impairment of certain long-lived assets – currently anticipated to include the recognition of non-cash impairment charges related to certain long-lived assets, including certain right of use assets and certain fixed assets.
    4. The classification of certain expenses previously included in R&D – currently anticipated to include a decrease in R&D operating expense and a corresponding increase in COGS.

    PLUG also expects to correct less significant items and other financial data and expects in its 2020 10K to disclose a material weakness in its internal controls over financial reporting.

- **Forward Billings Targets Reiterated** – PLUG reiterated its gross billings targets of $475M in 2021, $750M in 2022, and $1.7B in 2024, and importantly does not expect any impact on its cash position ($5.2B pro-forma for January raise and February SK investment), business operations, or economics of commercial arrangements.

CRAIG-HALLUM
CAPITAL GROUP LLC

## STOCK OPPORTUNITY

| EV/Sales | 2024E |
|---|---|
| Sales ($M) | $1,700 |
| (x) Assumed Multiple | 25.0 x |
| (=) EV | $42,500 |
| (-) Debt (pro-forma)* | $584 |
| (+) Cash (pro-forma)* | $6,373 |
| (=) Market Cap | $48,289 |
| (/) Shares out (fully diluted)* | 745.5 |
| (/) 15% discount to 2022 | 1.32 |
| (=) **Price Target** | **$49** |

*\* 12/31 debt ($691M) - $107M 9/30 carrying amount of convertible debt.*

*\* 12/31 cash ($1.63B) + January 2021 offering ($2.02B) + SK investment ($1.51B) + warrant proceeds ($323M AMZN, $898M WMT) + option proceeds ($36M).*

*\* 12/31 share count (474.0M common) + January offering (32.2M) + SK investment (51.4M) + 110.6M AMZN/WMT warrants + 20.4M options & restricted stock + 56.9M convertible senior debt assumed converted.*

Plug Power is at the early stages of a large, open-ended growth ramp that is leveraged to the adoption of fuel cell power products and hydrogen fueling infrastructure, building on its leadership position in materials handling applications. With accelerating adoption by a growing list of top-tier customers, expanding margins, recurring service revenues, a sticky customer base for product refresh cycles, and additional growth legs from new applications and geographies, we think Plug Power is targeting a path to become a $1.7B revenue business generating $340M in EBITDA and we estimate EPS of ~$0.25 by 2024.

Our new $49 price target is based on 25x EV/S on our estimated $1.7B 2024 target, pro-forma debt and cash, and a fully-diluted share count, discounted back 2 years at a 15% discount rate (previously 40x discounted back 2 years at 10%). We note this also equates to ~125x EV/EBITDA and ~260x P/E with the same discount rate. We believe these multiples are appropriate given PLUG's dominant position in a rapidly growing market that is projected to be substantial, technology advantage, and anticipated future billings, revenue, profitability ramp, and comparable valuations (25x EV/S for fuel cell comps).

## RISKS

We believe an investment in Plug Power involves the following risks:

**Emerging Markets For Fuel Cells** – Forward estimates are dependent on adoption of fuel cells in existing (forklifts) and potential (stationary power, transportation refrigeration units, ground support equipment, range extenders for medium-duty trucks) markets. If market acceptance does not materialize, financial results could be negatively affected.

**Customer Concentration** – PLUG relies on a small number of large customers for a large part of its revenue. Amazon and Walmart together were 50% and 67% of revenues in 2019 and 2018. A loss of any of its major customers would adversely affect financial results.

**Regulatory & Environmental Policies** – The Company benefits from governmental regulations/policies that encourage the adoption of alternative energy, namely hydrogen fuel cells. In particular, there is a federal investment tax credit which includes the purchase of hydrogen fuel cell forklifts in effect until 2022. Should these regulations become less restrictive or be repealed, we believe financial results could be negatively affected.

**Competing Alternative Fuels & Technologies** – Plug Power depends on greater adoption of hydrogen fuel cells as a power source, predominately in forklifts at present. Advances in competitive technologies such as advanced batteries, propane, or other technologies that improve their comparative advantages could slow adoption.

**Restatement & Material Weakness** – PLUG is working to restate its 2018-2020 financials and expects to disclose a material weakness in its internal controls over financial reporting upon completion.



**CRAIG-HALLUM**
CAPITAL GROUP LLC

**March 17, 2021**

# FINANCIALS

***Plug Power, Inc.***
**FISCAL YEAR ENDS DECEMBER**

| ($ millions) | Fiscal 2011A | Fiscal 2012A | Fiscal 2013A | Fiscal 2014A | Fiscal 2015A | Fiscal 2016A | Fiscal 2017A | Fiscal 2018A | Mar Q1-19A | Jun Q2-19A | Sep Q3-19A | Dec Q4-19A | Fiscal 2019A | Mar Q1-20A | Jun Q2-20A | Sep Q3-20A | Dec Q4-20A | Fiscal 2020A | Mar Q1-21E | Jun Q2-21E | Sep Q3-21E | Dec Q4-21E | Fiscal 2021E | Mar Q1-22E | Jun Q2-22E | Sep Q3-22E | Dec Q4-22E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Product - Fuel cell systems & related infrastructure | 19.6 | 20.8 | 18.4 | 48.3 | 78.0 | 40.0 | 62.6 | 107.3 | 2.5 | 38.7 | 38.9 | 69.8 | 149.9 | 20.4 | 47.7 | 83.5 | (246.0) | (94.4) | 35.0 | 71.5 | 114.3 | 145.6 | 366.4 | 80.7 | 133.3 | 175.7 | 206.3 | 596.1 |
| Service - Fuel cell systems & related infrastructure | 3.6 | 3.6 | 6.7 | 9.9 | 14.0 | 20.5 | 16.2 | 22.0 | 6.3 | 5.3 | 6.2 | 7.3 | 25.2 | 6.5 | 6.2 | 6.8 | (36.8) | (17.3) | 8.0 | 8.3 | 8.5 | 8.8 | 33.6 | 9.0 | 9.6 | 10.2 | 11.0 | 39.8 |
| Power purchase agreements (PPAs) | | | | 2.1 | 5.7 | 13.7 | 12.9 | 22.9 | 6.1 | 6.4 | 6.6 | 6.7 | 25.9 | 6.5 | 6.7 | 6.7 | 7.1 | 26.9 | 7.2 | 7.2 | 7.3 | 7.3 | 28.9 | 7.3 | 7.3 | 7.4 | 7.5 | 29.5 |
| Fuel | | | | 2.0 | 5.1 | 10.9 | 8.2 | 22.5 | 6.6 | 7.1 | 7.6 | 7.8 | 29.1 | 7.3 | 7.4 | 9.8 | (40.6) | (16.1) | 10.5 | 11.0 | 12.0 | 13.0 | 46.5 | 14.0 | 15.0 | 16.0 | 17.0 | 62.0 |
| Other | 4.4 | 1.7 | 1.5 | 1.9 | 0.5 | 0.9 | 0.3 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Provision for common stock warrants | | | | | | | | | | | | | | | | | | 0.0 | (2.0) | (2.0) | (2.0) | (2.0) | (8.0) | (2.0) | (2.0) | (2.0) | (2.0) | (8.0) |
| **Revenue - Net** | 27.6 | 26.1 | 26.6 | 64.2 | 103.3 | 85.9 | 100.2 | 174.6 | 21.6 | 57.5 | 59.5 | 91.7 | 230.2 | 40.8 | 68.1 | 107.0 | (316.3) | (100.5) | 58.7 | 96.0 | 140.0 | 172.7 | 467.4 | 109.0 | 163.2 | 207.3 | 239.8 | 719.4 |
| Provision for common stock warrants | | | | | | | | | 29.7 | 10.2 | 1.2 | 1.0 | 1.5 | 2.8 | 6.5 | 2.2 | 4.3 | 18.6 | 412.7 | 437.8 | 2.0 | 2.0 | 2.0 | 2.0 | 8.0 | 2.0 | 2.0 | 2.0 | 2.0 | 8.0 |
| **Revenue - Gross Billings** | 27.6 | 26.1 | 26.6 | 64.2 | 103.3 | 85.9 | 129.8 | 184.8 | 22.8 | 58.6 | 61.0 | 94.5 | 236.8 | 43.0 | 72.4 | 125.6 | 96.3 | 337.3 | 60.7 | 98.0 | 142.0 | 174.7 | 475.4 | 111.0 | 165.2 | 209.3 | 241.8 | 727.4 |
| **Total Gross Profit - Net** | (9.3) | (14.4) | (11.2) | (4.9) | (9.9) | 3.9 | (28.1) | 2.6 | (3.8) | 10.6 | 8.3 | 12.8 | 28.0 | (4.5) | 5.1 | (1.3) | (422.7) | (423.3) | 1.6 | 13.9 | 28.2 | 39.5 | 83.2 | 18.8 | 37.6 | 52.7 | 64.9 | 174.1 |
| *Total Gross Profit - Non-GAAP* | | | | | | | 1.6 | 12.8 | (2.6) | 11.6 | 9.8 | 15.6 | 34.5 | (2.3) | 9.4 | 21.6 | 15.0 | 43.8 | 3.6 | 15.9 | 30.2 | 41.5 | 91.2 | 20.8 | 39.6 | 54.7 | 66.9 | 182.1 |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R&D | 5.7 | 5.4 | 3.1 | 6.5 | 14.9 | 21.2 | 28.7 | 33.9 | 7.4 | 8.9 | 8.0 | 9.3 | 33.7 | 10.4 | 9.8 | 12.0 | 18.9 | 51.0 | 16.8 | 17.3 | 17.6 | 18.0 | 69.7 | 18.3 | 19.0 | 19.8 | 20.2 | 77.3 |
| SG&A | 16.9 | 16.9 | 14.6 | 24.2 | 32.6 | 34.3 | 37.9 | 35.3 | 9.3 | 13.6 | 10.4 | 11.0 | 44.3 | 11.0 | 13.3 | 14.3 | 29.0 | 67.6 | 14.9 | 15.3 | 15.7 | 16.2 | 62.1 | 17.8 | 19.0 | 19.6 | 20.5 | 76.9 |
| Gain on sale of intellectual property | (0.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| One-time expense | 0.0 | 0.0 | 0.0 | 2.4 | 1.6 | 0.0 | 7.1 | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.3 | 0.0 | 0.0 | 8.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Operating Expenses** | 21.9 | 22.3 | 17.7 | 33.1 | 49.1 | 55.5 | 73.7 | 72.1 | 16.7 | 22.6 | 18.4 | 20.3 | 78.0 | 21.4 | 31.4 | 26.2 | 47.8 | 126.9 | 31.7 | 32.6 | 33.3 | 34.2 | 131.8 | 36.1 | 38.0 | 39.4 | 40.7 | 154.2 |
| Income from Operations, reported | (31.1) | (36.7) | (29.0) | (37.9) | (59.0) | (51.5) | (101.8) | (69.5) | (20.5) | (11.9) | (10.1) | (7.5) | (50.0) | (25.9) | (26.3) | (27.5) | (470.5) | (550.3) | (30.1) | (18.7) | (5.1) | 5.3 | (48.6) | (17.3) | (0.4) | 13.3 | 24.2 | 19.9 |
| **Income from Operations, adjusted** | (31.1) | (36.7) | (29.0) | (35.5) | (57.4) | (51.5) | (94.7) | (66.6) | (20.5) | (11.9) | (10.1) | (7.5) | (50.0) | (25.9) | (18.0) | (27.5) | (470.5) | (541.9) | (30.1) | (18.7) | (5.1) | 5.3 | (48.6) | (17.3) | (0.4) | 13.3 | 24.2 | 19.9 |
| **EBITDA, excludes stock option expense** | 0.0 | (30.3) | (22.6) | (29.4) | (38.1) | (37.0) | (69.0) | (24.2) | (8.8) | 0.6 | 5.6 | 10.9 | 8.4 | (6.1) | 1.2 | 24.0 | 12.0 | 31.1 | (7.9) | 3.9 | 18.0 | 28.9 | 42.8 | 6.6 | 23.7 | 37.9 | 49.3 | 117.6 |
| Interest (expense) income, net | 0.2 | (0.0) | (0.2) | 0.4 | (0.2) | (5.6) | (10.1) | (22.1) | (8.3) | (7.9) | (8.5) | (10.8) | (35.5) | (11.6) | (13.2) | (17.2) | (16.4) | (58.4) | (13.5) | (13.5) | (13.5) | (13.5) | (54.0) | (13.5) | (13.5) | (13.5) | (13.5) | (54.0) |
| Change in fair value of warrant liability (expense) | 3.4 | 4.8 | (37.1) | (52.3) | 3.7 | 4.3 | (15.2) | 4.3 | (2.1) | 1.7 | 0.4 | 0.1 | 0.1 | 0.0 | 0.0 | (1.1) | (0.0) | (1.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| One-time expense (benefit) | 0.0 | 0.0 | (3.2) | (1.0) | 0.1 | 5.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (13.2) | 0.0 | (4.2) | (17.4) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax Income, GAAP | (27.5) | (31.9) | (63.1) | (88.8) | (55.7) | (57.9) | (127.1) | (87.3) | (31.0) | (18.1) | (18.1) | (18.3) | (85.5) | (37.5) | (26.3) | (45.9) | (482.8) | (592.5) | (43.6) | (32.2) | (18.6) | (8.2) | (102.6) | (30.8) | (13.9) | (0.2) | 10.7 | (34.1) |
| Income Tax (benefit), reported | 0.0 | 0.0 | (0.4) | (0.3) | 0.0 | (0.4) | 0.0 | (9.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (17.7) | (6.5) | (6.6) | (30.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accrued dividends/Accretion of discount on Preferred | 0.0 | 0.0 | (0.1) | (0.2) | (0.1) | (0.1) | (3.1) | (0.1) | (0.1) | (0.0) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | 0.0 | (0.0) | (0.0) | 0.0 | (0.0) | (0.0) | (0.0) | (0.1) | 0.0 | (0.0) | (0.0) | (0.0) | (0.1) |
| **Net Income, GAAP** | (27.5) | (31.9) | (62.8) | (88.6) | (55.8) | (57.6) | (130.2) | (78.2) | (31.0) | (18.1) | (18.2) | (18.3) | (85.6) | (37.5) | (8.7) | (39.4) | (476.2) | (561.7) | (43.6) | (32.2) | (18.7) | (8.2) | (102.7) | (30.8) | (13.9) | (0.2) | 10.7 | (34.2) |
| **Net Income, Adjusted** | (30.9) | (36.7) | (29.1) | (35.1) | (47.7) | (57.9) | (80.0) | (69.7) | (28.6) | (19.0) | (17.1) | (16.8) | (81.4) | (36.4) | (10.3) | (33.9) | (20.1) | (100.8) | (43.6) | (32.2) | (18.7) | (8.2) | (102.7) | (30.8) | (13.9) | (0.2) | 10.7 | (34.2) |
| **Net Income, Adjusted, Non-GAAP** | (27.5) | (31.9) | (66.0) | (87.3) | (44.0) | (53.6) | (95.2) | (61.7) | (30.7) | (17.3) | (16.7) | (16.7) | (81.4) | (36.4) | (10.3) | (16.4) | (20.1) | (111.2) | (43.6) | (32.2) | (18.7) | (8.2) | (102.7) | (30.8) | (13.9) | (0.2) | 10.7 | (34.2) |
| EPS, GAAP | ($1.46) | ($0.93) | ($0.82) | ($0.56) | ($0.32) | ($0.32) | ($0.60) | ($0.36) | ($0.14) | ($0.08) | ($0.08) | ($0.07) | ($0.36) | ($0.12) | ($0.03) | ($0.11) | ($1.12) | ($1.58) | ($0.08) | ($0.06) | ($0.03) | ($0.01) | ($0.18) | ($0.05) | ($0.02) | ($0.00) | $0.02 | ($0.06) |
| Adj-EPS, excl. one-time items & warrant valuation adj | ($1.65) | ($1.07) | ($0.38) | ($0.22) | ($0.27) | ($0.32) | ($0.37) | ($0.32) | ($0.13) | ($0.08) | ($0.07) | ($0.06) | ($0.34) | ($0.12) | ($0.03) | ($0.09) | ($0.28) | ($0.28) | ($0.08) | ($0.06) | ($0.03) | ($0.01) | ($0.18) | ($0.05) | ($0.02) | ($0.00) | $0.02 | ($0.06) |
| EPS, non-GAAP | ($1.46) | ($0.93) | ($0.86) | ($0.55) | ($0.25) | ($0.30) | ($0.44) | ($0.28) | ($0.14) | ($0.07) | ($0.07) | ($0.06) | ($0.34) | ($0.12) | ($0.03) | ($0.04) | ($0.05) | ($0.31) | ($0.08) | ($0.06) | ($0.03) | ($0.01) | ($0.18) | ($0.05) | ($0.02) | ($0.00) | $0.02 | ($0.06) |
| Wtd. Avg. Shares Outstanding | 18.8 | 34.4 | 76.4 | 159.2 | 176.1 | 180.6 | 216.3 | 219.7 | 220.6 | 231.1 | 236.8 | 260.1 | 237.2 | 305.2 | 316.6 | 371.0 | 425.4 | 354.8 | 534.7 | 562.6 | 567.6 | 572.6 | 559.4 | 577.6 | 582.6 | 587.6 | 592.6 | 585.1 |
| **MARGINS (% of Sales)** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Product - Fuel cell systems & related infrastructure | -15.5% | -21.9% | -10.7% | 10.2% | 13.2% | 26.1% | 12.5% | 21.3% | 8.8% | 40.2% | 35.7% | 33.5% | 35.4% | 32.6% | 29.5% | 18.0% | 121.9% | 279.9% | 32.9% | 33.5% | 33.7% | 33.8% | 33.6% | 32.6% | 33.6% | 33.7% | 34.0% | 33.6% |
| Service - Fuel cell systems & related infrastructure | -121.5% | -240.4% | -124.2% | -94.3% | -135.4% | -5.5% | -22.3% | -7.7% | 3.5% | -16.4% | -4.1% | -36.4% | -14.2% | -25.5% | -4.1% | -66.6% | 138.1% | 332.4% | -10.0% | -10.0% | -10.0% | -8.0% | -9.5% | -5.0% | -3.0% | 0.0% | 5.0% | -0.5% |
| Power purchase agreements (PPAs) | | | | 50.8% | 8.1% | -17.9% | -143.2% | -58.1% | -47.3% | -35.9% | -57.0% | -77.9% | -54.9% | -119.3% | -106.0% | -110.1% | -182.1% | -130.2% | -70.0% | -70.0% | -70.0% | -70.0% | -70.0% | -50.0% | -50.0% | -50.0% | -50.0% | -50.0% |
| Fuel | | | | -12.6% | -31.9% | -27.0% | -169.5% | -23.3% | -20.3% | -24.9% | -19.8% | -34.0% | -24.9% | -23.2% | -22.9% | -44.2% | 145.5% | 415.6% | -20.0% | -20.0% | -20.0% | -15.0% | -18.6% | -10.0% | -8.0% | -5.0% | 0.0% | -5.5% |
| Other | -41.5% | -64.9% | -67.5% | -66.9% | -12.3% | 2.1% | -8.5% | NA | NA | NA | -11.1% | 2.0% | -7.5% | -6.6% | -1.6% | -35.1% | 36.8% | -3.9% | 0.0% | 0.0% | 0.0% | 0.0% | NA | 0.0% | 0.0% | 0.0% | 0.0% | NA |
| **Gross Margin - GAAP** | -33.6% | -55.0% | -42.3% | -7.6% | -9.6% | 4.6% | -28.0% | 1.5% | -17.5% | 18.5% | 14.0% | 13.9% | 12.1% | -11.0% | 7.5% | -1.2% | 133.6% | 421.4% | 2.8% | 14.5% | 20.1% | 22.9% | 17.8% | 17.3% | 23.0% | 25.4% | 27.1% | 24.2% |
| *Gross Margin - Non-GAAP* | | | | | | | 1.2% | 6.9% | -11.4% | 19.9% | 16.1% | 16.5% | 14.6% | -5.3% | 13.0% | 17.2% | 15.6% | 13.0% | 6.0% | 16.2% | 21.2% | 23.8% | 19.2% | 18.7% | 24.0% | 26.1% | 27.7% | 25.0% |
| R&D | 20.5% | 20.8% | 11.7% | 10.1% | 14.5% | 24.6% | 22.1% | 18.3% | 32.4% | 15.3% | 13.2% | 9.9% | 14.2% | 24.2% | 13.5% | 9.5% | 19.6% | 15.1% | 27.7% | 17.7% | 12.4% | 10.3% | 14.7% | 16.5% | 11.5% | 9.5% | 8.4% | 10.6% |
| SG&A | 61.1% | 64.7% | 54.9% | 37.7% | 31.5% | 39.9% | 29.2% | 19.1% | 40.9% | 23.3% | 17.1% | 11.6% | 18.7% | 25.6% | 18.4% | 11.4% | 30.1% | 20.0% | 24.6% | 15.6% | 11.1% | 9.3% | 13.1% | 16.0% | 11.5% | 9.4% | 8.5% | 10.6% |
| Operating margin | -112.7% | -140.5% | -108.9% | -55.3% | -55.6% | -60.0% | -72.9% | -36.0% | -89.9% | -20.4% | -16.5% | -8.0% | -21.1% | -60.2% | -24.9% | -21.9% | -488.5% | -160.7% | -49.6% | -19.1% | -3.6% | 3.0% | -10.2% | -15.6% | -0.2% | 6.4% | 10.0% | 2.7% |
| EBITDA margin, adjusted | 0.0% | -116.0% | -85.0% | -45.8% | -36.9% | -43.0% | -53.2% | -13.1% | -38.5% | 1.0% | 9.2% | 11.6% | 3.5% | -14.2% | 1.7% | 19.1% | 12.4% | 9.2% | -13.0% | 3.9% | 12.7% | 16.5% | 9.0% | 6.0% | 14.4% | 18.1% | 20.4% | 16.2% |
| Tax Rate | 0.0% | 0.0% | 0.7% | 0.4% | 0.0% | 0.7% | 0.0% | 10.6% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 67.1% | 14.2% | 1.4% | 5.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Margin | -99.4% | -122.0% | -236.0% | -138.0% | -54.0% | -67.0% | -100.3% | -42.3% | -136.1% | -30.9% | -29.8% | -19.4% | -36.1% | -87.2% | -12.0% | -31.3% | -494.4% | -166.5% | -71.9% | -32.9% | -13.1% | -4.7% | -21.6% | -27.8% | -8.4% | -0.1% | 4.4% | -4.7% |
| **GROWTH (Yr/Yr)** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Product - Fuel cell systems & related infrastructure | | | | 61.5% | -48.7% | 56.6% | 71.3% | -76.0% | 105.6% | 6.0% | 69.4% | 39.7% | 701.4% | 23.4% | 114.9% | NA | NA | 71.8% | 49.8% | 36.8% | NA | NA | 130.5% | 86.4% | 53.8% | 41.7% | 62.7% | |
| Service - Fuel cell systems & related infrastructure | | | | 41.4% | 46.0% | -20.8% | 35.8% | 15.7% | -6.2% | 20.3% | 29.2% | 14.6% | 2.8% | 16.8% | 10.1% | NA | NA | 22.7% | 33.1% | 24.5% | NA | NA | 12.5% | 15.7% | 20.0% | 25.0% | 18.5% | |
| Power purchase agreements (PPAs) | | | | 167.6% | 139.4% | -6.0% | 77.7% | 13.7% | 17.9% | 18.7% | 3.6% | 13.0% | 6.3% | 3.8% | 1.7% | 4.9% | 4.1% | 10.1% | 8.2% | 8.1% | 3.3% | 7.4% | 2.1% | 1.4% | 2.1% | 2.7% | 2.1% | |
| Fuel | | | | 159.1% | 115.1% | -25.2% | 175.1% | 33.0% | 34.3% | 32.2% | 20.5% | 29.5% | 11.4% | 4.0% | 28.5% | NA | NA | 43.2% | 49.2% | 22.1% | NA | NA | 33.3% | 36.4% | 33.3% | 30.8% | 33.3% | |
| Other | | | | -74.9% | 83.8% | -67.9% | NA | NA | NA | NA | NA | NA | NA | NA | -28.1% | 49.0% | 67.2% | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | |
| **Total Net Revenue** | | -5.5% | 1.9% | 141.5% | 60.8% | -16.8% | 16.6% | 74.4% | -18.3% | 63.3% | 11.8% | 53.2% | 31.8% | 89.1% | 18.3% | 79.9% | -445.1% | -143.6% | 43.8% | 41.0% | 30.9% | -154.6% | -565.2% | 85.8% | 70.0% | 48.1% | 38.9% | 53.9% |
| **Total Gross Billings** | 41.9% | -5.5% | 1.9% | 141.5% | 60.8% | -16.8% | 51.1% | 42.4% | -19.5% | 49.6% | 10.2% | 52.2% | 28.1% | 88.8% | 23.7% | 106.1% | 2.0% | 42.5% | 41.1% | 35.4% | 13.0% | 81.4% | 40.9% | 83.0% | 68.6% | 47.4% | 38.4% | 53.0% |
| R&D | -56.2% | -3.9% | -42.6% | 107.3% | 131.1% | 41.7% | 35.5% | 18.2% | -14.7% | 6.0% | -4.5% | 10.8% | -0.7% | 41.2% | 9.2% | 49.0% | 102.2% | 51.5% | 61.4% | 77.3% | 47.1% | -4.7% | 36.6% | 8.9% | 9.8% | 12.5% | 12.2% | 10.9% |
| SG&A | NA | 0.1% | -13.5% | 65.8% | 34.6% | 5.2% | 10.6% | -6.9% | 12.2% | 45.9% | 20.2% | 22.1% | 25.6% | 18.1% | -2.2% | 37.3% | 163.7% | 52.4% | 35.3% | 14.8% | 10.0% | -44.1% | -8.1% | 19.5% | 24.2% | 24.8% | 26.5% | 23.8% |
| Operating Income, adjusted | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 356.8% |
| EBITDA, adjusted | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 112.6% | 327.1% | 9.4% | 271.9% | NA | 217.9% | -25.2% | 141.3% | 37.8% | NA | 514.2% | 111.0% | 70.8% | 174.6% |
| Net Income, adjusted | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| EPS, GAAP | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Adj-EPS, excl. one-time items & warrant valuation adj | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |



CRAIG-HALLUM
CAPITAL GROUP LLC

**March 17, 2021**

### *Plug Power, Inc.*
FISCAL YEAR ENDS DECEMBER

| ($ millions) | Fiscal 2011A | Fiscal 2012A | Fiscal 2013A | Fiscal 2014A | Fiscal 2015A | Fiscal 2016A | Fiscal 2017A | Fiscal 2018A | Mar Q1-19A | Jun Q2-19A | Sep Q3-19A | Dec Q4-19A | Fiscal 2019A | Mar Q1-20A | Jun Q2-20A | Sep Q3-20A | Dec Q4-20A | Fiscal 2020A | Mar Q1-21E | Jun Q2-21E | Sep Q3-21E | Dec Q4-21E | Fiscal 2021E | Mar Q1-22E | Jun Q2-22E | Sep Q3-22E | Dec Q4-22E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW STATEMENT** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NET INCOME | ($27.5) | ($31.9) | ($62.7) | ($88.5) | ($55.7) | ($57.5) | ($127.1) | ($78.1) | ($31.0) | ($18.1) | ($18.1) | ($18.3) | ($85.5) | ($37.5) | ($8.7) | ($39.4) | ($476.2) | ($561.7) | ($43.6) | ($32.2) | ($18.6) | ($8.2) | ($102.6) | ($30.8) | ($13.9) | ($0.2) | $10.7 | ($34.1) |
| DEPRECIATION AND AMORT. | $4.5 | $4.4 | $4.2 | $4.3 | $3.0 | $5.2 | $9.8 | $11.7 | $3.0 | $2.9 | $3.6 | $3.2 | $12.7 | $3.0 | $3.2 | $4.0 | $4.6 | $14.8 | $4.2 | $4.3 | $4.3 | $4.4 | $17.1 | $4.4 | $4.5 | $4.5 | $4.6 | $17.9 |
| CHANGES IN WORKING CAPITAL | ($8.0) | $10.1 | ($4.5) | ($12.1) | ($8.9) | $16.9 | ($4.4) | ($4.6) | ($16.9) | ($1.6) | $5.1 | $6.3 | ($7.1) | ($33.9) | ($27.2) | ($35.2) | $56.1 | ($40.2) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| OTHER | ($2.3) | ($2.8) | $36.1 | $55.5 | $14.3 | $5.7 | $61.5 | $13.4 | $8.6 | $8.1 | $9.2 | $2.5 | $28.3 | $8.3 | ($18.5) | $24.9 | $416.1 | $430.7 | $6.5 | $6.8 | $7.3 | $7.7 | $28.3 | $8.0 | $8.2 | $8.6 | $9.0 | $33.8 |
| **NET CASH FROM OPERATIONS** | ($33.3) | ($20.2) | ($26.9) | ($40.8) | ($47.3) | ($29.6) | ($60.2) | ($57.6) | ($36.3) | ($8.8) | ($0.2) | ($6.3) | ($51.5) | ($60.0) | ($51.2) | ($45.7) | $0.6 | ($156.3) | ($32.9) | ($21.1) | ($7.0) | $3.9 | ($57.2) | ($18.4) | ($1.3) | $12.9 | $24.3 | $17.6 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PP&E (CAP EX) | ($1.3) | ($0.1) | ($0.1) | ($1.4) | ($3.5) | ($2.7) | ($4.1) | ($5.1) | ($1.5) | ($1.4) | ($1.8) | ($1.0) | ($5.7) | ($2.5) | ($2.5) | ($6.3) | ($11.3) | ($22.5) | ($125.0) | ($200.0) | ($200.0) | ($225.0) | ($750.0) | ($187.5) | ($187.5) | ($187.5) | ($187.5) | ($750.0) |
| ACQUISITIONS | $0.0 | $0.0 | $3.2 | $0.4 | $0.0 | $0.0 | $0.0 | ($0.9) | $0.0 | ($1.9) | $0.0 | ($0.5) | ($2.4) | $0.0 | ($45.3) | $0.2 | $0.0 | ($45.1) | | | | | $0.0 | | | | | $0.0 |
| OTHER (Purchases for construction of leased proper | $11.6 | $0.1 | $0.1 | $0.0 | $1.5 | ($55.3) | ($40.3) | ($13.5) | ($0.8) | ($0.8) | ($0.9) | ($3.7) | ($6.2) | ($3.8) | ($2.4) | ($9.1) | ($12.4) | ($27.7) | | | | | $0.0 | | | | | $0.0 |
| **NET CASH FROM INVESTING** | $10.3 | ($0.0) | $3.2 | ($1.0) | ($2.0) | ($58.1) | ($44.4) | ($19.6) | ($2.3) | ($4.0) | ($2.7) | ($5.3) | ($14.2) | ($6.4) | ($50.2) | ($15.2) | ($23.6) | ($95.3) | ($125.0) | ($200.0) | ($200.0) | ($225.0) | ($750.0) | ($187.5) | ($187.5) | ($187.5) | ($187.5) | ($750.0) |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| COMMON STOCK | $20.5 | $15.8 | $21.3 | $183.7 | ($0.1) | $27.6 | $37.0 | ($5.2) | $23.6 | $4.9 | $5.4 | $135.8 | $169.7 | $6.1 | $17.3 | $352.2 | $936.0 | $1,311.6 | $3,529.0 | $0.0 | $0.0 | $0.0 | $3,529.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| DEBT | $5.4 | ($0.1) | ($1.5) | ($0.8) | $14.5 | $49.1 | $34.6 | $124.6 | $14.1 | $37.5 | $63.6 | $40.2 | $155.4 | ($2.0) | $160.2 | $56.8 | ($10.2) | $204.7 | ($2.7) | ($2.7) | ($2.7) | ($2.7) | ($10.8) | ($2.7) | ($2.7) | ($2.7) | ($2.7) | ($10.8) |
| OTHER | $0.0 | $0.0 | ($0.5) | $0.0 | ($47.3) | ($6.8) | $11.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **NET CASH FROM FINANCING** | $25.9 | $15.7 | $19.4 | $182.9 | ($32.9) | $69.9 | $83.0 | $119.3 | $37.7 | $42.4 | $69.0 | $176.0 | $325.1 | $4.1 | $177.5 | $409.0 | $925.8 | $1,516.4 | $3,526.3 | ($2.7) | ($2.7) | ($2.7) | $3,518.2 | ($2.7) | ($2.7) | ($2.7) | ($2.7) | ($10.8) |
| EFFECT OF FX | ($0.0) | $0.0 | ($0.0) | $0.0 | ($0.0) | ($0.1) | $0.3 | ($0.1) | ($0.0) | ($0.0) | ($0.1) | $0.2 | $0.1 | $0.0 | ($0.0) | ($0.1) | $0.2 | $0.1 | | | | | $0.0 | | | | | $0.0 |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **NET CHANGE IN CASH** | $2.9 | ($4.5) | ($4.4) | $141.2 | ($82.2) | ($17.9) | ($21.2) | $42.1 | ($0.9) | $29.5 | $66.1 | $164.6 | $259.3 | ($62.3) | $76.0 | $348.1 | $902.9 | $1,264.8 | $3,368.4 | ($223.8) | ($209.7) | ($223.8) | $2,711.0 | ($208.6) | ($191.5) | ($177.3) | ($165.9) | ($743.2) |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ***FREE CASH FLOW ANALYSIS - PLUG reported*** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CASH FLOW FROM OPERATIONS | ($33.3) | ($20.2) | ($26.9) | ($40.8) | ($47.3) | ($29.6) | ($60.2) | ($57.6) | ($36.3) | ($8.8) | ($0.2) | ($6.3) | ($51.5) | ($60.0) | ($51.2) | ($45.7) | $0.6 | ($156.3) | ($32.9) | ($21.1) | ($7.0) | $3.9 | ($57.2) | ($18.4) | ($1.3) | $12.9 | $24.3 | $17.6 |
| (-) NET CASH FROM INVESTING (CapEx + Other) | $10.3 | ($0.0) | $3.2 | ($1.0) | ($2.0) | ($58.1) | ($44.4) | ($19.6) | ($2.3) | ($4.0) | ($2.7) | ($5.3) | ($14.2) | ($6.4) | ($4.9) | ($15.3) | ($23.6) | ($50.2) | ($125.0) | ($200.0) | ($200.0) | ($225.0) | ($750.0) | ($187.5) | ($187.5) | ($187.5) | ($187.5) | ($750.0) |
| (+) Project financing for PPA sites | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $32.7 | $45.4 | $32.9 | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 |
| (+) Principal payments associated with operating leases | | | | | | | $6.1 | $5.8 | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 |
| **(=) FREE CASH FLOW** | ($23.0) | ($20.2) | ($23.7) | ($41.7) | ($49.3) | ($55.0) | ($53.1) | ($38.4) | ($38.5) | ($12.8) | ($2.9) | ($11.5) | ($65.8) | ($66.4) | ($56.1) | ($61.0) | ($23.0) | ($206.5) | ($157.9) | ($221.1) | ($207.0) | ($221.1) | ($807.2) | ($205.9) | ($188.8) | ($174.6) | ($163.2) | ($732.4) |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Unrestricted cash | | | | 146.2 | 64.0 | 46.0 | 24.8 | 38.6 | 39.3 | 19.8 | 43.3 | 139.5 | 139.5 | 73.3 | 152.5 | 448.1 | 1,312.4 | 1,312.4 | | | | | | | | | | |
| Restricted cash - ST | | | | 0.0 | 4.0 | 11.2 | 13.9 | 17.4 | 19.3 | 19.4 | 35.7 | 54.8 | 54.8 | 56.8 | 50.6 | 55.7 | 62.8 | 62.8 | | | | | | | | | | |
| Restricted cash - LT | | | | 0.5 | 43.8 | 43.4 | 29.3 | 54.2 | 50.6 | 96.1 | 119.3 | 175.2 | 175.2 | 176.1 | 180.1 | 227.5 | 259.1 | 259.1 | | | | | | | | | | |
| Cash & Equivalents | 13.9 | 9.4 | 5.5 | 146.7 | 111.8 | 100.6 | 68.1 | 110.2 | 109.2 | 135.3 | 198.3 | 369.5 | 369.5 | 306.2 | 383.3 | 731.4 | 1,634.3 | 1,634.3 | 5,002.7 | 4,778.8 | 4,569.1 | 4,345.2 | 4,345.2 | 4,136.7 | 3,945.2 | 3,767.9 | 3,602.0 | 3,602.0 |
| *Cash Conversion Cycle* | | | | 126 | 77 | 28 | 61 | 83 | 244 | 110 | 112 | 60 | 60 | 162 | 158 | 136 | 56 | 56 | | | | | | | | | | |
| Accounts Receivable | 13.4 | 4.0 | 6.4 | 16.1 | 22.7 | 11.9 | 15.3 | 41.8 | 32.1 | 26.6 | 24.4 | 25.4 | 25.4 | 24.4 | 45.5 | 113.1 | 42.8 | 42.8 | | | | | | | | | | |
| *DSO's* | 177 | 56 | 88 | 91 | 80 | 51 | 43 | 83 | 128 | 41 | 36 | 25 | 39 | 52 | 57 | 82 | 40 | 46 | | | | | | | | | | |
| Inventories | 10.4 | 8.6 | 10.4 | 24.7 | 32.8 | 29.2 | 48.8 | 47.9 | 65.5 | 73.2 | 80.6 | 72.4 | 72.4 | 93.0 | 114.6 | 134.3 | 139.4 | 139.4 | | | | | | | | | | |
| *Days Inventory* | 102 | 77 | 100 | 131 | 106 | 130 | 139 | 102 | 224 | 139 | 139 | 81 | 131 | 178 | 155 | 96 | 24 | 67 | | | | | | | | | | |
| Total Current Assets | 39.5 | 23.9 | 23.7 | 192.7 | 131.2 | 110.9 | 119.6 | 155.6 | 166.5 | 153.0 | 196.8 | 313.3 | 313.3 | 277.1 | 394.7 | 778.0 | 1,602.9 | 1,602.9 | | | | | | | | | | |
| NET PP&E | 8.7 | 6.7 | 5.3 | 5.3 | 7.3 | 8.2 | 10.4 | 12.9 | 13.6 | 14.2 | 15.0 | 15.0 | 15.0 | 16.6 | 60.0 | 64.8 | 74.5 | 74.5 | | | | | | | | | | |
| NET leased property | | | | 1.7 | 54.1 | 87.1 | 146.8 | 141.9 | 170.5 | 202.0 | 244.7 | 244.7 | 252.8 | 274.7 | 309.5 | 361.8 | 361.8 | | | | | | | | | | | |
| Intangibles & goodwill | 7.5 | 5.3 | 2.9 | 1.5 | 13.1 | 12.2 | 13.2 | 12.9 | 12.6 | 14.4 | 13.7 | 14.4 | 14.4 | 14.0 | 109.0 | 111.1 | 111.2 | 111.2 | | | | | | | | | | |
| Total Assets | 55.7 | 39.5 | 35.4 | 205.9 | 209.5 | 240.8 | 270.8 | 390.3 | 396.2 | 457.0 | 556.0 | 771.2 | 771.2 | 748.5 | 1,030.3 | 1,500.6 | 2,416.1 | 2,416.1 | | | | | | | | | | |
| Accounts Payable | 4.7 | 3.6 | 3.1 | 10.2 | 20.5 | 31.1 | 42.4 | 34.8 | 31.7 | 36.9 | 36.9 | 40.4 | 40.4 | 35.5 | 39.8 | 58.8 | 50.0 | 50.0 | | | | | | | | | | |
| *Days Payables* | | | | 40 | 39 | 96 | 121 | 57 | 109 | 70 | 64 | 45 | 45 | 68 | 54 | 42 | 9 | 9 | | | | | | | | | | |
| Total Current Liabilities | 17.0 | 17.0 | 12.6 | 25.7 | 42.7 | 66.5 | 115.7 | 146.4 | 88.8 | 102.8 | 126.3 | 150.8 | 150.8 | 151.6 | 208.4 | 263.9 | 236.0 | 236.0 | | | | | | | | | | |
| Deferred Revenue (ST & LT) | 5.5 | 7.3 | 9.0 | 10.1 | 18.5 | 23.1 | 34.4 | 40.1 | 37.6 | 36.2 | 33.9 | 35.1 | 35.1 | 34.5 | 39.9 | 46.9 | 56.3 | 56.3 | | | | | | | | | | |
| Common stock warrant liability | 5.3 | 0.5 | 28.8 | 9.4 | 5.7 | 11.4 | 4.4 | 0.1 | 2.2 | 0.5 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | | | | | |
| Net Working Capital | 22.5 | 6.9 | 11.1 | 167.0 | 88.5 | 44.4 | 3.9 | 9.2 | 77.7 | 50.2 | 70.5 | 162.5 | 162.5 | 125.4 | 186.3 | 514.2 | 1,366.9 | 1,366.9 | | | | | | | | | | |
| ST & LT Debt | | | | | 0.0 | 23.8 | 32.1 | 80.2 | 150.3 | 166.5 | 203.8 | 222.4 | 222.4 | 219.8 | 295.5 | 300.3 | 261.0 | 261.0 | | | | | | | | | | |
| ST & LT Leases (financing obligations) | | | | | 17.5 | 44.6 | 71.6 | 192.3 | 135.2 | 188.2 | 249.6 | 314.7 | 314.7 | 324.2 | 358.3 | 400.8 | 454.1 | 454.1 | | | | | | | | | | |
| Total ST & LT Debt | 5.4 | 5.3 | 3.8 | 3.0 | 17.5 | 68.3 | 103.7 | 272.5 | 285.5 | 354.7 | 453.4 | 537.2 | 537.2 | 544.0 | 653.8 | 701.1 | 690.9 | 690.9 | 688.2 | 685.5 | 682.8 | 680.1 | 680.1 | 677.4 | 674.7 | 672.0 | 669.3 | 669.3 |
| Shareholders Equity | 29.0 | 15.0 | (17.9) | 158.3 | 124.7 | 85.0 | 73.6 | 2.7 | (1.2) | (10.7) | (14.4) | 134.7 | 134.7 | 109.1 | 240.0 | 617.4 | 1,506.0 | 1,506.0 | | | | | | | | | | |
| Book Value/shr. | $1.55 | $0.44 | ($0.23) | $0.99 | $0.71 | $0.47 | $0.34 | $0.01 | ($0.01) | ($0.05) | ($0.06) | $0.52 | $0.57 | $0.36 | $0.76 | $1.66 | $3.54 | $4.24 | | | | | | | | | | |
| Tangible Book Value/share | $1.15 | $0.28 | ($0.27) | $0.98 | $0.63 | $0.40 | $0.28 | ($0.05) | ($0.06) | ($0.11) | ($0.12) | $0.46 | $0.51 | $0.31 | $0.41 | $1.36 | $3.28 | $3.93 | | | | | | | | | | |

**March 17, 2021**

## REQUIRED DISCLOSURE



Initiate:  July 28, 2015 – Rating: BUY – Price Target:  $3.50
..........
Update:  September 19, 2019 – Rating: BUY – Price Target:  $4
Update:  January 7, 2020 – Rating: BUY – Price Target:  $5
Update:  March 5, 2020 – Rating: BUY – Price Target:  $6
Update:  June 24, 2020 – Rating: BUY – Price Target:  $9
Update:  August 6, 2020 – Rating: BUY – Price Target:  $14
Update:  November 9, 2020 – Rating: BUY – Price Target:  $26
Update:  January 7, 2021 – Rating: BUY – Price Target:  $60
Update:  January 12, 2021 – Rating: BUY – Price Target:  $79
Update:  January 26, 2021 – Rating: BUY – Price Target:  $88
Update:  March 17, 2021 – Rating: BUY – Price Target:  $49

*Source:  FactSet*

**Ratings definitions:**

**Buy** rated stocks generally have twelve-month price targets that are more than 20% above the current price. **Hold** rated stocks generally have twelve-month price targets near the current price. **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating. **Stable** means growth rates of key business metrics are generally steady. **Mixed** means growth rates of some key business metrics are positive but others are negative. **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (12/31/2020)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 82% | 24% |
| Hold | 17% | 8% |
| Sell | 1% | 0% |
| Total | 100% | 21% |

## Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months.  CHLM has received investment banking revenue from the subject company in the last 12 months. CHLM expects to receive and intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Eric Stine, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer.  No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.