# EXHIBIT T

CORE


**BARCLAYS**

Equity Research | Instant Insights
18 March 2021

| Moses Sutton, CFA | +1 212 526 4060 | moses.sutton@barclays.com | BCI, US | Completed: 18-Mar-21, 17:26 GMT |
| Heidi Hauch | +1 212 526 8190 | heidi.hauch@barclays.com | BCI, US | Released: 18-Mar-21, 17:26 GMT |
| Eric Morgan, CFA | +1 212 526 9642 | eric.morgan@barclays.com | BCI, US | |

Plug Power, Inc.

# Investor Feedback & Thoughts on Accounting Restatements

**Stock Rating/Industry View:** Underweight/Neutral
**Price Target:** USD 29.00
**Price (17-Mar-2021):** USD 39.33
**Potential Upside/Downside:** -26%
**Tickers:** PLUG

On 3/16, PLUG put out a press release stating that there are pending accounting revisions across various line items and categories leading to a delay in the 2020 10k filing and restatements as far back as 2018. PLUG also stressed no expected impact to cash, guidance, or partnership agreements. Following our discussion with management and subsequent conversations with investors on 3/17, we summarize what came off as the greater and lesser concerns, as well as some of our own evolving questions and views. We expect **the degree to which this proves a lingering (or deepening) overhang vs. a transient headwind (forgotten by a future big press release) depends on the magnitude of each change (currently unknown) and, most crucially (1) the degree to which past margin for fuel cell products are lower** (if a lot of R&D moves to Cost of Rev.), **(2) if GAAP revenue is affected** (eg: if op. leases are reclassified, which seems unlikely to us, but fuller thoughts below)**, and (3) if there are broader readthroughs on service liability than mere technicalities. All discussed in details below. At this point, we are slightly more inclined to believe it will ultimately pass and fall on the transient headwind side, though near-term sentiment could remain deflated.**

**Sections**

- 1. Loss accruals for service contracts: Reflection of an endemic problem for fuel cells (like the Bloom theme in the past)? Or entirely a technical GAAP impact? Hints from 3Q20 and prior periods.

- 2. R&D reclassifications to Cost of Revenue: Neutral vs. negative takes. How might this affect GAAP margins for fuel cells? Implications (if any) for how much additional execution is now implicit in future margin targets.

- 3. Sale-leaseback/ROU book values and impairments: Explainable away by "PLUG is just growing and innovating fast?" ASC Topic 842. Op. leases vs. finance leases, especially as relates to residual value.

## 1. Loss accruals for service contracts

- **What's the root of the problem?** The accrued service liability on a GAAP basis needs to be reported higher. Management does note that service costs have trended higher than its expectations, but still expects to meet all forecasts, meaning that it expects the pending accruals to partially reverse over time, as actual service costs prove in line with its existing forecasts. Interestingly, we cannot find accrued service liability for service contracts that are *not* associated with SLB assets (eg: AMZN service agreements) – which implies an expectation that the service revenues would be higher than the costs. As of 9/30/20, the service liability associated with *leases only* was $122 mn, $22 mn for the subsequent 12 months. Service costs related to leases flow through the PPA Cost of Revenue, and leases are a large portion of what's cumulatively deployed. The reported Services Cost of Revenue, which is for non-lease assets, was $35 mn for 2020 (not expected to be adjusted), and this would be presumably higher for the forward 12 month (as more units were deployed, especially to AMZN). So, is the $22 mn current service liability (embedded in Finance Obligations) too low? Or is this separate, related to non-lease contracts? Or both? Ultimately, if management hits its targets on service cost improvements this would be moot, but getting a sense of the GAAP-calculated future liability will still help fine-tune modeling the service line for the next few years (at least, given the contract lengths).

- **Parallels to Bloom?** We found the primary concern from investors was that this parallels Bloom's (BE, not covered) issue related to service liabilities and the Feb. 11, 2020 restatements of its service agreement metrics (though we stress these are not entirely comparable). The broader thematic consideration is how much this reflects an endemic issue to fuel cells vs. simply a GAAP accounting gap. Fuel cell companies do need to bring down service costs dramatically to hit future targets, but we think it's premature to make any definite conclusions on what R&D can lead to, based on past underperformance on service costs.

- **2H20's "Provision for loss contracts related to service"** – That the increased provision could have already begun in 3Q20. When we asked management about the $4.3 mn (at the time that 3Q was reported), we were told that it relates to AMZN warrants stepping up to the next level. The 3Q20 10Q has the same explanation, that it is "*related to Amazon service contracts, caused primarily by the increase in the value of the tranche 3 warrants, driven by recent increases in the Company's stock price.*" It seems intuitively possible though to some that this might actually relate to actual service liabilities (per the plain meaning of the line item label). We cannot know for sure – and given the complexity of these contracts, investors should give the benefit of the doubt until we get greater clarity, as the restatements will help settle this. But the 2019 10k risk section notes (our emphasis): "*Under the*

*terms of our extended maintenance contracts, we have had to retrofit units subject to component quality issues with replacement components to improve the reliability of our products for our customers. We recorded a <u>provision for loss contracts related to service</u> in prior years."* The historical case is reflected in the $10 mn charge in 2015 for a discrete issue ($1 mn reversed in 2016). From the 4Q15 call: *"for a portion of our installed fleet under maintenance contracts, we have identified a design concern in certain stacks… causing premature failures… it has become apparent that these particular stacks will not meet the expected life, which will result in higher-than-anticipated refurbishment costs… about two-thirds of the units we have under extended maintenance contract will have projected costs that exceed the residual service revenue."*

- Some investors expressed to us concern that maybe the company anticipated a provision emerging, related to an actual in-the-field issue (or simply elevated service costs that are not just a GAAP technicality) and tried to "hide it" to not induce fears around something paralleling the 2015 event or a parallel to the Bloom narrative.

- **We emphasize though, this line item could be doing double duty and not reflect a smoking gun**. It could easily be a mere coincidence that the present value of the AMZN warrant liability associated with service agreements increased, and that there are separate purely technical GAAP restatements to service cost provisions, that are both affecting the same line.

## 2. R&D reclassifications to Cost of Revenue

- **What's the root of the problem?** This one is rather straightforward – some R&D costs need to move upward in the P&L. The biggest question is how much will be shifted. Below, we show the reported R&D costs, and two scenarios on what this could mean for historical fuel cell & related infrastructure gross profit.

- **How could this happen (neutral read)?** The following is the definition of what's in R&D, from past filings: *"…materials to build development and prototype units, cash and non-cash compensation and benefits for the engineering and related staff, expenses for contract engineers, fees paid to consultants for services provided, materials and supplies consumed, facility related costs such as computer and network services, and other general overhead costs associated with our research and development activities."* It is quite possible that some of the staff, the materials used for the fuel cells and components shipped, and even facility costs could be shared between R&D and commercial production. In past filings, for example, the company notes that Rochester, NY has housed both R&D and commercial manufacturing (specifically, the MEAs). In Sep. 2019, both functions were noted in PLUG's press release regarding the expansion of its MEA production capability at Rochester.

- **How could this happen (negative read)?** Simply put, that management wanted to show higher margins on the core hardware, the fuel cells. It has been quite impressive that margins stabilized in the mid-30% range (off of gross billings), from the 20-25% range before 2018.

- **Does this affect management's forecasts?** Management has stressed that it does not. What we note though, is that the prior expectation that fuel cells were already at the mid-30% margin range dramatically mitigated execution risk for the 2024 and overall guidance. We only needed to assume 35-40% margins, or around a 500bps increase to execute on the needed margin targets for that line, and be on track with the 2024 AEBITDA margin target of 20%. If margins are closer to 25% today (around 1/4 to 1/2 shift of R&D), management's targets could remain, but the execution risk is much greater, reflecting a necessary 1,000bps+ uplift over the next three years in GM (based on our calculations) in order to reach margin guidance.

**Illustrative Impact of R&D Shift (2018+) into Fuel Cell Cost of Revenue**



Source: Barclays Research, Company Filings

## 3. Sale-leaseback/ROU book values and impairments

- **What's the root of the book value problem?** Seemingly, the grossing up of both assets and liabilities upfront, when the sale-leaseback transaction is initiated. For example: Wells Fargo funds the forklifts and infrastructure, with revenue/COGS recognized, and subsequent Walmart PPA payments reduce the ROU asset carrying value and are used to pay (in part or full) and reduce the carrying value of the associated SLB liability.

- **Book value issue explainable by "growing and innovating fast?"** This doesn't seem too likely to us. Sure, this is a new market with new products, but it has not reflected hyper-growth (yet), and the core SLB accounting should in theory create straightforward starting values. Put differently, we know how much WF funded, in that example. From the 2019 10k (our emphasis): "*The ROU asset is initially measured at cost, which comprises the initial amount of the lease liability adjusted for lease payments made at or before the lease commencement date, plus any initial direct costs incurred less any lease incentives received.*'

- **Book value issue likely relate to ASC 842 changes?** This makes sense, given the restatements are from 2018 onward, right when the change was implemented.

- **Will the book value issue affect operating and financing leases differently, or the classification of each?** It does not seem like that will be the case, though we note a related point below on impairments.

- **Will the book value issue lower GAAP revenue?** Not entirely clear, but we do not think so. First of all, this would have likely been stated in the company's press release explicitly (even if only because it would affect gross billings guidance, which management reaffirmed). And the following metrics would be difficult to square: In 2019, $121 mn op. lease ROU assets were added to the balance sheet and $5.9 mn finance leases, while gross billings for fuel cells and related infrastructure was $151 mn. Walmart was a significant portion of the $151 mn, but, given the ROU values are that high, it would seem more likely to us that the recorded book value is disconnected from the op. lease upfront sale value flowing through revenue, and hence not a revenue concern.

- **Additional note on grossing book value too high:** We stress that, unless there were an associated impact to revenue (unlikely in our view), this simply does not look deliberate at all. There is no discernable gain for management or the market's perception of PLUG by lifting both SLB asset and liability line items. Perhaps the price/book ratio, but that is not too relevant a metric for analyzing PLUG. We also note that executive compensation (as of the Apr. 2020 Definitive Proxy) does not reflect any ties to book values, rather gross billings, adjusted EBITDA, and bookings of fuel cell mobility applications ex. material handling.

- **What's the root of the impairment problem?** Based on our call with management, it is seemingly driven by residual values assumed

on SLB assets post contract life (typically 6 or 7 years). PLUG has typically assumed the assets have a 10-year life.

- **Impairment issue explainable by "growing and innovating fast?"** This seems quite possible to us, and investors agreed. Fuel cell forklifts are a relatively new product category and useful life post contract period is debatable.

- **Any broader implications of an impairments / residual value change to GAAP revenue?** If residual value and useful life are the core issues and 10 years can no longer be assumed for the fuel cell's useful life, would this affect op. lease recognition (and hence GAAP revenue levels, as op. leases are recognized upfront in revenue)? If >75% of useful life is exceeded by end of contract, it cannot be classified as an op. lease anymore (rather a finance lease), as noted in the last 10k: "In order for a lease to be classified as an operating lease, the lease term cannot exceed 75% (major part) of the estimated useful life of the leased asset. The average estimated useful life of the fuel cells is 10 years, and the average estimated useful life of the hydrogen infrastructure is 20 years. These estimated useful lives are compared to the term of each lease to ensure that 75% of the estimated useful life of the assets is not exceeded which allows the Company to meet the operating lease criteria." Note that a significant portion of revenue has come from Walmart operating leases in particular. Again, this still seems unlikely to us, as an op. lease recognition impact would have been likely mentioned in the press release explicitly. We await the full update and eventual filings for greater clarity.

**Select Past Reports**
- *PLUG: A Fundamentals Disconnect; Move to UW (3/2/21)*
- *PLUG: Momentum Game Won't Stop; Implied Unit-Level Metrics Open Questions (1/27/2021)*
- *PLUG: SK All the Way; and the Impact on Blue Sky Valuation (1/6/21)*
- *Blue Sky Deep Dive, Vol. 1: PLUG & Hydrogen (1/6/21)*
- *PLUG: What's a Hydrogen Stock Really Worth? (11/10/20)*
- *PLUG: Hydrogen Production Takes Center Stage (9/25/20)*
- *PLUG: Momentum Continues (8/7/20)*
- *PLUG: Hydrogenie Grants Re-Rating Wish; Downgrade to EW on Risk-Reward Shift (7/9/20)*
- *PLUG: Hydrogen Integration - Impressive by the Numbers (6/24/20)*
- *PLUG: 'Lifting' to Multiple Inflections (6/4/20)*

Restricted - External

**Analyst(s) Certification(s):**

I, Moses Sutton, CFA, hereby certify (1) that the views expressed in this research report accurately reflect my personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

**Important Disclosures:**

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

**Availability of Disclosures:**

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please

refer to: https://publicresearch.barcap.com/S/CM.htm.

**Risk Disclosure(s)**

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

**Mentioned Stocks (Ticker, Date, Price)**

**Plug Power, Inc.** (PLUG, 17-Mar-2021, USD 39.33), Underweight/Neutral, A/CD/CE/D/J/L

**Valuation Methodology:** We apply an average of two methodologies: 1. a 100x EV/adj EBITDA multiple on our 2024 estimate of $191 mn, discounted back at a cost of equity of 10%. 2. a 30x multiple on our forward net revenue in 12 months of $650 mn. These methodologies result in a price target of $29/share.
**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** There is upside risk that macro updates on hydrogen, new order momentum, or other developments drive continued share price increases above expectations. PLUG could also meet targets faster than expectations, including improving margins, while holding ASPs, and expanding into new end markets.

**Ratings and Price Target History:**
Plug Power, Inc.
Currency=USD



Source: IDC, Barclays Research

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 02-Mar-2021 | 48.78 | Underweight | 29.00 |
| 10-Nov-2020 | 20.01 | | 21.00 |
| 25-Sep-2020 | 11.65 | | 13.00 |
| 07-Aug-2020 | 11.28 | | 12.00 |
| 09-Jul-2020 | 8.95 | Equal Weight | 10.00 |
| 04-Jun-2020 | 5.00 | Overweight | 7.00 |

Source: Bloomberg, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

Unless otherwise indicated, prices are sourced from Bloomberg and reflect the closing price in the relevant trading market, which may not be the last available price at the time of publication.

**Disclosure Legend:**
**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.
**B:** An employee or non-executive director of Barclays PLC is a director of this issuer.
**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.
**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.
**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.
**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from

this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FD:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with South Korean regulations.

**GD:** One of the Research Analysts on the fundamental credit coverage team (and/or a member of his or her household) has a long position in the common equity securities of this issuer.

**GE:** One of the Research Analysts on the fundamental equity coverage team (and/or a member of his or her household) has a long position in the common equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

**Guide to the Barclays Fundamental Equity Research Rating System:**

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry ("the industry coverage universe"). To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Industry View**

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**

Barclays Equity Research has 1654 companies under coverage.

48% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 50% of companies with this rating are investment banking clients of the Firm; 73% of the issuers with this rating have received financial services from the Firm.

36% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 44% of companies with this rating are investment banking clients of the Firm; 70% of the issuers with this rating have received financial services from the Firm.

14% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 35% of companies with this rating are investment banking clients of the Firm; 61% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where

the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to https://live.barcap.com/go/research/Recommendations.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Bank Ireland PLC, Frankfurt Branch (BBI, Frankfurt)

Barclays Bank Ireland PLC, Paris Branch (BBI, Paris)

Barclays Bank Ireland PLC, Milan Branch (BBI, Milan)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong Branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India Branch (Barclays Bank, India)

Barclays Bank PLC, Singapore Branch (Barclays Bank, Singapore)

Barclays Bank PLC, DIFC Branch (Barclays Bank, DIFC)

**Disclaimer:**

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays"). It has been prepared for institutional investors and not for retail investors. It has been distributed by one or more Barclays affiliated legal entities listed below. It is provided to our clients for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Clients that are subscribed to receive equity research reports, will not receive certain cross asset research reports co-authored by equity and FICC research analysts that are distributed as "institutional debt research reports" unless they have agreed to accept such reports. Eligible clients may get access to such cross asset reports by contacting debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the

analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. Barclays is not a fiduciary to any recipient of this publication. The securities and other investments discussed herein may not be suitable for all investors and may not be available for purchase in all jurisdictions. The United States recently imposed sanctions on certain Chinese state-owned and private companies (https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/chinese-military-companies-sanctions), which may restrict U.S. persons from purchasing securities issued by those companies. Investors must independently evaluate the merits and risks of the investments discussed herein, including any sanctions restrictions that may apply, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

**United Kingdom:** This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

**European Economic Area ("EEA"):** This material is being distributed to any "Authorised User" located in a Restricted EEA Country by Barclays Bank Ireland PLC. The Restricted EEA Countries are Austria, Bulgaria, Estonia, Finland, Hungary, Iceland, Liechtenstein, Lithuania, Luxembourg, Malta, Portugal, Romania, Slovakia and Slovenia. For any other "Authorised User" located in a country of the European Economic Area, this material is being distributed by Barclays Bank PLC. Barclays Bank Ireland PLC is a bank authorised by the Central Bank of Ireland whose registered office is at 1 Molesworth Street, Dublin 2, Ireland. Barclays Bank PLC is not registered in France with the Autorité des marchés financiers or the Autorité de contrôle prudentiel. Authorised User means each individual associated with the Client who is notified by the Client to Barclays and authorised to use the Research Services. The Restricted EEA Countries will be amended if required.

**Americas:** The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A. This material is distributed in the Cayman Islands and in the Bahamas by Barclays Capital Inc., which it is not licensed or registered to conduct and does not conduct business in, from or within those jurisdictions and has not filed this material with any regulatory body in those jurisdictions.

**Japan:** This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

**Asia Pacific (excluding Japan):** Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker INZ000269539 (member of NSE and BSE); Depository Participant with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. BSIPL is also registered as a Mutual Fund Advisor having AMFI ARN No. 53308.The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 22 67196363. Fax number: +91 22 67196399. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore Branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material is distributed to persons in Australia by Barclays Bank PLC or one of the Barclays group entities. None of Barclays Bank PLC, nor such Barclays group entity, holds an Australian financial services licence and instead relies on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001. This material is distributed in New Zealand by Barclays Bank PLC, but it has not been registered, filed or approved by any New Zealand regulatory authority or under or in accordance with the Financial Markets Conduct Act of 2013, and this material is not a disclosure document under New Zealand law.

**Middle East:** Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). This material does not constitute or form part of any offer to issue or sell, or any solicitation of any offer to subscribe for or purchase, any securities or investment products in the UAE (including the Dubai International Financial Centre) and accordingly should not be construed as such. Furthermore, this information is being made available on the basis that the recipient acknowledges and understands that the entities and securities to which it may relate have not been approved, licensed by or registered with the UAE Central Bank, the Dubai Financial Services Authority or any other relevant licensing authority or governmental agency in the UAE. The content of this report has not been approved by or filed with the UAE Central Bank or Dubai Financial Services Authority. Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business Customers as defined by the Qatar Financial Centre Regulatory Authority.

**Russia:** This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

**IRS Circular 230 Prepared Materials Disclaimer:** Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2021). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.