# EXHIBIT U

# SIMMONS ENERGY

A DIVISION OF PIPER SANDLER

HOT COMMENT

May 14, 2021

## Plug Power, Inc. (PLUG)

### Neutral

### Positive News as 10K is Filed/Minimal Impact to Prior Period Revenue and EPS

## CONCLUSION

PLUG has filed their 10K and the impacts to prior period revenue and eps were de minimus (see table below). As previously stated by the company, there was no impact to cash position, gross billings or forward guidance from the restatement. In connection with the restatement process, PLUG identified a material weakness in its internal controls over financial reporting and mgmt has begun to implement a plan to remedy this. PLUG is hosting a conference call this morning at 8.30 AM ET/7.30 AM Central (see call details below). We view the 10K filing as a positive, as investors can now quantify the impact of the accounting changes. Furthermore, it allows PLUG to internally shift its focus from re-statements to executing on future growth intiatives. We are not surprised to see PLUG shares up sharply in the pre-market this morning on the news.

- **Impacts to Net Revenue and EPS ($ in millions):**

| Restatement Impact | 2020 | 2019 | 2018 |
|---|---|---|---|
| Net Revenue | $7.2 | ($0.3) | ($0.4) |
| EPS | ($0.10) | $0.00 | ($0.03) |

Source: Plug Power.

- **Conference Call Info:** Friday, 5/14/21, 8.30 AM ET/7.30 AM CT, Dial In: 877-405-1239.

## COMPANY DESCRIPTION

Plug Power (PLUG) is focused in two core areas: fuel cells and green hydrogen production. The company's ProGenfuel cell engine has commercialized the first true application for fuel cells in materials handling applications (i.e., forklifts). PLUG has deployed over 38,000 fuel cell systems, primarily in the materials handling market.

**PRICE: US$21.96**
**TARGET: US$42.00**
23.5x FY24E Sales of $1,400M discounted back 2 years by 7.5% and assuming 683.2M shares outstanding

**Pearce Hammond, CFA**
Sr. Research Analyst, Piper Sandler & Co.
713 546-9515,
pearce.hammond@simmonspsc.com

**Benjamin Thelen**
Research Analyst, Piper Sandler & Co.
713 546-7237,
benjamin.thelen@simmonspsc.com

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Primary risks include: inability to execute on fuel cell and hydrogen cost reduction plans, slower than expected customer acceptance of fuel cells, equity market weakness negatively impacting capital raising.

**Price Performance - 1 Year**



Source: Bloomberg

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 2 - 3 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

# SIMMONS ENERGY

A DIVISION OF PIPER SANDLER

## IMPORTANT RESEARCH DISCLOSURES



**Rating and Price Target History for: Plug Power, Inc. (PLUG) as of 05-13-2021**

| 01/27/21 | 02/25/21 | 04/05/21 |
|---|---|---|
| I:N:$66 | N:$48 | N:$42 |

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services | | | | |
|---|---|---|---|---|
| Piper Sandler | | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OW] | 599 | 64.20 | 230 | 38.40 |
| HOLD [N] | 329 | 35.26 | 67 | 20.36 |
| SELL [UW] | 5 | 0.54 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Sandler and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Sandler ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification

The analyst Pearce Hammond, CFA, primarily responsible for the preparation of this research report, attests to the following:

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Sandler research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 14 May 2021 07:49EDT.

## Research Disclosures

Piper Sandler was a registered market maker in the securities of Plug Power, Inc. at the time this research report was published.

Affiliate disclosures: Piper Sandler is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Sandler Companies and its subsidiaries Piper Sandler & Co. and Piper Sandler Ltd. are marketed. Simmons Energy is a division of Piper Sandler & Co. This report has been prepared by Piper Sandler & Co. and/or its affiliate Piper Sandler Ltd. Piper Sandler & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Sandler Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Sandler include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Sandler fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.pipersandler.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Sandler sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Sandler offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Sandler has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the most recently available closing market price. Piper Sandler does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Sandler policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Sandler is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Sandler and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Sandler representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Sandler Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Sandler & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Sandler customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Sandler & Co. Additional information is available upon request. Copyright 2021 Piper Sandler. All rights reserved.