# EXHIBIT V



**Eric Stine**
Senior Research Analyst
612-334-6389
eric.stine@craig-hallum.com

**Aaron M. Spychalla, CFA**
Research Analyst
612-334-6364
aaron.spychalla@craig-hallum.com

**www.craig-hallum.com**

**May 14, 2021**
**Institutional Research**

| Changes | Previous | Current |
|---|---|---|
| Rating: | -- | BUY |
| Fundamental Trend: | -- | Improving |
| Price Target: | -- | $49 |
| FY20A Rev (M): | ($100.5) | ($93.2) |
| FY21E Rev (M): | $467.4 | $462.7 |
| FY22E Rev (M): | $719.4 | $715.4 |
| FY20A EBITDA (M): | $31.1 | ($2.4) |
| FY21E EBITDA (M): | $42.8 | $22.9 |
| FY22E EBITDA (M): | $117.6 | $107.1 |
| FY20A Adj. EPS: | ($0.28) | ($0.38) |
| FY21E Adj. EPS: | ($0.18) | ($0.22) |
| FY22E Adj. EPS: | ($0.06) | ($0.08) |

*Billings exclude provision for common stock warrants (AMZN/WMT). Revenue & EBITDA include provision*

| Profile | |
|---|---|
| Price: | $24.54 |
| 52 Week Range: | $3.80 - $75.49 |
| Avg. Daily Vol. | 36,912,983 |
| Shares Out (MM): | 568.3 |
| Market Cap (MM): | $13,947 |
| Insiders Own | 3% |
| Short Int.(MM) / % of float: | 51.4 / 10% |
| Tan. Book Val./Sh.: | $8.59 |
| Net Cash /Sh.: | $8.31 |
| Debt / Capital: | 8% |
| Div / Yield | NA / NA |
| Fiscal Year Ends | Dec |

| Rev (MM) | 2020A | 2021E | 2022E |
|---|---|---|---|
| Mar | $40.8 | $66.6 | $108.0 |
| Jun | $68.0 | $101.9 | $162.2 |
| Sep | $107.0 | $131.3 | $206.3 |
| Dec | ($309.1) | $163.0 | $238.8 |
| FY | ($93.2) | $462.7 | $715.4 |
| EV/S | NM | 19.9x | 12.9x |

| EPS | 2020A | 2021E | 2022E |
|---|---|---|---|
| Mar | ($0.12) | ($0.09) | ($0.06) |
| Jun | ($0.04) | ($0.06) | ($0.03) |
| Sep | ($0.16) | ($0.04) | ($0.01) |
| Dec | ($0.07) | ($0.03) | $0.01 |
| FY | ($0.38) | ($0.22) | ($0.08) |
| Adj-P/E | NM | NM | NM |
| | | | |
| EBITDA | ($2.4) | $22.9 | $107.1 |
| EV/EBITDA | NM | 403.2x | 86.2x |

| Management | |
|---|---|
| CEO | Andy Marsh |
| CFO | Paul Middleton |

## Plug Power Inc.                                    BUY
PLUG – $24.54 intraday)                    Price Target: $49

**Restatement In The Rear-View Mirror, Next Up 1Q21 Which Is Expected Soon. Robust Adoption Trends & Expansion Outlook Very Much Intact. Reiterate BUY.**

*Plug Power provides hydrogen and fuel cell solutions for C&I customers, primarily for materials handling but also stationary and mobility applications.*

### OUR CALL

In one of the rarer cases that we have seen, Plug Power has completed its restatement in the anticipated time frame and the scope of the restatement was within its original expectations. Importantly, PLUG's restatement was non-cash in nature, had a minimal impact to revenues and EPS and did not impact its overall business in a meaningful way as evidenced by it again reiterating its gross billings targets for 2021, 2022 and 2024. PLUG's focus now turns to working to complete its 1Q review with the goal of filing its 10-Q within the next 30 days, along with remediating a material weakness that has been identified related to internal controls related to financial accounting.

PLUG's business is very healthy, illustrated by 1Q21 and 2Q21 preliminary gross billings provided largely in-line with Street expectations and representing Y/Y growth of 60% and 50%, respectively. It has the platform to widely penetrate different end-markets (including more broad mobility, stationary, hydrogen generation to go along with robust adoption in materials handling) and every geography. We view PLUG as the name to own in the hydrogen fuel cell space and with the current situation almost in the rear-view mirror, we reiterate our Buy rating.

### INVESTMENT HIGHLIGHTS

- **Restatements Completed, 10-Q For 1Q Expected Within 30 Days** – This morning, Plug Power completed the restatement of its financial statements for FY2018 and FY2019 along with 10-Qs for 2019 and 2020 and its 2020 10-K. With that in the past, PLUG is now focused on filing its 10-Q for 1Q21 which is expected within 30 days.

- **Non-Cash Impact With Minimal Impact To Revenues & EPS** – Made up of changes including to the reported book value of right of use assets and related to lease liabilities and finance obligations, loss accruals on certain service contracts, impairment of certain long-lived assets, and re-classification of certain costs (from R&D to COGS), the impact of PLUG's financial statements were non-cash in nature. Additionally, there were only modest changes to revenues (a positive change of $6.5M from 2018 through 2020) and a negative EPS impact of ($0.13) over the restatement period.

- **1Q & 2Q21 Preliminary Results Largely In-Line** – This is Y/Y gross billings growth of 60% and 50%, respectively. See below for details.

| | 1Q21 Prelim | CHLM New | CHLM Prev | FactSet Consensus |
|---|---|---|---|---|
| Gross Billings ($M) | **$70+** | **$69.6** | $60.7 | -- |
| Net Revenue ($M) [(1)] | **$67+** | **$66.6** | $58.7 | $75.3 |

| | 2Q21 Prelim | CHLM Estimate | CHLM Estimate | FactSet Consensus |
|---|---|---|---|---|
| Gross Billings ($M) | **$105+** | **$104.9** | $98.0 | -- |
| Net Revenue ($M) [(1)] | **$102+** | **$101.9** | $96.0 | $102.1 |

(1) Excl. warrant provision (in revs)

**SEE LAST PAGE FOR IMPORTANT DISCLOSURES**                    **Page 1 of 6**

- **Forward Guidance Reiterated For 2021/2022/2024 –**

| | 2021 Guide New | 2021 Guide Prev | CHLM New | CHLM Previous | FactSet Consensus |
|---|---|---|---|---|---|
| Revenue ($M) | -- | -- | **$462.7** | *$467.4* | $464.8 |
| Billings ($M) | -- | **$475** | **$474.7** | *$475.4* | -- |

| | 2021 Guide New | 2021 Guide Prev | CHLM New | CHLM Previous | FactSet Consensus |
|---|---|---|---|---|---|
| Revenue ($M) | -- | -- | **$715.4** | *$719.4* | $732.9 |
| Billings ($M) | -- | **$750** | **$727.4** | *$727.4* | -- |

| | 2024 Guide New | 2024 Guide Prev | CHLM New | CHLM Previous | FactSet Consensus |
|---|---|---|---|---|---|
| Revenue ($M) | -- | -- | **--** | -- | $1,681.4 |
| Billings ($M) | -- | **$1,700** | **--** | -- | -- |

- **Business Updates Show Healthy Adoption Trends –** On the call discussing the restatement, PLUG provided a number of updates on its business including:
  - **Materials Handling –** Within materials handling, PLUG is targeting deployments at 60+ sites with over 10K GenDrive systems and noted that as time goes by, the overall opportunity with its materials handling customers is expanding to the use of hydrogen in numerous other applications.
  - **On-Road –** PLUG disclosed 10 projects with 10 different customers and is targeting agreements for heavy-duty vehicles. PLUG said to expect agreements for a range of different classes of trucks over the next 3-6 months. PLUG also recently announced an agreement with BAE systems for the collaboration on the supply of zero-emissions powertrains for heavy-duty transit bus OEMs.
  - **Stationary –** PLUG disclosed that it hopes to make announcements about data center customers in late 3Q and also discussed that many of its distribution center customers are actively considering the use of PLUG fuel cell systems as a replacement for diesel generators.
  - **JVs –** PLUG provided an update on its planned joint ventures with Renault (targeted to commercial vehicles in Europe), SK (Asia) and Acciona (hydrogen production in Spain and Portugal). The JV with Renault is targeted by the end of 2Q with the JVs with SK and Acciona targeted to be finalized in 3Q.
  - **Hydrogen Generation –** PLUG also reiterated its expectation to have 2 green hydrogen plants operational by the end of 2022.
- **Estimates** – We are updating estimates to reflect the restatement, guidance for 1Q21 and 2Q21, with lower net revenue due to a slightly higher warrant provision, with lower gross margin, and lower OpEx.



**May 14, 2021**

# STOCK OPPORTUNITY

| EV/Sales | 2024E |
|---|---|
| Sales ($M) | $1,700 |
| (x) Assumed Multiple | 24.5 x |
| (=) EV | $41,650 |
| (-) Debt (pro-forma)* | $357 |
| (+) Cash (pro-forma)* | $6,054 |
| (=) Market Cap | $47,347 |
| (/) Shares out (fully diluted)* | 731.5 |
| (/) 15% discount to 2022 | 1.32 |
| (=) Price Target | $49 |

*\* 12/31 debt ($443M) - $86M 12/31 carrying amount of convertible debt.*

*\* 12/31 cash ($1.63B) + January 2021 offering ($2.02B) + SK investment ($1.51B) + warrant proceeds ($323M AMZN, $509M WMT) + option proceeds ($59M).*

*\* 5/6 share count (568.3M common) + 104.8M AMZN/WMT warrants + 16.2M options & restricted stock + 42.3M convertible senior debt assumed converted.*

Plug Power is at the early stages of a large, open-ended growth ramp that is leveraged to the adoption of fuel cell power products and hydrogen fueling infrastructure, primarily for materials handling applications. With accelerating adoption by a growing list of top-tier customers, expanding margins, recurring service revenues, a sticky customer base for product refresh cycles, and additional growth legs from new applications and geographies, we think Plug Power is targeting a path to become a $1.7B revenue business generating $340M in EBITDA and we estimate EPS of ~$0.25 by 2024.

Our $49 price target is based on ~25x EV/S on our estimated $1.7B 2024 target, pro-forma debt and cash, and a fully-diluted share count, discounted back 3 years at a 15% discount rate. We believe this is appropriate given PLUG's dominant position in a rapidly growing market that is projected to be substantial, technology advantage, and anticipated future billings, revenue, profitability ramp, and comparable valuations.

# RISKS

We believe an investment in PLUG involves the following risks:

**Emerging Markets For Fuel Cells** – Forward estimates are dependent on adoption of fuel cells in existing (forklifts) and potential (stationary power, transportation refrigeration units, ground support equipment, range extenders for medium-duty trucks) markets. If market acceptance does not materialize, financial results could be negatively affected.

**Customer Concentration** – PLUG relies on a small number of large customers for a large part of its revenue. Amazon and Walmart together were 50% and 67% of revenues in 2019 and 2018. A loss of any of its major customers would adversely affect financial results.

**Regulatory & Environmental Policies** – The Company benefits from governmental regulations/policies that encourage the adoption of alternative energy, namely hydrogen fuel cells. In particular, there is a federal investment tax credit which includes the purchase of hydrogen fuel cell forklifts in effect until 2022. Should these regulations become less restrictive or be repealed, we believe financial results could be negatively affected.

**Competing Alternative Fuels & Technologies** – Plug Power depends on greater adoption of hydrogen fuel cells as a power source, predominately in forklifts at present. Advances in competitive technologies such as advanced batteries, propane, or other technologies that improve their comparative advantages could slow adoption.

**Material Weakness** – Along with the restatement of its 2018/2019/2020 financial results, PLUG identified a material weakness in its internal controls over financial reporting. It is in the process of addressing this and has put a plan in place in this regard. Should PLUG be unsuccessful or this take longer than anticipated, it would likely have a negative impact on the company.

**CRAIG-HALLUM**
CAPITAL GROUP LLC

**May 14, 2021**

# FINANCIALS

*Plug Power, Inc.*
**FISCAL YEAR ENDS DECEMBER**

| ($ millions) | Fiscal 2011A | Fiscal 2012A | Fiscal 2013A | Fiscal 2014A | Fiscal 2015A | Fiscal 2016A | Fiscal 2017A | Fiscal 2018A | Mar Q1-19A | Jun Q2-19A | Sep Q3-19A | Dec Q4-19A | Fiscal 2019A | Mar Q1-20A | Jun Q2-20A | Sep Q3-20A | Dec Q4-20A | Fiscal 2020A | Mar Q1-21E | Jun Q2-21E | Sep Q3-21E | Dec Q4-21E | Fiscal 2021E | Mar Q1-22E | Jun Q2-22E | Sep Q3-22E | Dec Q4-22E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Product - Fuel cell systems & related infrastructure | 19.6 | 20.8 | 18.4 | 48.3 | 78.0 | 40.0 | 62.6 | 107.2 | 2.6 | 38.7 | 38.9 | 69.8 | 149.9 | 20.5 | 47.7 | 83.7 | (246.2) | (94.3) | 43.9 | 78.4 | 106.5 | 136.9 | 365.7 | 80.7 | 133.3 | 175.7 | 206.3 | 596.1 |
| Service - Fuel cell systems & related infrastructure | 3.6 | 3.6 | 6.7 | 9.9 | 14.0 | 17.3 | 16.2 | 22.0 | 6.3 | 5.3 | 6.2 | 7.3 | 25.2 | 6.5 | 6.2 | 6.8 | (29.4) | (9.8) | 8.0 | 8.3 | 8.5 | 8.8 | 33.6 | 9.0 | 9.6 | 10.2 | 11.0 | 39.8 |
| Power purchase agreements (PPAs) | | | | 2.1 | 5.7 | 13.7 | 12.9 | 22.6 | 6.0 | 6.3 | 6.5 | 6.7 | 25.6 | 6.4 | 6.6 | 6.6 | 7.0 | 26.6 | 7.2 | 7.2 | 7.3 | 7.3 | 28.9 | 7.3 | 7.3 | 7.4 | 7.5 | 29.5 |
| Fuel | | | | 2.0 | 5.1 | 10.9 | 8.2 | 22.5 | 6.6 | 7.1 | 7.6 | 7.8 | 29.1 | 7.3 | 7.4 | 9.8 | (40.6) | (16.1) | 10.5 | 11.0 | 12.0 | 13.0 | 46.5 | 14.0 | 15.0 | 16.0 | 17.0 | 62.0 |
| Other | 4.4 | 1.7 | 1.5 | 1.9 | 0.5 | 0.9 | 0.3 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Provision for common stock warrants | | | | | | | | | | | | | | | | | | | (3.0) | (3.0) | (3.0) | (3.0) | (12.0) | (3.0) | (3.0) | (3.0) | (3.0) | (12.0) |
| **Revenue - Net** | 27.6 | 26.1 | 26.6 | 64.2 | 103.3 | 82.8 | 100.2 | 174.2 | 21.5 | 57.5 | 59.4 | 91.6 | 230.0 | 40.8 | 68.0 | 107.0 | (309.1) | (93.2) | 66.6 | 101.9 | 131.3 | 163.0 | 462.7 | 108.0 | 162.2 | 206.3 | 238.8 | 715.4 |
| Provision for common stock warrants | | | | | | | | | | 29.7 | 10.2 | 1.2 | 1.0 | 1.5 | 2.8 | 6.5 | 2.6 | 5.4 | 17.2 | 399.8 | 425.0 | 3.0 | 3.0 | 3.0 | 3.0 | 12.0 |
| **Revenue - Gross Billings** | 27.6 | 26.1 | 26.6 | 64.2 | 103.3 | 82.8 | 129.8 | 184.4 | 22.7 | 58.5 | 60.9 | 94.4 | 236.5 | 43.4 | 73.4 | 124.3 | 90.8 | 331.8 | 69.6 | 104.9 | 134.3 | 166.0 | 474.7 | 111.0 | 165.2 | 209.3 | 241.8 | 727.4 |
| **Total Gross Profit - Net** | (9.3) | (14.4) | (11.2) | (4.9) | (9.9) | (4.9) | (43.3) | (26.0) | (7.7) | 6.1 | 4.5 | 7.7 | 10.6 | (9.7) | (0.0) | (28.6) | (431.1) | (469.4) | (11.4) | 1.0 | 11.7 | 21.6 | 22.9 | 4.8 | 21.4 | 35.4 | 45.6 | 107.1 |
| *Total Gross Profit - Non-GAAP* | | | | | | (6.0) | (13.6) | (10.5) | (6.4) | 6.8 | 5.8 | 10.6 | 16.8 | (7.0) | 6.1 | 13.8 | (21.7) | (8.9) | (2.4) | 11.0 | 22.7 | 33.5 | 64.9 | 17.1 | 34.9 | 49.7 | 60.9 | 162.6 |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| R&D | 5.7 | 5.4 | 3.1 | 6.5 | 14.9 | 12.3 | 13.5 | 12.8 | 3.0 | 3.6 | 3.6 | 4.9 | 15.1 | 4.8 | 4.9 | 7.4 | 10.8 | 27.8 | 8.5 | 9.0 | 9.5 | 10.0 | 37.0 | 10.0 | 10.5 | 11.0 | 11.5 | 43.0 |
| SG&A | 16.9 | 16.9 | 14.6 | 24.2 | 32.6 | 34.3 | 37.9 | 34.8 | 9.2 | 13.6 | 10.4 | 10.0 | 43.2 | 11.1 | 13.3 | 17.2 | 37.7 | 79.3 | 20.3 | 21.1 | 22.2 | 23.0 | 86.6 | 23.8 | 24.7 | 25.5 | 26.4 | 100.4 |
| Gain on sale of intellectual property | (0.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| One-time expense | 0.0 | 0.0 | 0.0 | 2.4 | 1.6 | 0.0 | 7.1 | 2.9 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 8.3 | 0.0 | (1.9) | 6.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total Operating Expenses** | 21.9 | 22.3 | 17.7 | 33.1 | 49.1 | 46.6 | 58.5 | 50.4 | 12.2 | 17.2 | 14.0 | 14.9 | 58.3 | 15.9 | 26.5 | 24.6 | 46.6 | 113.6 | 28.8 | 30.1 | 31.7 | 33.0 | 123.6 | 33.8 | 35.2 | 36.5 | 37.9 | 143.4 |
| Income from Operations, reported | (31.1) | (36.7) | (29.0) | (37.9) | (59.0) | (51.5) | (101.8) | (76.4) | (20.0) | (11.1) | (9.5) | (7.1) | (47.6) | (25.6) | (26.5) | (53.2) | (477.7) | (583.0) | (34.2) | (22.1) | (12.0) | (2.5) | (70.7) | (19.7) | (3.3) | 10.2 | 20.0 | 7.2 |
| **Income from Operations, adjusted** | (31.1) | (36.7) | (29.0) | (35.5) | (57.4) | (51.5) | (94.7) | (73.5) | (20.0) | (11.1) | (9.5) | (7.1) | (47.6) | (25.6) | (18.2) | (53.2) | (479.6) | (576.6) | (34.2) | (22.1) | (12.0) | (2.5) | (70.7) | (19.7) | (3.3) | 10.2 | 20.0 | 7.2 |
| **EBITDA, excludes stock option expense** | 0.0 | (30.3) | (22.6) | (29.4) | (38.1) | (37.0) | (69.0) | (31.2) | (8.3) | 1.4 | 6.2 | 11.4 | 10.7 | (5.7) | 1.2 | (2.9) | 5.0 | (2.4) | (11.4) | 1.0 | 11.7 | 21.6 | 22.9 | 4.8 | 21.4 | 35.4 | 45.6 | 107.1 |
| Interest (expense) income, net | 0.2 | (0.0) | (0.2) | 0.4 | (0.2) | (5.6) | (10.1) | (22.8) | (8.5) | (8.0) | (8.3) | (11.0) | (35.7) | (11.8) | (13.5) | (17.6) | (17.6) | (60.5) | (13.5) | (13.5) | (13.5) | (13.5) | (54.0) | (13.5) | (13.5) | (13.5) | (13.5) | (54.0) |
| Change in fair value of warrant liability (expense) | 3.4 | 4.8 | (37.1) | (52.3) | 3.7 | 4.3 | (15.2) | 4.3 | (2.1) | 1.7 | 0.4 | 0.1 | 0.1 | 0.0 | 0.0 | (1.1) | (0.0) | (1.2) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| One-time expense (benefit) | 0.0 | 0.0 | (3.2) | (1.0) | 0.1 | 5.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.5 | 0.5 | 0.0 | (13.2) | 0.0 | (4.5) | (17.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax Income, GAAP | (27.5) | (31.9) | (63.1) | (88.8) | (55.7) | (57.9) | (127.1) | (94.9) | (30.5) | (17.3) | (17.8) | (18.0) | (83.7) | (37.4) | (26.8) | (71.9) | (490.9) | (627.0) | (47.7) | (35.6) | (25.5) | (16.0) | (124.7) | (33.2) | (16.8) | (3.3) | 6.5 | (46.8) |
| Income Tax (benefit), reported | 0.0 | 0.0 | (0.4) | (0.3) | 0.0 | (0.4) | 0.0 | (9.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (17.4) | (6.6) | (6.8) | (30.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Accrued dividends/Accretion of discount on Preferred | 0.0 | 0.0 | (0.1) | (0.2) | (0.1) | (0.1) | (3.1) | (0.1) | (0.0) | (0.0) | (0.5) | (1.2) | (1.8) | (0.0) | (0.0) | 0.0 | 0.0 | (0.0) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) | (0.0) | (0.0) | (0.0) | (0.0) | (0.1) |
| **Net Income, GAAP** | (27.5) | (31.9) | (62.8) | (88.6) | (55.8) | (57.6) | (130.2) | (85.7) | (30.6) | (17.4) | (18.4) | (19.3) | (85.6) | (37.4) | (9.4) | (65.2) | (484.1) | (596.2) | (47.7) | (35.6) | (25.5) | (16.0) | (124.8) | (33.2) | (16.9) | (3.3) | 6.4 | (46.9) |
| **Net Income, Adjusted** | (30.9) | (36.7) | (29.1) | (35.1) | (47.7) | (57.9) | (80.0) | (77.2) | (28.1) | (18.2) | (17.3) | (17.7) | (81.4) | (36.3) | (11.1) | (59.9) | (28.3) | (135.7) | (47.7) | (35.6) | (25.5) | (16.0) | (124.8) | (33.2) | (16.9) | (3.3) | 6.4 | (46.9) |
| **Net Income, Adjusted, Non-GAAP** | (27.5) | (31.9) | (66.0) | (87.3) | (44.0) | (53.6) | (95.2) | (69.1) | (30.3) | (16.5) | (16.9) | (17.7) | (81.4) | (36.3) | (11.1) | (59.9) | (28.3) | (144.4) | (47.7) | (35.6) | (25.5) | (16.0) | (124.8) | (33.2) | (16.9) | (3.3) | 6.4 | (46.9) |
| EPS, GAAP | ($1.46) | ($0.93) | ($0.82) | ($0.56) | ($0.32) | ($0.32) | ($0.60) | ($0.39) | ($0.14) | ($0.08) | ($0.08) | ($0.07) | ($0.36) | ($0.12) | ($0.03) | ($0.18) | ($1.14) | ($1.68) | ($0.09) | ($0.06) | ($0.04) | ($0.03) | ($0.22) | ($0.06) | ($0.03) | ($0.01) | $0.01 | ($0.08) |
| Adj-EPS, excl, one-time items & warrant valuation adj | ($1.65) | ($1.07) | ($0.38) | ($0.22) | ($0.27) | ($0.32) | ($0.37) | ($0.35) | ($0.13) | ($0.08) | ($0.07) | ($0.07) | ($0.34) | ($0.12) | ($0.04) | ($0.16) | ($0.07) | ($0.38) | ($0.09) | ($0.06) | ($0.04) | ($0.03) | ($0.22) | ($0.06) | ($0.03) | ($0.01) | $0.01 | ($0.08) |
| EPS, non-GAAP | ($1.46) | ($0.93) | ($0.86) | ($0.55) | ($0.25) | ($0.30) | ($0.44) | ($0.32) | ($0.14) | ($0.07) | ($0.07) | ($0.07) | ($0.34) | ($0.12) | ($0.04) | ($0.11) | ($0.13) | ($0.41) | ($0.09) | ($0.06) | ($0.04) | ($0.03) | ($0.22) | ($0.06) | ($0.03) | ($0.01) | $0.01 | ($0.08) |
| Wtd. Avg. Shares Outstanding | 18.8 | 34.4 | 76.4 | 159.2 | 176.1 | 180.6 | 216.3 | 218.9 | 220.6 | 231.1 | 236.8 | 260.1 | 237.2 | 305.2 | 316.6 | 371.0 | 425.4 | 354.8 | 534.7 | 567.6 | 572.6 | 577.6 | 563.1 | 582.6 | 587.6 | 592.6 | 597.6 | 590.1 |
| **MARGINS (% of Sales)** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Product - Fuel cell systems & related infrastructure | -15.5% | -21.9% | -10.7% | 10.2% | 13.2% | 24.8% | 11.9% | 20.5% | 9.3% | 39.7% | 35.2% | 32.5% | 34.7% | 31.7% | 29.0% | 17.0% | 122.0% | 281.8% | 27.6% | 29.5% | 31.1% | 31.4% | 30.4% | 31.5% | 31.7% | 31.9% | 32.0% | 31.8% |
| Service - Fuel cell systems & related infrastructure | -121.5% | -240.4% | -124.2% | -94.3% | -135.4% | -16.4% | -46.8% | -71.0% | -9.6% | -50.2% | -22.4% | -58.6% | -35.6% | -60.1% | -36.0% | -402.7% | 184.2% | 895.8% | -50.0% | -35.0% | -30.0% | -20.0% | -33.4% | -20.0% | -15.0% | -10.0% | -5.0% | -12.1% |
| Power purchase agreements (PPAs) | | | | 50.8% | 8.1% | -27.8% | -160.7% | -83.3% | -62.9% | -39.4% | -65.9% | -84.6% | -63.5% | -130.0% | -120.5% | -122.4% | -195.0% | -142.8% | -95.0% | -85.0% | -75.0% | -70.0% | -81.2% | -50.0% | -50.0% | -50.0% | -50.0% | -50.0% |
| Fuel | | | | -12.6% | -31.9% | -74.9% | -274.8% | -60.4% | -54.2% | -57.2% | -45.8% | -64.5% | -55.5% | -53.5% | -50.2% | -72.9% | 155.4% | 484.6% | -35.0% | -28.0% | -20.0% | -20.0% | -25.3% | -20.0% | -15.0% | -10.0% | -5.0% | -12.1% |
| Other | -41.5% | -64.9% | -67.5% | -66.9% | -12.3% | 2.1% | -8.5% | NA | NA | NA | -11.1% | 2.0% | -7.5% | -6.6% | -1.6% | -35.1% | 36.8% | -3.9% | 0.0% | 0.0% | 0.0% | 0.0% | NA | 0.0% | 0.0% | 0.0% | 0.0% | NA |
| Gross Margin - GAAP | -33.6% | -55.0% | -42.3% | -7.6% | -9.6% | -5.9% | -43.2% | -14.9% | -36.0% | 10.7% | 7.6% | 8.5% | 4.6% | -23.8% | 0.0% | -26.7% | 139.5% | 503.5% | -8.0% | 7.9% | 15.0% | 18.7% | 11.4% | 13.1% | 19.6% | 22.7% | 24.2% | 21.1% |
| *Gross Margin - Non-GAAP* | | | | | | | -10.5% | -5.7% | -28.1% | 11.6% | 9.5% | 11.2% | 7.1% | -16.2% | 8.3% | 11.1% | -24.0% | -2.7% | -3.4% | 10.5% | 16.9% | 20.2% | 13.7% | 15.4% | 21.1% | 23.8% | 25.2% | 22.4% |
| R&D | 20.5% | 20.8% | 11.7% | 10.1% | 14.5% | 14.9% | 10.4% | 6.9% | 13.2% | 6.2% | 5.9% | 5.2% | 6.4% | 11.0% | 6.6% | 5.9% | 11.9% | 8.4% | 12.2% | 8.6% | 7.1% | 6.0% | 7.8% | 9.0% | 6.4% | 5.3% | 4.8% | 5.9% |
| SG&A | 61.1% | 64.7% | 54.9% | 37.7% | 31.5% | 41.4% | 29.2% | 18.9% | 40.6% | 23.3% | 17.1% | 10.6% | 18.3% | 25.6% | 18.1% | 13.8% | 41.6% | 23.9% | 29.2% | 20.1% | 16.5% | 13.9% | 18.2% | 21.4% | 15.0% | 12.2% | 10.9% | 13.8% |
| Operating margin | -112.7% | -140.5% | -108.9% | -55.3% | -55.6% | -62.2% | -72.9% | -39.9% | -87.9% | -18.9% | -15.5% | -7.5% | -20.1% | -59.0% | -24.8% | -42.8% | -528.5% | -173.8% | -49.1% | -21.1% | -8.9% | -1.5% | -14.9% | -17.7% | -2.0% | 4.9% | 8.3% | 1.0% |
| EBITDA margin, adjusted | 0.0% | -116.0% | -85.0% | -45.8% | -36.9% | -44.7% | -53.2% | -16.9% | -36.5% | 2.4% | 10.2% | 12.1% | 4.5% | -13.1% | 1.6% | -2.3% | 5.5% | -0.7% | -16.4% | 1.0% | 8.7% | 13.0% | 4.8% | 4.3% | 12.9% | 16.9% | 18.8% | 14.7% |
| Tax Rate | 0.0% | 0.0% | 0.7% | 0.4% | 0.0% | 0.7% | 0.0% | 9.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 64.9% | 9.2% | 1.4% | 4.9% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Net Margin | -99.4% | -122.0% | -236.0% | -138.0% | -54.0% | -69.5% | -100.3% | -46.5% | -134.6% | -29.7% | -30.2% | -20.4% | -36.2% | -86.3% | -12.8% | -52.5% | -533.4% | -179.7% | -68.6% | -33.9% | -19.0% | -9.7% | -26.3% | -29.9% | -10.2% | -1.6% | 2.7% | -6.4% |
| **GROWTH (Yr/Yr)** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Product - Fuel cell systems & related infrastructure | | | | 61.5% | -48.7% | 56.6% | 71.1% | -76.0% | 105.6% | 6.0% | 69.4% | 39.9% | 702.7% | 23.4% | 115.2% | NA | NA | 114.5% | 64.2% | 27.3% | NA | NA | 83.9% | 70.1% | 65.0% | 50.7% | 63.0% |
| Service - Fuel cell systems & related infrastructure | | | | 41.4% | 23.8% | -6.6% | 35.8% | 15.7% | -6.2% | 20.3% | 29.2% | 14.6% | 2.8% | 16.8% | 10.1% | NA | NA | 22.7% | 33.1% | 24.5% | NA | NA | 12.5% | 15.7% | 20.0% | 25.0% | 18.5% |
| Power purchase agreements (PPAs) | | | | 167.6% | 139.4% | -6.0% | 75.4% | 12.3% | 16.5% | 17.4% | 2.5% | 13.2% | 6.4% | 3.9% | 1.7% | 4.9% | 4.2% | 11.4% | 9.4% | 9.4% | 4.4% | 8.6% | 2.1% | 1.4% | 2.1% | 2.7% | 2.1% |
| Fuel | | | | 159.1% | 115.1% | -25.2% | 175.1% | 33.0% | 34.3% | 32.2% | 20.5% | 29.5% | 11.4% | 4.0% | 28.5% | NA | NA | 43.2% | 49.2% | 22.1% | NA | NA | 33.3% | 36.4% | 33.3% | 30.8% | 33.3% |
| Other | | | -74.9% | 83.8% | -67.9% | NA | NA | NA | NA | NA | NA | NA | NA | -28.1% | 49.0% | 67.2% | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Total Net Revenue | | -5.5% | 1.9% | 141.5% | 60.8% | -19.8% | 20.9% | 73.9% | -18.6% | 63.1% | 11.7% | 53.1% | 32.0% | 89.8% | 18.3% | 80.2% | -437.4% | -140.5% | 63.0% | 49.8% | 22.6% | -152.7% | -596.2% | 62.3% | 59.2% | 57.2% | 46.5% | 54.6% |
| Total Gross Billings | 41.9% | -5.5% | 1.9% | 141.5% | 60.8% | -19.8% | 56.8% | 42.0% | -19.8% | 49.4% | 10.1% | 52.1% | 28.2% | 91.1% | 25.5% | 104.1% | -3.9% | 40.3% | 60.3% | 42.9% | 8.0% | 82.9% | 43.1% | 59.6% | 57.5% | 55.9% | 45.7% | 53.2% |
| R&D | -56.2% | -3.9% | -42.6% | 107.3% | 131.1% | -17.6% | 9.4% | -5.4% | -65.2% | -57.2% | -57.6% | -42.1% | 18.1% | 58.8% | 35.1% | 107.3% | 121.5% | 84.9% | 78.0% | 84.7% | 28.6% | -7.5% | 32.9% | 17.6% | 16.7% | 15.8% | 15.0% | 16.2% |
| SG&A | NA | 0.1% | -13.5% | 65.8% | 34.6% | 5.2% | 10.6% | -8.2% | 11.0% | 45.7% | 20.1% | 10.9% | 24.2% | 20.5% | -2.2% | 65.6% | 278.2% | 83.7% | 82.7% | 58.5% | 29.0% | -39.0% | 9.1% | 17.2% | 17.1% | 14.9% | 14.8% | 15.9% |
| Operating Income, adjusted | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| EBITDA, adjusted | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | -16.4% | NA | -56.1% | NA | NA | -13.6% | NA | 331.6% | NA | NA | 2015.7% | 203.0% | 110.9% | 367.9% |
| Net Income, adjusted | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| EPS, GAAP | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Adj-EPS, excl, one-time items & warrant valuation adj | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

**Plug Power Inc.**
**Institutional Research**



CRAIG-HALLUM
CAPITAL GROUP LLC

**May 14, 2021**

## *Plug Power, Inc.*
### FISCAL YEAR ENDS DECEMBER

| ($ millions) | Fiscal 2011A | Fiscal 2012A | Fiscal 2013A | Fiscal 2014A | Fiscal 2015A | Fiscal 2016A | Fiscal 2017A | Fiscal 2018A | Mar Q1-19A | Jun Q2-19A | Sep Q3-19A | Dec Q4-19A | Fiscal 2019A | Mar Q1-20A | Jun Q2-20A | Sep Q3-20A | Dec Q4-20A | Fiscal 2020A | Mar Q1-21E | Jun Q2-21E | Sep Q3-21E | Dec Q4-21E | Fiscal 2021E | Mar Q1-22E | Jun Q2-22E | Sep Q3-22E | Dec Q4-22E | Fiscal 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW STATEMENT** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NET INCOME | ($27.5) | ($31.9) | ($62.7) | ($88.5) | ($55.7) | ($57.5) | ($127.1) | ($85.6) | ($30.5) | ($17.3) | ($17.8) | ($18.0) | ($83.7) | ($37.4) | ($9.4) | ($65.2) | ($484.1) | ($596.2) | ($47.7) | ($35.6) | ($25.5) | ($16.0) | ($124.7) | ($33.2) | ($16.8) | ($3.3) | $6.5 | ($46.8) |
| DEPRECIATION AND AMORT. | $4.5 | $4.4 | $4.2 | $4.3 | $3.0 | $5.2 | $9.8 | $12.5 | $2.9 | $2.8 | $3.6 | $3.3 | $12.6 | $3.2 | $3.3 | $4.2 | $4.9 | $15.6 | $5.0 | $5.1 | $5.1 | $5.2 | $20.5 | $5.2 | $5.3 | $5.3 | $5.4 | $21.3 |
| CHANGES IN WORKING CAPITAL | ($8.0) | $10.1 | ($4.5) | ($12.1) | ($8.9) | $16.9 | ($4.4) | ($4.0) | ($17.0) | ($2.0) | $2.6 | $6.9 | ($9.6) | ($34.3) | ($27.6) | ($28.9) | $66.1 | ($24.7) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| OTHER | ($2.3) | ($2.8) | $36.1 | $55.5 | $14.3 | $5.7 | $61.5 | $18.7 | $9.0 | $3.9 | $5.8 | $8.7 | $27.4 | $8.2 | ($17.8) | $45.3 | $407.7 | $449.8 | $6.5 | $6.8 | $7.3 | $7.7 | $28.3 | $8.0 | $8.2 | $8.6 | $9.0 | $33.8 |
| **NET CASH FROM OPERATIONS** | ($33.3) | ($20.2) | ($26.9) | ($40.8) | ($47.3) | ($29.6) | ($60.2) | ($58.4) | ($35.7) | ($12.6) | ($5.8) | $0.8 | ($53.3) | ($60.4) | ($51.5) | ($44.6) | ($5.4) | ($155.5) | ($36.1) | ($23.7) | ($13.0) | ($3.1) | ($75.9) | ($19.9) | ($3.3) | $10.7 | $20.9 | $8.3 |
| PP&E (CAP EX) | ($1.3) | ($0.1) | ($0.1) | ($1.4) | ($3.5) | ($2.7) | ($4.1) | ($5.1) | ($1.5) | ($1.4) | ($1.8) | ($1.0) | ($5.7) | ($2.5) | ($2.5) | ($6.3) | ($11.3) | ($22.5) | ($125.0) | ($200.0) | ($200.0) | ($225.0) | ($750.0) | ($187.5) | ($187.5) | ($187.5) | ($187.5) | ($750.0) |
| ACQUISITIONS | $0.0 | $0.0 | $3.2 | $0.4 | $0.0 | $0.0 | $0.0 | ($0.9) | $0.0 | ($1.9) | $0.0 | ($0.5) | ($2.4) | $0.0 | ($45.3) | $0.2 | $0.0 | ($45.1) | | | | | $0.0 | | | | | $0.0 |
| OTHER (Purchases for construction of leased proper | $11.6 | $0.1 | $0.1 | $0.0 | $1.5 | ($55.3) | ($40.3) | ($13.5) | ($0.8) | ($0.8) | ($0.9) | ($3.7) | ($6.2) | ($3.8) | ($2.4) | ($9.1) | ($12.4) | ($27.7) | | | | | $0.0 | | | | | $0.0 |
| **NET CASH FROM INVESTING** | $10.3 | ($0.0) | $3.2 | ($1.0) | ($2.0) | ($58.1) | ($44.4) | ($19.6) | ($2.3) | ($4.0) | ($2.7) | ($5.3) | ($14.2) | ($6.4) | ($50.2) | ($15.2) | ($23.6) | ($95.3) | ($125.0) | ($200.0) | ($200.0) | ($225.0) | ($750.0) | ($187.5) | ($187.5) | ($187.5) | ($187.5) | ($750.0) |
| COMMON STOCK | $20.5 | $15.8 | $21.3 | $183.7 | ($0.1) | $27.6 | $37.0 | ($5.2) | $23.6 | $4.9 | $5.4 | $135.7 | $169.6 | $6.1 | $17.3 | $352.2 | $936.0 | $1,311.6 | $3,529.0 | $0.0 | $0.0 | $0.0 | $3,529.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| DEBT | $5.4 | ($0.1) | ($1.5) | ($0.8) | $14.5 | $49.1 | $34.6 | $125.3 | $13.5 | $37.9 | $66.1 | $39.9 | $157.4 | ($1.6) | $160.4 | $55.8 | ($10.7) | $203.9 | ($2.7) | ($2.7) | ($2.7) | ($2.7) | ($10.8) | ($2.7) | ($2.7) | ($2.7) | ($2.7) | ($10.8) |
| OTHER | $0.0 | $0.0 | ($0.5) | $0.0 | ($47.3) | ($6.8) | $11.4 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| **NET CASH FROM FINANCING** | $25.9 | $15.7 | $19.4 | $182.9 | ($32.9) | $69.9 | $83.0 | $120.1 | $37.1 | $42.8 | $71.5 | $175.6 | $327.0 | $4.5 | $177.7 | $408.0 | $925.3 | $1,515.5 | $3,526.3 | ($2.7) | ($2.7) | ($2.7) | $3,518.2 | ($2.7) | ($2.7) | ($2.7) | ($2.7) | ($10.8) |
| EFFECT OF FX | ($0.0) | $0.0 | ($0.0) | $0.0 | ($0.0) | ($0.1) | $0.3 | ($0.1) | ($0.0) | ($0.0) | ($0.1) | $0.1 | ($0.1) | $0.0 | ($0.0) | ($0.1) | $0.2 | $0.1 | | | | | $0.0 | | | | | $0.0 |
| **NET CHANGE IN CASH** | $2.9 | ($4.5) | ($4.4) | $141.2 | ($82.2) | ($17.9) | ($21.2) | $42.1 | ($0.9) | $26.1 | $63.0 | $171.2 | $259.3 | ($62.3) | $76.0 | $348.1 | $896.5 | $1,264.8 | $3,365.1 | ($226.4) | ($215.7) | ($230.8) | $2,692.2 | ($210.1) | ($193.5) | ($179.5) | ($169.3) | ($752.5) |
| ***FREE CASH FLOW ANALYSIS - PLUG reported*** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CASH FLOW FROM OPERATIONS | ($33.3) | ($20.2) | ($26.9) | ($40.8) | ($47.3) | ($29.6) | ($60.2) | ($58.4) | ($35.7) | ($12.6) | ($5.8) | $0.8 | ($53.3) | ($60.4) | ($51.5) | ($44.6) | ($5.4) | ($155.5) | ($36.1) | ($23.7) | ($13.0) | ($3.1) | ($75.9) | ($19.9) | ($3.3) | $10.7 | $20.9 | $8.3 |
| (-) NET CASH FROM INVESTING (CapEx + Other) | $10.3 | ($0.0) | $3.2 | ($1.0) | ($2.0) | ($58.1) | ($44.4) | ($19.6) | ($2.3) | ($4.0) | ($2.7) | ($5.3) | ($14.2) | ($6.4) | ($4.9) | ($15.3) | ($23.6) | ($50.2) | ($125.0) | ($200.0) | ($200.0) | ($225.0) | ($750.0) | ($187.5) | ($187.5) | ($187.5) | ($187.5) | ($750.0) |
| (+) Project financing for PPA sites | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $32.7 | $45.4 | $32.9 | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 |
| (+) Principal payments associated with operating leases | | | | | | | $6.1 | $5.8 | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 | | | | | $0.0 |
| **(=) FREE CASH FLOW** | ($23.0) | ($20.2) | ($23.7) | ($41.7) | ($49.3) | ($55.0) | ($53.1) | ($39.2) | ($38.0) | ($16.7) | ($8.5) | ($4.5) | ($67.6) | ($66.8) | ($56.4) | ($60.0) | ($29.0) | ($205.7) | ($161.1) | ($223.7) | ($213.0) | ($228.1) | ($825.9) | ($207.4) | ($190.8) | ($176.8) | ($166.6) | ($741.7) |
| **BALANCE SHEET** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Unrestricted cash | | | | 146.2 | 64.0 | 46.0 | 24.8 | 38.6 | 39.3 | 19.8 | 43.3 | 139.5 | 139.5 | 73.3 | 152.5 | 448.1 | 1,312.4 | 1,312.4 | | | | | | | | | | |
| Restricted cash - ST | | | | 0.0 | 4.0 | 11.2 | 13.9 | 17.4 | 19.3 | 19.4 | 35.7 | 54.8 | 54.8 | 56.8 | 50.6 | 55.7 | 64.0 | 64.0 | | | | | | | | | | |
| Restricted cash - LT | | | | 0.5 | 43.8 | 43.4 | 29.3 | 54.2 | 50.6 | 96.1 | 119.3 | 175.2 | 175.2 | 176.1 | 180.1 | 227.5 | 257.8 | 257.8 | | | | | | | | | | |
| Cash & Equivalents | 13.9 | 9.4 | 5.5 | 146.7 | 111.8 | 100.6 | 68.1 | 110.2 | 109.2 | 135.3 | 198.3 | 369.5 | 369.5 | 306.2 | 383.3 | 731.4 | 1,634.3 | 1,634.3 | 4,999.4 | 4,773.0 | 4,557.3 | 4,326.5 | 4,326.5 | 4,116.4 | 3,922.9 | 3,743.3 | 3,574.0 | 3,574.0 |
| *Cash Conversion Cycle* | | | | 126 | 77 | 28 | 61 | 83 | 235 | 106 | 109 | 60 | 60 | 155 | 157 | 134 | 110 | 110 | | | | | | | | | | |
| Accounts Receivable | 13.4 | 4.0 | 6.4 | 16.1 | 22.7 | 11.9 | 15.3 | 41.8 | 32.3 | 26.8 | 24.7 | 25.8 | 25.8 | 24.7 | 45.8 | 113.5 | 43.0 | 43.0 | | | | | | | | | | |
| *DSO's* | 177 | 56 | 88 | 91 | 80 | 53 | 43 | 83 | 129 | 42 | 37 | 25 | 40 | 52 | 57 | 83 | 43 | 47 | | | | | | | | | | |
| Inventories | 10.4 | 8.6 | 10.4 | 24.7 | 32.8 | 29.2 | 48.8 | 47.9 | 65.5 | 73.2 | 80.6 | 72.4 | 72.4 | 93.0 | 114.6 | 134.3 | 139.4 | 139.4 | | | | | | | | | | |
| *Days Inventory* | 102 | 77 | 100 | 131 | 106 | 122 | 124 | 87 | 204 | 130 | 134 | 79 | 120 | 167 | 153 | 90 | 104 | 135 | | | | | | | | | | |
| Total Current Assets | 39.5 | 23.9 | 23.7 | 192.7 | 131.2 | 110.9 | 119.6 | 155.6 | 166.5 | 153.3 | 197.1 | 313.7 | 313.7 | 277.4 | 394.7 | 778.3 | 1,603.2 | 1,603.2 | | | | | | | | | | |
| NET PP&E | 8.7 | 6.7 | 5.3 | 5.3 | 7.3 | 8.2 | 10.4 | 12.9 | 13.6 | 14.2 | 15.0 | 15.0 | 15.0 | 16.6 | 60.0 | 64.8 | 74.5 | 74.5 | | | | | | | | | | |
| Right of use assets related to leases, net | | | | | | | | | 35.3 | 41.4 | 48.7 | 65.0 | 65.0 | 66.5 | 74.2 | 92.5 | 122.7 | 122.7 | | | | | | | | | | |
| Equipment related to PPAs & fuel deliveries, net | | | | | | | | | 70.9 | 69.0 | 67.2 | 67.8 | 67.8 | 68.4 | 68.4 | 71.9 | 75.8 | 75.8 | | | | | | | | | | |
| Intangibles & goodwill | 7.5 | 5.3 | 2.9 | 1.5 | 13.1 | 12.2 | 13.2 | 12.9 | 12.6 | 14.4 | 13.7 | 14.4 | 14.4 | 14.0 | 109.2 | 111.4 | 111.6 | 111.6 | | | | | | | | | | |
| Total Assets | 55.7 | 39.5 | 35.4 | 205.9 | 209.5 | 240.8 | 270.8 | 390.3 | 360.8 | 397.2 | 470.3 | 659.5 | 659.5 | 631.4 | 898.7 | 1,356.1 | 2,251.3 | 2,251.3 | | | | | | | | | | |
| Accounts Payable | 4.7 | 3.6 | 3.1 | 10.2 | 20.5 | 31.1 | 42.4 | 34.8 | 31.7 | 36.9 | 36.9 | 40.4 | 40.4 | 35.5 | 39.8 | 58.8 | 50.2 | 50.2 | | | | | | | | | | |
| *Days Payables* | | | | 40 | 39 | 96 | 121 | 57 | 99 | 66 | 61 | 44 | 44 | 64 | 53 | 39 | 37 | 37 | | | | | | | | | | |
| Total Current Liabilities | 17.0 | 17.0 | 12.6 | 25.7 | 42.7 | 66.5 | 115.7 | 146.4 | 84.5 | 93.1 | 112.8 | 134.0 | 134.0 | 151.6 | 187.6 | 252.2 | 222.4 | 222.4 | | | | | | | | | | |
| Deferred Revenue (ST &LT) | 5.5 | 7.3 | 9.0 | 10.1 | 18.5 | 23.1 | 34.4 | 40.1 | 37.1 | 36.2 | 33.9 | 34.9 | 34.9 | 34.2 | 39.8 | 46.7 | 56.2 | 56.2 | | | | | | | | | | |
| Common stock warrant liability | 5.3 | 0.5 | 28.8 | 9.4 | 5.7 | 11.4 | 4.4 | 0.1 | 2.2 | 0.5 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | | | | | |
| Net Working Capital | 22.5 | 6.9 | 11.1 | 167.0 | 88.5 | 44.4 | 3.9 | 9.2 | 81.9 | 60.2 | 84.3 | 179.7 | 179.7 | 125.7 | 207.1 | 526.1 | 1,380.8 | 1,380.8 | | | | | | | | | | |
| ST & LT Debt | | | | | 0.0 | 23.8 | 32.1 | 80.2 | 150.3 | 166.5 | 204.0 | 222.6 | 222.6 | 220.0 | 295.7 | 300.3 | 261.0 | 261.0 | | | | | | | | | | |
| Financing obligations | | | | | | | | | 65.9 | 89.4 | 120.1 | 144.1 | 144.1 | 147.5 | 160.4 | 172.0 | 181.6 | 181.6 | | | | | | | | | | |
| ST & LT Leases | | | | | 17.5 | 44.6 | 71.6 | 192.3 | 35.1 | 40.5 | 47.6 | 62.6 | 62.6 | 63.3 | 70.7 | 87.8 | 119.0 | 119.0 | | | | | | | | | | |
| **Total ST & LT Debt** | 5.4 | 5.3 | 3.8 | 3.0 | 17.5 | 68.3 | 103.7 | 272.5 | 251.2 | 296.5 | 371.8 | 429.3 | 429.3 | 430.8 | 526.8 | 560.1 | 561.6 | 561.6 | 558.9 | 556.2 | 553.5 | 550.8 | 550.8 | 548.1 | 545.4 | 542.7 | 540.0 | 540.0 |
| Shareholders Equity | 29.0 | 15.0 | (17.9) | 158.3 | 124.7 | 85.0 | 73.6 | 2.7 | (7.1) | (15.8) | (19.2) | 129.9 | 129.9 | 104.4 | 234.6 | 586.3 | 1,466.9 | 1,466.9 | | | | | | | | | | |
| Book Value/shr. | $1.55 | $0.44 | ($0.23) | $0.99 | $0.71 | $0.47 | $0.34 | $0.01 | ($0.03) | ($0.07) | ($0.08) | $0.50 | $0.55 | $0.34 | $0.74 | $1.58 | $3.45 | $4.13 | | | | | | | | | | |
| Tangible Book Value/share | $1.15 | $0.28 | ($0.27) | $0.98 | $0.63 | $0.40 | $0.28 | ($0.05) | ($0.09) | ($0.13) | ($0.14) | $0.44 | $0.49 | $0.30 | $0.40 | $1.28 | $3.19 | $3.82 | | | | | | | | | | |

CRAIG-HALLUM
CAPITAL GROUP LLC

**May 14, 2021**

## REQUIRED DISCLOSURES



*Source: FactSet*

Initiate:  July 28, 2015 – Rating: BUY – Price Target:  $3.50
Update:  April 5, 2017 – Rating: BUY – Price Target:  $3
Update:  October 6, 2017 – Rating: BUY – Price Target:  $4
Update:  February 8, 2017 – Rating: BUY – Price Target:  $3
Update:  September 19, 2019 – Rating: BUY – Price Target:  $4
Update:  January 7, 2020 – Rating: BUY – Price Target:  $5
Update:  March 5, 2020 – Rating: BUY – Price Target:  $6
Update:  June 24, 2020 – Rating: BUY – Price Target:  $9
Update:  August 6, 2020 – Rating: BUY – Price Target:  $14
Update:  November 9, 2020 – Rating: BUY – Price Target:  $26
Update:  January 7, 2021 – Rating: BUY – Price Target:  $60
Update:  January 12, 2021 – Rating: BUY – Price Target:  $79
Update:  January 26, 2021 – Rating: BUY – Price Target:  $88
Update:  February 25, 2021 – Rating: BUY – Price Target:  $82
Update:  March 17, 2021 – Rating: BUY – Price Target: $49

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (12/31/2020)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 82% | 24% |
| Hold | 17% | 8% |
| Sell | 1% | 0% |
| Total | 100% | 21% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months. CHLM has received investment banking revenue from the subject company in the last 12 months.  CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, <u>Eric Stine</u>, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer.  No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.