**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

No. 1:21-cv-2004-ER

IN RE PLUG POWER, INC. SECURITIES
LITIGATION

**DECLARATION OF MICHAEL S. BIGIN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Michael S. Bigin, declare as follows:

1.    I am a partner at the law firm of Bernstein Liebhard LLP, counsel to Lead Plaintiff

Manfred Schumacher ("Lead Plaintiff").

2.    I respectfully submit this Declaration in support of Lead Plaintiff's Memorandum

of Law in Opposition to Defendants' Motion to Dismiss the Consolidated Amended Class Action

Complaint.

3.    Attached as Exhibit A are true and correct copies of Forms 4 filed with the SEC for

Andrew Marsh between February 2020 and January 2021.

4.    Attached as Exhibit B is a true and correct copy of an analyst report published by

Barclays on May 16, 2021, entitled "Margin Musings; What Happens Now?"

I declare under penalty of perjury that the foregoing is true and correct.

00673699;V1

Date: February 4, 2022                    Respectfully submitted,

                                          */s/ Michael S. Bigin*
                                          Michael S. Bigin
                                          BERNSTEIN LIEBHARD LLP
                                          10 East 40th Street
                                          New York, NY  10016
                                          Telephone: (212) 779-1414
                                          Facsimile: (212) 779-3218
                                          bigin@bernlieb.com