# EXHIBIT A

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person [*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Marsh Andrew** | **PLUG POWER INC [ PLUG ]** | __X__ Director  _____ 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | __X__ Officer (give title below)  _____ Other (specify below) |
| **C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD** | **2/18/2020** | **President & CEO** |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **LATHAM, NY 12110** | | _X_ Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Plug Power Common Stock | 2/18/2020 | | M | | 200000 | A | $0.37 | 769557 | D | |
| Plug Power Common Stock | 2/18/2020 | | M | | 115964 | A | $1.72 | 885521 | D | |
| Plug Power Common Stock | 2/18/2020 | | S | | 315964 [(1)] | D | $5.00 | 569557 | D | |
| Plug Power Common Stock | 2/19/2020 | | M | | 200000 | A | $2.17 | 769557 | D | |
| Plug Power Common Stock | 2/19/2020 | | M | | 234036 | A | $1.72 | 1003593 | D | |
| Plug Power Common Stock | 2/19/2020 | | S | | 834036 [(1)] | D | $5.1006 [(2)] | 169557 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) [(3)] | $0.37 | 2/18/2020 | | M | | | 200000 | [(4)] | 7/24/2023 | Common Stock | 200000 | $0 | 0 [(3)] | D | |
| Stock Option (right to buy) | $1.72 | 2/18/2020 | | M | | | 115964 | [(4)] | 8/9/2026 | Common Stock | 115964 | $0 | 821536 | D | |
| Stock Option (right to buy) | $2.17 | 2/19/2020 | | M | | | 200000 | [(4)] | 12/13/2021 | Common Stock | 200000 | $0 | 0 | D | |
| Stock Option (right to buy) | $1.72 | 2/19/2020 | | M | | | 234036 | [(4)] | 8/9/2026 | Common Stock | 234036 | $0 | 587500 | D | |

**Explanation of Responses:**

(1) Shares sold pursuant to a pre-established 10b5-1 trading plan.

(2) The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $5.00 to $5.26, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(3) The Form 4 filed on July 29, 2013 included an incorrect title of derivative security (Common Stock) and an incorrect number of derivative securities beneficially owned (561,850).

(4) The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Marsh Andrew** | | | | |

| C/O PLUG POWER INC. 968 ALBANY SHAKER ROAD LATHAM, NY 12110 | X | | President & CEO | |
|---|---|---|---|---|

**Signatures**

| /s/ Gerard L. Conway, Jr., Attorney in Fact | 2/24/2020 |
|---|---|
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*        If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.


# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

| 1. Name and Address of Reporting Person * <br><br> **Marsh Andrew** <br><br> (Last)      (First)      (Middle) <br><br> **C/O PLUG POWER INC.,, 968 ALBANY-SHAKER ROAD** <br> (Street) <br><br> **LATHAM, NY 12110** <br> (City)      (State)      (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br><br> **PLUG POWER INC [ PLUG ]** <br><br> 3. Date of Earliest Transaction (MM/DD/YYYY) <br><br> **6/4/2020** <br><br> 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> _X_ Director           _____ 10% Owner <br> _X_ Officer (give title below)      _____ Other (specify below) <br> **President and CEO** <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br><br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Plug Power Common Stock | 6/4/2020 | | M | | 38786 | A | $1.72 | 208343 | D | |
| Plug Power Common Stock | 6/4/2020 | | S(1) | | 103931 | D | $5.00 | 104412 | D | |
| Plug Power Common Stock | 6/5/2020 | | M | | 358378 | A | $1.72 | 462790 | D | |
| Plug Power Common Stock | 6/5/2020 | | S(1) | | 358378 | D | $5.0271 (2) | 104412 | D | |
| Plug Power Common Stock | 6/8/2020 | | M | | 190336 | A | $1.72 | 294748 | D | |
| Plug Power Common Stock | 6/8/2020 | | M | | 466666 | A | $2.14 | 761414 | D | |
| Plug Power Common Stock | 6/8/2020 | | S(1) | | 657002 | D | $5.0259 (3) | 104412 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (right to buy) | $1.72 | 6/4/2020 | | M | | | 38786 | (4) | 8/9/2026 | Common Stock | 38786 | $0 | 548714 | D | |
| Stock Option (right to buy) | $1.72 | 6/5/2020 | | M | | | 358378 | (4) | 8/9/2026 | Common Stock | 358378 | $0 | 190336 | D | |
| Stock Option (right to buy) | $1.72 | 6/8/2020 | | M | | | 190336 | (4) | 8/9/2026 | Common Stock | 190336 | $0 | 0 | D | |
| Stock Option (right to buy) | $2.14 | 6/8/2020 | | M | | | 466666 | (5) | 8/31/2027 | Common Stock | 466666 | $0 | 933334 | D | |

**Explanation of Responses:**

**(1)** Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of March 17, 2020.

**(2)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $5.00 to $5.10, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $5.00 to $5.135, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(4)** The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

**(5)** 466,666 options vested on August 31, 2018, 466,667 options vested on August 31, 2019 and 466,667 options vest on August 31, 2020.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Marsh Andrew**<br>**C/O PLUG POWER INC.,**<br>**968 ALBANY-SHAKER ROAD**<br>**LATHAM, NY 12110** | X | | **President and CEO** | |

**Signatures**

/s/ Gerard L. Conway, Jr., Attorney-in-Fact          6/8/2020

\*\*Signature of Reporting Person                              Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*          If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*        Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Marsh Andrew** | **PLUG POWER INC [ PLUG ]** | _X_ Director            _____ 10% Owner |
| (Last)  (First)  (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | _X_ Officer (give title below)     _____ Other (specify below) |
| **C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD** | **6/23/2020** | **President & CEO** |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **LATHAM, NY 12110** | | _X_ Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | ___ Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| **Plug Power Common Stock** | 6/23/2020 | | M | | 150566 | A | $2.43 | 254978 | D | |
| **Plug Power Common Stock** | 6/23/2020 | | M | | 105041 | A | $2.14 | 306019 | D | |
| **Plug Power Common Stock** | 6/23/2020 | | S[(1)] | | 255607 | D | $7.0029 [(2)] | 104412 | D | |
| **Plug Power Common Stock** | 6/24/2020 | | M | | 599434 | A | $2.43 | 703846 | D | |
| **Plug Power Common Stock** | 6/24/2020 | | M | | 361625 | A | $2.14 | 1065471 | D | |
| **Plug Power Common Stock** | 6/24/2020 | | S[(1)] | | 961059 | D | $7.3039 [(3)] | 104412 | D | |

## Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| **Stock Option (Right to Buy)** | $2.43 | 6/23/2020 | | M | | | 150566 | [(4)] | 7/23/2025 | Common Stock | 150566 | $0 | 599434 | D | |
| **Stock Option (Right to Buy)** | $2.14 | 6/23/2020 | | M | | | 105041 | [(5)] | 8/31/2027 | Common Stock | 105041 | $0 | 828293 | D | |
| **Stock Option (Right to Buy)** | $2.43 | 6/24/2020 | | M | | | 599434 | [(4)] | 7/23/2025 | Common Stock | 599434 | $0 | 0 | D | |
| **Stock Option (Right to Buy)** | $2.14 | 6/24/2020 | | M | | | 361625 | [(5)] | 8/31/2027 | Common Stock | 361625 | $0 | 466668 | D | |

**Explanation of Responses:**

**(1)** Shares sold pursuant to a pre-established 10b5-1 trading plan.

**(2)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $7.00 to $7.029, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $7.071 to $7.43, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(4)** The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

**(5)** 466,666 options vested on August 31, 2018, 466,667 options vested on August 31, 2019 and 466,667 options vest on August 31, 2020.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |

| Marsh Andrew C/O PLUG POWER INC. 968 ALBANY SHAKER ROAD LATHAM, NY 12110 | X | | President & CEO | |

**Signatures**

**/s/ Gerard L. Conway, Jr., Attorney-in-Fact**                    **6/25/2020**

             **\*\***Signature of Reporting Person                         Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*         If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*        Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

Marsh Andrew C/O PLUG POWER INC. 968 ALBANY SHAKER ROAD LATHAM, NY 12110    X    President & CEO

Case 1:21-cv-02004-ER    Document 89-1    Filed 02/04/22    Page 7 of 15

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

OMB APPROVAL

OMB Number: 3235-0287

Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person [*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Marsh Andrew**<br>(Last)  (First)  (Middle) | **PLUG POWER INC [ PLUG ]** | _X__ Director    _____ 10% Owner |
| | 3. Date of Earliest Transaction (MM/DD/YYYY) | _X__ Officer (give title below)    _____ Other (specify below) |
| **C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD**<br>(Street) | **7/6/2020** | **President and CEO** |
| **LATHAM, NY 12110**<br>(City)  (State)  (Zip) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) Code | V | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) Amount | (A) or (D) | Price | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| **Plug Power Common Stock** | 7/6/2020 | | M | | 1000000 | A | $5.39 | 1104412 | D | |
| **Plug Power Common Stock** | 7/6/2020 | | M | | 166667 | A | $1.96 | 1271079 | D | |
| **Plug Power Common Stock** | 7/6/2020 | | S[(1)] | | 1166667 | D | $10.0101 [(2)] | 104412 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) Code | V | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) (A) | (D) | 6. Date Exercisable and Expiration Date — Date Exercisable | Expiration Date | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) Title | Amount or Number of Shares | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stock Option (Right to Buy)** | $5.39 | 7/6/2020 | | M | | | 1000000 | (3) | 7/24/2024 | **Common Stock** | 1000000 | $0 | 0 | D | |
| **Stock Option (Right to Buy)** | $1.96 | 7/6/2020 | | M | | | 166667 | (4) | 8/28/2028 | **Common Stock** | 166667 | $0 | 333333 | D | |

**Explanation of Responses:**

**(1)** Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of March 17, 2020.

**(2)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $10.00 to $10.08, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)** The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

**(4)** 166,667 options vested on August 28, 2019, 166,667 options vest on August 28, 2020 and 166,666 options vest on August 28, 2021.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Marsh Andrew**<br>**C/O PLUG POWER INC.**<br>**968 ALBANY SHAKER ROAD**<br>**LATHAM, NY 12110** | X | | **President and CEO** | |

**Signatures**

| | |
|---|---|
| **/s/ Gerard L. Conway Jr., Attorney-in-Fact** | **7/8/2020** |
| [**]Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*        If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*        Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Marsh Andrew** | **PLUG POWER INC [ PLUG ]** | **_X__** Director    _____ 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | **_X__** Officer (give title below)    _____ Other (specify below) |
| **C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD** | **8/19/2020** | **President & CEO** |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **LATHAM, NY 12110** | | **_X _** Form filed by One Reporting Person |
| (City) (State) (Zip) | | _____ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| **Plug Power Common Stock** | 8/19/2020 | | M | | 108333 | A | $2.23 | 212745 | D | |
| **Plug Power Common Stock** | 8/19/2020 | | M | | 108333 | A | $2.62 | 321078 | D | |
| **Plug Power Common Stock** | 8/19/2020 | | S(1) | | 180290 | D | $13.6872 (2) | 140788 | D | |
| **Plug Power Common Stock** | 8/19/2020 | | S(1) | | 36376 | D | $14.1218 (3) | 104412 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| **Stock Option (Right to Buy)** | $2.23 | 8/19/2020 | | M | | | 108333 | (4) | 8/19/2029 | **Common Stock** | 108333 | $0 | 216667 | D | |
| **Stock Option (Right to Buy)** | $2.62 | 8/19/2020 | | M | | | 108333 | (4) | 8/19/2029 | **Common Stock** | 108333 | $0 | 216667 | D | |

**Explanation of Responses:**

**(1)** Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of March 17, 2020.

**(2)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $13.02 to $14.01, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $14.02 to $14.31, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(4)** 108,333 options vested on August 19, 2020, 108,333 options vest on August 19, 2021, and 108,334 options vest on August 19, 2022.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Marsh Andrew C/O PLUG POWER INC. 968 ALBANY SHAKER ROAD LATHAM, NY 12110** | X | | **President & CEO** | |

**Signatures**

/s/ Gerard L. Conway Jr., Attorney-in-Fact                    8/21/2020

_____                    _____
**Signature of Reporting Person                              Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*         If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*        Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:     File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.


# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Marsh Andrew** | **PLUG POWER INC [ PLUG ]** | __X__ Director ____ 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | __X__ Officer (give title below) ____ Other (specify below) |
| **C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD** | **8/19/2020** | **President & CEO** |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **LATHAM, NY 12110** | | _X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City) (State) (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Plug Power Common Stock | 8/19/2020 | | M | | 216667 | A | (1) | 321079 | D | |
| Plug Power Common Stock | 8/19/2020 | | F(2) | | 104369 | D | $13.65 | 216710 | D | |
| Plug Power Common Stock | 8/28/2020 | | M | | 166666 | A | (1) | 383376 | D | |
| Plug Power Common Stock | 8/28/2020 | | F(2) | | 80284 | D | $13.07 | 303092 | D | |
| Plug Power Common Stock | 8/28/2020 | | M | | 166666 | A | $1.96 | 469758 | D | |
| Plug Power Common Stock | 8/28/2020 | | S(3) | | 166666 | D | $12.9512 (4) | 303092 | D | |
| Plug Power Common Stock | 8/31/2020 | | S(3) | | 104412 | D | $12.9765 (5) | 198680 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | (1) | 8/19/2020 | | M | | | 216667 | (6) | (6) | Common Stock | 216667 | $0 | 433333 | D | |
| Restricted Stock Unit | (1) | 8/28/2020 | | M | | | 166666 | (7) | (7) | Common Stock | 166666 | $0 | 166667 | D | |
| Stock Option (Right to Buy) | $1.96 | 8/28/2020 | | M | | | 166666 | (8) | 8/28/2028 | Common Stock | 166666 | $0 | 166667 | D | |

**Explanation of Responses:**

**(1)** Each restricted stock unit is the equivalent of one share of Plug Power Inc. common stock.

**(2)** Tendered to Issuer to satisfy tax withholding obligations of the Reporting Person incurred in connection with the vesting of the Reporting Person's restricted stock unit awards.

**(3)** Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of March 17, 2020.

**(4)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $12.71 to $13.12, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(5)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $12.77 to $13.29, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(6)** On August 19, 2019, the Reporting Person was granted 650,000 restricted stock units, vesting in three substantially equal annual installments beginning on the first anniversary of the grant date.

**(7)** On August 28, 2018, the Reporting Person was granted 500,000 restricted stock units, vesting in three substantially equal annual installments beginning on

the first anniversary of the grant date.

**(8)** On August 28, 2018, the Reporting Person was granted 500,000 stock options, vesting in three substantially equal annual installments beginning on the first anniversary of the grant date.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Marsh Andrew**<br>**C/O PLUG POWER INC.**<br>**968 ALBANY SHAKER ROAD**<br>**LATHAM, NY 12110** | X | | **President & CEO** | |

**Signatures**

| /s/ Gerard L. Conway, Jr., Attorney-in-Fact | 9/1/2020 |
|---|---|
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\*        If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*        Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:    File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.



# FORM 4

[ ] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response... 0.5

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or
Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person * | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| **Marsh Andrew** | **PLUG POWER INC [ PLUG ]** | **_X__** Director  _____ 10% Owner |
| (Last) (First) (Middle) | 3. Date of Earliest Transaction (MM/DD/YYYY) | **_X__** Officer (give title below)  _____ Other (specify below) |
| **C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD** | **1/19/2021** | **President & CEO** |
| (Street) | 4. If Amendment, Date Original Filed (MM/DD/YYYY) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| **LATHAM, NY 12110** | | **_X _** Form filed by One Reporting Person |
| (City) (State) (Zip) | | ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Trans. Date | 2A. Deemed Execution Date, if any | 3. Trans. Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 1/19/2021 | | M | | 106600 | A | $6.10 | 855280 | D | |
| Common Stock | 1/19/2021 | | M | | 466668 | A | $2.14 | 1321948 | D | |
| Common Stock | 1/19/2021 | | S(1) | | 13482 | D | $62.6504 (2) | 1308466 | D | |
| Common Stock | 1/19/2021 | | S(1) | | 49918 | D | $63.9660 (3) | 1258548 | D | |
| Common Stock | 1/19/2021 | | S(1) | | 156051 | D | $64.8196 (4) | 1102497 | D | |
| Common Stock | 1/19/2021 | | S(1) | | 114120 | D | $65.6612 (5) | 988377 | D | |
| Common Stock | 1/19/2021 | | S(1) | | 132753 | D | $66.5801 (6) | 855624 | D | |
| Common Stock | 1/19/2021 | | S(1) | | 101766 | D | $67.7270 (7) | 753858 | D | |
| Common Stock | 1/19/2021 | | S(1) | | 5178 | D | $68.3109 (8) | 748680 | D | |

### Table II - Derivative Securities Beneficially Owned (*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivate Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Trans. Date | 3A. Deemed Execution Date, if any | 4. Trans. Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| **Stock Option (Right to Buy)** | $6.10 (9) | 1/19/2021 | | M | | | 106600 (9) | (10) | 4/13/2021 | Common Stock | 106600 (9) | $0 | 0 | D | |
| **Stock Option (Right to Buy)** | $2.14 | 1/19/2021 | | M | | | 466668 | (10) | 8/31/2027 | Common Stock | 466668 | $0 | 0 | D | |

**Explanation of Responses:**

**(1)** Shares sold pursuant to a pre-established 10b5-1 trading plan.

**(2)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $62.25 to $63.23, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $63.26 to $64.25, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(4)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $64.26 to $65.25, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(5)** The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $65.26 to $66.25, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(6)     The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $66.26 to $67.25, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(7)     The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $67.26 to $68.2504, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(8)     The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $68.26 to $68.43, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(9)     This option was previously reported as covering 1,066,000 shares at an exercise price of $0.61 per share, but was adjusted to reflect a 1-for-10 reverse stock split that occurred on May 19, 2011.

(10)    The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

**Reporting Owners**

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| **Marsh Andrew**<br>**C/O PLUG POWER INC.**<br>**968 ALBANY SHAKER ROAD**<br>**LATHAM, NY 12110** | X | | **President & CEO** | |

**Signatures**

| | |
|---|---|
| /s/ Gerard L. Conway, Jr., Attorney-in-Fact | 1/21/2021 |
| **Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

*       If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

**      Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note:   File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.