# EXHIBIT B


# BARCLAYS

Equity Research

Power & Utilities | North America Alternative Energy

16 May 2021

## Plug Power, Inc.

# Margin Musings; What Happens Now?

On 5/14, PLUG provided the anticipated accounting restatements for 2018-20 financials. On the spectrum of shrug-off-worthy to severe, the changes fall slightly closer to the latter. *As we had highlighted*, our biggest concern was that sizable R&D shifts to COGS, rendering realized GM much lower and shifting 2024 AEBITDA guidance into more of an aspirational position rather than reliable targets from today's vantage point. This proved true – PLUG's run rate adj. GM is closer to mid-teens vs. mid-20s implied prior. However, the FC segment isn't carrying the brunt of these revisions, which would have been a worse case. Service margins have averaged below negative 30% (nowhere near inflecting positive as previously implied), while hydrogen fuel cost has been an implied ~$2+/kg higher than previously calculated. **See Fig. 1 for the before/after on segment GM, and Fig. 3-5 for our updated model. We now improve Service GM to -14% by 2024 (+7.5% prior) and Fuel GM reaches +13% by 2024 (+17% prior), which is less impacted given the green hydrogen ramp. These are the primary drivers behind lowering our 2024E AEBITDA to $119 mn from $191 mn, and the associated reduction in our PT to $24 from $29.** *See pages 3-5 for greater detail.*

**Service margins** – How should investors think of PLUG's PEM FCs in terms of lifetime service needs? Do we need to rethink lifecycle profitability potential of FCs altogether? These are unanswerable questions right now. Investors should provide at least *some* latitude to mgmt. for future improvements, but determining how much is challenging.

**AEBITDA** – Now takes until 2023 in our model to inflect positive, and we cannot render it positive for 2020 (or 2021E) no matter the add-backs attempted. *More on pg. 5.*

**Now what?** PLUG had some relief on the removal of the overhang. But it was cold comfort for investors looking for a return to $30-$75/sh. Ultimately, the narrative's stuck amidst the following: **1.** What do margins look like now, near and long term? **2.** What intrinsic value can prove a floor as growth stocks (hydrogen specifically) correct (pg. 5)? **3.** Any risk to 2H21 gross billings, given implied product sales pace needs to increase by 2x vs. 1H (1H missed our forecast by 17%)? **4.** Can partnership press releases reignite momentum or has that catalyst's potency dulled? **We remain UW despite the sharp selloff, given model impact from the revisions and pending clarity on some of these factors in the next update.**

Stock Rating | **UNDERWEIGHT**
Unchanged

Industry View | **NEUTRAL**
Unchanged

Price Target | **USD 24.00**
lowered -17% from USD 29.00

| | |
|---|---|
| Price (14-May-2021) | USD 24.58 |
| Potential Upside/Downside | -2.4% |
| Tickers | PLUG |

| | |
|---|---|
| Market Cap (USD mn) | 13969 |
| Shares Outstanding (mn) | 568.32 |
| Free Float (%) | 99.33 |
| 52 Wk Avg Daily Volume (mn) | 33.0 |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -74.67 |
| Current BVPS (USD) | 3.20 |

Source: Bloomberg

| | |
|---|---|
| Price Performance | Exchange-Nasdaq |
| 52 Week range | USD 75.49-3.80 |



Source: IDC; Link to Barclays Live for interactive charting

**North America Alternative Energy**

**Moses Sutton, CFA**
+1 212 526 4060
moses.sutton@barclays.com
BCI, US

**Eric Beaumont, CFA**
+1 212 526 8334
eric.beaumont@barclays.com
BCI, US

Heidi Hauch
+1 212 526 8190
heidi.hauch@barclays.com
BCI, US

Morgan Reid
+1 212 526 3222
morgan.reid@barclays.com
BCI, US

PLUG: Quarterly and Annual EPS (USD)

| FY Dec | 2020 Actual | 2021 Old | 2021 New | 2021 Cons | 2022 Old | 2022 New | 2022 Cons | Change y/y 2021 | Change y/y 2022 |
|---|---|---|---|---|---|---|---|---|---|
| Q1 | -0.12A | -0.06E | -0.09A | -0.08E | -0.06E | -0.09E | -0.06E | 25% | 0% |
| Q2 | -0.03A | -0.05E | -0.08E | -0.07E | -0.04E | -0.09E | -0.05E | N/A | -12% |
| Q3 | -0.18A | -0.05E | -0.08E | -0.05E | -0.04E | -0.08E | -0.03E | 56% | 0% |
| Q4 | -1.14A | -0.05E | -0.08E | -0.05E | -0.04E | -0.08E | -0.03E | 93% | 0% |
| Year | -1.68A | -0.21E | -0.33E | -0.25E | -0.17E | -0.34E | -0.17E | 80% | -3% |
| P/E | N/A | | N/A | | | N/A | | | |

Source: Barclays Research.
Consensus numbers are from Bloomberg received on 14-May-2021; 12:50 GMT

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 9.

Completed: 16-May-21, 16:14 GMT    Released: 16-May-21, 16:18 GMT    Restricted - External

**Industry View: NEUTRAL**

## Plug Power, Inc. (PLUG)

**Stock Rating: UNDERWEIGHT**

| Income statement ($mn) | 2020A | 2021E | 2022E | 2023E | CAGR |
|---|---|---|---|---|---|
| Gross billings | 332 | 467 | 606 | 883 | 38.6% |
| Net revenue | -93 | 449 | 595 | 865 | N/A |
| EBITDA (adj) | -30 | -30 | -26 | 40 | N/A |
| Net income (adj) | -596 | -180 | -189 | -162 | N/A |
| EPS (adj) ($) | -1.68 | -0.33 | -0.34 | -0.29 | N/A |
| Diluted shares (mn) | 355 | 543 | 549 | 550 | 15.8% |
| DPS ($) | 0.00 | 0.00 | 0.00 | 0.00 | N/A |

| Return and growth data | | | | | Average |
|---|---|---|---|---|---|
| Revenue growth (%) | -140.5 | -581.2 | 32.5 | 45.5 | -160.9 |
| Gross margin (%) | 503.2 | -1.4 | 0.7 | 6.1 | 127.1 |
| EBITDA (adj) growth (%) | -269.7 | 0.3 | 13.3 | 252.5 | -0.9 |
| EBITDA (adj) margin (%) | -9.2 | -6.5 | -4.3 | 4.5 | -3.9 |

| Balance sheet and cash flow ($mn) | | | | | CAGR |
|---|---|---|---|---|---|
| Unrestricted cash | 1,311.7 | 3,903.6 | 2,880.2 | 2,081.3 | 16.6% |
| Total cash (incl. restricted) | 1,634 | 4,341 | 3,440 | 2,753 | 19.0% |
| Total debt (excl. pass-through financing) | 261 | 281 | 301 | 321 | 7.1% |
| Net debt (incl. Restricted, excl. Fin. Obligations | -1,373 | -4,060 | -3,139 | -2,432 | N/A |
| Financial obligations (Leases) | 301 | 460 | 666 | 914 | 44.8% |
| Cash flow from operations | -155 | -165 | -175 | -135 | N/A |
| Capital expenditure | -23 | -753 | -775 | -616 | N/A |
| Free cash flow | -172 | -288 | -320 | -201 | N/A |

| Valuation and leverage metrics | | | | | Average |
|---|---|---|---|---|---|
| P/E (adj) (x) | N/A | N/A | N/A | N/A | N/A |
| EV/sales (x) | -128.6 | 21.1 | 17.8 | 13.3 | -19.1 |
| EV/EBITDA (adj) (x) | -393.6 | -311.4 | -402.3 | 287.6 | -204.9 |
| Dividend yield (%) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Enterprise value (mn) | 11,985.7 | 9,457.1 | 10,584.9 | 11,539.1 | 10,891.7 |

| Selected operating metrics ($mn) | | | | | Average |
|---|---|---|---|---|---|
| GenDrive units shipped (k) | 10 | 14 | 17 | 20 | 15 |
| Cum. GenDrive units shipped (k) | 41 | 55 | 72 | 92 | 65 |
| Est. GenDrives under service and/or PPA (k) | 35 | 46 | 59 | 76 | 54 |
| GenFuel sites installed | 38 | 45 | 65 | 84 | 58 |
| GenFuel sites under delivery contracts | 122 | 167 | 232 | 316 | 209 |
| Total gross billings | 331.5 | 466.6 | 606.0 | 882.7 | 571.7 |
| Fuel cell systems and related infras. billings (mn) | 237 | 306 | 395 | 518 | 364 |
| Services performed on systems billings | 26 | 34 | 42 | 54 | 39 |
| PPA billings | 29 | 48 | 62 | 78 | 54 |
| Fuel delivery billings | 39 | 60 | 79 | 189 | 92 |

Source: Company data, Bloomberg, Barclays Research
Note: FY End Dec

| | |
|---|---|
| **Price (14-May-2021)** | **USD 24.58** |
| **Price Target** | **USD 24.00** |

**Why Underweight?** Plug Power is one of the few renewable energy companies that offers an alternative to the mainstream alternatives. While there are multiple catalysts over the coming years, driven by a strong shadow backlog of material handling orders as well as developments in other HFC segments, the market is crediting valuation well above intrinsic value.

| **Upside case** | **USD 58.00** |
|---|---|

We apply a 500x multiple in our long-term EV / EBITDA methodology, and a 50x multiple in our near-term EV / Sales methodology.

| **Downside case** | **USD 11.00** |
|---|---|

We apply a 30x multiple in our long-term EV / EBITDA methodology, and a 5x multiple in our near-term EV / Sales methodology.

**Upside/Downside scenarios**

Price History Prior 12 months
High 75.49
Low 3.80

Price Target Next 12 months
Upside 58.00
Current 24.58
Target 24.00
Downside 11.00

# Reclassification of Most of R&D to COGS

## Some R&D reclassified mostly to Service and Fuel COGS

In *PLUG: Investor Feedback & Thoughts on Accounting Restatements (3/18/21)*, we highlighted how the greatest concern from the eventual accounting revisions was around how much R&D was going to be reclassified to COGS. The amount – more than half – does reflect a level closer to a severe downside case. However, we had assumed it would come from Fuel Cell & Related Infrastructure line, and it came out of both Service and Fuel. This does soften the concerns, to some degree, around fuel cell margins (though we nonetheless pull forward estimates closer to the demonstrated margin range), but it raises fresh concerns around service, in particular. Margin changes summarized in Fig. 1.

- **Fuel Cell & Related Infra.** – Historical adj. margin was revised down 0-100 bps.

- **Service** – Historical adj. margin was revised down by 2,000-3,000 bps, in most cases. It is now firmly clear that PLUG has been in an unchanged position, required to continually invest in servicing existing assets at very high levels. This was a segment we had previously credited to improve from an assumed -10% GM in 2019 and approx. flat in 2020 to positive 7.5% by 2024. The revisions now reflect consistent negative 20-30%+ margin. Our revised estimates for 2021-24 thus reflect credit for negative 20% in 2021, rising to negative 14% by 2024. <u>This is a material driver of our lower estimates in 2024 (and hence lower PT). At this point, it has become increasingly challenging to gauge the potential and credit material improvements in service costs.</u>

- **Fuel** – This reclassification of R&D to fuel COGS surprised us, as it's unclear how fuel could've ended up erroneously in R&D (Service line makes sense given dual functions at Rochester facility, for example). However, the resulting unit metric implications make more sense than the prior metrics. The revisions imply delivered hydrogen fuel COGS of as wide as $6-$10/kg vs. more tightly around $6/kg prior. Given how non-ubiquitous liquid hydrogen still is, this cost range more closely matches industry commentary. With the future ramp of green hydrogen facilities though, the historical 2,000-3,000+ bps downward revisions of fuel margins are mostly mitigated by the time we reach our 2024 forecasts. Our prior positive 17% 2024 adj. GM for fuel now shifts to 13%.

- **PPA** – Given inclusion of Service related to PPAs in this line item, the portion of increased COGS brings down the run rate margin closer to 60% from what had erroneously seemed like 80-90% prior. We now hold this line in the 60-65% GM range vs. 90% prior.

## FIGURE 1
## Non-GAAP Gross Margins – Before and After Restatements

| Prior -- Pre-Restatements Updated -- Post-Restatements | | | Previous Audited Actuals Restated | | | | | | | Barclays Estimate Changes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2018 | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 2021E | 2022E | 2023E | 2024E |
| **Non-GAAP Gross Margin, %** | Prior | | 15.5% | 27.1% | 24.1% | 30.9% | 28.9% | 3.8% | 21.6% | 32.7% | 34.7% | 34.4% | 32.4% |
| | Revised | New Est | 2.9% | 20.0% | 12.1% | 24.9% | 23.8% | -4.9% | 14.6% | 16.8% | 18.7% | 23.0% | 24.5% |
| | change | | -1259 bps | -711 bps | -1196 bps | -603 bps | -515 bps | -877 bps | -692 bps | -1590 bps | -1608 bps | -1142 bps | -790 bps |
| **Fuel Cell Systems & Related Infra. GM, %** | Prior | | 24.7% | 35.6% | 34.6% | 33.0% | 31.3% | | | 35.3% | 36.6% | 36.8% | 36.5% |
| | Revised | New Est | 24.0% | 35.6% | 33.8% | 32.6% | 30.4% | 18.0% | 27.7% | 29.9% | 30.0% | 29.6% | 29.1% |
| | change | | -76 bps | 0 bps | -84 bps | -42 bps | -83 bps | | | -543 bps | -664 bps | -720 bps | -742 bps |
| **Service Performed on Fuel Cells GM, %** | Prior | | 1.1% | -10.6% | -20.7% | 3.1% | 5.9% | | | 0.0% | 4.8% | 7.5% | 7.5% |
| | Revised | New Est | -34.7% | -32.8% | -52.6% | -16.0% | -22.1% | -194.3% | -62.5% | -20.0% | -18.0% | -16.0% | -14.0% |
| | change | | -3579 bps | -2221 bps | -3195 bps | -1913 bps | -2802 bps | | | -2000 bps | -2275 bps | -2350 bps | -2150 bps |
| **Power Purchase Agreements GM, %** | Prior | | 12.4% | 65.4% | 76.8% | 89.2% | 107.0% | | | 90.0% | 90.0% | 90.0% | 90.0% |
| | Revised | New Est | -11.5% | 58.7% | 68.9% | 77.9% | 98.1% | 54.1% | 74.5% | 61.0% | 62.0% | 63.0% | 64.0% |
| | change | | -2393 bps | -675 bps | -782 bps | -1129 bps | -882 bps | | | -2900 bps | -2800 bps | -2700 bps | -2600 bps |
| **Fuel Delivered to Customers GM, %** | Prior | | -8.4% | -16.2% | -11.7% | -10.5% | -30.4% | | | 0.4% | 6.5% | 17.3% | 17.4% |
| | Revised | New Est | -40.9% | -44.6% | -39.2% | -35.1% | -56.5% | -88.3% | -58.1% | -66.9% | -54.8% | -1.0% | 12.8% |
| | change | | -3256 bps | -2841 bps | -2744 bps | -2460 bps | -2605 bps | | | -6732 bps | -6127 bps | -1836 bps | -465 bps |

Source: Barclays Research, Company Data

Collectively, it seems PLUG's historical margins have been around 13-20% vs. 20-28% or so assumed prior to the restatements. 2019 and 2020 margins were revised down by 700-800 bps, as is our forecast in 2024 (used for our EV/AEBITDA valuation methodology).

Our 2024 full-company 24.5% non-GAAP GM (32.4% prior) could still have more of a negative skew when considering alternative outcomes. In the past, we had pointed to strong gross margin across select business segments as an indicators of PLUG's R&D efforts paying off, specifically fuel cells. This proved untrue and there is now increased execution risk and lesser clarity on the potential for a dramatic margin improvement narrative playing out. Investors will also focus more acutely now on 2021. We remain UW as we await more clarity on margin cadence throughout the rest of the year, and as we give further thought to the amount of credit that should be given, in general, below the revenue line.

# Valuation

We maintain our method of averaging a 100x AEBITDA multiple on 2024 (discounted) with 30x Sales on 2022 (roughly where PLUG trades on fwd. revenue today). Our 2024 AEBITDA drops to $119 mn from $191 mn prior, which leads to our PT revision to $24 from $29. Our 2022 Sales also drops to $595 mn from $650 mn prior.

## FIGURE 2
### Valuation – Average of Two Methodologies

**Long-Term EV / EBITDA Methodology - Discounted at Cost of Eq.**

| | |
|---|---|
| EV / Adj. EBITDA Multiple | 100x |
| Forward Adj. EBITDA in 2023 (Barclays' 2024 Estimate), $ mn | $119 |
| Implied Enterprise Value in 2023, $ mn | $11,937 |
| Remove: Company Debt (excl. Converts), YE23, $ mn | -$111 |
| Remove: Sale-Leaseback Financing Obligations, YE23, $ mn | -$914 |
| Add: Cash & Equivalent, incl. Restricted, YE23, $ mn | $2,753 |
| Add: Cash from Walmart / Amazon Warrants, $ mn | $1,087 |
| *Blended PLUG Price Applied for Warrant* | *$9.8* |
| Net Debt Adjustment, $ mn | $2,815 |
| Implied Equity Value in 2023, $ mn | $14,752 |
| Est. Million Shares Outstanding YE23 | 550 |
| Shares Issued to Walmart and Amazon | 111 |
| Converts | 57 |
| Other Dilutable Shares (excl. Converts) | 20 |
| Total Million Shares Used for Valuation | 738 |
| Implied PLUG Value/Share in 2023 | $20.0 |
| PLUG Cost of Equity Used for Discount Rate | 10% |
| Implied PLUG Value/Share in 2021 (Barclays 12 mo. PT) | $16.5 |
| Implied PLUG Value/Share Today | $15.0 |

**Forward EV / Sales Methodology**

Historical Forward EV / Sales based on Consensus

6/2019 3x 7/2019 3x 8/2019 4x 9/2019 4x 10/2019 4x 11/2019 5x 12/2019 5x 1/2020 6x 2/2020 6x 3/2020 6x 4/2020 6x 5/2020 6x 6/2020 11x 7/2020 10x 8/2020 17x 9/2020 17x 10/2020 18x 11/2020 33x 12/2020 42x 1/2021 82x 2/2021 51x 3/2021 37x 4/2021 29x 5/2021 28x

| | |
|---|---|
| EV / Sales Multiple | 30x |
| Forward Net Revenue in 2021 (Barclays' 2022 Estimate), $ mn | $595 |
| Implied Enterprise Value in 12 Months, $ mn | $17,839 |
| Remove: Company Debt (excl. Converts), YE21, $ mn | -$111 |
| Remove: Sale-Leaseback Financing Obligations, YE21, $ mn | -$460 |
| Add: Cash & Equivalent, incl. Restricted, YE21, $ mn | $4,341 |
| Add: Cash from Walmart / Amazon Warrants, $ mn | $1,087 |
| Net Debt Adjustment, $ mn | $4,857 |
| Implied Equity Value in 12 Months, $ mn | $22,697 |
| Est. Million Shares Outstanding YE21 | 548 |
| Shares Issued to Walmart and Amazon | 111 |
| Converts | 57 |
| Other Dilutable Shares (excl. Converts) | 20 |
| Total Million Shares Used for Valuation | 736 |
| Implied PLUG Value/Share in 12 Months (Barclays PT method) | $30.9 |
| Implied PLUG Value/Share Today | $28.0 |

**Average of Methodologies: $24/sh**

Source: Barclays Research, Company Data

*Additional considerations related to AEBITDA, Valuation, and FCF:*

- We maintain our AEBITDA and Sales averaging methodology, even though these valuation indicators are diverging as the margin profile proves more challenging. This is further exacerbating the difficulty in valuing PLUG and reaching a meaningful floor, especially with the limiting meaning of using such high untethered multiples to begin with (*100x* AEBITDA and *30x* Sales).

  - An alternative method of valuing PLUG would be to disaggregate cash and the MH business, and consider the remaining option value implied for future hydrogen verticals. $7/sh of net cash (pro forma) and $2 bn for MH, or ~$3/sh, implies $10/sh. Based on the current share price, this would imply ~$15/sh for future hydrogen verticals, or >$10 bn of market cap for other hydrogen. This is roughly implied by our revised PT too.

  - If PLUG trades down to intrinsic value, we would estimate it closer to $12-$18/sh, implying $2-$8/sh of option value for all the future growth segments PLUG is targeting. On a pro forma basis, this implies ~$1.5 to $6 bn of value to the ex-MH, ex-cash hydrogen value. Working backwards from, say, a 20x eventual settled multiple would imply an approx. future $75-$300 mn ex-MH hydrogen run rate AEBITDA, to support the total $12-$18/sh full-company intrinsic value. For an intrinsic value calculation, and based on where the non-MH segments and the competitive landscape are now, this seems like reasonable credit for such an exercise.

  - Note that we do not expect PLUG to trade down to intrinsic value, given upside potential related specifically to partnership and new order press releases.

- All of our methods of calculating AEBITDA—with or without adding back warrant impacts, interest and D&A for SLBs, etc.—come up with clearly negative values for 2020, with a best value of around negative $10 mn. Our forecasts now reflect AEBITDA inflecting positive in 2023. However, it is unclear to us how the company is starting to calculate AEBITDA. In the 10k, for example, management compensation ("2020 Annual Incentive Goals") reflects exceeding a positive $36 mn Adjusted Operating EBITDA target in 2020 (108% – so exceeding by 8%). It is unclear how this is being calculated.

- Our FCF forecasts now reflect reaching negative $80 mn CFFO by 2024 and negative $175 mn FCF, including only corporate / maintenance capex (i.e., excl. green hydrogen plant investments).

# Summary Financials, Metrics & Model

FIGURE 3

**Summary Financials, Metrics, and Estimates**

| | CY16 12/31 | CY17 12/31 | CY18 12/31 | CY19 12/31 | 1Q20 3/31 | 2Q20 6/30 | 3Q20 9/30 | 4Q20 12/31 | CY20 12/31 | CY21E 12/31 | CY22E 12/31 | CY23E 12/31 | CY24E 12/31 | CAGR '20-'24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GenDrive Units - Total Shipped, thousand** | 4.0 | 5.1 | 4.6 | 7.2 | 1.0 | 2.8 | 4.1 | 2.2 | 10.1 | 13.7 | 16.8 | 20.2 | 24.3 | 24% |
| *Y/Y %* | *10%* | *27%* | *-9%* | *56%* | *90%* | *40%* | *141%* | *-26%* | *40%* | *36%* | *22%* | *20%* | *20%* | *-16%* |
| Cum. GenDrive Units Shipped, thousand (since 2010) | 14 | 19 | 24 | 31 | 32 | 35 | 39 | 41 | 41 | 55 | 72 | 92 | 116 | 30% |
| Est. Units under Ext. Service and/or PPA, thousand | 12 | 16 | 20 | 26 | 27 | 29 | 33 | 35 | 35 | 46 | 59 | 76 | 95 | 28% |
| GenFuel Sites under Delivery Contracts | 0 | 55 | 72 | 84 | 88 | 91 | 104 | 122 | 122 | 167 | 232 | 316 | 410 | 35% |
| Est. Blended Hydrogen Cost, $ per Kilogram | | | | $0.0 | $6.3 | $5.8 | $8.1 | $10.1 | $7.7 | $8.7 | $7.9 | $5.8 | $4.0 | -15% |
| Est. Hydrogen Consumed by PLUG Customers (TPD) | | | | 22.0 | 23.5 | 25.0 | 28.0 | 28.0 | 28.0 | 41.8 | 55.7 | 72.7 | 90.2 | 34% |
| Est. Integrated Hydrogen Production (Yearend Run Rate) | | | | 0% | 0% | 0% | 5% | 5% | 5% | 19% | 29% | 70% | 86% | 100% |
| Est. PLUG Hydrogen Production Capacity (TPD) | | | | | | | 6.4 | 6.4 | 6.4 | 10.0 | 20.0 | 170.0 | 310.0 | 164% |
| **Gross Billings, $ mn** | **$85** | **$133** | **$184** | **$237** | **$43** | **$72** | **$126** | **$91** | **$332** | **$467** | **$606** | **$883** | **$1,271** | **40%** |
| *Y/Y %* | *-17%* | *56%* | *39%* | *29%* | *89%* | *23%* | *106%* | *-4%* | *40%* | *41%* | *30%* | *46%* | *44%* | |
| Fuel Cell Systems and Related Infras. Billings | $40 | $71 | $112 | $152 | $21 | $50 | $100 | $66 | $237 | $306 | $395 | $518 | $672 | 30% |
| Material Handling | | | | | | | | | | 97% | 92% | 83% | 73% | - |
| Stationary Power | | | | | | | | | | 3% | 6% | 11% | 14% | - |
| FCEVs | | | | | | | | | | 0% | 2% | 7% | 13% | - |
| Electrolyzers | | | | | | | | | | $19 | $29 | $43 | $64 | - |
| Services Performed on Systems Billings | $20 | $23 | $24 | $26 | $7 | $7 | $8 | $5 | $26 | $34 | $42 | $54 | $69 | 27% |
| PPA Billings | $14 | $20 | $23 | $27 | $7 | $7 | $7 | $8 | $29 | $48 | $62 | $78 | $99 | 35% |
| Fuel Delivery Billings | $11 | $18 | $26 | $31 | $8 | $8 | $11 | $12 | $39 | $60 | $79 | $189 | $367 | 75% |
| **Adjusted EBITDA, $ mn** | **-$37** | **-$43** | **-$37** | **-$8** | **-$5** | **$2** | **$15** | **-$42** | **-$30** | **-$30** | **-$26** | **$40** | **$119** | **-** |
| *Y/Y %* | *-7%* | *-16%* | *13%* | *78%* | *26%* | *77%* | *156%* | *-470%* | *-270%* | *0%* | *13%* | *252%* | *198%* | |
| Adj. EBITDA Margin, % | -43% | -32% | -20% | -3% | -13% | 3% | 12% | -47% | -9% | -7% | -4% | 5% | 9% | |
| Net Revenue (GAAP), $ mn | $86 | $103 | $174 | $230 | $41 | $68 | $107 | -$309 | -$93 | $449 | $595 | $865 | $1,245 | - |
| Gross Margin (GAAP), % | 5% | -27% | -15% | 5% | -24% | 0% | -27% | 139% | 503% | -1% | 1% | 6% | 9% | -63% |
| EBITDA (GAAP), $ mn | -$46 | -$92 | -$65 | -$55 | -$22 | -$23 | -$50 | -$473 | -$567 | -$139 | -$148 | -$121 | -$82 | -38% |
| Net Income (GAAP), $ mn | -$57 | -$127 | -$86 | -$103 | -$37 | -$9 | -$65 | -$484 | -$596 | -$180 | -$189 | -$162 | -$124 | -33% |
| **EPS (Diluted) (GAAP), $ mn** | **-$0.32** | **-$0.59** | **-$0.39** | **-$0.43** | **-$0.12** | **-$0.03** | **-$0.18** | **-$1.14** | **-$1.68** | **-$0.33** | **-$0.34** | **-$0.29** | **-$0.22** | **-40%** |
| Cash Flow from Operations (GAAP), $ mn | -$30 | -$60 | -$58 | -$52 | -$60 | -$51 | -$45 | $1 | -$155 | -$165 | -$175 | -$135 | -$80 | -15% |
| Free Cash Flow, $ mn | -$32 | -$64 | -$63 | -$57 | -$63 | -$54 | -$45 | -$10 | -$172 | -$288 | -$320 | -$201 | -$176 | 1% |
| **Net Debt (Cash) (ex. Restricted, ex. Sale LB)** | | **$7** | **$42** | **$84** | **$146** | **$144** | **-$147** | **-$1,051** | **-$1,051** | **-$3,623** | **-$2,579** | **-$1,760** | **-$1,081** | **1%** |
| *Net Debt (Cash) (ex. Res. Cash, ex. Sale LB) to LTM AEBITDA, x* | | *NM* | *NM* | *7.5* | *11.1* | *10.1* | *NM* | *34.5* | *34.5* | *119.3* | *98.0* | *NM* | *NM* | *-* |

Non-GAAP

Source: Barclays Research, Company Data

FIGURE 4

## Income Statement ($ million, unless indicated otherwise)

| | CY16 12/31 | CY17 12/31 | CY18 12/31 | CY19 12/31 | 1Q20 3/31 | 2Q20 6/30 | 3Q20 9/30 | 4Q20 12/31 | CY20 12/31 | CY21E 12/31 | CY22E 12/31 | CY23E 12/31 | CY24E 12/31 | CAGR '20-'24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fuel Cell Systems and Related Infrastructure | 40 | 71 | 107 | 150 | 20 | 48 | 84 | -246 | -94 | 294 | 389 | 511 | 662 | - |
| Electrolyzers | | | | | | | | | | 19 | 29 | 43 | 64 | - |
| Services Performed on Fuel Cell Systems | 20 | 23 | 22 | 25 | 7 | 6 | 7 | -29 | -10 | 33 | 41 | 52 | 67 | - |
| Power Purchase Agreements | 14 | 20 | 23 | 26 | 6 | 7 | 7 | 7 | 27 | 46 | 60 | 76 | 96 | 38% |
| Fuel Delivered to Customers | 11 | 18 | 22 | 29 | 7 | 7 | 10 | -41 | -16 | 57 | 76 | 184 | 356 | - |
| **Revenue** | **86** | **103** | **174** | **230** | **41** | **68** | **107** | **-309** | **-93** | **449** | **595** | **865** | **1,245** | **-** |
| *Y/Y %* | *-16.8%* | *20.2%* | *68.7%* | *32.2%* | *89.8%* | *18.3%* | *80.2%* | *-437.4%* | *-140.5%* | *-581.2%* | *32.5%* | *45.5%* | *43.9%* | *-* |
| Cost of Sales (GAAP) | -82 | -131 | -200 | -220 | -51 | -68 | -136 | -122 | -376 | -455 | -591 | -812 | -1,129 | 32% |
| **Gross Profit (GAAP)** | **4** | **-28** | **-26** | **11** | **-10** | **0** | **-29** | **-431** | **-469** | **-6** | **4** | **53** | **116** | **-** |
| *Gross Margin (GAAP), %* | *4.6%* | *-27.2%* | *-14.9%* | *4.6%* | *-23.8%* | *0.0%* | *-26.7%* | *139.4%* | *503.2%* | *-1.4%* | *0.7%* | *6.1%* | *9.3%* | *-63%* |
| SG&A | -34 | -45 | -38 | -44 | -11 | -22 | -17 | -29 | -79 | -100 | -115 | -132 | -152 | 18% |
| R&D | -21 | -29 | -13 | -34 | -5 | -5 | -7 | -11 | -28 | -40 | -46 | -53 | -61 | 22% |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | -1 | -6 | -8 | 0 | 0 | 0 | 0 | - |
| **Operating Expenses (GAAP)** | **-55** | **-74** | **-50** | **-78** | **-16** | **-27** | **-26** | **-47** | **-115** | **-140** | **-161** | **-185** | **-213** | **17%** |
| **EBIT (GAAP)** | **-52** | **-102** | **-76** | **-67** | **-26** | **-27** | **-54** | **-477** | **-584** | **-146** | **-157** | **-132** | **-97** | **-36%** |
| *EBIT Margin, %* | *-60.0%* | *-98.6%* | *-43.9%* | *-29.3%* | *-62.7%* | *-39.0%* | *-50.7%* | *154.5%* | *626.3%* | *-32.6%* | *-26.4%* | *-15.3%* | *-7.8%* | *-* |
| **EBITDA (GAAP)** | **-46** | **-92** | **-65** | **-55** | **-22** | **-23** | **-50** | **-473** | **-567** | **-139** | **-148** | **-121** | **-82** | **-38%** |
| *EBITDA Margin (GAAP), %* | *-53.9%* | *-89.1%* | *-37.2%* | *-23.8%* | *-54.9%* | *-33%* | *-46.3%* | *152.9%* | *608.5%* | *-31.0%* | *-24.9%* | *-13.9%* | *-6.6%* | *-* |
| **Gross Billings, $ mn** (Non-GAAP) | **85** | **133** | **184** | **237** | **43** | **72** | **126** | **91** | **332** | **467** | **606** | **883** | **1271** | **40%** |
| *Y/Y %* | *-17%* | *56%* | *39%* | *29%* | *89%* | *23%* | *106%* | *-4%* | *40%* | *41%* | *30%* | *46%* | *44%* | |
| **Adjusted EBIT, $ mn** | **-42** | **-53** | **-49** | **-21** | **-9** | **-1** | **10** | **-47** | **-47** | **-38** | **-35** | **28** | **104** | **-** |
| *Y/Y %* | *12%* | *25%* | *-7%* | *-57%* | *-16%* | *-6%* | *361%* | *-680%* | *125%* | *-20%* | *-6%* | *-181%* | *267%* | |
| *Adj. EBIT Margin, %* | *-50%* | *-40%* | *-27%* | *-9%* | *-20%* | *-2%* | *8%* | *-52%* | *-14%* | *-8%* | *-6%* | *3%* | *8%* | |
| **Adjusted EBITDA, $ mn** | **-37** | **-43** | **-37** | **-8** | **-5** | **2** | **15** | **-42** | **-30** | **-30** | **-26** | **40** | **119** | **-** |
| *Y/Y %* | *7%* | *16%* | *-13%* | *-78%* | *-26%* | *77%* | *156%* | *-470%* | *270%* | *0%* | *-13%* | *-252%* | *198%* | |
| *Adj. EBITDA Margin, %* | *-43%* | *-32%* | *-20%* | *-3%* | *-13%* | *3%* | *12%* | *-47%* | *-9%* | *-7%* | *-4%* | *5%* | *9%* | *-* |
| Interest Expense/Income (GAAP) | -11 | -10 | -23 | -36 | -12 | -13 | -18 | -18 | -61 | -34 | -32 | -30 | -26 | -19% |
| *Implied P&L Interest Rate* | | | | | *21.4%* | *20.9%* | *23.6%* | *25.3%* | | | | | | |
| Change in fair value of common stock warrant liability | 4 | -15 | 4 | 0 | 0 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | - |
| Other | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 4 | 18 | 0 | 0 | 0 | 0 | - |
| **Pre-Tax Income (GAAP)** | **-58** | **-127** | **-95** | **-103** | **-37** | **-27** | **-72** | **-491** | **-627** | **-180** | **-189** | **-162** | **-124** | **-33%** |
| Income Tax Expense/Benefit | 0 | 0 | 9 | 0 | 0 | 17 | 7 | 7 | 31 | 0 | 0 | 0 | 0 | - |
| *Effective Tax Rate, %* | *0.7%* | *0.0%* | *9.8%* | *0.0%* | *0.0%* | *64.9%* | *9.2%* | *1.3%* | *4.9%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | |
| **Net Income (Loss) attributable to the Company (GAAP)** | **-57** | **-127** | **-86** | **-103** | **-37** | **-9** | **-65** | **-484** | **-596** | **-180** | **-189** | **-162** | **-124** | **-33%** |
| *Net Margin, %* | *-66.9%* | *-123.1%* | *-49.1%* | *-44.7%* | *-91.7%* | *-13.8%* | *-60.9%* | *156.7%* | *639.6%* | *-40.1%* | *-31.8%* | *-18.7%* | *-9.9%* | *-* |
| **EPS (Basic, GAAP)** | **-$0.32** | **-$0.59** | **-$0.39** | **-$0.43** | **-$0.12** | **-$0.02** | **-$0.18** | **-$1.14** | **-$1.68** | **-$0.33** | **-$0.34** | **-$0.29** | **-$0.22** | **-40%** |
| **EPS (Diluted, GAAP)** | **-$0.32** | **-$0.59** | **-$0.39** | **-$0.43** | **-$0.12** | **-$0.03** | **-$0.18** | **-$1.14** | **-$1.68** | **-$0.33** | **-$0.34** | **-$0.29** | **-$0.22** | **-40%** |
| *Wtd. Avg. Shares - Basic (mn shares, GAAP)* | *181* | *216* | *219* | *237* | *305* | *317* | *371.0* | *425.4* | *354.6* | *543.4* | *548.6* | *549.9* | *551.2* | *12%* |
| *Wtd. Avg. Shares - Diluted (mn shares, GAAP)* | *181* | *216* | *219* | *237* | *305* | *317* | *371.0* | *425.4* | *354.6* | *543.4* | *548.6* | *549.9* | *551.2* | *12%* |

Source: Barclays Research, Company Data

FIGURE 5

## Cash Flow Statement ($ million, unless indicated otherwise)

| | CY16 12/31 | CY17 12/31 | CY18 12/31 | CY19 12/31 | 1Q20 3/31 | 2Q20 6/30 | 3Q20 9/30 | 4Q20 12/31 | CY20 12/31 | CY21E 12/31 | CY22E 12/31 | CY23E 12/31 | CY24E 12/31 | CAGR '20-'24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Reported Net Income** | -57 | -127 | -86 | -103 | -37 | -9 | -65 | -484 | -596 | -180 | -189 | -162 | -124 | -33% |
| Depreciation and Amortization | 5 | 10 | 12 | 13 | 3 | 4 | 5 | 5 | 17 | 7 | 9 | 12 | 15 | -3% |
| Stock-Based Compensation | 9 | 9 | 9 | 11 | 3 | 3 | 3 | 8 | 17 | 20 | 24 | 28 | 32 | 17% |
| Amortization of Debt Issuance Costs | 2 | 1 | 6 | 9 | 3 | 4 | 6 | 5 | 17 | 20 | 20 | 20 | 20 | 4% |
| Provision for Common Stock Warrants | 0 | 36 | 10 | 7 | 3 | 5 | 17 | 400 | 425 | 18 | 11 | 17 | 26 | -50% |
| Income Tax Benefit | 0 | 0 | -9 | 0 | 0 | -17 | -7 | -7 | -31 | 0 | 0 | 0 | 0 | - |
| Working Capital Changes, Net | 0 | -4 | -7 | 0 | -34 | -28 | -29 | 24 | -67 | -50 | -50 | -50 | -50 | -7% |
| Other | 12 | 14 | 7 | 13 | 0 | -13 | 25 | 50 | 62 | 0 | 0 | 0 | 0 | - |
| **Cash Flow from Operating Activities** | -30 | -60 | -58 | -52 | -60 | -51 | -45 | 1 | -155 | -165 | -175 | -135 | -80 | -15% |
| Capex - PP&E | -3 | -4 | -5 | -6 | -3 | -3 | -6 | -11 | -23 | -753 | -775 | -616 | -565 | 124% |
| *Capex % if Gross Billings* | *3%* | *3%* | *3%* | *2%* | *6%* | *3%* | *5%* | *12%* | *7%* | *161%* | *128%* | *70%* | *44%* | |
| Capex - Construction of Leased Property | -55 | -40 | -14 | -7 | -4 | -2 | -7 | -12 | -26 | -22 | -24 | -28 | -32 | 6% |
| Intangible assets | 0 | 0 | -1 | -2 | 0 | 0 | -2 | 0 | -2 | 0 | 0 | 0 | 0 | - |
| Other | 0 | 0 | 0 | 0 | 0 | -45 | 0 | 0 | -45 | -10 | -10 | -10 | -10 | -31% |
| **Cash Flow from Investing Activities** | -58 | -44 | -20 | -14 | -6 | -50 | -15 | -24 | -95 | -785 | -809 | -654 | -607 | 59% |
| Debt - Borrowings | 71 | 20 | 96 | 158 | 0 | 254 | 50 | 0 | 304 | 0 | 0 | 0 | 0 | - |
| Debt - Repayments | -50 | -12 | -16 | -25 | -5 | -16 | -6 | -20 | -48 | 0 | 0 | 0 | 0 | - |
| Equity Issued/Repurch./Options/Warrants/Pref, Net | 30 | 37 | 38 | 170 | 6 | -81 | 352 | 1026 | 1304 | 3628 | 32 | 36 | 40 | -58% |
| Sale-Lease Back Financing, Net | 28 | 27 | 46 | 22 | 4 | 13 | 12 | 10 | 38 | 40 | 61 | 76 | 91 | 24% |
| Others | -9 | 0 | -44 | 0 | 0 | 8 | 0 | -90 | -82 | -10 | -10 | -10 | -10 | -41% |
| **Cash Flow from Financing Activities** | 70 | 72 | 119 | 325 | 4 | 178 | 408 | 925 | 1516 | 3658 | 83 | 102 | 121 | -47% |
| FX/Other Impact/Change | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -65% |
| Net Change in Cash | -18 | -33 | 41 | 259 | -62 | 76 | 348 | 903 | 1265 | 2708 | -901 | -687 | -566 | - |
| Cash & Equiv. incl. Restricted – Beg. of Period | 64 | 101 | 68 | 109 | 369 | 306 | 383 | 731 | 369 | 1634 | 4341 | 3440 | 2753 | 65% |
| Cash & Equiv. incl. Restricted – End of Period | 101 | 68 | 109 | 369 | 306 | 383 | 731 | 1634 | 1634 | 4341 | 3440 | 2753 | 2187 | 8% |
| Free Cash Flow (CFFO - Capex ex. Hydrogen Capacity) | -32 | -64 | -63 | -57 | -63 | -54 | -45 | -10 | -172 | -288 | -320 | -201 | -176 | 1% |
| Free Cash Flow per Share | -$0.2 | -$0.3 | -$0.3 | -$0.2 | -$0.2 | -$0.2 | -$0.1 | $0.0 | -$0.5 | -$0.5 | -$0.6 | -$0.4 | -$0.3 | -10% |
| Total Debt (excl. Sale Leaseback) | 24 | 32 | 80 | 223 | 220 | 296 | 300 | 261 | 261 | 281 | 301 | 321 | 341 | 7% |
| Net Debt (incl. Restricted, excl. Sale LB) | -77 | -36 | -29 | -146 | -86 | -87 | -430 | -1373 | -1373 | -4060 | -3139 | -2432 | -1846 | 8% |
| Net Debt (incl. Restr. Cash, excl. Sale LB) to LTM Adj. EBITDA, x | | 0.9x | 0.8x | NM | NM | NM | NM | 26.3x | 26.3x | 77.5x | 119.3x | NM | NM | - |
| Net Debt (excl. Restricted, excl. Sale LB) | | 7 | 42 | 84 | 146 | 144 | -147 | -1051 | -1051 | -3623 | -2579 | -1760 | -1081 | 1% |
| Net Debt (excl. Restr. Cash, excl. Sale LB) to LTM Adj. EBITDA, x | | NM | NM | 7.5x | 11.3x | 10.8x | NM | 20.1x | 20.1x | 69.2x | 98.0x | NM | NM | |

Source: Barclays Research, Company Data

## ANALYST(S) CERTIFICATION(S):

We, Moses Sutton, CFA and Eric Beaumont, CFA, hereby certify (1) that the views expressed in this research report accurately reflect our personal views about any or all of the subject securities or issuers referred to in this research report and (2) no part of our compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this research report.

## IMPORTANT DISCLOSURES

Barclays Research is produced by the Investment Bank of Barclays Bank PLC and its affiliates (collectively and each individually, "Barclays"). All authors contributing to this research report are Research Analysts unless otherwise indicated. The publication date at the top of the report reflects the local time where the report was produced and may differ from the release date provided in GMT.

### Availability of Disclosures:

Where any companies are the subject of this research report, for current important disclosures regarding those companies please refer to https://publicresearch.barclays.com or alternatively send a written request to: Barclays Research Compliance, 745 Seventh Avenue, 13th Floor, New York, NY 10019 or call +1-212-526-1072.

The analysts responsible for preparing this research report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities, the profitability and revenues of the Markets business and the potential interest of the firm's investing clients in research with respect to the asset class covered by the analyst.

Analysts regularly conduct site visits to view the material operations of covered companies, but Barclays policy prohibits them from accepting payment or reimbursement by any covered company of their travel expenses for such visits.

Barclays Research Department produces various types of research including, but not limited to, fundamental analysis, equity-linked analysis, quantitative analysis, and trade ideas. Recommendations contained in one type of Barclays Research may differ from those contained in other types of Barclays Research, whether as a result of differing time horizons, methodologies, or otherwise.

In order to access Barclays Statement regarding Research Dissemination Policies and Procedures, please refer to https://publicresearch.barcap.com/S/RD.htm. In order to access Barclays Research Conflict Management Policy Statement, please refer to: https://publicresearch.barcap.com/S/CM.htm.

### Primary Stocks (Ticker, Date, Price)

Plug Power, Inc. (PLUG, 14-May-2021, USD 24.58), Underweight/Neutral, A/CD/CE/D/FA/J/L

Unless otherwise indicated, prices are sourced from Bloomberg and reflect the closing price in the relevant trading market, which may not be the last available price at the time of publication.

### Disclosure Legend:

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of the issuer in the previous 12 months.

**B:** An employee or non-executive director of Barclays PLC is a director of this issuer.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by this issuer.

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by this issuer.

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**E:** Barclays Bank PLC and/or an affiliate expects to receive or intends to seek compensation for investment banking services from this issuer within the next 3 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with US regulations.

**FB:** Barclays Bank PLC and/or an affiliate beneficially owns a long position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FC:** Barclays Bank PLC and/or an affiliate beneficially owns a short position of more than 0.5% of a class of equity securities of this issuer, as calculated in accordance with EU regulations.

**FD:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of this issuer, as calculated in accordance with South Korean regulations.

**GD:** One of the Research Analysts on the fundamental credit coverage team (and/or a member of his or her household) has a long position in the common equity securities of this issuer.

**GE:** One of the Research Analysts on the fundamental equity coverage team (and/or a member of his or her household) has a long position in the common equity securities of this issuer.

**H:** This issuer beneficially owns more than 5% of any class of common equity securities of Barclays PLC.

**I:** Barclays Bank PLC and/or an affiliate is party to an agreement with this issuer for the provision of financial services to Barclays Bank PLC and/or an affiliate.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities of this issuer and/or in any related derivatives.

## IMPORTANT DISCLOSURES

**K:** Barclays Bank PLC and/or an affiliate has received non-investment banking related compensation (including compensation for brokerage services, if applicable) from this issuer within the past 12 months.

**L:** This issuer is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**M:** This issuer is, or during the past 12 months has been, a non-investment banking client (securities related services) of Barclays Bank PLC and/or an affiliate.

**N:** This issuer is, or during the past 12 months has been, a non-investment banking client (non-securities related services) of Barclays Bank PLC and/or an affiliate.

**O:** Not in use.

**P:** A partner, director or officer of Barclays Capital Canada Inc. has, during the preceding 12 months, provided services to the subject company for remuneration, other than normal course investment advisory or trade execution services.

**Q:** Barclays Bank PLC and/or an affiliate is a Corporate Broker to this issuer.

**R:** Barclays Capital Canada Inc. and/or an affiliate has received compensation for investment banking services from this issuer in the past 12 months.

**S:** This issuer is a Corporate Broker to Barclays PLC.

**T:** Barclays Bank PLC and/or an affiliate is providing equity advisory services to this issuer.

**U:** The equity securities of this Canadian issuer include subordinate voting restricted shares.

**V:** The equity securities of this Canadian issuer include non-voting restricted shares.

### Risk Disclosure(s)

Master limited partnerships (MLPs) are pass-through entities structured as publicly listed partnerships. For tax purposes, distributions to MLP unit holders may be treated as a return of principal. Investors should consult their own tax advisors before investing in MLP units.

### Disclosure(s) regarding Information Sources

Copyright © (2021) Sustainalytics. Sustainalytics retains ownership and all intellectual property rights in its proprietary information and data that may be included in this report. Any Sustainalytics' information and data included herein may not be copied or redistributed, is intended for informational purposes only, does not constitute investment advice and is not warranted to be complete, timely and accurate. Sustainalytics' information and data is subject to conditions available at *https://www.sustainalytics.com/legal-disclaimers/*

### Guide to the Barclays Fundamental Equity Research Rating System:

Our coverage analysts use a relative rating system in which they rate stocks as Overweight, Equal Weight or Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry (the "industry coverage universe").

In addition to the stock rating, we provide industry views which rate the outlook for the industry coverage universe as Positive, Neutral or Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

### Stock Rating

**Overweight** - The stock is expected to outperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Equal Weight** - The stock is expected to perform in line with the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Underweight** - The stock is expected to underperform the unweighted expected total return of the industry coverage universe over a 12-month investment horizon.

**Rating Suspended** - The rating and target price have been suspended temporarily due to market events that made coverage impracticable or to comply with applicable regulations and/or firm policies in certain circumstances including where the Investment Bank of Barclays Bank PLC is acting in an advisory capacity in a merger or strategic transaction involving the company.

### Industry View

**Positive** - industry coverage universe fundamentals/valuations are improving.

**Neutral** - industry coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.

**Negative** - industry coverage universe fundamentals/valuations are deteriorating.

Below is the list of companies that constitute the "industry coverage universe":

### North America Alternative Energy

| | | |
|---|---|---|
| Array Technologies, Inc. (ARRY) | Azure Power Global (AZRE) | Brookfield Renewable Energy Partners LP (BEP) |
| Brookfield Renewable Energy Partners LP (BEP_u.TO) | Covanta Holding (CVA) | Enphase Energy (ENPH) |
| Enviva Partners LP (EVA) | First Solar (FSLR) | GFL Environmental (GFL) |

## IMPORTANT DISCLOSURES

| | | |
|---|---|---|
| GFL Environmental (GFL.TO) | NextEra Energy Partners LP (NEP) | Plug Power, Inc. (PLUG) |
| Shoals Technologies (SHLS) | SolarEdge Technologies Inc. (SEDG) | SunPower (SPWR) |
| Sunrun Inc. (RUN) | | |

**Distribution of Ratings:**

Barclays Equity Research has 1674 companies under coverage.

48% have been assigned an Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Buy rating; 50% of companies with this rating are investment banking clients of the Firm; 73% of the issuers with this rating have received financial services from the Firm.

36% have been assigned an Equal Weight rating which, for purposes of mandatory regulatory disclosures, is classified as a Hold rating; 45% of companies with this rating are investment banking clients of the Firm; 71% of the issuers with this rating have received financial services from the Firm.

13% have been assigned an Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as a Sell rating; 35% of companies with this rating are investment banking clients of the Firm; 61% of the issuers with this rating have received financial services from the Firm.

**Guide to the Barclays Research Price Target:**

Each analyst has a single price target on the stocks that they cover. The price target represents that analyst's expectation of where the stock will trade in the next 12 months. Upside/downside scenarios, where provided, represent potential upside/potential downside to each analyst's price target over the same 12-month period.

**Top Picks:**

Barclays Equity Research's "Top Picks" represent the single best alpha-generating investment idea within each industry (as defined by the relevant "industry coverage universe"), taken from among the Overweight-rated stocks within that industry. While analysts may highlight other Overweight-rated stocks in their published research in addition to their Top Pick, there can only be one "Top Pick" for each industry. To view the current list of Top Picks, go to the Top Picks page on Barclays Live (https://live.barcap.com/go/keyword/TopPicks).

To see a list of companies that comprise a particular industry coverage universe, please go to https://publicresearch.barclays.com.

**Types of investment recommendations produced by Barclays Equity Research:**

In addition to any ratings assigned under Barclays' formal rating systems, this publication may contain investment recommendations in the form of trade ideas, thematic screens, scorecards or portfolio recommendations that have been produced by analysts within Equity Research. Any such investment recommendations shall remain open until they are subsequently amended, rebalanced or closed in a future research report.

**Disclosure of other investment recommendations produced by Barclays Equity Research:**

Barclays Equity Research may have published other investment recommendations in respect of the same securities/instruments recommended in this research report during the preceding 12 months. To view all investment recommendations published by Barclays Equity Research in the preceding 12 months please refer to *https://live.barcap.com/go/research/Recommendations*.

**Legal entities involved in producing Barclays Research:**

Barclays Bank PLC (Barclays, UK)

Barclays Capital Inc. (BCI, US)

Barclays Bank Ireland PLC, Frankfurt Branch (BBI, Frankfurt)

Barclays Bank Ireland PLC, Paris Branch (BBI, Paris)

Barclays Bank Ireland PLC, Milan Branch (BBI, Milan)

Barclays Securities Japan Limited (BSJL, Japan)

Barclays Bank PLC, Hong Kong Branch (Barclays Bank, Hong Kong)

Barclays Capital Canada Inc. (BCCI, Canada)

Barclays Bank Mexico, S.A. (BBMX, Mexico)

Barclays Securities (India) Private Limited (BSIPL, India)

Barclays Bank PLC, India Branch (Barclays Bank, India)

Barclays Bank PLC, Singapore Branch (Barclays Bank, Singapore)

Barclays Bank PLC, DIFC Branch (Barclays Bank, DIFC)

## IMPORTANT DISCLOSURES

### Plug Power, Inc. (PLUG / PLUG)
**USD 24.58 (14-May-2021)**

| | | |
|---|---|---|
| Stock Rating | | Industry View |
| **UNDERWEIGHT** | | **NEUTRAL** |

**Rating and Price Target Chart - USD (as of 14-May-2021)**  **Currency=USD**

| Publication Date | Closing Price | Rating | Adjusted Price Target |
|---|---|---|---|
| 02-Mar-2021 | 48.78 | Underweight | 29.00 |
| 10-Nov-2020 | 20.01 | | 21.00 |
| 25-Sep-2020 | 11.65 | | 13.00 |
| 07-Aug-2020 | 11.28 | | 12.00 |
| 09-Jul-2020 | 8.95 | Equal Weight | 10.00 |
| 04-Jun-2020 | 5.00 | Overweight | 7.00 |

Source: Bloomberg, Barclays Research

Historical stock prices and price targets may have been adjusted for stock splits and dividends.

Source: IDC, Barclays Research

*Link to Barclays Live for interactive charting*

**A:** Barclays Bank PLC and/or an affiliate has been lead manager or co-lead manager of a publicly disclosed offer of securities of Plug Power, Inc. in the previous 12 months.

**CD:** Barclays Bank PLC and/or an affiliate is a market-maker in debt securities issued by Plug Power, Inc..

**CE:** Barclays Bank PLC and/or an affiliate is a market-maker in equity securities issued by Plug Power, Inc..

**D:** Barclays Bank PLC and/or an affiliate has received compensation for investment banking services from Plug Power, Inc. in the past 12 months.

**FA:** Barclays Bank PLC and/or an affiliate beneficially owns 1% or more of a class of equity securities of Plug Power, Inc., as calculated in accordance with US regulations.

**J:** Barclays Bank PLC and/or an affiliate is a liquidity provider and/or trades regularly in the securities by Plug Power, Inc. and/or in any related derivatives.

**L:** Plug Power, Inc. is, or during the past 12 months has been, an investment banking client of Barclays Bank PLC and/or an affiliate.

**Valuation Methodology:** We apply an average of two methodologies: 1. a 100x EV/adj EBITDA multiple on our 2024 estimate of $119 mn, discounted back at a cost of equity of 10%. 2. a 30x multiple on our forward net revenue in 12 months of $595 mn. These methodologies result in a price target of $24/share.

**Risks which May Impede the Achievement of the Barclays Research Valuation and Price Target:** There is upside risk that macro updates on hydrogen, new order momentum, or other developments drive continued share price increases above expectations. PLUG could also meet targets faster than expectations, including improving margins, while holding ASPs, and expanding into new end markets.

DISCLAIMER:

This publication has been produced by Barclays Research Department in the Investment Bank of Barclays Bank PLC and/or one or more of its affiliates (collectively and each individually, "Barclays").

It has been prepared for institutional investors and not for retail investors. It has been distributed by one or more Barclays affiliated legal entities listed below or by an independent and non-affiliated third-party entity (as may be communicated to you by such third-party entity in its communications with you). It is provided for information purposes only, and Barclays makes no express or implied warranties, and expressly disclaims all warranties of merchantability or fitness for a particular purpose or use with respect to any data included in this publication. To the extent that this publication states on the front page that it is intended for institutional investors and is not subject to all of the independence and disclosure standards applicable to debt research reports prepared for retail investors under U.S. FINRA Rule 2242, it is an "institutional debt research report" and distribution to retail investors is strictly prohibited. Barclays also distributes such institutional debt research reports to various issuers, media, regulatory and academic organisations for their own internal informational news gathering, regulatory or academic purposes and not for the purpose of making investment decisions regarding any debt securities. Media organisations are prohibited from re-publishing any opinion or recommendation concerning a debt issuer or debt security contained in any Barclays institutional debt research report. Any such recipients that do not want to continue receiving Barclays institutional debt research reports should contact debtresearch@barclays.com. Clients that are subscribed to receive equity research reports, will not receive certain cross asset research reports co-authored by equity and FICC research analysts that are distributed as "institutional debt research reports" unless they have agreed to accept such reports. Eligible clients may get access to such cross asset reports by contacting debtresearch@barclays.com. Barclays will not treat unauthorized recipients of this report as its clients and accepts no liability for use by them of the contents which may not be suitable for their personal use. Prices shown are indicative and Barclays is not offering to buy or sell or soliciting offers to buy or sell any financial instrument.

Without limiting any of the foregoing and to the extent permitted by law, in no event shall Barclays, nor any affiliate, nor any of their respective officers, directors, partners, or employees have any liability for (a) any special, punitive, indirect, or consequential damages; or (b) any lost profits, lost revenue, loss of anticipated savings or loss of opportunity or other financial loss, even if notified of the possibility of such damages, arising from any use of this publication or its contents.

Other than disclosures relating to Barclays, the information contained in this publication has been obtained from sources that Barclays Research believes to be reliable, but Barclays does not represent or warrant that it is accurate or complete. Barclays is not responsible for, and makes no warranties whatsoever as to, the information or opinions contained in any written, electronic, audio or video presentations of third parties that are accessible via a direct hyperlink in this publication or via a hyperlink to a third-party web site ('Third-Party Content'). Any such Third-Party Content has not been adopted or endorsed by Barclays, does not represent the views or opinions of Barclays, and is not incorporated by reference into this publication. Third-Party Content is provided for information purposes only and Barclays has not independently verified its accuracy or completeness.

The views in this publication are solely and exclusively those of the authoring analyst(s) and are subject to change, and Barclays Research has no obligation to update its opinions or the information in this publication. Unless otherwise disclosed herein, the analysts who authored this report have not received any compensation from the subject companies in the past 12 months. If this publication contains recommendations, they are general recommendations that were prepared independently of any other interests, including those of Barclays and/or its affiliates, and/or the subject companies. This publication does not contain personal investment recommendations or investment advice or take into account the individual financial circumstances or investment objectives of the clients who receive it. Barclays is not a fiduciary to any recipient of this publication. The securities and other investments discussed herein may not be suitable for all investors and may not be available for purchase in all jurisdictions. The United States recently imposed sanctions on certain Chinese state-owned and private companies (https://home.treasury.gov/policy-issues/financial-sanctions/sanctions-programs-and-country-information/chinese-military-companies-sanctions), which may restrict U.S. persons from purchasing securities issued by those companies. Investors must independently evaluate the merits and risks of the investments discussed herein, including any sanctions restrictions that may apply, consult any independent advisors they believe necessary, and exercise independent judgment with regard to any investment decision. The value of and income from any investment may fluctuate from day to day as a result of changes in relevant economic markets (including changes in market liquidity). The information herein is not intended to predict actual results, which may differ substantially from those reflected. Past performance is not necessarily indicative of future results. The information provided does not constitute a financial benchmark and should not be used as a submission or contribution of input data for the purposes of determining a financial benchmark.

**United Kingdom:** This document is being distributed (1) only by or with the approval of an authorised person (Barclays Bank PLC) or (2) to, and is directed at (a) persons in the United Kingdom having professional experience in matters relating to investments and who fall within the definition of "investment professionals" in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order"); or (b) high net worth companies, unincorporated associations and partnerships and trustees of high value trusts as described in Article 49(2) of the Order; or (c) other persons to whom it may otherwise lawfully be communicated (all such persons being "Relevant Persons"). Any investment or investment activity to which this communication relates is only available to and will only be engaged in with Relevant Persons. Any other persons who receive this communication should not rely on or act upon it. Barclays Bank PLC is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority and is a member of the London Stock Exchange.

**European Economic Area ("EEA"):** This material is being distributed to any "Authorised User" located in a Restricted EEA Country by Barclays Bank Ireland PLC. The Restricted EEA Countries are Austria, Bulgaria, Estonia, Finland, Hungary, Iceland, Liechtenstein, Lithuania, Luxembourg, Malta, Portugal, Romania, Slovakia and Slovenia. For any other "Authorised User" located in a country of the European Economic Area, this material is being distributed by Barclays Bank PLC. Barclays Bank Ireland PLC is a bank authorised by the Central Bank of Ireland whose registered office is at 1 Molesworth Street, Dublin 2, Ireland. Barclays Bank PLC is not registered in France with the Autorité des marchés financiers or the Autorité de contrôle prudentiel. Authorised User means each individual associated with the Client who is notified by the Client to Barclays and authorised to use the Research Services. The Restricted EEA Countries will be amended if required.

**Americas:** The Investment Bank of Barclays Bank PLC undertakes U.S. securities business in the name of its wholly owned subsidiary Barclays Capital Inc., a FINRA and SIPC member. Barclays Capital Inc., a U.S. registered broker/dealer, is distributing this material in the United States and, in connection therewith accepts responsibility for its contents. Any U.S. person wishing to effect a transaction in any security discussed herein

should do so only by contacting a representative of Barclays Capital Inc. in the U.S. at 745 Seventh Avenue, New York, New York 10019.

Non-U.S. persons should contact and execute transactions through a Barclays Bank PLC branch or affiliate in their home jurisdiction unless local regulations permit otherwise.

This material is distributed in Canada by Barclays Capital Canada Inc., a registered investment dealer, a Dealer Member of IIROC (www.iiroc.ca), and a Member of the Canadian Investor Protection Fund (CIPF).

This material is distributed in Mexico by Barclays Bank Mexico, S.A. This material is distributed in the Cayman Islands and in the Bahamas by Barclays Capital Inc., which it is not licensed or registered to conduct and does not conduct business in, from or within those jurisdictions and has not filed this material with any regulatory body in those jurisdictions.

Japan: This material is being distributed to institutional investors in Japan by Barclays Securities Japan Limited. Barclays Securities Japan Limited is a joint-stock company incorporated in Japan with registered office of 6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan. It is a subsidiary of Barclays Bank PLC and a registered financial instruments firm regulated by the Financial Services Agency of Japan. Registered Number: Kanto Zaimukyokucho (kinsho) No. 143.

Asia Pacific (excluding Japan): Barclays Bank PLC, Hong Kong Branch is distributing this material in Hong Kong as an authorised institution regulated by the Hong Kong Monetary Authority. Registered Office: 41/F, Cheung Kong Center, 2 Queen's Road Central, Hong Kong.

All Indian securities-related research and other equity research produced by Barclays' Investment Bank are distributed in India by Barclays Securities (India) Private Limited (BSIPL). BSIPL is a company incorporated under the Companies Act, 1956 having CIN U67120MH2006PTC161063. BSIPL is registered and regulated by the Securities and Exchange Board of India (SEBI) as a Research Analyst: INH000001519; Portfolio Manager INP000002585; Stock Broker INZ000269539 (member of NSE and BSE); Depository Participant with the National Securities & Depositories Limited (NSDL): DP ID: IN-DP-NSDL-299-2008; Investment Adviser: INA000000391. BSIPL is also registered as a Mutual Fund Advisor having AMFI ARN No. 53308.The registered office of BSIPL is at 208, Ceejay House, Shivsagar Estate, Dr. A. Besant Road, Worli, Mumbai – 400 018, India. Telephone No: +91 22 67196363. Fax number: +91 22 67196399. Any other reports produced by Barclays' Investment Bank are distributed in India by Barclays Bank PLC, India Branch, an associate of BSIPL in India that is registered with Reserve Bank of India (RBI) as a Banking Company under the provisions of The Banking Regulation Act, 1949 (Regn No BOM43) and registered with SEBI as Merchant Banker (Regn No INM000002129) and also as Banker to the Issue (Regn No INBI00000950). Barclays Investments and Loans (India) Limited, registered with RBI as Non Banking Financial Company (Regn No RBI CoR-07-00258), and Barclays Wealth Trustees (India) Private Limited, registered with Registrar of Companies (CIN U93000MH2008PTC188438), are associates of BSIPL in India that are not authorised to distribute any reports produced by Barclays' Investment Bank.

This material is distributed in Singapore by the Singapore Branch of Barclays Bank PLC, a bank licensed in Singapore by the Monetary Authority of Singapore. For matters in connection with this material, recipients in Singapore may contact the Singapore branch of Barclays Bank PLC, whose registered address is 10 Marina Boulevard, #23-01 Marina Bay Financial Centre Tower 2, Singapore 018983.

This material, where distributed to persons in Australia, is produced by Barclays Bank PLC or one of the Barclays group entities. None of Barclays Bank PLC, nor such Barclays group entity, holds an Australian financial services licence and instead relies on an exemption from the requirement to hold such a licence. This material is intended to only be distributed to "wholesale clients" as defined by the Australian Corporations Act 2001. It may be distributed to you by Barclays Bank PLC or one of the Barclays group entities or by Barrenjoey Markets PTY Limited ("Barrenjoey"), a non-affiliated third party distributor, where clearly identified to you by Barrenjoey.

This material, where distributed in New Zealand, is produced by Barclays Bank PLC or one of the Barclays group entities. None of Barclays Bank PLC, nor such Barclays group entity, are registered, filed or approved by any New Zealand regulatory authority or under or in accordance with the Financial Markets Conduct Act of 2013, and this material is not a disclosure document under New Zealand law. It may be distributed to you by Barclays Bank PLC or one of the Barclays group entities or by Barrenjoey Markets PTY Limited ("Barrenjoey"), a non-affiliated third party distributor, where clearly identified to you by Barrenjoey.

Middle East: Nothing herein should be considered investment advice as defined in the Israeli Regulation of Investment Advisory, Investment Marketing and Portfolio Management Law, 1995 ("Advisory Law"). This document is being made to eligible clients (as defined under the Advisory Law) only. Barclays Israeli branch previously held an investment marketing license with the Israel Securities Authority but it cancelled such license on 30/11/2014 as it solely provides its services to eligible clients pursuant to available exemptions under the Advisory Law, therefore a license with the Israel Securities Authority is not required. Accordingly, Barclays does not maintain an insurance coverage pursuant to the Advisory Law.

This material is distributed in the United Arab Emirates (including the Dubai International Financial Centre) and Qatar by Barclays Bank PLC. Barclays Bank PLC in the Dubai International Financial Centre (Registered No. 0060) is regulated by the Dubai Financial Services Authority (DFSA). Principal place of business in the Dubai International Financial Centre: The Gate Village, Building 4, Level 4, PO Box 506504, Dubai, United Arab Emirates. Barclays Bank PLC-DIFC Branch, may only undertake the financial services activities that fall within the scope of its existing DFSA licence. Related financial products or services are only available to Professional Clients, as defined by the Dubai Financial Services Authority. Barclays Bank PLC in the UAE is regulated by the Central Bank of the UAE and is licensed to conduct business activities as a branch of a commercial bank incorporated outside the UAE in Dubai (Licence No.: 13/1844/2008, Registered Office: Building No. 6, Burj Dubai Business Hub, Sheikh Zayed Road, Dubai City) and Abu Dhabi (Licence No.: 13/952/2008, Registered Office: Al Jazira Towers, Hamdan Street, PO Box 2734, Abu Dhabi). This material does not constitute or form part of any offer to issue or sell, or any solicitation of any offer to subscribe for or purchase, any securities or investment products in the UAE (including the Dubai International Financial Centre) and accordingly should not be construed as such. Furthermore, this information is being made available on the basis that the recipient acknowledges and understands that the entities and securities to which it may relate have not been approved, licensed by or registered with the UAE Central Bank, the Dubai Financial Services Authority or any other relevant licensing authority or governmental agency in the UAE. The content of this report has not been approved by or filed with the UAE Central Bank or Dubai Financial Services Authority. Barclays Bank PLC in the Qatar Financial Centre (Registered No. 00018) is authorised by the Qatar Financial Centre Regulatory Authority (QFCRA). Barclays Bank PLC-QFC Branch may only undertake the regulated activities that fall within the scope of its existing QFCRA licence. Principal place of business in Qatar: Qatar Financial Centre, Office 1002, 10th Floor, QFC Tower, Diplomatic Area, West Bay, PO Box 15891, Doha, Qatar. Related financial products or services are only available to Business

Customers as defined by the Qatar Financial Centre Regulatory Authority.

**Russia:** This material is not intended for investors who are not Qualified Investors according to the laws of the Russian Federation as it might contain information about or description of the features of financial instruments not admitted for public offering and/or circulation in the Russian Federation and thus not eligible for non-Qualified Investors. If you are not a Qualified Investor according to the laws of the Russian Federation, please dispose of any copy of this material in your possession.

**IRS Circular 230 Prepared Materials Disclaimer:** Barclays does not provide tax advice and nothing contained herein should be construed to be tax advice. Please be advised that any discussion of U.S. tax matters contained herein (including any attachments) (i) is not intended or written to be used, and cannot be used, by you for the purpose of avoiding U.S. tax-related penalties; and (ii) was written to support the promotion or marketing of the transactions or other matters addressed herein. Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

© Copyright Barclays Bank PLC (2021). All rights reserved. No part of this publication may be reproduced or redistributed in any manner without the prior written permission of Barclays. Barclays Bank PLC is registered in England No. 1026167. Registered office 1 Churchill Place, London, E14 5HP. Additional information regarding this publication will be furnished upon request.