**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PLUG POWER, INC. SECURITIES LITIGATION | No. 1:21-cv-2004-ER<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**(LEAVE TO FILE MOTION TO DISMISS AND ADDITIONAL PAGES GRANTED 8/3/2021 AND 11/29/2021)** |

**DECLARATION OF DEBORAH S. BIRNBACH IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Deborah S. Birnbach, declare as follows:

1.      I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants Plug Power Inc. ("Plug Power"), Andrew Marsh, and Paul B. Middleton (collectively, "Defendants"). I respectfully submit this Declaration in support of Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws ("AC").

2.      Attached as Exhibit AA is a true and correct copy of an excerpt of Plug Power's 3Q 2020 Form 10-Q, filed with the SEC on November 9, 2020, as referenced at AC ¶¶ 53, 175.

3.      Attached as Exhibit BB is a true and correct copy of an excerpt of Plug Power's Form 8-K, filed with the SEC on January 7, 2021, containing an excerpt of the Stock Purchase Agreement By and Among Grove Energy Capital LLC, Plutus Capital NY, Inc., SK E&S Americas, Inc., and Plug Power Inc, dated as of January 6, 2021, as referenced at AC ¶ 70.

Another excerpt of this January 7, 2021 Form 8-K was attached as Exhibit H to the Declaration of Deborah S. Birnbach in Support of Defendants' Motion to Dismiss the AC (ECF No. 86).

4.      Attached as Exhibit CC is a true and correct copy of the transcript of Plug Power's January 2021 Business Update Call on January 26, 2021, as referenced at AC ¶ 178.

5.      Attached as Exhibit DD is a true and correct copy of the transcript of Plug Power's Fourth Quarter and Year-end 2020 Earnings Conference Call on February 25, 2021, as referenced at AC ¶ 181.

6.      Attached as Exhibit EE is a true and correct copy of Plug Power's Form 8-K, filed with the SEC on October 6, 2021, containing a press release entitled "Plug Power and South Korea's SK E&S Form Joint Venture to Accelerate Expansion of Hydrogen Economy in Asian Markets," as referenced at AC ¶ 70.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 21, 2022                    Respectfully submitted,

                                         /s/ *Deborah S. Birnbach*
                                         Deborah S. Birnbach
                                         GOODWIN PROCTER LLP
                                         100 Northern Avenue
                                         Boston, MA 02210
                                         Tel.: 617.570.1000
                                         Fax: 617.523.1231
                                         DBirnbach@goodwinlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Deborah S. Birnbach, hereby certify that a copy of the foregoing Declaration of Deborah S. Birnbach in Support Of Defendants' Reply Memorandum In Support Of Their Motion To Dismiss The Amended Class Action Complaint and accompanying exhibits, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 21, 2022.

Dated: March 21, 2022                                      */s/ Deborah S. Birnbach*
                                                           Deborah S. Birnbach