# EXHIBIT DD

**S&P Global**
Market Intelligence

# Plug Power Inc. NasdaqCM:PLUG FQ4 2020 Earnings Call Transcripts

## Thursday, February 25, 2021 1:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2020- | | | -FQ1 2021- | -FY 2020- | | | -FY 2021- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS (GAAP)** | (0.11) | (1.12) | NM | (0.07) | (0.32) | (1.58) | NM | (0.19) |
| **Revenue (mm)** | 84.99 | (316.34) | NM | 65.33 | 302.83 | (100.47) | NM | 443.82 |

Currency: USD
Consensus as of  Feb-16-2021 4:57 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

**- EPS (GAAP) -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2020** | (0.10) | (0.12) | NM |
| **FQ2 2020** | (0.10) | (0.03) | NM |
| **FQ3 2020** | (0.07) | (0.11) | NM |
| **FQ4 2020** | (0.11) | (1.12) | NM |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ...................................................................................... | **3** |
| **Presentation** | ...................................................................................... | **4** |
| **Question and Answer** | ...................................................................................... | **6** |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Call Participants

## EXECUTIVES

**Andrew J. Marsh**
*President, CEO & Director*

**Paul B. Middleton**
*Senior VP & CFO*

**Teal Vivacqua Hoyos**
*Director of Marketing
Communications*

## ANALYSTS

**Amit Dayal**
*H.C. Wainwright & Co, LLC,
Research Division*

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research
Division*

**Craig Edward Irwin**
*ROTH Capital Partners, LLC,
Research Division*

**Eric Andrew Stine**
*Craig-Hallum Capital Group LLC,
Research Division*

**Jeffrey David Osborne**
*Cowen and Company, LLC,
Research Division*

**Jonathan Edward Dorsheimer**
*Canaccord Genuity Corp.,
Research Division*

**Moses Nathaniel Sutton**
*Barclays Bank PLC, Research
Division*

**Paul Coster**
*JPMorgan Chase & Co, Research
Division*

**Tristan James Richardson**
*Truist Securities, Inc., Research
Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Greetings, and welcome to the Plug Power Fourth Quarter and Year-end 2020 Earnings Conference Call. [Operator Instructions]

It's now my pleasure to turn the call over to Teal Hoyos, Director, Marketing Communications. Please go ahead, Teal.

**Teal Vivacqua Hoyos**
*Director of Marketing Communications*

Thank you. Welcome to the 2020 fourth quarter and year-end update call. This call will include forward-looking statements. The forward-looking statements contain projections of our future results of operations, or of our financial position or state other forward-looking information. We intend these forward-looking statements to be covered by the safe harbor provisions for forward-looking statements contained in Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934.

We believe that it is important to communicate our future expectations to investors. However, investors are cautioned not to unduly rely on forward-looking statements and such statements should not be read as a guarantee of future performance or results. Such statements are subject to risks and uncertainties that could cause actual results or performance to differ materially from those discussed as a result of various factors, including, but not limited, to the risks and uncertainties discussed under Item 1a Risk Factors in our annual report on Form 10-K for the fiscal year ending December 31, 2019, or our quarterly reports filed on Form 10-Q for the quarters ended March 31, June 30 and September 30, 2020 as well as other reports we file from time to time with the SEC.

These forward-looking statements speak only as of the day in which the statements are made, and we do not undertake or intend to update any forward-looking statements after this call or as new -- or as a result of new information.

At this point, I would like to turn the call over to Plug Power's CEO, Andy Marsh.

**Andrew J. Marsh**
*President, CEO & Director*

Thank you, Teal. And good morning, everyone, and thank you for joining the Plug Power end-of-the-year conference call. 2020, as everyone knows, from the world, was a very challenging year. We at Plug Power have been very fortunate. As we participated and witnessed globally the acceptance of hydrogen, especially green hydrogen as critical to help leave the world off fossil fuels. Estimates have been made by experts that hydrogen can represent 18% to 23% of world's energy by 2050 and is ramping today.

We at Plug Power have been building our technology set for decades waiting for this moment. At PowerPoints, there are 10 years old that described how our work then will position us at the right moment. The work was more than technology, but building the first commercial market for fuel cells.

Our first app, material handling, it's not glamorous, but it's built the company, proved our technology set and launched the full suite of products and new capabilities. Our turnkey solutions have provided end-to-end solutions, including selling hydrogen with building fueling stations and fuel cells and providing aftermarket service, really positions us today.

Our relationships with Amazon and Walmart gave us insight into how to improve our offering, but also helped us identify and missing links in our portfolios. One of these insights was that large corporations' sustainability goals are real, and that for the market to expand green hydrogen was a necessity.

Green hydrogen also became practical over the last couple of years since this is closely linked to the declining cost of renewable electricity. This insight drove us to make 3 decisions in 2020. We purchased

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the leading electrolyzer technology company, Gine ELX, that had the electrolyzer technology to convert electricity to hydrogen, green hydrogen. Two, we purchased United Hydrogen the first private company to build a large-scale liquid hydrogen plant. And finally, we made a commitment to build the first U.S. nationwide green hydrogen degeneration network, reaching 500 tonnes a day of capacity by 2025 and 1,000 tons per day globally by 2028. The macro trends to a more sustainable world, the recognition of hydrogen is vital to meeting these goals and Plug Power's expertise opened many relationships for us in the past year.

Let me name a few. Brookfield and Apex, both partnered with Plug Power to provide sources of low-cost renewable electricity to generate green hydrogen. By the end 2022, we'll have over 70 tons to 100 tons per day at green hydrogen available in the U.S. by Plug Power.

Renault, a leading global auto manufacturer, recognized Plug Power's unique ability to offer full turnkey solutions to the light commercial vehicle market. From their experience in these EVs, they recognized they need to offer more than the vehicle. The JV, which will be selling vehicles and fueling stations, will be formalized by late second quarter or early 3Q.

SK, the second largest Korean conglomerate, recognized that Plug Power was the only company that could offer a complete solution in the hydrogen industry. We will be building everything from large-scale stationary products, hydrogen plants, electrolyzers and other apps. We will build a second gigafactory in Korea. The time line for this JV has been accelerating. And will be formally closed by the mid-third quarter. Also, as you may have seen, SK finalized their $1.6 billion investment into Plug Power last night.

And four, and another step in our global green hydrogen story, Plug Power announced the deal with Spain's second largest renewable electricity supplier, ACCIONA. The JV plans to build 100 tons of green hydrogen generation capacity on the Iberian Peninsula. We'll be announcing more partnerships in 2021.

Now back to 2020. In 2020, we experienced a 42% increase in gross billings, achieving $337 million. We're now generating cash from operations excluding the need for working capital, which is needed to grow. In 2021, we'll exceed $475 million in gross billings, with over 93% already accounted for in our plan. We have never been afraid of tough decisions. We accelerated warrants at the end of 2020. This decision will have the side benefit and making our GAAP financials more in line with how we operate our business. It caused a large onetime noncash charge but clears the deck for the future and quite a future. With $5 billion in the bag, a thoughtful expansion plan, a unique market opportunity, now it's the right time for Plug Power to invest.

Our goals for 2021 are clear. Gross billings of $475 million. Annual gross margins in the high teens, achieving 20% by the fourth quarter. We view gross margin expansion as a critical indicator that our investments are paying off. Three, successfully launching our 2 JVs with Renault and SK. Four, continued expansion of our business via partnerships, acquisitions and other relationships. And finally, positioning the company to achieve $750 million in gross billings in 2022, which will position us for our $1.7 billion goal for 2020.

Paul and I are now available for any questions you may have.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] First question today is coming from Eric Stine from Craig-Hallum.

**Eric Andrew Stine**
*Craig-Hallum Capital Group LLC, Research Division*

So you had mentioned in the prepared remarks there that the SK partnership, obviously, the investment closed overnight. But maybe just some clarity into how it's accelerated. Since that announcement, how do you view the opportunity? And maybe which areas do you think move faster than others?

**Andrew J. Marsh**
*President, CEO & Director*

Sure. So Eric, when we made the announcement, I think that I started out by saying I thought we were being conservative. We have developed actually 6 workstreams in the development of this JV, where the teams are meeting 2 to 3x a week. We've identified certain business opportunities, quite honestly, that are much larger than we even thought initially.

And that -- I think that the first 3 opportunities will be, one, large-scale power generation, I would expect we'll be shipping products later this year or early next year. That's not in our $475 million plan. I think the second is SK has a real commitment to sustainability. I think you'll see electrolyzer products be moving over into SK for usage, again, early next year. And finally, there's a lot of work ongoing with hydrogen generation and fueling stations.

**Eric Andrew Stine**
*Craig-Hallum Capital Group LLC, Research Division*

Got it. Okay. And just to clarify what I think I heard that, that's not in the $475 million on the large-scale power...

**Andrew J. Marsh**
*President, CEO & Director*

That's correct. That's not in the $475 million. The $475 million, as I mentioned in the prepared remarks, we have 93% in half at the moment. Usually, we're at 75% level at this time.

**Eric Andrew Stine**
*Craig-Hallum Capital Group LLC, Research Division*

Got it. And maybe sticking with that topic -- or well, so you've got the 4 pedestal customers in materials handling. Curious what type of mix you see from those 4, the 1 recently added, but those 4 in 2021.

And then you typically don't give the forward-year outlook this early in the year, at least I don't remember that you have. So I'd love to hear what the visibility you have is from the 4 customers you've got and potentially some others that you add into that 2022 goal that you've given today?

**Andrew J. Marsh**
*President, CEO & Director*

Sure. So we have between those 4 customers and others -- and Eric, those 4 customers probably represent 80% of our deployments here in 2020. 2021, that circle in the range that there's already $400 million in-house that's available for shipment this year. And it's -- I think that 1 of those 4 would represent more like 30%, and the rest will be kind of split a little bit even.

**Eric Andrew Stine**
*Craig-Hallum Capital Group LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Got it. And then just in terms of a little bit on 2022, I mean that -- maybe you have given the forward year -- not the current year, but the forward-year guide or outlook this early. But just curious, you've got better visibility than you typically do into 2021. But what type of visibility do you have into 2022 based on their plans? And how does that compare to historical?

**Andrew J. Marsh**
*President, CEO & Director*

Yes. I mean, the -- I mean, I think there's 3 items going on here that helps us with 2020 to be able to have the insight into 2022. Obviously, after all these years, with many of these material handling customers. And I've got to talk about the 4, we're not doing short-term planning. We're doing 3- to 5-year planning. So there's a good deal of insight into their activities.

The electrolyzer sales funnel was strong. And this year, we'll take that business, and like we've been a material handling, increase it by a factor of 7 or 8 this year, it will be in the $40 million-plus range, and we have a funnel that's close to $1 billion already built up for the electrolyzer business. And I think -- and as you know, Eric, everything in the funnel doesn't happen.

And finally, when I take a look at, especially with SK with some of the initial deployment as well as with Renault, we're kind of sitting back feeling very, very good about how we achieve the 2021 goals.

**Operator**

Our next question today is coming from Colin Rusch from Oppenheimer.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

Can you guys give us an update on where you're at just in terms of specific projects in terms of identifying sites on the renewable side for supporting the hydrogen rollout? And then how big the queue is behind that in terms of the sites that you could grow into as you start to see demand emerge?

**Andrew J. Marsh**
*President, CEO & Director*

So very clear, Colin. So we have 4 sites, 3 of them, which are moving into development stage, 2 in the Northeast, 1 in the Southeast and 1 in California because of, as you know, permitting issues in California can take a little bit longer, but we already actually own the land in California for the hot green hydrogen plant in the Valley around Frisco.

We have probably over 15 to 17 renewable sites we're looking at for the ability to generate green hydrogen, which are spread widely across the country. I think the first 2 plants, first 2 or 3 plants, you'll see go up. I think you'll see 1 in the Northeast, 1 in the Southwest and 1 in Texas.

**Colin William Rusch**
*Oppenheimer & Co. Inc., Research Division*

Okay. And as you look at those opportunities, is that going to be an opportunity for you guys to also build some sort of regulation or storage-type applications adjacent to those sites to help stabilize the grid. Certainly, that's one of the opportunities for hydrogen in terms of kind of being the connective tissue for some intermittent renewables and the larger power grid. But are those sites being chosen with multiple purposes in mind?

**Andrew J. Marsh**
*President, CEO & Director*

I'm going to say -- I'm going to give you a wishy-washy answer here. Yes, but not nearly as clearly defined as the generation portion. All these sites are grid-connected, though before the meter. So they're cost or wholesale-type prices. But -- and we've been obviously thinking a great deal about the issue you bring up.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

First and foremost, and we are committed to green hydrogen and providing our customers green hydrogen. And I can tell you when -- not surprising when we look at the wind farm activity. That we're looking at in Texas. And by the way, the wind farm user we work with actually was very successful doing the recent Texas storm. We certainly are looking the wind energy, how we put wind back on the grid at the right time and how to use it at the right time. But we are also -- and that's really clearly defined, but certainly, storage and generation is in the back of our mind, especially after what we see going on around the world. I think -- by the way, Colin, I think if that's the case, it's going to help us a great deal in those earnings.

**Operator**

[Operator Instructions] Our next question is coming from Jeff Osborne from Cowen.

**Jeffrey David Osborne**
*Cowen and Company, LLC, Research Division*

Congratulations on all the success so far. You've got a lot of irons in the fire for 2021. And I was just wondering if you can give us a sense of the operating expense trends and CapEx for modeling purposes as you gear up for the very heavy growth you've got for '22 through '24 that you talked about, Andy?

**Andrew J. Marsh**
*President, CEO & Director*

Sure. So Jeff, I would -- from the CapEx area, I would probably circle somewhere around $750 million, with most of that going to support the expansion of these hydrogen plants. We've done CapEx modeling for the next 5 years. And we still see a significant surplus on our balance sheet, even with our aggressive plans to build out these hydrogen plants.

So to reach the 500 tons a day and to achieve everything we're looking to do, it's probably somewhere in the $2 billion to $2.5 billion range long term.

As far as op expense, Paul, you may want to comment on that. Jeff, I would expect our op expense may be up to 30% higher this year. Paul, do you want to add to that?

**Paul B. Middleton**
*Senior VP & CFO*

Yes. I think -- yes, I'm sorry, Andy, can you hear me?

**Andrew J. Marsh**
*President, CEO & Director*

Yes.

**Paul B. Middleton**
*Senior VP & CFO*

The signal is not so great where I'm at. I apologize. But yes, I think that's right, Andy. I mean I think in that 30% to low 30% range per quarter is a good number. And I think one of the key things, Jeff, for this year, is you're going to see definite growth in sales and gross margins, and there's a strong focus there.

And as Andy alluded, we're going to be investing in CapEx and some OpEx to -- for all these growth platforms. Because there's a lot in the fire and a lot of things happening. And we see the opportunity to really accelerate the growth even further. And so you will see some of that this year.

**Jeffrey David Osborne**
*Cowen and Company, LLC, Research Division*

Got it. And then the -- is the 30% comment, is that off of the fourth quarter run rate or the aggregate number for all of 2020?

**Andrew J. Marsh**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President, CEO & Director*

Yes. I would -- go ahead, Paul. Paul? Jeff, can you hear me?

**Jeffrey David Osborne**
*Cowen and Company, LLC, Research Division*

I can hear you, Andy. Just given the fourth quarter was up quite sharply. I just want to make sure I'm using the right dataset.

**Andrew J. Marsh**
*President, CEO & Director*

No, no. I would use the annual basis, Jeff.

**Jeffrey David Osborne**
*Cowen and Company, LLC, Research Division*

Got it. And then how are we proceeding along just given the pretty heavy CapEx there over the year as well as the upcoming years for these facilities. Are we at a point in time now where these sites can use leverage? Or is this all going to be straight out of the cash balance?

**Andrew J. Marsh**
*President, CEO & Director*

I'll let Paul -- so I think the answer to your questions, yes.

Paul, are you there? Okay. I guess I'm going to have to take it, Jeff.

I think you're going to see leverage coming into play. And I think you hit on a good point, Jeff. When I -- we've done modeling to make sure we have sufficient cash balances during the -- to do it all on our own. But I think you're going to start probably seeing leverage in the second half of the year as we start doing the build-out. So there has been work going on there.

And I think they'll see probably -- on a conservative basis, we've said to ourselves what if we did it with all equity. We can do that. We're in a position to do that now, but we don't expect that to be the path.

**Jeffrey David Osborne**
*Cowen and Company, LLC, Research Division*

Got it. And my last one for you, Andy, is just the 2 joint ventures, are we at a point in time where we can -- you can confirm that the results of those JVs will be consolidated in terms of revenue? Or will these all be below the line? That might be more of a question for Paul. But just in terms of the accounting treatment of the joint ventures themselves.

**Andrew J. Marsh**
*President, CEO & Director*

Yes. I know we're working in the negotiations to make sure we can consolidate. And I think it's -- I think we're getting there. I think that both partners understand the criticality of that for Plug.

As you know, Jeff, there's a lot of accounting that goes into that. A lot of legal work that goes into that, but our team has been working there.

**Operator**

Our next question today is coming from Craig Irwin from ROTH Capital Partners.

**Craig Edward Irwin**
*ROTH Capital Partners, LLC, Research Division*

I need to say congratulations, too. You guys had an absolutely phenomenal 2020, and let's continue that in 2021. So congrats.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Andrew J. Marsh**
*President, CEO & Director*

Yes. My Board agrees with you, Craig.

**Craig Edward Irwin**
*ROTH Capital Partners, LLC, Research Division*

Good. They should. So Andy, one of the things we haven't talked about much, but there is actually tremendous appetite for it out there is fuel cell trucks, right? Investors really want to see companies be successful in this market given the opportunity in the way to move away from oil and the potential for long-term economics even on green hydrogen to be really interesting.

Can you maybe update us on what's going on in green in the fuel cell trucks for you right now? Are there new partnerships sort of percolating out there? What's the status with the different customers you've disclosed to date?

**Andrew J. Marsh**
*President, CEO & Director*

Sure. So Craig, I think that the model that we've used for Renault in Europe is one that we're looking to duplicate. And I can tell you that a good deal of our forward-looking thinking at the moment has to do with how to address that market.

I think there's a couple of items we concluded. And I think the big one is we don't want to just be a first-tier auto parts supplier. And the JV with or no was structure that we're jointly selling vehicles because we have seen what happens in the world if you're just a part supplier to the auto industry.

And I also don't know if you just go about doing the old way of just building cars and vehicles, like the auto industry has done traditionally. That you end up in a purchasing office instead of a CEO office.

We do have discussions going on in the United States and elsewhere, especially with a focus on heavy-duty vehicles. One of our -- 2 of our big customers we'll actually be doing pilots very shortly. We also have already done work with folks who are kind of Tier 2 players like Nissan. But I think, finally, on top of that, we're -- with Renault, we have a fairly aggressive plan to really start rollouts by the fourth -- in the fourth quarter, early first quarter, with some initial deployments in the light commercial vehicle space where there are apps where it makes sense.

When it comes to green hydrogen, I think like most people, we believe that electricity under $0.04 a kilowatt-hour makes green hydrogen, especially as a fuel, very competitive with grey hydrogen today. And as you know, Sanjay has spent an incredible amount of time thinking through how we can offer a better product than grey hydrogen with green hydrogen at similar pricing and make margins for Plug Power.

And I think you've been around this a long time, Craig. That's what our customers want. I mean, they'll pay a slight premium for green, but nobody is looking to pay a huge, huge premium to be green.

**Craig Edward Irwin**
*ROTH Capital Partners, LLC, Research Division*

Understood. That makes a lot of sense. My next question is about the infrastructure to fuel trials, potential small fleets of fuel cell trucks. So last year, you did mention that Plug had done some work with its existing partners, retrofitting some of the fueling infrastructure that serves their forklift fleets so that they could start with potentially doing fuel cell truck trials, maybe distribution to -- distribution center to distribution center-type work. Can you maybe update us on that?

And then more importantly, Tesla gets $400 million a quarter basically in credits. And a large chunk of that $400 million comes from the installation of their supercharger network, they're charging infrastructure out there under the California incentive programs. Can you talk about the potential to pull down some of these incentives just by building out the network for your customers? Have you already got applications in? When do you expect that to potentially be achievable?

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Andrew J. Marsh**
*President, CEO & Director*

So if I look at -- I'm going to use 2 examples for you, Craig. When we look at the LCFS credits in California, we look at where we believe we can come with CI scores, especially since we are looking to be moving hydrogen with green hydrogen trucks that, at the pump, we believe the credit can be up to $4 a kilogram.

So for those who are listening here who don't -- who may not understand, I mean that makes our cost, depending on how you split the green hydrogen. That almost makes the green hydrogen and probably does make it very, very less than fossil fuel diesel energy significantly.

We also -- there is also bills beginning to circulate around Congress associated with the Biden green climate plan, which is suggesting up to a $2 credit per kilogram for green hydrogen, that makes the choice between green hydrogen and grey hydrogen, incredibly competitive. So I think that once Sanjay has his first 100 tons up that there'll be a great deal of government supports and credits and a real huge opportunity to increase the margin for Plug Power long term.

**Operator**

Our next question today is coming from Jed Dorsheimer from Canaccord Genuity.

**Andrew J. Marsh**
*President, CEO & Director*

I'm going to do a quick check here. I just want to know if my partners back on the line with me.

**Jonathan Edward Dorsheimer**
*Canaccord Genuity Corp., Research Division*

Okay.

**Andrew J. Marsh**
*President, CEO & Director*

Paul, are you there?

**Paul B. Middleton**
*Senior VP & CFO*

Yes. Andy, I'm here. I'm so sorry. Yes, I'm here, Andy. I don't know why this thing got out, but I'm back.

**Andrew J. Marsh**
*President, CEO & Director*

Okay. All right, Jed.

**Jonathan Edward Dorsheimer**
*Canaccord Genuity Corp., Research Division*

All right. Perfect. So a couple of questions. I guess just one, on the material handling side, and this might be better served for Paul because it kind of gets into warrant structure a little bit. But if I look at 2 of your 4 major customers, I've actually -- in '20 years, I've never seen this. I mean it's actually a fantastic situation where your customers are literally getting paid to take the product based on the kind of the warrants in 2017 because your stock has been so strong.

So with the expiration of Amazon, I'm just wondering how -- and now only Walmart, how does that change the visibility in terms of -- how do you, Paul, kind of think about the bookings when this starts to pivot away? Because I'm assuming here that Walmart would also exercise the expiration here, too.

**Andrew J. Marsh**
*President, CEO & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'm going to take that, Jed, question, and I'm going to hand it off to Paul. So Jed, the warrants on that, most of the warrants have not been exercised. Walmart and Amazon, both have significant interest in the success of Plug Power financially. It's -- obviously, the -- I'm sure it wouldn't strike anybody surprisingly. I'm quite pleased with what happened.

They -- they are -- and I'll then I'll hand it off to Paul, but they are committed to -- both companies view that hydrogen is critical for long term -- to meet their long-term climate goals and that they have a partner with Plug Power that goes well beyond financials. That has proven that we can deliver the product sets they need, and they continue to help us, both of them, to find new opportunities for fuel cells in green hydrogen. I can tell you 1 of them actually introduced me to 2 of their other investments in the last 3 weeks to help us grow and propel this business beyond just direct business with them.

On that note, Paul, I hand it off to you.

**Paul B. Middleton**
*Senior VP & CFO*

Yes. Thanks, Andy. And I guess, the main comment that I would make is that by the fact that these have all -- the expenses for the 1 customer have been all reflected and reported at this point, there won't be additional charges for those in the future. And that should significantly make it easier and more simple in terms of interpretation on the results as we go forward.

And I expect we've been using gross billings as a means by which to communicate the revenue and sales activities without those charges. But I think going forward, that number should be a lot closer to the GAAP revenue number, which will make it easier as well as we move forward.

**Jonathan Edward Dorsheimer**
*Canaccord Genuity Corp., Research Division*

Got it. And just to be clear, I mean, I'm not challenging their commitment. But if I just look at it -- if their strike price is at $13 to buy product, and your stock is at $50, they are being paid a significant amount of money to actually take your product. And so it does change kind of the relationship a bit once that expires. I guess that was really the core of my question. I think you -- and to be clear, Amazon is done and Walmart isn't.

**Andrew J. Marsh**
*President, CEO & Director*

Yes. And to be clear, Jed, and I'm not going to name specific customer name. They still own -- those companies own a lot of warrants that have not been exercised.

**Jonathan Edward Dorsheimer**
*Canaccord Genuity Corp., Research Division*

Got it. Amazon as well?

**Andrew J. Marsh**
*President, CEO & Director*

Yes, Amazon as well. Amazon owns lots of warrants that have not been exercised.

**Jonathan Edward Dorsheimer**
*Canaccord Genuity Corp., Research Division*

Got it. Just, Andy, just pivoting a little bit to the upstream. And I was wondering if I -- we kind of look at the electrolyzer side of the business -- and by the way, congratulations on the SK deal. I agree. I mean, looks like a fantastic deal.

If you kind of look at the difference between reformation using methane versus that of green, one of the main differences is kind of the natural companies on the methane reformation would logically be kind of a nat gas or chemicals that have experience in the downstream complex plumbing systems.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'm just wondering on the green side of things with windmill companies. Is it -- are the discussion -- I'm assuming the discussions, but how are those companies thinking about sort of the risk profile in terms of -- do you see more partnerships where pulling in, I guess, a downstream or midstream refiner, and you see that kind of wind market that starts to look more like driving through Trenton, New Jersey, for example, without the flaring. I'm just wondering how that shapes out, I guess, if you will.

**Andrew J. Marsh**
*President, CEO & Director*

Yes. So I think you're at a real -- ask an interesting question you had about the evolution of how hydrogen will be distributed, especially hydrogen that meets the quality and standards you need for fuel cell engines. And there is a slight difference in how one goes after about generating that hydrogen.

But initially, most hydrogen that's green will be transported in liquid form via trucks. And much like it is today. Ultimately, you're going to see more and more -- and I think we had an earlier call, which was talking about storage, you're going to see more and more on-site storage with hydrogen being generated. Some of that will be in caverns for very, very long-term storage and like natural gas has done today and like hydrogen has done in the refinery industry today.

And finally, I think that maybe sooner -- when you see some work going on in Europe, you're going to see that -- and we've been already thinking about this, how to build plants close to pipelines so that you can start injecting hydrogen directly into the natural gas pipeline, initially a few percentage and gradually increasing. So all that's going into our thought process. Having grown up in Philadelphia and knowing what their smokestacks look like. I don't think we'll see anything like that.

**Jonathan Edward Dorsheimer**
*Canaccord Genuity Corp., Research Division*

Good. One last question, I'll jump back in the queue. Just as a reminder, the split of the business, if we kind of look this year, the vast majority is still going to be material handling and selling the fuel cells into the -- as well as the equipment to support that market. Can you just give us a reminder of the '24 guide in terms of the breakdown of the business, please?

**Andrew J. Marsh**
*President, CEO & Director*

Sure. And I think you hit an interesting point, Jed, that we expect somewhere in 2023, there's actually a transition where the other businesses are bigger than material handling. Then 2023 we expect that about $750 million will come from material handling between hydrogen and electrolyzers, we would expect to be in the $500 million range. And the rest will be involved in large-scale stationary and on-road vehicles.

**Operator**

[Operator Instructions] Our next question today is coming from Amit Dayal from H.C. Wainwright.

**Amit Dayal**
*H.C. Wainwright & Co, LLC, Research Division*

So Andy, you've secured pretty solid partnerships on the downstream side in terms of distribution with Brookfield, SK, Renault, et cetera. Do you need partnerships sort of on the upstream side with some of these renewable energy companies as well to just complete this value chain, if you will?

**Andrew J. Marsh**
*President, CEO & Director*

Help me with that, Amit, because I may not understand completely. Because I think kind of Brookfield is providing us the renewable electricity. I'm probably missing some points.

**Amit Dayal**
*H.C. Wainwright & Co, LLC, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Okay. So do we need others like Brookfield as well or should some of those technical partnerships come to play for you guys?

**Andrew J. Marsh**
*President, CEO & Director*

I think you'll see more of those partners. So the answer to your question is there will be additional renewable partners even here in the United States. And I think you'll probably see announcements in the foreseeable future.

**Amit Dayal**
*H.C. Wainwright & Co, LLC, Research Division*

And then just moving on to the 4Q '20 results, maybe this could be for Paul. It looks like there could be between $43 million to $44 million in onetime costs in the fourth quarter. And within this, you talk about some hydrogen supplier issues. If you could just provide us any color on what this is and whether these are onetime costs that are out of the way, or is there any other onetime costs that may come into play in the next few quarters?

**Paul B. Middleton**
*Senior VP & CFO*

Sure, Amit. Yes, I think there's a number of things going on. I would say we had a force majeure issue close to year-end with one of the hydrogen producers at one of the facilities that we worked through. Whenever those events happen, there's some cost that you incur to kind of navigate through it. It doesn't happen frequently. So I would agree with your comment there. Like a lot of companies, even though we've had great success and growing the business and new platforms and doing a lot of things, there are some challenges of COVID in terms of navigating through that from operational side, and we saw some of those events.

But then the other thing that's important to note is there was a lot of strategic joint ventures and new business development activities announced in the last couple of months. And obviously, we've been working extensively on that in fourth quarter to prepare for those and some of those were announced early in January as an example. So there's a lot of investment to accommodate that.

So those are the big themes. And yes, I would say we, obviously, don't do those every quarter, and I don't expect that to happen routinely.

**Amit Dayal**
*H.C. Wainwright & Co, LLC, Research Division*

Understood. And then just from a margin perspective, going into, say, '22, '23 time frame, as per Andy's comments, if material handling is going to start becoming a smaller portion of revenues, what kind of impact on the margins should we see from this shift in revenue mix?

**Andrew J. Marsh**
*President, CEO & Director*

Paul, do you want to take that?

**Paul B. Middleton**
*Senior VP & CFO*

One thing is proven. Yes, can you hear me?

**Andrew J. Marsh**
*President, CEO & Director*

Yes.

**Paul B. Middleton**
*Senior VP & CFO*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**PLUG POWER INC. FQ4 2020 EARNINGS CALL | FEB 25, 2021**

One thing we've proven is scale matters. And so -- and because, as Andy said, I think in the past, we're actually using a lot of the core technologies and resources that we have to go into these other markets. It's not like they're completely new business channels that take their own resources and own technologies and completely independent. So there's a lot of leverage capability. And our forecast and plans are to keep moving north.

So I think you're going to see a progression over the course of this year for the full year should be in the high teens. And then even in the year, we may be approaching 20% or north on a run rate basis. And I think you're going to see that continue on into 2022. And all of these businesses will be accretive holistically as we continue to grow and scale from there.

### Operator

Our next question is coming from Tristan Richardson from Truist Securities.

### Tristan James Richardson
*Truist Securities, Inc., Research Division*

Just a question on the data side. I think on the update call, you talked about a potential data customer this year. Do you still see that as the case? And then can you talk about scale here, either with the opportunity set with this customer? Is it possible you could see a data customer elevate to the level of a pedestal customer? Or is this kind of more of an early days pilot type of deployment for now?

### Andrew J. Marsh
*President, CEO & Director*

Good question, Tristan. So we'll be doing our first large-scale stationary backup deployment with one of the largest data center customers in May. And that shipment, the work on that shipment is happening as we speak and that customer could be one of our largest pedestal customers. And there are plans to have this business can roll out in 2022, 2023 and 2024 as that customer has come to the conclusion that fuel cells and hydrogen over the next few years will be very, very cost-competitive with large-scale on-site diesel generation. On top of that, you have additional value of the sustainability aspects of green hydrogen, coupled with the fact that in a lot of these large data centers, noise pollution is a big, big issue.

### Tristan James Richardson
*Truist Securities, Inc., Research Division*

That's helpful. And then just going back to the margin question. I think talking about accelerating margins through the year, kind of exiting with a 2-handle instead of a team-handle thinking. Is this purely a function of scale? Or I think we thought of fuel supply as being margin-accretive at some point on the time line. Curious if that is a driver or the fuel supply potential is more out into '22 and beyond.

### Andrew J. Marsh
*President, CEO & Director*

I'll give you my quick answer, and then I'll hand it off to Paul. It won't be until late 2022 that the hydrogen margin will significantly increase until we have our sites, bigger sites online. There will be some improvements in this year. We're expanding our own site in Tennessee, plus we're beginning to take over about 15 to 20 of our traditional sites with our plan in Tennessee, which will help our margins, but the real margin growth will happen out in 2023.

Paul, you may -- for the hydrogen business. Paul, you may want to comment on that?

### Paul B. Middleton
*Senior VP & CFO*

Yes. I think that's right, Andy. And across all the businesses, it's the similar themes that we've shared in the past. I mean there's overhead leverage. There's supply chain leverage. There's design enhancements going on. There's vertical integration opportunities that we've made that we're starting to leverage and scale.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So those themes are paying dividends at all our businesses from a margin enhancement and even see some of those themes, even in our current fuel business as we grow at scale. But from -- so we're going to get that margin appreciation or accretion largely from those core themes. But as Andy said, in terms of a significant contribution from the fuel side, it will be middle of '22 on into '23 as that starts to pay off.

**Tristan James Richardson**
*Truist Securities, Inc., Research Division*

That's really helpful. And then one -- just last one, if I could. I think on the update call, you mentioned the auto industry with respect to materials handling may actually be more intensive on a unit basis per site. Is that still the case? Is the -- I think 500 to 700 units per site is still a good high-level way to think about the opportunity? And is it -- the 4 sites is still kind of the near-term potential for your fourth pedestal customer?

**Andrew J. Marsh**
*President, CEO & Director*

So I think that's a -- I think in general, obviously, different sites can be different size, Tristan, but I'll give you an example, our BMW facility in Spartanburg has well over 700 units. Some of them may not immediately be 700 fuel cells or either can be -- because the way auto factories are structured, they can be some gradual deployments in some of those facilities. But that's not a bad number to be thinking about. And I think I would add on top of that, I think there is an opportunity with the new pedestal customer that the expansion could go rep quicker.

**Operator**

Our next question is coming from Moses Sutton from Barclays.

**Moses Nathaniel Sutton**
*Barclays Bank PLC, Research Division*

In the 2024 guidance, the $1.7 billion, how -- can you break out specifically third-party hydrogen? I know you group them together with electrolyzers. And how do you expect to sort of see the long-term offtake on those contracts. As you complete the plants, you'll have some rolling contracts or do you expect to have more spot price exposure?

**Andrew J. Marsh**
*President, CEO & Director*

So there's actually a reason I was a -- one of the arms we think about all the time is there's opportunities in the electrolyzer space and why I put them kind of together where we're working through whether we sell equipment or whether we sell green hydrogen.

So that's why I'm a little bit hesitant to just pull it all out today. I'm taking one deal specifically that could be huge, and it could go either way. And it could be a really great offtake for our green hydrogen.

So that's kind of -- Moses, we've been trying to work these deals going both ways with people because of our capabilities. When you think about the spot price, and I think I'm going to give both an input and output side answer.

On the input side, Sanjay has really done an incredible job in the negotiation of these contracts to really have a mixture of how one thinks about grid power, how one thinks about for recs for renewable content, how one thinks about any third parties that can help bridge any power gap. So we have been negotiating set price contracts on the input side.

On the output side, some of our customers, i.e., the big material handling customers, it will be a set price, but we also have a set price of electricity. So it's very, very well controlled. The spot market is probably a real opportunity for us to sell and have significant margin enhancement upside when we look at some of the spot pricing going on.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our main concern, though, is making sure we provide customers, who are especially commercial customers, green hydrogen that's cost-competitive with grey hydrogen, cost-competitive with diesel. So that they accelerate the deployment of their fleet, be it material handling, be it on-road vehicles, be it backup power generation by using green hydrogen at a price they can count on.

**Moses Nathaniel Sutton**
*Barclays Bank PLC, Research Division*

That's very helpful. And Paul and Andy, you both discussed margin expansion. I don't see adjusted EBITDA guidance or reconciliation in the investor letter. Is the metric no longer going to be provided? What would a general range look like for '21 and even an update on the 2024 from the $1.7 billion?

**Andrew J. Marsh**
*President, CEO & Director*

So I think during the call, for '21, and Paul, I'm going to let you jump in after I did. I mean we're targeting -- revenue and gross billings almost now are equal, Moses, with the acceleration of the warrants. So we're looking at $475 million revenue at margins in the high teens for gross margins, and expense is about 30% higher than the run rate of last year.

Paul, would you like to add to that.

**Moses Nathaniel Sutton**
*Barclays Bank PLC, Research Division*

Got it. Okay. And last one for me. On the Walmart GenDrive, I noticed in the letter, you quote 9,500 or above 9,500 in operation. I think you've noted like 10,000 or more operational as recent as last May. Were any ticking out of operations? Or am I not looking at an apples-to-apples metric there?

**Andrew J. Marsh**
*President, CEO & Director*

I can tell you, I've deployed more units. So I'll say this. We're going to -- so the answer is a number of units that Walmart increased in this year, as we've noted, were actually beginning to move into other applications in their Internet centers. There are net distribution centers where we have, I think, 3 sites already moving and more coming.

So Moses, we'll be happy to help you reconcile that. But I can tell you, we've sold more units, and the business is growing.

**Operator**

Your next question is coming from Paul Coster from JPMorgan.

**Paul Coster**
*JPMorgan Chase & Co, Research Division*

So first off, I noticed in the press release that the -- you're looking to deploy about $125 million of expense in New York state to build out the gigafactory, which I'm sure is very welcome there. That sounds high relative to what my prior understanding was for the cost of the gigafactory at around about $45 million, $50 million. Am I just misreading that?

**Andrew J. Marsh**
*President, CEO & Director*

I think part of that -- Paul, and I'll let you add in. I think part of that's expense dollars over the coming years as far as personnel.

**Paul Coster**
*JPMorgan Chase & Co, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Should we though, assume that the gigafactory is CapEx only are still in that $50 million range as you start to drop them in?

**Andrew J. Marsh**
*President, CEO & Director*

It's $50 million. That's right, Paul.

**Paul Coster**
*JPMorgan Chase & Co, Research Division*

Okay. Got you. And it seems quite a fairly modest CapEx, which is great, except that it also suggests that the barriers to entry for others are fairly low. Now obviously, there's IP and know-how of all kinds involved. But how do you respond to that thought, Andy?

**Andrew J. Marsh**
*President, CEO & Director*

It's actually a very -- things you may not think about is electrical generation required for a facility. And I can tell you, we -- first, we went into a building and selected a building because it was an old Alstom switchgear factory. That has incredible levels of power provided into the building that allows us to build large-scale electrolyzer systems to test all these stack. I think future buildings we won't be as lucky. And that I think you'll probably see costs being 25%, 30% higher.

**Paul Coster**
*JPMorgan Chase & Co, Research Division*

What about the argument that it's not a very high barrier to entry for others with competence in their technology to get into the gigafactory business?

**Andrew J. Marsh**
*President, CEO & Director*

Well, I would step back and say that first, you have to have customers. Actually, I should start by saying, Paul, first, you have to have the technology. And we have folks who have actually been working on MEA development for over 30 years when you look at their background even before Plug.

I think then you have to take a step back and have people who've been developing fuel cell stacks and making enhancements for 25 years and have thought through the manufacturing process and roll-to-roll process to stamping in place. I look at -- there's both the -- as you mentioned, IP. There's also the issue of what I always kind of refer to as travel knowledge, which I think people always underestimate. I think there is the issue of having the capital wherewithal to make the right investments to build out the factory at the right place. I mean when you look at the facility itself, we've been able to get incredibly low rates for electricity that to support this effort.

And the fourth item, I think that -- I think people often have an issue with is you've got to have the demand. And I'm already at Plug Power, thinking about, as you could see, building the next gigafactory in Korea to really help the build-out.

**Operator**

We've reached end of our question-and-answer session. I'd like to turn the floor back over to Andy for any further or closing comments.

**Andrew J. Marsh**
*President, CEO & Director*

Well, thank you, Kevin, and thank you, everyone, for joining the call today. Looking forward to speaking with everyone in our first quarter update call. So thanks again, and talk soon. Bye now.

**Operator**

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you. That does conclude today's teleconference and webcast. You may disconnect your line at this time, and have a wonderful day. We thank you for your participation today.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

20