**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE PLUG POWER, INC. SECURITIES LITIGATION | No. 1:21-cv-2004-ER<br><br>**ORAL ARGUMENT REQUESTED**<br><br>**(LEAVE TO FILE MOTION TO DISMISS AND ADDITIONAL PAGES GRANTED 11/29/2022 AND 1/6/2023)** |

**DECLARATION OF JENNIFER B. LUZ IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE CONSOLIDATED**
**SECOND AMENDED CLASS ACTION COMPLAINT FOR**
**VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Jennifer B. Luz, declare as follows:

1. I am a partner in the law firm of Goodwin Procter LLP, counsel to Defendants Plug Power Inc. ("Plug Power"), Andrew Marsh, and Paul B. Middleton (collectively, "Defendants"). I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Consolidated Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("SAC").

2. Attached as Exhibit A is a true and correct copy of excerpts of Plug Power's 2020 Form 10-K/A, filed with the SEC on March 14, 2022, as referenced at SAC ¶ 269.

3. Attached as Exhibit B is a true and correct copy of excerpts of Plug Power's 2021 Form 10-K, filed with the SEC on March 1, 2022, as referenced at SAC ¶ 264.

4. Attached as Exhibit C is a true and correct copy of excerpts of Plug Power's Form 8-K, filed with the SEC on April 5, 2017, as referenced at SAC ¶ 42.

5.      Attached as Exhibit D is a true and correct copy of excerpts of Plug Power's 2017 Form 10-K, filed with the SEC on March 12, 2018, as referenced at SAC ¶ 42.

6.      Attached as Exhibit E is a true and correct copy of a letter from the SEC's Corporate Finance Division to Plug Power dated September 5, 2018, as referenced at SAC ¶ 54.

7.      Attached as Exhibit F is a true and correct copy of a letter from Plug Power to the SEC's Corporate Finance Division dated September 19, 2018, as referenced at SAC ¶ 56.

8.      Attached as Exhibit G is a true and correct copy of KPMG's audit letter for Plug Power for the year 2018, filed with the SEC on March 13, 2019.

9.      Attached as Exhibit H is a true and correct copy of a letter from the SEC's Corporate Finance Division to Plug Power dated April 24, 2019, as referenced at SAC ¶ 61.

10.     Attached as Exhibit I is a true and correct copy of a letter from the SEC's Corporate Finance Division to Plug Power dated June 20, 2019, as referenced at SAC ¶ 63.

11.     Attached as Exhibit J is a true and correct copy of a letter from the SEC's Corporate Finance Division to Plug Power dated July 30, 2019, as referenced at SAC ¶ 65.

12.     Attached as Exhibit K is a true and correct copy of excerpts of Plug Power's 2019 Form 10-K, filed with the SEC on March 10, 2020, as referenced at SAC ¶¶ 74-76.

13.     Attached as Exhibit L is a true and correct copy of KPMG's audit letter for Plug Power for the year 2019, filed with the SEC on March 13, 2020.

14.     Attached as Exhibit M is a true and correct copy of an excerpt of Plug Power's Q2 2020 Form 10-Q, filed with the SEC on August 10, 2020, as referenced at SAC ¶¶ 116, 184.

15.     Attached as Exhibit N is a true and correct copy of minutes of a Plug Power Board of Directors conference call dated November 6, 2020, bearing the Bates numbers PLUGPOWER_220_00001934-1936, as referenced at SAC ¶ 93.

16.     Attached as Exhibit O is a true and correct copy of an excerpt of Plug Power's Q3 2020 Form 10-Q, filed with the SEC on November 9, 2020, as referenced at SAC ¶¶ 96, 274.

17.     Attached as Exhibit P is a true and correct copy of a letter from the SEC's Corporate Finance Division to Plug Power dated December 16, 2020, as referenced at SAC ¶ 120.

18.     Attached as Exhibit Q is a true and correct copy of Plug Power's Form 8-K, filed with the SEC on January 5, 2021, as referenced at SAC ¶¶ 130, 297.

19.     Attached as Exhibit R is a true and correct copy of a letter from Plug Power to the SEC's Corporate Finance Division dated January 14, 2021, as referenced at SAC ¶ 155.

20.     Attached as Exhibit S is a true and correct copy of the transcript of Plug Power's Business Update Call on January 26, 2021, as referenced at SAC ¶¶ 171, 302.

21.     Attached as Exhibit T is a true and correct copy of a letter from the SEC's Corporate Finance Division to Plug Power dated February 10, 2021, as referenced at SAC ¶ 195.

22.     Attached as Exhibit U is a true and correct copy of a presentation by KPMG entitled "Plug Power Inc. Discussion with the Audit Committee" dated February 24, 2021, bearing the Bates numbers PLUGPOWER_220_00001603-1621, as referenced at SAC ¶¶ 199-200.

23.     Attached as Exhibit V is a true and correct copy of Plug Power's Form 8-K, filed with the SEC on February 25, 2021, as referenced at SAC ¶¶ 202, 323, 329.

24.     Attached as Exhibit W is a true and correct copy of Plug Power's 2020 Form NT 10-K filed with the SEC on March 2, 2021, as referenced at SAC ¶¶ 211, 332.

25.     Attached as Exhibit X is a true and correct copy of Plug Power's Form 8-K, filed with the SEC on March 16, 2021, containing a press release entitled "Plug Power to Restate

Previously Issued Financial Statements," as referenced at SAC ¶¶ 212, 334.

26.    Attached as Exhibit Y is a true and correct copy of Plug Power's Form 8-K, filed with the SEC on March 16, 2021, including Items 2.06 (Material Impairments) and 4.02 (Non-Reliance on Previously Issued Financial Statements or a Related Audit Report or Completed Interim Review), as referenced at SAC ¶¶ 215, 336.

27.    Attached as Exhibit Z is a true and correct copy of the General Instructions for Form 10-K, as published by the SEC and available at https://www.sec.gov/files/form10-k.pdf.

28.    Attached as Exhibit AA is a true and correct copy of the General Instructions for Form 8-K, as published by the SEC and available at https://www.sec.gov/files/form8-k.pdf.

29.    Attached as Exhibit BB is a true and correct copy of a chart reflecting Plug Power's closing share price from March 31, 2017 through the end of the Class Period.

30.    Attached as Exhibit CC is a true and correct copy of Market Capitalization calculations for Plug Power, as published by Bloomberg and downloaded by counsel on January 12, 2023.

31.    Attached as Exhibit DD are true and correct copies of Forms 4 filed with the SEC for Andrew Marsh during the Class Period and during the four months preceding the Class Period (including the last Form 4 filed immediately prior to the Class Period), along with a summary illustrating Marsh's sales of Plug Power's stock as reflected in the attached SEC filings in this Exhibit.

32.    Attached as Exhibit EE are true and correct copies of Forms 4 filed with the SEC for Paul B. Middleton during the Class Period and during the four months preceding the Class Period (including the last Form 4 filed immediately prior to the Class Period), along with a summary illustrating Middleton's sales of Plug Power's stock as reflected in the attached SEC

-5-

filings in this Exhibit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12, 2023                   Respectfully submitted,

                                          /s/ *Jennifer B. Luz*_____
                                          GOODWIN PROCTER LLP
                                          100 Northern Avenue
                                          Boston, MA 02210
                                          Tel.: 617.570.1000
                                          Fax: 617.523.1231
                                          JLuz@goodwinlaw.com

## CERTIFICATE OF SERVICE

I, Jennifer B. Luz, hereby certify that a copy of the foregoing Declaration of Jennifer B. Luz in Support of Defendants' Motion to Dismiss the Consolidated Second Amended Class Action Complaint For Violations of the Federal Securities Laws and accompanying documents, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 12, 2023.

Dated: January 12, 2023                                    */s/ Jennifer B. Luz*