# Exhibit A

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-K/A

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT**

**For the transition period from to**

**Commission file number: 1-34392**

# Plug Power Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

| | |
|---|---|
| **Delaware** | **22-3672377** |
| (State or Other Jurisdiction | (I.R.S. Identification |
| of Incorporation or Organization) | Number) |

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $.01 per share | PLUG | The NASDAQ Capital Market |

**968 ALBANY SHAKER ROAD, LATHAM, NEW YORK 12110**
(Address of Principal Executive Offices, including Zip Code)
**(518) 782-7700**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☐ No ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒        Accelerated Filer ☐        Non-accelerated filer ☐        Smaller reporting company ☐        Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. Yes ☒ No ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the registrant's voting and non-voting common stock held by non-affiliates of the registrant was approximately $2,733,184,540 based on the last reported sale of the common stock on The NASDAQ Capital Market on June 30, 2020, the last business day of the registrant's most recently completed second fiscal quarter.

As of March 9, 2022, 578,009,043 shares of the registrant's common stock were issued and outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

None.

Table of Contents

### *Explanatory Note to the Form 10-K/A*

As disclosed in the Annual Report on Form 10-K for the year ended December 31, 2021 filed by Plug Power Inc. (the "Company") with the Securities and Exchange Commission (the "SEC") on March 1, 2022, the Company is filing this Annual Report on Form 10-K/A ( the "Form 10-K/A") for the year ended December 31, 2020 to:

- Amend its Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") to also include the quarterly periods ended March 31, 2020 and 2019, June 30, 2020 and 2019 and September 30, 2020 and 2019: and
- Amend Part II, Item 9A, "Controls and Procedures" to clarify that the  material weakness identified as of December 31, 2020 also existed in 2018 and 2019 and its disclosure controls and procedures were not effective as of December 31, 2018 and 2019.

In accordance with Rule 12b-15 under the Securities Exchange Act of 1934, as amended (the "Exchange Act"), the Company is also including with this Form 10-K/A currently dated certifications of the Company's Chief Executive Officer and Principal Financial Officer (attached as Exhibits 31.1, 31.2, 32.1, and 32.2).

Except as provided above, this Form 10-K/A speaks as of the date of, and sets forth the information in the original Form 10-K (the "Original Filing") filed by the Company with the SEC on May 14, 2021 in its entirety and does not amend, update or change any financial statements or other items or disclosures. Accordingly, this Form 10- K/A should be read in conjunction with the Company's other SEC filings.

### *Explanatory Note to the Original Filing*

**General**

References in this Annual Report on Form 10-K to "Plug Power," the "Company," "we," "our" or "us" refer to Plug Power Inc., including as the context requires, its subsidiaries.

In this Annual Report on Form 10-K, the Company:

- Restates its Consolidated Balance Sheet as of December 31, 2019 and the related Consolidated Statements of Operations, Consolidated Statements of Comprehensive Loss, Consolidated Statements of Stockholders' Equity (Deficit), and Consolidated Statements of Cash Flows for the fiscal years ended December 31, 2019 and 2018;
- Amends its Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") as it relates to the fiscal years ended December 31, 2019 and 2018;
- Restates its "Selected Financial Data" in Part II, Item 6 for fiscal years 2019, 2018, 2017 and 2016; and
- Restates its Unaudited Quarterly Financial Statements for the first three fiscal quarters in the fiscal year ended December 31, 2020 and each fiscal quarter in the fiscal year ended December 31, 2019.

**Restatement Background**

As described in our Current Report on Form 8-K filed with the SEC on March 16, 2021, the Company and the Audit Committee of the Company's Board of Directors (the "Audit Committee") concluded that, because of errors identified in the Company's previously issued financial statements, the Company is restating its financial statements as of and for the years ended December 31, 2019 and 2018 and for each of the quarterly periods ended March 31, 2020 and 2019, June 30, 2020 and 2019, September 30, 2020 and 2019, in its Form 10-K for the year ended December 31, 2020 (collectively, the "Prior Period Financial Statements"). In addition, we have restated the statement of operations for the three months ended December 31, 2019, which was previously disclosed as a note in its form 10-K for the year ended December 31, 2019.

Table of Contents

These errors were identified after the Company reported its 2020 fourth quarter and year end results on February 25, 2021 during the course of the audit with respect to the Company's financial statements for the year ended December 31, 2020, as well as during preparation of this Annual Report on Form 10-K. We have determined that these errors were the result of a material weakness in internal control over financial reporting that is reported in management's report on internal control over financial reporting as of December 31, 2020, December 31, 2019 and December 31, 2018, in Part II, Item 9A, "Controls and Procedures" of this Annual Report on Form 10-K.

The restated financial statements as of and for the years ended December 31, 2019 and 2018 correct the following errors (the "Restatement Items") (for impacts to the quarterly periods, see Note 3, "Unaudited Quarterly Financial Data and Restatement of Previously Issued Unaudited Interim Condensed Consolidated Financial Statements"):

(a) $112.7 million overstatement of the right of use assets related to operating lease liabilities at December 31, 2019, due to the Company incorrectly calculating the operating lease liability associated with certain sale/ leaseback transactions;

(b) ($1.6) million understatement of benefit for loss contracts related to service on the Statement of Operations for the year ended December 31, 2019, inclusive of the partial release of the 2018 accrual to the cost of services performed on fuel cells and related infrastructure, and a $5.3 million understatement of the provision for loss contracts for the year ended December 31, 2018, due to the Company not properly estimating the loss accrual related to extended maintenance contracts;

(c) $19.5 million and $21.2 million, overstatement of gross profit (loss) for the years ended December 31, 2019 and 2018, respectively, due to the Company not properly presenting certain costs related to research and development activities and cost of revenues;

(d) $1.8 million recording of a deemed dividend for certain conversions of the Company's Series E Convertible Preferred Stock settled in common stock during the year ended December 31, 2019;

(e) The Company determined that the amount recorded to accumulated deficit as of January 1, 2018 for a cumulative adjustment of approximately $3.4 million was the correction of an error in prior lease accounting. As a result of the correction of this error, the $3.4 million charge to accumulated deficit is now reflected in the beginning accumulated deficit for the 12 months ended December 31, 2018; and

(f) $5.3 million understatement of bonus expense and related payroll taxes for the three months ended September 30, 2020, due to the Company not properly estimating bonus expense for the nine month period ended September 30, 2020.

In addition to the errors described above, the Prior Period Financial Statements also include adjustments to correct certain other errors, including previously unrecorded immaterial adjustments identified in audits of prior years' financial statements (the "Other Adjustments"). The accounting for the Restatement Items and the Other Adjustments in this Annual Report on Form 10-K does not materially impact revenue and does not impact cash and cash equivalents or the economics of the Company's existing or future commercial arrangements.

**Restatement, Revision and Recasting of Previously Issued Consolidated Financial Statements**

This Annual Report on Form 10-K restates and revises amounts included in the Company's previously issued financial statements as of and for the years ended December 31, 2019 and 2018, and as of and for each of the quarterly periods ended March 31, 2020 and 2019, June 30, 2020 and 2019, September 30, 2020 and 2019 and December 31, 2019.

See Note 2, "Restatement of Previously Issued Consolidated Financial Statements," and Note 3, "Unaudited Quarterly Financial Data and Restatement of Previously Issued Unaudited Interim Condensed Consolidated Financial Statements," in Part II, Item 8, "Financial Statements and Supplementary Data" for additional information. To further review the effects of the accounting errors identified and the restatement adjustments, see Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in this Annual Report on Form 10-K.

Table of Contents

fuel, complementing the Company's industry-leading position in the design, construction, and operation of customer-facing hydrogen fueling stations. These acquisitions establish a pathway for Plug Power to transition from low-carbon to zero-carbon hydrogen solutions.

Additionally, we manufacture and sell fuel cell products to replace batteries and diesel generators in stationary backup power applications. These products have proven valuable with telecommunications, transportation, and utility customers as robust, reliable, and sustainable power solutions.

We were organized as a corporation in the State of Delaware on June 27, 1997.

Unless the context indicates otherwise, the terms "Company," "Plug Power," "we," "our" or "us" as used herein refer to Plug Power Inc. and its subsidiaries.

### *Business Strategy*

Plug Power is a leading provider of cost-effective, reliable, clean hydrogen and zero-emission fuel cell solutions. We are committed to developing effective, economical, and reliable fuel cell related products, systems and services allowing users to operate sustainably, consistently, and efficiently. Building on our substantial fuel cell application and product integration experience, we are focused on generating strong relationships with customers who value high-asset utilization, increased reliability, efficiency, and zero-emission power solutions.

Our business strategy leverages our unique fuel cell application and integration knowledge to identify high-asset utilization markets in an increasingly electrified world, for which we seek to design and develop innovative systems and customer solutions that provide superior value, ease-of-use and environmentally-friendly design.

Our primary marketing strategy is to focus our resources on high growth markets such as on-road/e-mobility applications as well as material handling, supply chain/logistics and stationary power around the world. Through established customer relationships, we have proven ourselves as a trusted partner with a reliable hydrogen and fuel cell solution. Plug Power's vertically integrated GenKey solution ties together all critical elements to power, fuel, and service customers such as Amazon, The Home Depot, The Southern Company, BMW, Carrefour, and Walmart. We have made significant progress in penetrating the material handling market, supported through the deployment of over 40,000 GenDrive units into commercial applications. We believe we have developed reliable products which allow the end customers to eliminate incumbent lead-acid battery power sources from their operations and realize their sustainability objectives through adoption of zero-emission clean energy alternatives. In addition, we have deployed our GenKey hydrogen and fuel cell solution to multiple customer sites.

We have an established foundation as a major player in the green hydrogen economy - needing not only the fuel cell systems but the ability to generate green hydrogen. We expect that Plug Power green hydrogen generation plants will be among the first green hydrogen generation networks in North America, with plans to expand globally.

We expect to leverage our manufacturing prowess at our Rochester Innovation Center, which is currently under development, and will serve as Plug Power's fuel cell and electrolyzer gigafactory, driving industry scale in manufacturing.

Our operating strategy objectives include decreasing product and service costs, and expanding system reliability.

Our longer-term strategic objectives are to deliver economic, social, and environmental benefits in terms of reliable, clean, cost-effective fuel cell solutions and, ultimately, productivity.

We believe continued investment in research and development is critical to the development and enhancement of innovative products, technologies, and services. In addition to evolving our direct hydrogen fueled systems, we continue to capitalize on our investment and expertise in power electronics, controls, and software design.

Table of Contents

*Our financial results may be adversely affected by changes in accounting principles generally accepted in the United States.*

GAAP is subject to interpretation by the FASB, the American Institute of Certified Public Accountants, the SEC and various bodies formed to promulgate and interpret appropriate accounting principles. See Note 4, "Summary of Significant Accounting Policies," to our consolidated financial statements included in this Annual Report on Form 10-K regarding the effect of new accounting pronouncements on our financial statements. Any difficulties in implementing these pronouncements could cause us to fail to meet our financial reporting obligations, which could result in regulatory discipline and harm investors' confidence in us. Further, the implementation of new accounting pronouncements or a change in other principles or interpretations could have a significant effect on our financial results.

*If our estimates or judgments relating to our critical accounting policies are based on assumptions that change or prove to be incorrect, our operating results could fall below expectations of investors, resulting in a decline in our stock price.*

In connection with our determination to restate certain of our previously issued consolidated financial statements, we determined that certain of the estimates and judgment underlying certain of the Restatement Items were in error. See Note 2, "Restatement of Previously Issued Consolidated Financial Statements," and Note 3, "Unaudited Quarterly Financial Data and Restatement of Previously Issued Unaudited Interim Condensed Consolidated Financial Statements," to the consolidated financial statements. The preparation of financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the amounts reported in our consolidated financial statements and accompanying notes. For example, our revenue recognition and impairment of long-lived assets policies are complex, and we often must make estimates and assumptions that could prove to be incorrect. We base our estimates on historical experience and on various other assumptions that we believe to be reasonable under the circumstances. Significant assumptions and estimates used in preparing our consolidated financial statements include those related to revenue recognition, loss accrual for service, impairment of long-lived assets, leases and provision for common stock warrants. Our operating results may be adversely affected if our assumptions change or if actual circumstances differ from those in our assumptions, which could cause our operating results to fall below the expectations of investors, resulting in a decline in our stock price.

*We recently identified a material weakness in our internal control over financial reporting related to the accounting for the Restatement Items. If we do not effectively remediate the material weakness or if we otherwise fail to maintain effective internal control over financial reporting, we may not be able to accurately report our financial results or prevent fraud.*

Effective internal controls over financial reporting are necessary for us to provide reliable and accurate financial reports and effectively prevent fraud.

Management identified the following deficiency in internal control over financial reporting as of December 31, 2020, December 31, 2019 and December 31, 2018: the Company did not maintain a sufficient complement of trained, knowledgeable resources to execute their responsibilities with respect to internal control over financial reporting for certain financial statement accounts and disclosures. As a consequence, the Company did not conduct an effective risk assessment process that was responsive to changes in the Company's operating environment and did not design and implement effective process-level controls activities in the following areas: presentation of operating expenses; accounting for lease-related transactions; identification and evaluation of impairment, loss-contract accrual, certain expense accruals, and deemed dividends; and timely identification of adjustments to physical inventory in interim periods. See Item 9A, "Controls and Procedures," in this Annual Report on Form 10-K for additional information regarding the identified material weakness and our actions to date to remediate the material weakness.

*We reached a determination to restate certain of our previously issued consolidated financial statements as a result of the identification of accounting errors in previously issued financial statements, which resulted in unanticipated costs and may affect investor confidence and raise reputational issues.*

As discussed in the Explanatory Note above, in this Annual Report on Form 10-K for the year ended December 31, 2020, we reached a determination to restate our consolidated financial statements and related disclosures

Table of Contents

Company's audited consolidated financial statements and related notes and other financial information included herein, and Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations."

| | | Year ended December 31, | | | |
|---|---|---|---|---|---|
| | **2020** | **2019** as restated | **2018** as restated | **2017** as restated (3) | **2016** as restated (3) |
| **Statements Of Operations:** | | | | | |
| Net revenue (1): | | | | | |
| Sales of fuel cell systems and related infrastructure | $ (94,295) | $ 149,920 | $ 107,175 | $ 62,631 | $ 39,985 |
| Services performed on fuel cell systems and related infrastructure | (9,801) | 25,217 | 22,002 | 16,202 | 17,347 |
| Power Purchase Agreements | 26,620 | 25,553 | 22,569 | 12,869 | 13,687 |
| Fuel delivered to customers | (16,072) | 29,099 | 22,469 | 8,167 | 10,916 |
| Other | 311 | 186 | - | 284 | 884 |
| Net revenue | (93,237) | 229,975 | 174,215 | 100,153 | 82,819 |
| Cost of revenue: | | | | | |
| Sales of fuel cell systems and related infrastructure | 171,404 | 97,915 | 85,205 | 55,204 | 30,076 |
| Services performed on fuel cell systems and related infrastructure | 42,524 | 34,582 | 32,271 | 23,782 | 21,263 |
| Provision for loss contracts related to service | 35,473 | (394) | 5,345 | - | (1,071) |
| Power Purchase Agreements | 64,640 | 41,777 | 41,361 | 33,544 | 17,498 |
| Fuel delivered to customers | 61,815 | 45,247 | 36,037 | 30,613 | 19,095 |
| Other | 323 | 200 | - | 308 | 865 |
| Total cost of revenue | 376,179 | 219,327 | 200,219 | 143,451 | 87,726 |
| Gross (loss) profit | (469,416) | 10,648 | (26,004) | (43,298) | (4,907) |
| Operating expenses: | | | | | |
| Research and development expense | 27,848 | 15,059 | 12,750 | 13,484 | 12,324 |
| Selling, general and administrative expenses | 79,348 | 43,202 | 37,685 | 45,010 | 34,288 |
| Impairment of long-lived assets | 6,430 | - | - | - | - |
| Change in fair value of contingent consideration | 1,160 | - | - | - | - |
| Total operating expenses | 114,786 | 58,261 | 50,435 | 58,494 | 46,612 |
| Operating loss | (584,202) | (47,613) | (76,439) | (101,792) | (51,519) |
| Interest and other expense, net | (60,484) | (35,691) | (22,750) | (25,288) | (6,360) |
| Gain (loss) on extinguishment of debt | 17,686 | (518) | - | - | - |
| Change in fair value of common stock warrant liability | - | 79 | 4,286 | - | - |
| Loss before income taxes | $ (627,000) | $ (83,743) | $ (94,903) | $ (127,080) | $ (57,879) |
| Income tax benefit | 30,845 | - | 9,295 | - | 392 |
| Net loss attributable to the Company | (596,155) | (83,743) | (85,608) | (127,080) | (57,487) |
| Preferred stock dividends declared, deemed dividends and accretion of discount | (26) | (1,812) | (52) | (3,098) | (104) |
| Net loss attributable to common stockholders | $ (596,181) | $ (85,555) | $ (85,660) | $ (130,178) | $ (57,591) |
| Loss per share: | | | | | |
| Basic and diluted | $ (1.68) | $ (0.36) | $ (0.39) | $ (0.60) | $ (0.32) |
| Weighted average number of common stock outstanding | 354,790,106 | 237,152,780 | 218,882,337 | 216,343,985 | 180,619,860 |
| **Balance Sheet Data:** | | | | | |
| *(at end of the period)* | | | | | |
| Unrestricted cash and cash equivalents | $ 1,312,404 | $ 139,496 | $ 38,602 | $ 24,828 | $ 46,014 |
| Total assets (2) | 2,251,282 | 659,513 | 353,455 | 270,810 | 240,832 |
| Noncurrent liabilities (2) | 561,997 | 394,497 | 173,509 | 80,734 | 79,637 |
| Stockholders' equity (deficit) | 1,466,919 | 129,904 | (3,588) | 70,229 | 85,088 |
| Working capital | 1,380,830 | 179,698 | 2,801 | 3,886 | 44,448 |

(1)   During the fourth quarter of 2019, the Company early adopted ASU 2019-08, Compensation - Stock Compensation (Topic 718) and Revenue from Contracts with Customers (Topic 606) (ASU 2019-08) with retrospective adoption as of January 1, 2019 resulting in changes to previously reported 2019 interim financial information.

(2)   Effective January 1, 2018, the Company early adopted ASC Topic 842, *Leases* (ASC Topic 842). The most significant impact was the recognition of right of use assets and finance obligations for operating leases on the consolidated balance sheet, as well as recognition of gross profit on sale/leaseback transactions. The Company corrected its adoption calculation (See Note 2, "Restatement of Previously Issued Consolidated Financial Statements," to the consolidated financial statements and see Note 4, "Summary of Significant Accounting Policies," to the consolidated financial statements.

(3)   Certain corrections related to Research and Development expenses that should have been reflected as cost of sales have been made to the 2017 and 2016 information. This resulted in $15.2 million and $8.9 million of Research and Development expenses being reclassified to cost of sales in 2017 and 2016, respectively. Also, as discussed in Note 2, "Restatement of Previously Issued Consolidated Financial Statements," to the Consolidated Financial Statements, a correction of an error related to lease accounting has been recorded in stockholder's equity in the 2017 information above.

Table of Contents

for the year ended December 31, 2020 increased $16.6 million, or 36.6%, to $61.8 million from $45.2 million for the year ended December 31, 2019, as restated. The increase was due primarily to higher volume of liquid hydrogen delivered to customer sites as a result of an increase in the number of hydrogen installations completed under GenKey agreements and higher fuel costs. There were 103 sites associated with fuel contracts at December 31, 2020, compared to 76 at December 31, 2019. Gross margin declined to (484.6)% during the year ended December 31, 2020 compared to (55.5)% during the year ended December 31, 2019 (as restated), primarily due to the increase in provision for common stock warrants which resulted from the accelerated vesting of the third tranche of the Amazon Warrant Shares. See "Amazon Transaction Agreement" below. This increased level of provision for common stock warrants is not expected to continue because the Amazon Warrant is fully vested. The Company also experienced an increase in the cost of fuel purchased during the second half of 2020 given issues with a particular supplier. This trend is not expected to continue beyond 2021 as the Company transitions to its own hydrogen production capabilities.

Cost of revenue from fuel delivered to customers for the year ended December 31, 2019 increased $9.2 million (as restated), or 25.6% (as restated), to $45.2 million (as restated) from $36.0 million (as restated) for the year ended December 31, 2018. The increase was due primarily to higher volume of liquid hydrogen delivered to customer sites as a result of an increase in the number of hydrogen installations completed under GenKey agreements and higher fuel costs. Gross margin improved to (55.5%) (as restated) during the year ended December 31, 2019 compared to (60.4%) (as restated) during the year ended December 31, 2018 given certain efficiency investments and reduction in customer warrant provisions offset somewhat by increases in fuel costs and incremental depreciation on tanks and related fuel equipment stemming from investments made to improve fuel system efficiency.

**Expenses**

*Research and development expense.* Research and development expense includes: materials to build development and prototype units, cash and non-cash compensation and benefits for the engineering and related staff, expenses for contract engineers, fees paid to consultants for services provided, materials and supplies consumed, facility related costs such as computer and network services, and other general overhead costs associated with our research and development activities.

Research and development expense for the year ended December 31, 2020 increased $12.8 million, or 84.9%, to $27.8 million from $15.1 million for the year ended December 31, 2019, as restated. The increase was primarily due to additional research and development for improvement of fuel efficiency, GenDrive unit performance, and new product development such as on-road delivery trucks, and drone applications.

Research and development expense for the year ended December 31, 2019 increased $2.3 million (as restated), or 18.1% (as restated), to $15.1 million (as restated) from $12.8 million (as restated) for the year ended December 31, 2019. The increase was primarily due to additional research and development for fuel efficiency, GenDrive unit performance, and new product development such as on-road delivery trucks, drone applications.

*Selling, general and administrative expenses.* Selling, general and administrative expenses includes cash and non-cash compensation, benefits, amortization of intangible assets and related costs in support of our general corporate functions, including general management, finance and accounting, human resources, selling and marketing, information technology and legal services.

Selling, general and administrative expenses for the year ended December 31, 2020 increased $36.1 million, or 83.7%, to $79.3 million from $43.2 million for the year ended December 31, 2019 (as restated). This increase was primarily related to acquisition and debt restructuring charges in addition to increases in compensation and headcount.

Selling, general and administrative expenses for the year ended December 31, 2019 increased $5.5 million (as restated), or 14.6% (as restated), to $43.2 million (as restated) from $37.7 million (as restated) for the year ended December 31, 2018. This increase was primarily related to an increase in performance and stock-based compensation during the year ended December 31, 2019, offset by a decrease in a certain legal accrual recorded during the year ended December 31, 2018.

47

Table of Contents

In conjunction with the partial repurchase of the 5.5% Convertible Senior Notes, the Company terminated 100% of the 5.5% Notes Capped Call on June 5, 2020. As a result of the termination, the Company received $24.2 million which was recorded in additional paid-in capital.

*Common Stock Forward*

In connection with the issuance of the 5.5% Convertible Senior Notes, the Company also entered into a forward stock purchase transaction, or the Common Stock Forward, pursuant to which the Company agreed to purchase 14,397,906 shares of its common stock for settlement on or about March 15, 2023. In connection with the issuance of the 3.75% Convertible Senior Notes and the partial payoff of the 5.5% Convertible Senior Notes, the Company amended and extended the maturity of the Common Stock Forward to June 1, 2025. The number of shares of common stock that the Company will ultimately repurchase under the Common Stock Forward is subject to customary anti-dilution adjustments. The Common Stock Forward is subject to early settlement or settlement with alternative consideration in the event of certain corporate transactions.

The net cost incurred in connection with the Common Stock Forward of $27.5 million has been recorded as an increase in treasury stock in the consolidated balance sheets during 2018. The related shares were accounted for as a repurchase of common stock.

The book value of the Common Stock Forward is not remeasured.

During the fourth quarter of 2020, the Common Stock Forward was partially settled and, as a result, the Company received 4.4 million shares of its common stock.

**Amazon Transaction Agreement**

On April 4, 2017, the Company and Amazon entered into a Transaction Agreement (the "Amazon Transaction Agreement"), pursuant to which the Company agreed to issue to Amazon.com NV Investment Holdings LLC, a wholly owned subsidiary of Amazon, a warrant (the "Amazon Warrant") to acquire up to 55,286,696 shares of the Company's common stock (the "Amazon Warrant Shares"), subject to certain vesting events described below. The Company and Amazon entered into the Amazon Transaction Agreement in connection with existing commercial agreements between the Company and Amazon with respect to the deployment of the Company's GenKey fuel cell technology at Amazon distribution centers. The existing commercial agreements contemplate, but do not guarantee, future purchase orders for the Company's fuel cell technology. The vesting of the Amazon Warrant Shares was conditioned upon payments made by Amazon or its affiliates (directly or indirectly through third parties) pursuant to the existing commercial agreements.

Under the terms of the original Amazon Warrant, the first tranche of 5,819,652 of the Amazon Warrant Shares vested upon execution, and the remaining Amazon Warrant Shares vest based on Amazon's payment of up to $600.0 million to the Company in connection with Amazon's purchase of goods and services from the Company. The $6.7 million fair value of the first tranche of Amazon Warrant Shares, was recognized as selling, general and administrative expense upon execution of the Amazon Warrant during 2017.

Provision for the second and third tranches of Amazon Warrant Shares is recorded as a reduction of revenue, because they represent consideration payable to a customer.

The fair value of the second tranche of Amazon Warrant Shares was measured at January 1, 2019, upon adoption of ASU 2019-08. The second tranche of 29,098,260 Amazon Warrant Shares cliff-vested in four equal installments, as Amazon or its affiliates, directly or indirectly through third parties, made an aggregate of $50.0 million in payments for goods and services to the Company, up to payments totaling $200.0 million in the aggregate. The last installment of the second tranche vested on November 2, 2020. Revenue reductions of $9.0 million, $4.1 million and $9.8 million associated with the second tranche of Amazon Warrant Shares were recorded in 2020, 2019 and 2018, respectively, under the terms of the original Amazon Warrant.

Table of Contents

Under the terms of the original Amazon Warrant, the third tranche of 20,368,784 Amazon Warrant Shares vests in eight equal installments, as Amazon or its affiliates, directly or indirectly through third parties, make an aggregate of $50.0 million in payments for goods and services to the Company, up to payments totaling $400.0 million in the aggregate. The measurement date for the third tranche of Amazon Warrant Shares was November 2, 2020, when their exercise price was determined, as discussed further below. The fair value of the third tranche of Amazon Warrant Shares on that date was determined to be $10.57 each. During 2020, revenue reductions of $24.1 million associated with the third tranche of Amazon Warrant Shares were recorded under the terms of the original Amazon Warrant, prior to the December 31, 2020 waiver described below.

On December 31, 2020, the Company waived the remaining vesting conditions under the Amazon Warrant, which resulted in the immediate vesting of the 20,368,784 unvested third tranche of Amazon Warrant Shares and recognition of an additional $399.7 million reduction to revenue.

The $399.7 million reduction to revenue resulting from the December 31, 2020 waiver was determined based upon a probability assessment of whether the underlying shares would have vested under the terms of the original Amazon Warrant. Based upon the Company's projections of probable future cash collections from Amazon (i.e., a Type I share based payment modification), a reduction of revenue associated with 5,354,905 Amazon Warrant Shares was recognized at their previously measured November 2, 2020 fair value of $10.57 per warrant. A reduction of revenue associated with the remaining 12,730,490 Amazon Warrant Shares was recognized at their December 31, 2020 fair value of $26.95 each, based upon the Company's assessment that associated future cash collections from Amazon were not deemed probable (i.e., a Type III share based payment modification).

The $399.7 million reduction to revenue was recognized during the year ended December 31, 2020 because the Company concluded such amount was not recoverable from the margins expected from probable future revenues attributable to Amazon, and no exclusivity or other rights were conferred to the Company in connection with the December 31, 2020 waiver.

At December 31, 2020 and December 31, 2019, 55,286,696 and 20,368,782 of the Amazon Warrant Shares had vested, respectively. The total amount of provision for common stock warrants recorded as a reduction of revenue for the Amazon Warrant during the years ended December 31, 2020, and 2019 and 2018 was $420.0 million, $4.1 million, and $9.8 million, respectively.

The exercise price for the first and second tranches of Amazon Warrant Shares is $1.1893 per share. The exercise price of the third tranche of Amazon Warrant Shares is $13.81 per share, which was determined pursuant to the terms of the Amazon Warrant as an amount equal to ninety percent (90%) of the 30-day volume weighted average share price of the Company's common stock as of November 2, 2020, the final vesting date of the second tranche of Amazon Warrant Shares. The Amazon Warrant is exercisable through April 4, 2027. The Amazon Warrant provides for net share settlement that, if elected by the holder, will reduce the number of shares issued upon exercise to reflect net settlement of the exercise price. The Amazon Warrant provides for certain adjustments that may be made to the exercise price and the number of shares of common stock issuable upon exercise due to customary anti-dilution provisions based on future events. The Amazon Warrant is classified as an equity instrument.

**Walmart Transaction Agreement**

On July 20, 2017, the Company and Walmart entered into a Transaction Agreement (the "Walmart Transaction Agreement"), pursuant to which the Company agreed to issue to Walmart a warrant (the "Walmart Warrant") to acquire up to 55,286,696 shares of the Company's common stock, subject to certain vesting events (the "Walmart Warrant Shares"). The Company and Walmart entered into the Walmart Transaction Agreement in connection with existing commercial agreements between the Company and Walmart with respect to the deployment of the Company's GenKey fuel cell technology across various Walmart distribution centers. The existing commercial agreements contemplate, but do not guarantee, future purchase orders for the Company's fuel cell technology. The vesting of the Walmart Warrant Shares is conditioned upon payments made by Walmart or its affiliates (directly or indirectly through third parties) pursuant to transactions entered into after January 1, 2017 under existing commercial agreements.

57

Table of Contents

If the estimated undiscounted future net cash flows for a given asset group are less than the carrying amount of the related asset group, an impairment loss is determined by comparing the estimated fair value with the carrying amount of the asset group. The impairment loss is then allocated to the long-lived assets in the asset group based on the asset's relative carrying amounts. However, assets are not impaired below their then estimated fair values. Fair value is generally determined through various valuation techniques, including discounted cash flow models, quoted market values and third-party independent appraisals, as well as year-over-year trends in pricing of our new equipment and overall evaluation of our industry and market, as considered necessary. The Company considers these indicators with certain of its own internal indices and metrics in determining fair value in light of the nascent state of the Company's market and industry. The estimate of fair value represents our best estimates of these factors and is subject to variability. Changes to our key assumptions related to future performance and other economic and market factors could adversely affect our impairment evaluation.

The Company has determined that the assets deployed for certain PPA arrangements are not recoverable based on the undiscounted estimated future cash flows of the asset group. However, the estimated fair value of the assets in the asset group equal or exceed the carrying amount of the assets or otherwise limit the amount of impairment that would have been recognized. The Company has identified the primary source of the losses as the maintenance components of the PPA arrangements and the impact of customer warrant non-cash provisions. As the PPA arrangements are considered to be executory contracts and there is no specific accounting guidance that permits loss recognition for these revenue contracts, the Company has not recognized a provision for the expected future losses under these revenue arrangements. The Company expects that it will recognize future losses for these arrangements as it continues its efforts to reduce costs of delivering the maintenance component of these arrangements. The Company has estimated total future revenues and costs for these types of arrangements based on existing contracts and leverage of the related assets. For the future estimates, the Company used service cost estimates for extended maintenance contracts and customer warrant provisions at rates consistent with experience to date. The terms for the underlying estimates vary but the average residual term on the existing contracts is 5 years. Based on the future estimates with these assumptions, the losses could approximate $120 million. This estimate includes $75 million in non-cash charges for depreciation and provision for customer warrants. Actual results could be significantly different than these estimates.

**Extended Maintenance Contracts**

On a quarterly basis, we evaluate any potential losses related to our extended maintenance contracts for fuel cell systems and related infrastructure that has been sold. We measure impairment losses at the customer contract level. The expected revenues and expenses for these contracts include all applicable expected costs of providing services over the remaining term of the contracts and the related unearned net revenue. A loss is recognized if the sum of expected costs of providing services under the contract exceeds related unearned net revenue and is recorded as a provision for loss contracts related to service in the consolidated statement of operations. A key component of these estimates is the expected future service costs. In estimating the expected future costs, the Company considers its current service cost level and applies significant judgment related to expected cost saving initiatives. The expected future cost savings will be primarily dependent upon the success of the Company's initiatives related to increasing stack life, achieving better economies of scale for service labor, and improvements in design and operations of infrastructure. If the expected cost saving initiatives are not realized, this will increase the costs of providing services and could adversely affect our estimated contract loss accrual. If actual service costs over the remaining term of existing extended maintenance contracts are 10% more than estimated in the determination of the loss accrual for fuel cell systems and related infrastructure at December 31, 2020, the loss accrual would have been approximately $7.1 million higher.

Table of Contents

The following table shows the rollforward of balance in the accrual for loss contracts, including changes due to the passage of time, additions and changes in estimates (in thousands):

| | December 31, 2020 | | December 31, 2019 (as restated) | | December 31, 2018 (as restated) | |
|---|---|---|---|---|---|---|
| Beginning Balance | $ | 3,702 | $ | 5,345 | $ | - |
| Provision (benefit) for Loss Accrual | | 35,473 | | (394) | | 5,345 |
| Released to Service Cost of Sales | | (2,348) | | (1,249) | | - |
| Released to Provision for Warrants | | (12,814) | | - | | - |
| Ending Balance | $ | 24,013 | $ | 3,702 | $ | 5,345 |

**Equity Instruments**

Common stock warrants that meet certain applicable requirements of ASC Subtopic 815-40, *Derivatives and Hedging - Contracts in Entity's Own Equity*, and other related guidance, including the ability of the Company to settle the warrants without the issuance of registered shares or the absence of rights of the grantee to require cash settlement, are accounted for as equity instruments. The Company classifies these equity instruments within additional paid-in capital on the consolidated balance sheets.

Common stock warrants accounted for as equity instruments represent the warrants issued to Amazon and Walmart as discussed in Note 18, "Warrant Transaction Agreements." The Company adopted FASB Accounting Standards Update 2019-08, Compensation - Stock Compensation (Topic 718) and Revenue from Contracts with Customers (Topic 606) (ASU 2019-08), which requires entities to measure and classify share-based payment awards granted to a customer by applying the guidance under Topic 718, as of January 1, 2019.

In order to calculate warrant charges, the Company used the Black-Scholes pricing model, which required key inputs including volatility and risk-free interest rate and certain unobservable inputs for which there is little or no market data, requiring the Company to develop its own assumptions. The Company estimated the fair value of unvested warrants, considered to be probable of vesting, at the time. Based on that estimated fair value, the Company determined warrant charges, which are recorded as a reduction of revenue in the consolidated statement of operations.

**Recent Accounting Pronouncements**

*Recently Adopted Accounting Pronouncements*

In June 2016, ASU 2016-13, Financial Instruments - Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments, was issued. Also, in April 2019, Accounting Standards Update (ASU) 2019-04, Codification Improvements to Topic 326, Financial Instruments - Credit Losses, Topic 815, Derivatives and Hedging, and Topic 825, Financial Instruments, was issued to make improvements to updates 2016-01, Financial Instruments - Overall (Subtopic 825-10), 2016-13, Financial Instruments - Credit Losses (Topic 326) and 2017-12, Derivatives and Hedging (Topic 815). ASU 2016-13 significantly changes how entities account for credit losses for financial assets and certain other instruments, including trade receivables and contract assets, that are not measured at fair value through net income. The ASU requires a number of changes to the assessment of credit losses, including the utilization of an expected credit loss model, which requires consideration of a broader range of information to estimate expected credit losses over the entire lifetime of the asset, including losses where probability is considered remote. Additionally, the standard requires the estimation of lifetime expected losses for trade receivables and contract assets that are classified as current. The Company adopted these standards effective January 1, 2020 and determined the impact of the standards to be immaterial to the consolidated financial statements.

In January 2017, ASU 2017-04, Intangibles - Goodwill and Other (Topic 350), was issued to simplify how an entity is required to test goodwill for impairment by eliminating Step 2 from the goodwill impairment test. Step 2 measures a goodwill impairment loss by comparing the implied fair value of a reporting unit's goodwill with the carrying amount of that goodwill. The Company adopted this standard effective January 1, 2020 and determined there to be no impact to the consolidated financial statements.

Table of Contents

**Report of Independent Registered Public Accounting Firm**

To the Stockholders and Board of Directors
Plug Power Inc.:

## Opinion on the Consolidated Financial Statements

We have audited the accompanying consolidated balance sheets of Plug Power Inc. and subsidiaries (the Company) as of December 31, 2020 and 2019, the related consolidated statements of operations, comprehensive loss, stockholders' equity (deficit), and cash flows for each of the years in the three-year period ended December 31, 2020, and the related notes (collectively, the consolidated financial statements). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2020 and 2019, and the results of its operations and its cash flows for each of the years in the three-year period ended December 31, 2020, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission, and our report dated May 13, 2021 expressed an adverse opinion on the effectiveness of the Company's internal control over financial reporting.

*Restatement of Previously Issued Financial Statements*

As discussed in Note 2 to the consolidated financial statements, the 2019 and 2018 financial statements have been restated to correct misstatements.

## Basis for Opinion

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

*Critical Audit Matters*

The critical audit matters communicated below are matters arising from the current period audit of the consolidated financial statements that were communicated or required to be communicated to the audit committee and that: (1) relate to accounts or disclosures that are material to the consolidated financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

Table of Contents

*Stand-alone selling price*

As discussed in Notes 4 and 19 to the consolidated financial statements, the Company's contracts with customers generally contain multiple performance obligations, and the total transaction price is allocated for purposes of recognizing revenue based on relative standalone selling prices. The Company estimates standalone selling prices for fuel cells by considering several inputs, including prices from a limited number of standalone sales as well as the Company's negotiations with customers. The Company also considers its costs to produce fuel cells as well as comparable list prices in estimating standalone selling prices. For services performed on fuel cells and infrastructure, the Company uses an adjusted market assessment approach that considers market conditions and constraints, the Company's market share, pricing strategies and objectives while maximizing the use of available observable inputs obtained from a limited number of historical standalone service renewal prices and negotiations with customers. The Company recognized net revenue from the sales of fuel cells of $(55.1) million and sales of services of $(9.8) million for the year ended December 31, 2020.

We identified the evaluation of the sufficiency of audit evidence obtained related to the standalone selling prices for fuel cells and services as a critical audit matter. Significant auditor judgment was required to evaluate the appropriateness of the estimate of standalone selling prices for fuel cells as well as services performed on fuel cells and infrastructure, because of the nature of the technology, its emerging market acceptance and the Company's limited history of selling these products and services on a standalone basis.

The following are the primary procedures we performed to address this critical audit matter. We evaluated the design and tested the operating effectiveness of certain internal controls related to the Company's process to estimate standalone selling prices. This included controls related to the assessment of the relevance and reliability of the inputs mentioned above. We applied auditor judgment to determine the nature and extent of procedures to be performed over standalone selling prices. We inquired of operational and financial personnel to understand the Company's pricing strategies, negotiations with customers, and prices that customers are willing to pay for fuel cells and services. We evaluated the Company's estimates of standalone selling prices by comparing those estimates to supporting documentation, such as a selection of historical sales transactions, correspondence with customers, and industry research. We evaluated the sufficiency of audit evidence obtained over standalone selling prices by assessing the results of procedures performed, including the appropriateness of the nature of such evidence.

*Evaluation of a waiver of warrant vesting conditions*

As discussed in Note 18 to the consolidated financial statements, in April 2017, the Company issued warrants to a customer to acquire up to 55,286,696 shares of the Company's common stock, the vesting of which was conditioned upon payments made by the customer for the future purchase of goods and services from the Company. On December 31, 2020, the Company waived the warrants' remaining vesting conditions (the Waiver), which resulted in the immediate vesting of all remaining unvested warrants and recognition of a $399.7 million reduction to revenue. The amount of the revenue reduction was determined by the Company's assessment of the number of warrants that were considered probable of vesting under the terms of the original arrangement, based on projections of probable future cash collections.

We identified the evaluation of the accounting for and impact of the Waiver as a critical audit matter. A high degree of auditor judgment was required to evaluate the appropriate accounting for the Waiver as a different accounting conclusion could have had a material effect on the consolidated financial statements. Also, the Company's assessment of the number of warrants that were considered probable of vesting immediately prior to the waiver required significant auditor judgment. Specifically, subjective auditor judgment was required to evaluate the Company's projections of probable future cash collections from the customer under the terms of the original arrangement used to determine the probability of vesting.

The following are the primary procedures we performed to address this critical audit matter. We evaluated the design and tested the operating effectiveness of certain internal controls over the Company's accounting for the Waiver, including controls over the Company's process for accounting for the Waiver and the estimate of

F-3

Table of Contents

probable future cash collections from the customer. We evaluated the Company's assessment of the accounting for the Waiver, including the determination that the Waiver resulted an immediate reduction to revenue. We obtained and read the Waiver agreement and inquired of key executives involved in the Waiver transaction as well as the board of directors. To evaluate management's assessment of the number of warrants that were considered probable of vesting under the terms of the original arrangement, we compared the amount of projected probable future cash collections from the customer to either (1) purchase orders received from the customer for fuel cells, infrastructure and service, or (2) historical fuel purchases by the customer.

*Maintenance cost projections in the accrual for loss contracts*

As discussed in Note 4 to the consolidated financial statements, the Company records an accrual for loss contracts if the sum of expected costs of providing maintenance services for fuel cell systems and related infrastructure exceeds related unearned net revenues over the remaining contract term. The Company recorded an accrual for loss contracts of $24.0 million as of December 31, 2020. Maintenance costs are estimated in determining the accrual for loss contracts based upon current service cost levels and the estimated impact of the Company's expected cost savings initiatives. Estimating the impact of the expected cost savings initiatives requires significant judgment. The estimated accrual for loss contracts is sensitive to changes in the assumed cost savings.

We identified the evaluation of maintenance cost projections in the accrual for loss contracts as a critical audit matter. A high degree of auditor judgment was required to evaluate the expected remaining service costs required to fulfill the related customer maintenance contracts. Specifically, assessing the likelihood of achieving as well as the expected impact of the cost savings initiatives required challenging auditor judgment. Minor changes in the expected costs of providing maintenance services could have had a significant effect on the amount of the recorded accrual for loss contracts.

The following are the primary procedures we performed to address this critical audit matter. We inquired of operational and financial personnel to understand the technical elements of planned operational changes and how and when those initiatives are expected to result in cost savings relative to the Company's current cost of providing maintenance services. We obtained underlying documentation supporting expected cost savings associated with certain initiatives, and actual cost savings realized in 2020 in connection with one customer site and compared them to the Company's analysis of expected costs of providing maintenance services utilized in the accrual for loss contracts. We performed sensitivity analyses to assess the impact of possible changes to the expected costs of providing maintenance services on the Company's estimated accrual for loss contracts.

*(signed) KPMG LLP*

We have served as the Company's auditor since 2001.

**Albany, NY**
**May 13, 2021**

F-4

Table of Contents

**Notes to Consolidated Financial Statements (Continued)**

The following tables present the effect of the Restatement Items, as well as other adjustments, on the Company's consolidated statements of operations for the periods indicated (in thousands, except share and per share amounts):

| | For the Year Ended December 31, 2019 | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | As Previously Reported | | Restatement Adjustments | | As Restated | | Restatement References |
| Net revenue: | | | | | | | |
| Sales of fuel cell systems and related infrastructure | $ | 149,884 | $ | 36 | $ | 149,920 | d |
| Services performed on fuel cell systems and related infrastructure | | 25,217 | | - | | 25,217 | |
| Power Purchase Agreements | | 25,853 | | (300) | | 25,553 | d |
| Fuel delivered to customers | | 29,099 | | - | | 29,099 | |
| Other | | 186 | | - | | 186 | |
| Net revenue | | 230,239 | | (264) | | 229,975 | |
| Cost of revenue: | | | | | | | |
| Sales of fuel cell systems and related infrastructure | | 96,859 | | 1,056 | | 97,915 | a, d |
| Services performed on fuel cell systems and related infrastructure | | 28,801 | | 5,781 | | 34,582 | a, c,d |
| Benefit for loss contracts related to service | | - | | (394) | | (394) | c |
| Power Purchase Agreements | | 40,056 | | 1,721 | | 41,777 | a, b,d |
| Fuel delivered to customers | | 36,357 | | 8,890 | | 45,247 | a, d |
| Other | | 200 | | - | | 200 | |
| Total cost of revenue | | 202,273 | | 17,054 | | 219,327 | |
| | | | | | | | |
| Gross profit | | 27,966 | | (17,318) | | 10,648 | |
| | | | | | | | |
| Operating expenses: | | | | | | | |
| Research and development | | 33,675 | | (18,616) | | 15,059 | a,d |
| Selling, general and administrative | | 44,333 | | (1,131) | | 43,202 | b,d |
| Total operating expenses | | 78,008 | | (19,747) | | 58,261 | |
| | | | | | | | |
| Operating loss | | (50,042) | | 2,429 | | (47,613) | |
| | | | | | | | |
| Interest and other expense, net | | (35,502) | | (189) | | (35,691) | b,d |
| Change in fair value of common stock warrant liability | | 79 | | - | | 79 | |
| Gain (loss) on extinguishment of debt | | - | | (518) | | (518) | d |
| | | | | | | | |
| Loss before income taxes | $ | (85,465) | $ | 1,722 | $ | (83,743) | |
| | | | | | | | |
| Income tax benefit | | - | | - | | - | |
| | | | | | | | |
| Net loss attributable to the Company | $ | (85,465) | $ | 1,722 | $ | (83,743) | |
| | | | | | | | |
| Preferred stock dividends declared, deemed dividends and accretion of discount | | (52) | | (1,760) | | (1,812) | e |
| Net loss attributable to common stockholders | $ | (85,517) | $ | (38) | $ | (85,555) | |
| | | | | | | | |
| Net loss per share: | | | | | | | |
| Basic and diluted | $ | (0.36) | | | $ | (0.36) | |
| | | | | | | | |
| Weighted average number of common stock outstanding | | 237,152,780 | | | | 237,152,780 | |

**For the year ended December 31, 2019**

(a) Research and development: The correction of this misstatement resulted in a net decrease of $19.5 million to research and development, and an increase of $1.1 million to the cost of revenue of fuel cell systems and related infrastructure, an increase of $7 million to the cost of revenue of services performed on fuel cell systems and related infrastructure, an increase of $2.5 million to the cost of power purchase agreements and an increase in the cost of fuel delivered to customers of $8.9 million at December 31, 2019.

(b) Right of use asset: The correction of this misstatement resulted in a net decrease to cost of revenue for power purchase agreements of $747 thousand. An increase to selling, general, and administrative expense of $25 thousand, and an increase to interest and other expense, net of $522 thousand.

(c) Loss accrual provision: The correction of this misstatement resulted in a net decrease to cost of revenue for services performed on fuel cell systems and related infrastructure of $1.2 million and a net decrease to the provision for loss contracts related to service of $394 thousand for the period ended December 31, 2019.

(d) Other adjustments: Immaterial adjustments for the period ended December 31, 2019 resulted in the following: a net increase of $36 thousand to revenue from sales of fuel cell systems and related infrastructure. A net decrease to revenue from power purchase agreements of $300 thousand. A net decrease of $65 thousand to the cost of revenue for sales of fuel cell systems and related infrastructure. A net increase to

Table of Contents

**Notes to Consolidated Financial Statements (Continued)**

the cost of revenue for services performed on fuel cell systems and related infrastructure of $44 thousand. A net decrease to cost of revenue for power purchase agreements of $70 thousand. A net increase of $44 thousand to cost of revenue related to fuel delivered to customers. A net increase to research and development expense of $876 thousand. A net decrease to selling general and administrative expense of $1.1 million, a net increase to interest and other expense, net of $185 thousand and an increase of $518 thousand loss on the extinguisment of debt (which was previously reported as interest and other expense, net of $518 thousand).

(e)  Series E redeemable convertible preferred stock deemed dividend: The correction of this misstatement resulted in a net increase of $1.8 million to preferred stock dividends declared, deemed dividends and accretion of discount.

| | For the Year Ended December 31, 2018 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | As Previously Reported | | Restatement Adjustments | | As Restated | Restatement References |
| Net revenue: | | | | | | |
| Sales of fuel cell systems and related infrastructure | $ | 107,292 | $ | (117) | $ 107,175 | d |
| Services performed on fuel cell systems and related infrastructure | | 22,002 | | - | 22,002 | |
| Power Purchase Agreements | | 22,869 | | (300) | 22,569 | d |
| Fuel delivered to customers | | 22,469 | | - | 22,469 | |
| Net revenue | | 174,632 | | (417) | 174,215 | |
| Cost of revenue: | | | | | | |
| Sales of fuel cell systems and related infrastructure | | 84,439 | | 766 | 85,205 | a,d |
| Services performed on fuel cell systems and related infrastructure | | 23,698 | | 8,573 | 32,271 | a, d |
| Provision for loss contracts related to service | | - | | 5,345 | 5,345 | c |
| Power Purchase Agreements | | 36,161 | | 5,200 | 41,361 | a, b |
| Fuel delivered to customers | | 27,712 | | 8,325 | 36,037 | a |
| Total cost of revenue | | 172,010 | | 28,209 | 200,219 | |
| Gross (loss) profit | | 2,622 | | (28,626) | (26,004) | |
| Operating expenses: | | | | | | |
| Research and development | | 33,907 | | (21,157) | 12,750 | a |
| Selling, general and administrative | | 38,198 | | (513) | 37,685 | d |
| Total operating expenses | | 72,105 | | (21,670) | 50,435 | |
| Operating loss | | (69,483) | | (6,956) | (76,439) | |
| Interest and other expense, net | | (22,135) | | (615) | (22,750) | b |
| Change in fair value of common stock warrant liability | | 4,286 | | - | 4,286 | |
| Loss before income taxes | $ | (87,332) | $ | (7,571) | $ (94,903) | |
| Income tax benefit | | 9,217 | | 78 | 9,295 | d |
| Net loss attributable to the Company | $ | (78,115) | $ | (7,493) | $ (85,608) | |
| Preferred stock dividends declared, deemed dividends and accretion of discount | | (52) | | - | (52) | |
| Net loss attributable to common stockholders | $ | (78,167) | $ | (7,493) | $ (85,660) | |
| Net loss per share: | | | | | | |
| Basic and diluted | $ | (0.36) | | | $ (0.39) | |
| Weighted average number of common stock outstanding | | 218,882,337 | | | 218,882,337 | |

**For the year ended December 31, 2018**

(a)  Research and development: The correction of this misstatement resulted in a net decrease of $21.2 million to research and development, and an increase of $614 thousand to the cost of sales of fuel cell systems and related infrastructure, an increase of $8.0 million to the cost of services performed on fuel cell systems and related infrastructure, an increase of $4.2 million to the cost of power purchase agreements and an increase in the cost of fuel delivered to customers of $8.3 million at December 31, 2018.

(b)  Right of use asset: The correction of this misstatement resulted in a net increase to cost of revenue for power purchase agreements of $937 thousand, and an increase to interest and other expense, net of $615 thousand.

(c)  Loss accrual provision: The correction of this misstatement resulted in a net increase to the provision for loss contracts related to service of $5.3 million for the period ended December 31, 2018.

(d)  Other adjustments: Immaterial adjustments for the period ended December 31, 2018 resulted in the following: a net decrease of $117 thousand to revenue from sales of fuel cell systems and related infrastructure. A net decrease to revenue from power purchase agreements of $300 thousand. A net increase of $152 thousand to the cost of revenue for sales of fuel cell systems and related infrastructure. A net increase to the cost of revenue for services performed on fuel cell systems and related infrastructure of $619 thousand. A net decrease to selling general and administrative expense of $513 thousand and an increase to the income tax benefit of $78 thousand.

Table of Contents

**Notes to Consolidated Financial Statements (Continued)**

The following tables present the effect of the Restatement Items, as well as other adjustments, on the Company's unaudited interim condensed consolidated statements of operations for the periods indicated (in thousands, except per share):

| | For the three months ended September 30, 2020 | | | For the nine months ended September 30, 2020 | | | Restatement References |
|---|---|---|---|---|---|---|---|
| | As Previously Reported | Restatement Adjustments | As Restated | As Previously Reported | Restatement Adjustments | As Restated | |
| Net revenue: | | | | | | | |
| Sales of fuel cell systems and related infrastructure | $ 83,528 | $ 134 | $ 83,662 | $ 151,661 | $ 215 | $ 151,876 | e |
| Services performed on fuel cell systems and related infrastructure | 6,829 | - | 6,829 | 19,586 | - | 19,586 | |
| Power Purchase Agreements | 6,704 | (75) | 6,629 | 19,854 | (225) | 19,629 | e |
| Fuel delivered to customers | 9,831 | - | 9,831 | 24,536 | - | 24,536 | |
| Other | 97 | - | 97 | 235 | - | 235 | |
| Net revenue | 106,989 | 59 | 107,048 | 215,872 | (10) | 215,862 | |
| Cost of revenue: | | | | | | | |
| Sales of fuel cell systems and related infrastructure | 68,509 | 919 | 69,428 | 115,929 | 1,361 | 117,290 | a,d,e |
| Services performed on fuel cell systems and related infrastructure | 7,074 | 2,106 | 9,180 | 21,746 | 5,554 | 27,300 | a,b,d |
| Provision for loss contracts related to service | 4,306 | 20,841 | 25,147 | 4,306 | 21,642 | 25,948 | b |
| Power Purchase Agreements | 14,087 | 657 | 14,744 | 42,034 | 1,985 | 44,019 | a,c,e |
| Fuel delivered to customers | 14,172 | 2,830 | 17,002 | 32,267 | 7,065 | 39,332 | a,d |
| Other | 131 | - | 131 | 275 | - | 275 | |
| Total cost of revenue | 108,279 | 27,353 | 135,632 | 216,557 | 37,607 | 254,164 | |
| | | | | | | | |
| Gross loss | (1,290) | (27,294) | (28,584) | (685) | (37,617) | (38,302) | |
| | | | | | | | |
| Operating expenses: | | | | | | | |
| Research and development | 11,964 | (4,578) | 7,386 | 32,133 | (15,100) | 17,033 | a,d |
| Selling, general and administrative | 14,277 | 2,933 | 17,210 | 46,948 | 3,015 | 49,963 | c,d |
| Change in fair value of contingent consideration | - | 1,130 | 1,130 | - | 1,130 | 1,130 | f |
| Total operating expenses | 26,241 | (515) | 25,726 | 79,081 | (10,955) | 68,126 | |
| | | | | | | | |
| Operating loss | (27,531) | (26,779) | (54,310) | (79,766) | (26,662) | (106,428) | |
| | | | | | | | |
| Interest and other expense, net | (17,241) | (310) | (17,551) | (42,022) | (837) | (42,859) | c |
| Change in fair value of contingent consideration | (1,130) | 1,130 | - | (1,130) | 1,130 | - | f |
| Gain on extinguishment of debt | - | - | - | 13,222 | - | 13,222 | |
| | | | | | | | |
| Loss before income taxes | $ (45,902) | $ (25,959) | $ (71,861) | $ (109,696) | $ (26,369) | $ (136,065) | |
| | | | | | | | |
| Income tax benefit | 6,523 | 121 | 6,644 | 24,182 | (167) | 24,015 | e |
| | | | | | | | |
| Net loss attributable to the Company | $ (39,379) | $ (25,838) | $ (65,217) | $ (85,514) | $ (26,536) | $ (112,050) | |
| | | | | | | | |
| Preferred stock dividends declared, deemed dividends and accretion of discount | - | - | - | (19) | (7) | (26) | e |
| | | | | | | | |
| Net loss attributable to common shareholders | $ (39,379) | $ (25,838) | $ (65,217) | $ (85,533) | $ (26,543) | $ (112,076) | |
| | | | | | | | |
| Net loss per share: | | | | | | | |
| Basic and diluted | $ (0.11) | | $ (0.18) | $ (0.26) | | $ (0.34) | |
| | | | | | | | |
| Weighted average number of common shares outstanding | 371,010,544 | | 371,010,544 | 330,949,265 | | 330,949,265 | |

**For the three months ended September 30, 2020**

(a) Research and development: The correction of this misstatement resulted in a net decrease of $5.5 million to research and development, and an increase of $232 thousand to the cost of sales of fuel cell systems and related infrastructure, an increase of $1.5 million to the cost of service performed on fuel cell systems and related infrastructure, an increase of $955 thousand to the cost of Power Purchase Agreements and an increase in the cost of fuel delivered to customers of $2.8 million for the three months ended September 30, 2020.

(b) Provision for loss contracts related to service: The correction of this misstatement resulted in a net increase of $20.8 million to the provision for loss contracts and a $315 thousand decrease in the cost of services performed on fuel cell systems and related infrastructure for the three months ended September 30, 2020.

F-35

Table of Contents

**Notes to Consolidated Financial Statements (Continued)**

(c) Right of use asset: The correction of this misstatement resulted in a net decrease of $280 thousand to the cost of Power Purchase Agreements and a net decrease of $56 thousand to selling, general and administrative expenses, and net increase in interest and other expense of $310 thousand for the three months ended September 30, 2020.

(d) Bonus Accrual: Adjustments related to the under accrual for bonus expenses resulted in an increase in cost of sales of fuel cell systems and related infrastructure of $584 thousand, increase in cost of services performed on fuel cell systems and related infrastructure of $930 thousand, increase in cost of fuel delivered to customers of $56 thousand, an increase in research and development expense of $872 thousand, and an increase in selling and general administration expenses of $2.9 million for the three months ended September 30, 2020.

(e) Other adjustments: Immaterial adjustments for the three months ended September 30, 2020 resulted in a net increase of $134 thousand to revenue from the sales of fuel cell and systems and related infrastructure, a net decrease of $75 thousand in revenue from Power Purchase Agreements and a net decrease of $18 thousand in cost of revenue related to Power Purchase Agreements, an increase of $103 thousand in the cost of revenue related to the sales of fuel cell systems and related infrastructure and an increase to the income tax benefit of $121 thousand.

(f) Contingent Consideration: The correction of this misstatement resulted in a reclassification of $1.1 million to operating expenses.

### For the nine months ended September 30, 2020

(a) Research and development: The correction of this misstatement resulted in a net decrease of $15.9 million to research and development, and an increase of $674 thousand to the cost of sales of fuel cell systems and related infrastructure, an increase of $5.5 million to the cost of service performed on fuel cell systems and related infrastructure, and increase of $2.8 million to the cost of Power Purchase Agreements and an increase in the cost of fuel delivered to customer of $7 million for the nine months ended September 30 2020.

(b) Provision for loss contracts related to service: The correction of this misstatement resulted in a net increase of $21.6 million to the provision for loss contracts and a $839 thousand decrease in the cost of services performed on fuel cell systems and related infrastructure for the nine months ended September 30, 2020.

(c) Right of use asset: The correction of this misstatement resulted in a net decrease of $788 thousand to the cost of Power Purchase Agreements and a net decrease of $138 thousand to selling, general and administrative expenses, and a net increase of $837 thousand in interest and other expenses for the nine months ended September 30, 2020.

(d) Bonus Accrual: Adjustments related to the under accrual for bonus expenses resulted in an increase in cost of sales of fuel cell systems and related infrastructure of $584 thousand, increase in cost of services performed on fuel cell systems and related infrastructure of $931 thousand, increase in cost of fuel delivered to customers of $56 thousand, an increase in research and development expense of $872 thousand, and an increase in selling and general administration expenses of $2.9 million for the nine months ended September 30, 2020.

(e) Other adjustments: Immaterial adjustments for the nine months ended September 30, 2020 resulted in a net increase of $215 thousand to revenue from the sales of fuel cell and systems and related infrastructure a net decrease of $225 thousand in revenue from power purchase agreements and a net decrease of $54 thousand in cost of revenue related to Power Purchase Agreements, an increase of $103 thousand in the cost of revenue related to the sales of fuel cell systems and related infrastructure, a decrease to the income tax benefit of $167 thousand and an increase in preferred stock dividends declared, deemed dividends and accretion of discount of $7 thousand.

(f) Contingent Consideration: The correction of this misstatement resulted in a reclassification of $1.1 million to operating expenses.

F-36

Table of Contents

**Notes to Consolidated Financial Statements (Continued)**

Warrant. Based upon the Company's projections of probable future cash collections from Amazon (i.e., a Type I share based payment modification), a reduction of revenue associated with 5,354,905 Amazon Warrant Shares was recognized at their previously measured November 2, 2020 fair value of $10.57 per warrant. A reduction of revenue associated with the remaining 12,730,490 Amazon Warrant Shares was recognized at their December 31, 2020 fair value of $26.95 each, based upon the Company's assessment that associated future cash collections from Amazon were not deemed probable (i.e., a Type III share based payment modification).

The $399.7 million reduction to revenue was recognized during the year ended December 31, 2020 because the Company concluded such amount was not recoverable from the margins expected from future purchases by Amazon under the Amazon Warrant, and no exclusivity or other rights were conferred to the Company in connection with the December 31, 2020 waiver. Additionally, for the year ended December 31, 2020, the Company recorded a reduction to the provision for warrants of $12.8 million in connection with the release of the service loss accrual.

At December 31, 2020 and December 31, 2019, 55,286,696 and 20,368,782 of the Amazon Warrant Shares had vested, respectively. The total amount of provision for common stock warrants recorded as a reduction of revenue for the Amazon Warrant during the years ended December 31, 2020, and 2019 and 2018 was $420.0 million, $4.1 million, and $9.8 million, respectively.

The exercise price for the first and second tranches of Amazon Warrant Shares is $1.1893 per share. The exercise price of the third tranche of Amazon Warrant Shares is $13.81 per share, which was determined pursuant to the terms of the Amazon Warrant as an amount equal to ninety percent (90%) of the 30-day volume weighted average share price of the Company's common stock as of November 2, 2020, the final vesting date of the second tranche of Amazon Warrant Shares. The Amazon Warrant is exercisable through April 4, 2027. The Amazon Warrant provides for net share settlement that, if elected by the holder, will reduce the number of shares issued upon exercise to reflect net settlement of the exercise price. The Amazon Warrant provides for certain adjustments that may be made to the exercise price and the number of shares of common stock issuable upon exercise due to customary anti-dilution provisions based on future events. The Amazon Warrant is classified as an equity instrument.

Fair value of the Amazon Warrant at December 31, 2020 and November 2, 2020 was based on the Black Scholes Option Pricing Model, which is based, in part, upon level 3 unobservable inputs for which there is little or no market data, requiring the Company to develop its own assumptions.

The Company used the following assumptions for its Amazon Warrant:

|  | December 31, 2020 | November 2, 2020 |
|---|---|---|
| Risk-free interest rate | 0.58% | 0.58% |
| Volatility | 75.00% | 75.00% |
| Expected average term | 6.26 | 6.42 |
| Exercise price | $13.81 | $13.81 |
| Stock price | $33.91 | $15.47 |

### Walmart Transaction Agreement

On July 20, 2017, the Company and Walmart entered into a Transaction Agreement (the "Walmart Transaction Agreement"), pursuant to which the Company agreed to issue to Walmart a warrant (the "Walmart Warrant") to acquire up to 55,286,696 shares of the Company's common stock, subject to certain vesting events (the "Walmart Warrant Shares"). The Company and Walmart entered into the Walmart Transaction Agreement in connection with existing commercial agreements between the Company and Walmart with respect to the deployment of the Company's GenKey fuel cell technology across various Walmart distribution centers. The existing commercial agreements contemplate, but do not guarantee, future purchase orders for the Company's fuel cell technology. The vesting of the warrant shares conditioned upon payments made by Walmart or its affiliates (directly or indirectly through third parties) pursuant to transactions entered into after January 1, 2017 under existing commercial agreements.