# Exhibit BB

S&P
Capital IQ



| Dates | Plug Power Inc. (NasdaqCM:PLUG) - Share Pricing |
|---|---|
| Mar-31-2017 | 1.38 |
| Apr-03-2017 | 1.32 |
| Apr-04-2017 | 1.30 |
| Apr-05-2017 | 2.25 |
| Apr-06-2017 | 2.14 |
| Apr-07-2017 | 2.03 |
| Apr-10-2017 | 2.45 |
| Apr-11-2017 | 2.64 |
| Apr-12-2017 | 2.32 |
| Apr-13-2017 | 2.24 |
| Apr-17-2017 | 2.29 |
| Apr-18-2017 | 2.25 |
| Apr-19-2017 | 2.22 |
| Apr-20-2017 | 2.22 |
| Apr-21-2017 | 2.12 |
| Apr-24-2017 | 2.17 |
| Apr-25-2017 | 2.31 |
| Apr-26-2017 | 2.34 |
| Apr-27-2017 | 2.33 |
| Apr-28-2017 | 2.24 |
| May-01-2017 | 2.30 |
| May-02-2017 | 2.27 |
| May-03-2017 | 2.21 |
| May-04-2017 | 2.14 |
| May-05-2017 | 2.29 |
| May-08-2017 | 2.26 |
| May-09-2017 | 2.09 |
| May-10-2017 | 2.15 |
| May-11-2017 | 2.06 |
| May-12-2017 | 2.07 |
| May-15-2017 | 2.07 |
| May-16-2017 | 2.04 |
| May-17-2017 | 1.76 |
| May-18-2017 | 1.94 |
| May-19-2017 | 1.90 |
| May-22-2017 | 1.94 |
| May-23-2017 | 1.91 |
| May-24-2017 | 1.87 |
| May-25-2017 | 1.88 |
| May-26-2017 | 1.90 |
| May-30-2017 | 1.85 |
| May-31-2017 | 1.86 |
| Jun-01-2017 | 1.86 |
| Jun-02-2017 | 1.93 |
| Jun-05-2017 | 1.85 |
| Jun-06-2017 | 1.86 |
| Jun-07-2017 | 2.07 |
| Jun-08-2017 | 2.14 |
| Jun-09-2017 | 2.04 |
| Jun-12-2017 | 2.14 |
| Jun-13-2017 | 2.11 |
| Jun-14-2017 | 2.08 |
| Jun-15-2017 | 2.05 |
| Jun-16-2017 | 2.23 |
| Jun-19-2017 | 2.25 |
| Jun-20-2017 | 2.19 |
| Jun-21-2017 | 2.15 |
| Jun-22-2017 | 2.21 |
| Jun-23-2017 | 2.25 |
| Jun-26-2017 | 2.18 |
| Jun-27-2017 | 2.15 |
| Jun-28-2017 | 2.13 |
| Jun-29-2017 | 2.06 |
| Jun-30-2017 | 2.04 |
| Jul-03-2017 | 2.05 |
| Jul-05-2017 | 2.01 |
| Jul-06-2017 | 2.07 |

| Date | Value |
|---|---|
| Jul-07-2017 | 2.03 |
| Jul-10-2017 | 2.03 |
| Jul-11-2017 | 2.03 |
| Jul-12-2017 | 2.06 |
| Jul-13-2017 | 2.09 |
| Jul-14-2017 | 2.08 |
| Jul-17-2017 | 2.08 |
| Jul-18-2017 | 2.07 |
| Jul-19-2017 | 2.13 |
| Jul-20-2017 | 2.12 |
| Jul-21-2017 | 2.44 |
| Jul-24-2017 | 2.37 |
| Jul-25-2017 | 2.32 |
| Jul-26-2017 | 2.33 |
| Jul-27-2017 | 2.25 |
| Jul-28-2017 | 2.30 |
| Jul-31-2017 | 2.26 |
| Aug-01-2017 | 2.31 |
| Aug-02-2017 | 2.24 |
| Aug-03-2017 | 2.25 |
| Aug-04-2017 | 2.25 |
| Aug-07-2017 | 2.38 |
| Aug-08-2017 | 2.17 |
| Aug-09-2017 | 2.14 |
| Aug-10-2017 | 2.00 |
| Aug-11-2017 | 2.06 |
| Aug-14-2017 | 2.13 |
| Aug-15-2017 | 2.09 |
| Aug-16-2017 | 2.08 |
| Aug-17-2017 | 2.04 |
| Aug-18-2017 | 2.12 |
| Aug-21-2017 | 2.11 |
| Aug-22-2017 | 2.16 |
| Aug-23-2017 | 2.13 |
| Aug-24-2017 | 2.17 |
| Aug-25-2017 | 2.16 |
| Aug-28-2017 | 2.17 |
| Aug-29-2017 | 2.16 |
| Aug-30-2017 | 2.13 |
| Aug-31-2017 | 2.14 |
| Sep-01-2017 | 2.19 |
| Sep-05-2017 | 2.11 |
| Sep-06-2017 | 2.14 |
| Sep-07-2017 | 2.17 |
| Sep-08-2017 | 2.13 |
| Sep-11-2017 | 2.17 |
| Sep-12-2017 | 2.17 |
| Sep-13-2017 | 2.35 |
| Sep-14-2017 | 2.23 |
| Sep-15-2017 | 2.25 |
| Sep-18-2017 | 2.47 |
| Sep-19-2017 | 2.41 |
| Sep-20-2017 | 2.74 |
| Sep-21-2017 | 2.47 |
| Sep-22-2017 | 2.57 |
| Sep-25-2017 | 2.60 |
| Sep-26-2017 | 2.60 |
| Sep-27-2017 | 2.65 |
| Sep-28-2017 | 2.62 |
| Sep-29-2017 | 2.61 |
| Oct-02-2017 | 2.75 |
| Oct-03-2017 | 2.79 |
| Oct-04-2017 | 2.77 |
| Oct-05-2017 | 2.85 |
| Oct-06-2017 | 2.97 |
| Oct-09-2017 | 2.87 |
| Oct-10-2017 | 2.91 |
| Oct-11-2017 | 2.79 |
| Oct-12-2017 | 2.87 |
| Oct-13-2017 | 2.80 |
| Oct-16-2017 | 2.77 |
| Oct-17-2017 | 2.67 |
| Oct-18-2017 | 2.55 |
| Oct-19-2017 | 2.53 |
| Oct-20-2017 | 2.70 |
| Oct-23-2017 | 2.66 |
| Oct-24-2017 | 2.71 |
| Oct-25-2017 | 2.67 |
| Oct-26-2017 | 2.69 |
| Oct-27-2017 | 2.75 |
| Oct-30-2017 | 2.73 |
| Oct-31-2017 | 2.85 |
| Nov-01-2017 | 2.82 |
| Nov-02-2017 | 2.89 |
| Nov-03-2017 | 2.87 |
| Nov-06-2017 | 3.15 |
| Nov-07-2017 | 3.06 |
| Nov-08-2017 | 2.58 |
| Nov-09-2017 | 2.51 |
| Nov-10-2017 | 2.55 |
| Nov-13-2017 | 2.42 |
| Nov-14-2017 | 2.28 |
| Nov-15-2017 | 2.25 |
| Nov-16-2017 | 2.31 |
| Nov-17-2017 | 2.32 |
| Nov-20-2017 | 2.38 |
| Nov-21-2017 | 2.47 |
| Nov-22-2017 | 2.39 |
| Nov-24-2017 | 2.39 |
| Nov-27-2017 | 2.33 |
| Nov-28-2017 | 2.35 |
| Nov-29-2017 | 2.29 |
| Nov-30-2017 | 2.37 |

| Date | Value |
|---|---|
| Dec-01-2017 | 2.51 |
| Dec-04-2017 | 2.36 |
| Dec-05-2017 | 2.33 |
| Dec-06-2017 | 2.34 |
| Dec-07-2017 | 2.38 |
| Dec-08-2017 | 2.41 |
| Dec-11-2017 | 2.43 |
| Dec-12-2017 | 2.38 |
| Dec-13-2017 | 2.39 |
| Dec-14-2017 | 2.32 |
| Dec-15-2017 | 2.36 |
| Dec-18-2017 | 2.38 |
| Dec-19-2017 | 2.42 |
| Dec-20-2017 | 2.41 |
| Dec-21-2017 | 2.46 |
| Dec-22-2017 | 2.42 |
| Dec-26-2017 | 2.40 |
| Dec-27-2017 | 2.41 |
| Dec-28-2017 | 2.43 |
| Dec-29-2017 | 2.36 |
| Jan-02-2018 | 2.42 |
| Jan-03-2018 | 2.42 |
| Jan-04-2018 | 2.40 |
| Jan-05-2018 | 2.36 |
| Jan-08-2018 | 2.33 |
| Jan-09-2018 | 2.32 |
| Jan-10-2018 | 2.34 |
| Jan-11-2018 | 2.40 |
| Jan-12-2018 | 2.35 |
| Jan-16-2018 | 2.28 |
| Jan-17-2018 | 2.31 |
| Jan-18-2018 | 2.27 |
| Jan-19-2018 | 2.27 |
| Jan-22-2018 | 2.25 |
| Jan-23-2018 | 2.21 |
| Jan-24-2018 | 2.21 |
| Jan-25-2018 | 2.12 |
| Jan-26-2018 | 2.08 |
| Jan-29-2018 | 2.00 |
| Jan-30-2018 | 1.93 |
| Jan-31-2018 | 1.93 |
| Feb-01-2018 | 1.92 |
| Feb-02-2018 | 1.94 |
| Feb-05-2018 | 1.80 |
| Feb-06-2018 | 1.84 |
| Feb-07-2018 | 1.98 |
| Feb-08-2018 | 1.72 |
| Feb-09-2018 | 1.70 |
| Feb-12-2018 | 1.75 |
| Feb-13-2018 | 1.78 |
| Feb-14-2018 | 1.78 |
| Feb-15-2018 | 1.83 |
| Feb-16-2018 | 1.85 |
| Feb-20-2018 | 1.77 |
| Feb-21-2018 | 1.99 |
| Feb-22-2018 | 1.88 |
| Feb-23-2018 | 1.96 |
| Feb-26-2018 | 1.96 |
| Feb-27-2018 | 1.90 |
| Feb-28-2018 | 1.86 |
| Mar-01-2018 | 1.81 |
| Mar-02-2018 | 1.89 |
| Mar-05-2018 | 1.89 |
| Mar-06-2018 | 1.88 |
| Mar-07-2018 | 1.83 |
| Mar-08-2018 | 1.89 |
| Mar-09-2018 | 1.94 |
| Mar-12-2018 | 2.08 |
| Mar-13-2018 | 1.97 |
| Mar-14-2018 | 1.94 |
| Mar-15-2018 | 1.96 |
| Mar-16-2018 | 2.04 |
| Mar-19-2018 | 1.98 |
| Mar-20-2018 | 1.96 |
| Mar-21-2018 | 1.96 |
| Mar-22-2018 | 1.91 |
| Mar-23-2018 | 1.89 |
| Mar-26-2018 | 1.95 |
| Mar-27-2018 | 1.89 |
| Mar-28-2018 | 1.91 |
| Mar-29-2018 | 1.89 |
| Apr-02-2018 | 1.77 |
| Apr-03-2018 | 1.78 |
| Apr-04-2018 | 1.83 |
| Apr-05-2018 | 1.83 |
| Apr-06-2018 | 1.80 |
| Apr-09-2018 | 1.83 |
| Apr-10-2018 | 1.85 |
| Apr-11-2018 | 1.86 |
| Apr-12-2018 | 1.87 |
| Apr-13-2018 | 1.88 |
| Apr-16-2018 | 1.88 |
| Apr-17-2018 | 1.96 |
| Apr-18-2018 | 1.95 |
| Apr-19-2018 | 1.95 |
| Apr-20-2018 | 1.92 |
| Apr-23-2018 | 1.90 |
| Apr-24-2018 | 1.86 |
| Apr-25-2018 | 1.84 |
| Apr-26-2018 | 1.86 |
| Apr-27-2018 | 1.82 |
| Apr-30-2018 | 1.83 |
| May-01-2018 | 1.86 |

| Date | Value |
|------|-------|
| May-02-2018 | 1.87 |
| May-03-2018 | 1.84 |
| May-04-2018 | 1.81 |
| May-07-2018 | 1.87 |
| May-08-2018 | 1.84 |
| May-09-2018 | 2.00 |
| May-10-2018 | 2.02 |
| May-11-2018 | 2.16 |
| May-14-2018 | 2.19 |
| May-15-2018 | 2.15 |
| May-16-2018 | 2.11 |
| May-17-2018 | 2.12 |
| May-18-2018 | 2.12 |
| May-21-2018 | 2.22 |
| May-22-2018 | 2.14 |
| May-23-2018 | 2.14 |
| May-24-2018 | 2.15 |
| May-25-2018 | 1.97 |
| May-29-2018 | 1.95 |
| May-30-2018 | 1.95 |
| May-31-2018 | 1.87 |
| Jun-01-2018 | 1.89 |
| Jun-04-2018 | 1.87 |
| Jun-05-2018 | 1.82 |
| Jun-06-2018 | 1.86 |
| Jun-07-2018 | 1.85 |
| Jun-08-2018 | 1.86 |
| Jun-11-2018 | 1.93 |
| Jun-12-2018 | 2.01 |
| Jun-13-2018 | 2.01 |
| Jun-14-2018 | 1.99 |
| Jun-15-2018 | 1.98 |
| Jun-18-2018 | 1.99 |
| Jun-19-2018 | 1.98 |
| Jun-20-2018 | 2.01 |
| Jun-21-2018 | 1.99 |
| Jun-22-2018 | 2.04 |
| Jun-25-2018 | 1.94 |
| Jun-26-2018 | 2.03 |
| Jun-27-2018 | 1.97 |
| Jun-28-2018 | 1.99 |
| Jun-29-2018 | 2.02 |
| Jul-02-2018 | 2.03 |
| Jul-03-2018 | 2.01 |
| Jul-05-2018 | 2.05 |
| Jul-06-2018 | 2.02 |
| Jul-09-2018 | 2.03 |
| Jul-10-2018 | 2.06 |
| Jul-11-2018 | 2.06 |
| Jul-12-2018 | 2.18 |
| Jul-13-2018 | 2.05 |
| Jul-16-2018 | 2.01 |
| Jul-17-2018 | 1.98 |
| Jul-18-2018 | 1.99 |
| Jul-19-2018 | 2.02 |
| Jul-20-2018 | 1.96 |
| Jul-23-2018 | 1.96 |
| Jul-24-2018 | 1.91 |
| Jul-25-2018 | 1.96 |
| Jul-26-2018 | 1.93 |
| Jul-27-2018 | 1.95 |
| Jul-30-2018 | 1.91 |
| Jul-31-2018 | 2.00 |
| Aug-01-2018 | 1.96 |
| Aug-02-2018 | 1.99 |
| Aug-03-2018 | 1.95 |
| Aug-06-2018 | 1.97 |
| Aug-07-2018 | 1.95 |
| Aug-08-2018 | 2.02 |
| Aug-09-2018 | 1.91 |
| Aug-10-2018 | 1.91 |
| Aug-13-2018 | 1.89 |
| Aug-14-2018 | 1.89 |
| Aug-15-2018 | 1.86 |
| Aug-16-2018 | 1.97 |
| Aug-17-2018 | 1.97 |
| Aug-20-2018 | 1.95 |
| Aug-21-2018 | 1.95 |
| Aug-22-2018 | 1.95 |
| Aug-23-2018 | 2.01 |
| Aug-24-2018 | 2.00 |
| Aug-27-2018 | 1.97 |
| Aug-28-2018 | 1.96 |
| Aug-29-2018 | 1.97 |
| Aug-30-2018 | 1.94 |
| Aug-31-2018 | 1.97 |
| Sep-04-2018 | 1.95 |
| Sep-05-2018 | 1.91 |
| Sep-06-2018 | 1.89 |
| Sep-07-2018 | 1.92 |
| Sep-10-2018 | 1.83 |
| Sep-11-2018 | 1.76 |
| Sep-12-2018 | 1.77 |
| Sep-13-2018 | 1.75 |
| Sep-14-2018 | 1.87 |
| Sep-17-2018 | 1.83 |
| Sep-18-2018 | 1.91 |
| Sep-19-2018 | 1.89 |
| Sep-20-2018 | 1.93 |
| Sep-21-2018 | 1.90 |
| Sep-24-2018 | 1.88 |
| Sep-25-2018 | 1.97 |
| Sep-26-2018 | 1.92 |

| Date | Value |
| --- | --- |
| Sep-27-2018 | 1.90 |
| Sep-28-2018 | 1.92 |
| Oct-01-2018 | 1.93 |
| Oct-02-2018 | 1.90 |
| Oct-03-2018 | 1.90 |
| Oct-04-2018 | 1.87 |
| Oct-05-2018 | 1.87 |
| Oct-08-2018 | 1.86 |
| Oct-09-2018 | 1.86 |
| Oct-10-2018 | 1.74 |
| Oct-11-2018 | 1.78 |
| Oct-12-2018 | 1.81 |
| Oct-15-2018 | 1.88 |
| Oct-16-2018 | 1.93 |
| Oct-17-2018 | 1.93 |
| Oct-18-2018 | 1.91 |
| Oct-19-2018 | 1.94 |
| Oct-22-2018 | 1.92 |
| Oct-23-2018 | 1.87 |
| Oct-24-2018 | 1.86 |
| Oct-25-2018 | 1.85 |
| Oct-26-2018 | 1.83 |
| Oct-29-2018 | 1.80 |
| Oct-30-2018 | 1.84 |
| Oct-31-2018 | 1.85 |
| Nov-01-2018 | 1.89 |
| Nov-02-2018 | 1.90 |
| Nov-05-2018 | 1.92 |
| Nov-06-2018 | 1.91 |
| Nov-07-2018 | 1.93 |
| Nov-08-2018 | 1.94 |
| Nov-09-2018 | 1.87 |
| Nov-12-2018 | 1.85 |
| Nov-13-2018 | 1.81 |
| Nov-14-2018 | 1.80 |
| Nov-15-2018 | 1.84 |
| Nov-16-2018 | 1.84 |
| Nov-19-2018 | 1.78 |
| Nov-20-2018 | 1.75 |
| Nov-21-2018 | 1.80 |
| Nov-23-2018 | 1.71 |
| Nov-26-2018 | 1.73 |
| Nov-27-2018 | 1.76 |
| Nov-28-2018 | 1.78 |
| Nov-29-2018 | 1.77 |
| Nov-30-2018 | 1.75 |
| Dec-03-2018 | 1.70 |
| Dec-04-2018 | 1.69 |
| Dec-06-2018 | 1.62 |
| Dec-07-2018 | 1.57 |
| Dec-10-2018 | 1.50 |
| Dec-11-2018 | 1.50 |
| Dec-12-2018 | 1.46 |
| Dec-13-2018 | 1.45 |
| Dec-14-2018 | 1.37 |
| Dec-17-2018 | 1.31 |
| Dec-18-2018 | 1.18 |
| Dec-19-2018 | 1.18 |
| Dec-20-2018 | 1.01 |
| Dec-21-2018 | 1.02 |
| Dec-24-2018 | 1.02 |
| Dec-26-2018 | 1.31 |
| Dec-27-2018 | 1.30 |
| Dec-28-2018 | 1.32 |
| Dec-31-2018 | 1.24 |
| Jan-01-2019 | 1.24 |
| Jan-02-2019 | 1.33 |
| Jan-03-2019 | 1.26 |
| Jan-04-2019 | 1.34 |
| Jan-07-2019 | 1.53 |
| Jan-08-2019 | 1.60 |
| Jan-09-2019 | 1.51 |
| Jan-10-2019 | 1.45 |
| Jan-11-2019 | 1.48 |
| Jan-14-2019 | 1.45 |
| Jan-15-2019 | 1.39 |
| Jan-16-2019 | 1.39 |
| Jan-17-2019 | 1.40 |
| Jan-18-2019 | 1.38 |
| Jan-21-2019 | 1.38 |
| Jan-22-2019 | 1.33 |
| Jan-23-2019 | 1.36 |
| Jan-24-2019 | 1.37 |
| Jan-25-2019 | 1.36 |
| Jan-28-2019 | 1.37 |
| Jan-29-2019 | 1.40 |
| Jan-30-2019 | 1.39 |
| Jan-31-2019 | 1.37 |
| Feb-01-2019 | 1.34 |
| Feb-04-2019 | 1.38 |
| Feb-05-2019 | 1.38 |
| Feb-06-2019 | 1.36 |
| Feb-07-2019 | 1.34 |
| Feb-08-2019 | 1.34 |
| Feb-11-2019 | 1.36 |
| Feb-12-2019 | 1.37 |
| Feb-13-2019 | 1.40 |
| Feb-14-2019 | 1.67 |
| Feb-15-2019 | 1.62 |
| Feb-18-2019 | 1.62 |
| Feb-19-2019 | 1.69 |
| Feb-20-2019 | 1.78 |
| Feb-21-2019 | 1.78 |

| Date | Value |
|------|-------|
| Feb-22-2019 | 1.80 |
| Feb-25-2019 | 1.75 |
| Feb-26-2019 | 1.77 |
| Feb-27-2019 | 1.79 |
| Feb-28-2019 | 1.79 |
| Mar-01-2019 | 1.80 |
| Mar-04-2019 | 1.86 |
| Mar-05-2019 | 1.87 |
| Mar-06-2019 | 1.81 |
| Mar-07-2019 | 1.97 |
| Mar-08-2019 | 1.95 |
| Mar-11-2019 | 2.11 |
| Mar-12-2019 | 2.20 |
| Mar-13-2019 | 2.38 |
| Mar-14-2019 | 2.59 |
| Mar-15-2019 | 2.20 |
| Mar-18-2019 | 2.40 |
| Mar-19-2019 | 2.53 |
| Mar-20-2019 | 2.62 |
| Mar-21-2019 | 2.54 |
| Mar-22-2019 | 2.48 |
| Mar-25-2019 | 2.36 |
| Mar-26-2019 | 2.40 |
| Mar-27-2019 | 2.36 |
| Mar-28-2019 | 2.42 |
| Mar-29-2019 | 2.40 |
| Apr-01-2019 | 2.35 |
| Apr-02-2019 | 2.45 |
| Apr-03-2019 | 2.45 |
| Apr-04-2019 | 2.55 |
| Apr-05-2019 | 2.63 |
| Apr-08-2019 | 2.77 |
| Apr-09-2019 | 2.59 |
| Apr-10-2019 | 2.67 |
| Apr-11-2019 | 2.67 |
| Apr-12-2019 | 2.59 |
| Apr-15-2019 | 2.51 |
| Apr-16-2019 | 2.59 |
| Apr-17-2019 | 2.56 |
| Apr-18-2019 | 2.57 |
| Apr-19-2019 | 2.57 |
| Apr-22-2019 | 2.50 |
| Apr-23-2019 | 2.53 |
| Apr-24-2019 | 2.58 |
| Apr-25-2019 | 2.53 |
| Apr-26-2019 | 2.52 |
| Apr-29-2019 | 2.53 |
| Apr-30-2019 | 2.49 |
| May-01-2019 | 2.51 |
| May-02-2019 | 2.46 |
| May-03-2019 | 2.57 |
| May-06-2019 | 2.51 |
| May-07-2019 | 2.47 |
| May-08-2019 | 2.42 |
| May-09-2019 | 2.31 |
| May-10-2019 | 2.35 |
| May-13-2019 | 2.23 |
| May-14-2019 | 2.28 |
| May-15-2019 | 2.33 |
| May-16-2019 | 2.42 |
| May-17-2019 | 2.55 |
| May-20-2019 | 2.57 |
| May-21-2019 | 2.51 |
| May-22-2019 | 2.53 |
| May-23-2019 | 2.50 |
| May-24-2019 | 2.50 |
| May-27-2019 | 2.50 |
| May-28-2019 | 2.67 |
| May-29-2019 | 2.59 |
| May-30-2019 | 2.62 |
| May-31-2019 | 2.56 |
| Jun-03-2019 | 2.59 |
| Jun-04-2019 | 2.58 |
| Jun-05-2019 | 2.54 |
| Jun-06-2019 | 2.56 |
| Jun-07-2019 | 2.55 |
| Jun-10-2019 | 2.66 |
| Jun-11-2019 | 2.62 |
| Jun-12-2019 | 2.60 |
| Jun-13-2019 | 2.65 |
| Jun-14-2019 | 2.55 |
| Jun-17-2019 | 2.40 |
| Jun-18-2019 | 2.31 |
| Jun-19-2019 | 2.29 |
| Jun-20-2019 | 2.31 |
| Jun-21-2019 | 2.30 |
| Jun-24-2019 | 2.09 |
| Jun-25-2019 | 2.05 |
| Jun-26-2019 | 2.14 |
| Jun-27-2019 | 2.22 |
| Jun-28-2019 | 2.25 |
| Jul-01-2019 | 2.24 |
| Jul-02-2019 | 2.30 |
| Jul-03-2019 | 2.28 |
| Jul-04-2019 | 2.28 |
| Jul-05-2019 | 2.35 |
| Jul-08-2019 | 2.32 |
| Jul-09-2019 | 2.30 |
| Jul-10-2019 | 2.30 |
| Jul-11-2019 | 2.29 |
| Jul-12-2019 | 2.29 |
| Jul-15-2019 | 2.33 |
| Jul-16-2019 | 2.31 |

| | |
|---|---|
| Jul-17-2019 | 2.33 |
| Jul-18-2019 | 2.31 |
| Jul-19-2019 | 2.31 |
| Jul-22-2019 | 2.28 |
| Jul-23-2019 | 2.25 |
| Jul-24-2019 | 2.29 |
| Jul-25-2019 | 2.27 |
| Jul-26-2019 | 2.25 |
| Jul-29-2019 | 2.25 |
| Jul-30-2019 | 2.24 |
| Jul-31-2019 | 2.21 |
| Aug-01-2019 | 2.15 |
| Aug-02-2019 | 2.15 |
| Aug-05-2019 | 2.13 |
| Aug-06-2019 | 2.15 |
| Aug-07-2019 | 2.10 |
| Aug-08-2019 | 2.10 |
| Aug-09-2019 | 2.09 |
| Aug-12-2019 | 2.05 |
| Aug-13-2019 | 2.11 |
| Aug-14-2019 | 2.01 |
| Aug-15-2019 | 2.01 |
| Aug-16-2019 | 2.09 |
| Aug-19-2019 | 2.23 |
| Aug-20-2019 | 2.21 |
| Aug-21-2019 | 2.20 |
| Aug-22-2019 | 2.18 |
| Aug-23-2019 | 2.11 |
| Aug-26-2019 | 2.15 |
| Aug-27-2019 | 2.13 |
| Aug-28-2019 | 2.14 |
| Aug-29-2019 | 2.17 |
| Aug-30-2019 | 2.17 |
| Sep-02-2019 | 2.17 |
| Sep-03-2019 | 2.14 |
| Sep-04-2019 | 2.15 |
| Sep-05-2019 | 2.17 |
| Sep-06-2019 | 2.26 |
| Sep-09-2019 | 2.33 |
| Sep-10-2019 | 2.45 |
| Sep-11-2019 | 2.50 |
| Sep-12-2019 | 2.55 |
| Sep-13-2019 | 2.65 |
| Sep-16-2019 | 2.76 |
| Sep-17-2019 | 2.72 |
| Sep-18-2019 | 2.82 |
| Sep-19-2019 | 2.81 |
| Sep-20-2019 | 2.80 |
| Sep-23-2019 | 2.80 |
| Sep-24-2019 | 2.72 |
| Sep-25-2019 | 2.70 |
| Sep-26-2019 | 2.65 |
| Sep-27-2019 | 2.59 |
| Sep-30-2019 | 2.63 |
| Oct-01-2019 | 2.51 |
| Oct-02-2019 | 2.41 |
| Oct-03-2019 | 2.38 |
| Oct-04-2019 | 2.45 |
| Oct-07-2019 | 2.54 |
| Oct-08-2019 | 2.63 |
| Oct-09-2019 | 2.66 |
| Oct-10-2019 | 2.69 |
| Oct-11-2019 | 2.68 |
| Oct-14-2019 | 2.75 |
| Oct-15-2019 | 2.78 |
| Oct-16-2019 | 2.80 |
| Oct-17-2019 | 2.94 |
| Oct-18-2019 | 3.04 |
| Oct-21-2019 | 2.92 |
| Oct-22-2019 | 2.90 |
| Oct-23-2019 | 2.97 |
| Oct-24-2019 | 3.05 |
| Oct-25-2019 | 2.98 |
| Oct-28-2019 | 2.92 |
| Oct-29-2019 | 2.75 |
| Oct-30-2019 | 2.64 |
| Oct-31-2019 | 2.65 |
| Nov-01-2019 | 2.78 |
| Nov-04-2019 | 2.79 |
| Nov-05-2019 | 2.77 |
| Nov-06-2019 | 2.85 |
| Nov-07-2019 | 2.66 |
| Nov-08-2019 | 2.73 |
| Nov-11-2019 | 2.94 |
| Nov-12-2019 | 3.07 |
| Nov-13-2019 | 3.38 |
| Nov-14-2019 | 3.42 |
| Nov-15-2019 | 3.49 |
| Nov-18-2019 | 3.75 |
| Nov-19-2019 | 3.39 |
| Nov-20-2019 | 3.48 |
| Nov-21-2019 | 3.37 |
| Nov-22-2019 | 3.38 |
| Nov-25-2019 | 3.70 |
| Nov-26-2019 | 3.90 |
| Nov-27-2019 | 4.00 |
| Nov-28-2019 | 4.00 |
| Nov-29-2019 | 3.90 |
| Dec-02-2019 | 3.80 |
| Dec-03-2019 | 3.38 |
| Dec-04-2019 | 3.30 |
| Dec-05-2019 | 3.09 |
| Dec-06-2019 | 3.15 |

| Date | Value |
|---|---|
| Dec-09-2019 | 3.00 |
| Dec-10-2019 | 3.07 |
| Dec-11-2019 | 3.22 |
| Dec-12-2019 | 3.14 |
| Dec-13-2019 | 3.09 |
| Dec-16-2019 | 3.17 |
| Dec-17-2019 | 3.07 |
| Dec-18-2019 | 2.90 |
| Dec-19-2019 | 2.93 |
| Dec-20-2019 | 2.94 |
| Dec-23-2019 | 2.96 |
| Dec-24-2019 | 3.11 |
| Dec-25-2019 | 3.11 |
| Dec-26-2019 | 3.15 |
| Dec-27-2019 | 3.08 |
| Dec-30-2019 | 3.08 |
| Dec-31-2019 | 3.16 |
| Jan-02-2020 | 3.24 |
| Jan-03-2020 | 3.23 |
| Jan-06-2020 | 3.82 |
| Jan-07-2020 | 3.81 |
| Jan-08-2020 | 4.08 |
| Jan-09-2020 | 4.05 |
| Jan-10-2020 | 4.14 |
| Jan-13-2020 | 4.10 |
| Jan-14-2020 | 4.04 |
| Jan-15-2020 | 4.20 |
| Jan-16-2020 | 4.19 |
| Jan-17-2020 | 4.17 |
| Jan-21-2020 | 4.32 |
| Jan-22-2020 | 4.05 |
| Jan-23-2020 | 3.93 |
| Jan-24-2020 | 3.90 |
| Jan-27-2020 | 3.81 |
| Jan-28-2020 | 4.08 |
| Jan-29-2020 | 4.04 |
| Jan-30-2020 | 3.99 |
| Jan-31-2020 | 3.87 |
| Feb-03-2020 | 3.85 |
| Feb-04-2020 | 4.09 |
| Feb-05-2020 | 4.13 |
| Feb-06-2020 | 4.25 |
| Feb-07-2020 | 4.25 |
| Feb-10-2020 | 4.38 |
| Feb-11-2020 | 4.41 |
| Feb-12-2020 | 4.48 |
| Feb-13-2020 | 4.46 |
| Feb-14-2020 | 4.42 |
| Feb-18-2020 | 4.85 |
| Feb-19-2020 | 5.72 |
| Feb-20-2020 | 5.51 |
| Feb-21-2020 | 5.57 |
| Feb-24-2020 | 5.20 |
| Feb-25-2020 | 4.83 |
| Feb-26-2020 | 4.75 |
| Feb-27-2020 | 4.04 |
| Feb-28-2020 | 4.34 |
| Mar-02-2020 | 4.36 |
| Mar-03-2020 | 4.51 |
| Mar-04-2020 | 4.76 |
| Mar-05-2020 | 4.54 |
| Mar-06-2020 | 4.33 |
| Mar-09-2020 | 3.93 |
| Mar-10-2020 | 4.14 |
| Mar-11-2020 | 3.78 |
| Mar-12-2020 | 3.27 |
| Mar-13-2020 | 3.38 |
| Mar-16-2020 | 2.76 |
| Mar-17-2020 | 3.28 |
| Mar-18-2020 | 2.83 |
| Mar-19-2020 | 3.12 |
| Mar-20-2020 | 3.32 |
| Mar-23-2020 | 3.42 |
| Mar-24-2020 | 3.73 |
| Mar-25-2020 | 3.84 |
| Mar-26-2020 | 3.81 |
| Mar-27-2020 | 3.72 |
| Mar-30-2020 | 3.58 |
| Mar-31-2020 | 3.54 |
| Apr-01-2020 | 3.31 |
| Apr-02-2020 | 3.40 |
| Apr-03-2020 | 3.35 |
| Apr-06-2020 | 3.69 |
| Apr-07-2020 | 3.65 |
| Apr-08-2020 | 3.82 |
| Apr-09-2020 | 3.82 |
| Apr-13-2020 | 4.12 |
| Apr-14-2020 | 4.27 |
| Apr-15-2020 | 4.18 |
| Apr-16-2020 | 4.49 |
| Apr-17-2020 | 4.52 |
| Apr-20-2020 | 4.42 |
| Apr-21-2020 | 4.22 |
| Apr-22-2020 | 4.33 |
| Apr-23-2020 | 4.30 |
| Apr-24-2020 | 4.40 |
| Apr-27-2020 | 4.50 |
| Apr-28-2020 | 4.44 |
| Apr-29-2020 | 4.42 |
| Apr-30-2020 | 4.19 |
| May-01-2020 | 3.92 |
| May-04-2020 | 4.09 |
| May-05-2020 | 4.17 |

| | |
|---|---|
| May-06-2020 | 4.17 |
| May-07-2020 | 4.37 |
| May-08-2020 | 4.55 |
| May-11-2020 | 4.31 |
| May-12-2020 | 4.28 |
| May-13-2020 | 4.11 |
| May-14-2020 | 4.06 |
| May-15-2020 | 4.08 |
| May-18-2020 | 4.17 |
| May-19-2020 | 4.17 |
| May-20-2020 | 4.22 |
| May-21-2020 | 4.17 |
| May-22-2020 | 4.11 |
| May-26-2020 | 4.22 |
| May-27-2020 | 4.33 |
| May-28-2020 | 4.25 |
| May-29-2020 | 4.21 |
| Jun-01-2020 | 4.28 |
| Jun-02-2020 | 4.15 |
| Jun-03-2020 | 4.17 |
| Jun-04-2020 | 5.00 |
| Jun-05-2020 | 4.88 |
| Jun-08-2020 | 5.28 |
| Jun-09-2020 | 5.10 |
| Jun-10-2020 | 5.66 |
| Jun-11-2020 | 4.75 |
| Jun-12-2020 | 5.06 |
| Jun-15-2020 | 5.21 |
| Jun-16-2020 | 5.45 |
| Jun-17-2020 | 5.29 |
| Jun-18-2020 | 5.39 |
| Jun-19-2020 | 5.48 |
| Jun-22-2020 | 5.57 |
| Jun-23-2020 | 6.43 |
| Jun-24-2020 | 7.57 |
| Jun-25-2020 | 7.35 |
| Jun-26-2020 | 6.83 |
| Jun-29-2020 | 7.99 |
| Jun-30-2020 | 8.21 |
| Jul-01-2020 | 8.87 |
| Jul-02-2020 | 9.10 |
| Jul-06-2020 | 9.98 |
| Jul-07-2020 | 9.34 |
| Jul-08-2020 | 9.50 |
| Jul-09-2020 | 8.95 |
| Jul-10-2020 | 9.30 |
| Jul-13-2020 | 8.31 |
| Jul-14-2020 | 8.65 |
| Jul-15-2020 | 9.04 |
| Jul-16-2020 | 9.06 |
| Jul-17-2020 | 9.00 |
| Jul-20-2020 | 8.60 |
| Jul-21-2020 | 9.08 |
| Jul-22-2020 | 8.95 |
| Jul-23-2020 | 8.53 |
| Jul-24-2020 | 8.52 |
| Jul-27-2020 | 8.35 |
| Jul-28-2020 | 8.06 |
| Jul-29-2020 | 8.19 |
| Jul-30-2020 | 7.97 |
| Jul-31-2020 | 7.71 |
| Aug-03-2020 | 9.16 |
| Aug-04-2020 | 9.13 |
| Aug-05-2020 | 9.33 |
| Aug-06-2020 | 10.73 |
| Aug-07-2020 | 11.28 |
| Aug-10-2020 | 12.04 |
| Aug-11-2020 | 11.31 |
| Aug-12-2020 | 10.63 |
| Aug-13-2020 | 11.36 |
| Aug-14-2020 | 11.40 |
| Aug-17-2020 | 12.20 |
| Aug-18-2020 | 12.77 |
| Aug-19-2020 | 13.65 |
| Aug-20-2020 | 13.67 |
| Aug-21-2020 | 12.93 |
| Aug-24-2020 | 12.34 |
| Aug-25-2020 | 12.85 |
| Aug-26-2020 | 13.05 |
| Aug-27-2020 | 12.99 |
| Aug-28-2020 | 13.07 |
| Aug-31-2020 | 12.98 |
| Sep-01-2020 | 14.13 |
| Sep-02-2020 | 13.14 |
| Sep-03-2020 | 11.55 |
| Sep-04-2020 | 11.76 |
| Sep-08-2020 | 11.73 |
| Sep-09-2020 | 12.13 |
| Sep-10-2020 | 12.12 |
| Sep-11-2020 | 11.71 |
| Sep-14-2020 | 12.24 |
| Sep-15-2020 | 12.53 |
| Sep-16-2020 | 12.94 |
| Sep-17-2020 | 12.84 |
| Sep-18-2020 | 13.56 |
| Sep-21-2020 | 13.36 |
| Sep-22-2020 | 12.93 |
| Sep-23-2020 | 12.08 |
| Sep-24-2020 | 11.24 |
| Sep-25-2020 | 11.65 |
| Sep-28-2020 | 13.20 |
| Sep-29-2020 | 13.16 |
| Sep-30-2020 | 13.41 |

| | |
|---|---|
| Oct-01-2020 | 14.00 |
| Oct-02-2020 | 14.14 |
| Oct-05-2020 | 15.74 |
| Oct-06-2020 | 16.23 |
| Oct-07-2020 | 18.23 |
| Oct-08-2020 | 17.88 |
| Oct-09-2020 | 18.43 |
| Oct-12-2020 | 17.64 |
| Oct-13-2020 | 17.10 |
| Oct-14-2020 | 17.30 |
| Oct-15-2020 | 17.03 |
| Oct-16-2020 | 16.27 |
| Oct-19-2020 | 16.39 |
| Oct-20-2020 | 16.29 |
| Oct-21-2020 | 14.86 |
| Oct-22-2020 | 14.96 |
| Oct-23-2020 | 15.03 |
| Oct-26-2020 | 14.46 |
| Oct-27-2020 | 14.79 |
| Oct-28-2020 | 14.80 |
| Oct-29-2020 | 14.81 |
| Oct-30-2020 | 14.00 |
| Nov-02-2020 | 15.47 |
| Nov-03-2020 | 16.95 |
| Nov-04-2020 | 16.61 |
| Nov-05-2020 | 18.84 |
| Nov-06-2020 | 18.86 |
| Nov-09-2020 | 20.31 |
| Nov-10-2020 | 20.01 |
| Nov-11-2020 | 23.00 |
| Nov-12-2020 | 23.45 |
| Nov-13-2020 | 23.43 |
| Nov-16-2020 | 25.00 |
| Nov-17-2020 | 22.98 |
| Nov-18-2020 | 23.22 |
| Nov-19-2020 | 23.79 |
| Nov-20-2020 | 24.36 |
| Nov-23-2020 | 26.87 |
| Nov-24-2020 | 26.72 |
| Nov-25-2020 | 26.16 |
| Nov-27-2020 | 26.24 |
| Nov-30-2020 | 26.39 |
| Dec-01-2020 | 24.47 |
| Dec-02-2020 | 24.07 |
| Dec-03-2020 | 23.85 |
| Dec-04-2020 | 24.85 |
| Dec-07-2020 | 24.75 |
| Dec-08-2020 | 28.74 |
| Dec-09-2020 | 26.74 |
| Dec-10-2020 | 27.19 |
| Dec-11-2020 | 26.77 |
| Dec-14-2020 | 25.70 |
| Dec-15-2020 | 28.47 |
| Dec-16-2020 | 28.46 |
| Dec-17-2020 | 30.57 |
| Dec-18-2020 | 31.63 |
| Dec-21-2020 | 32.37 |
| Dec-22-2020 | 35.69 |
| Dec-23-2020 | 36.14 |
| Dec-24-2020 | 35.58 |
| Dec-28-2020 | 33.57 |
| Dec-29-2020 | 32.46 |
| Dec-30-2020 | 34.19 |
| Dec-31-2020 | 33.91 |
| Jan-04-2021 | 32.17 |
| Jan-05-2021 | 32.55 |
| Jan-06-2021 | 35.00 |
| Jan-07-2021 | 47.29 |
| Jan-08-2021 | 53.78 |
| Jan-11-2021 | 53.97 |
| Jan-12-2021 | 66.02 |
| Jan-13-2021 | 69.50 |
| Jan-14-2021 | 66.54 |
| Jan-15-2021 | 60.14 |
| Jan-19-2021 | 66.47 |
| Jan-20-2021 | 62.50 |
| Jan-21-2021 | 63.69 |
| Jan-22-2021 | 66.87 |
| Jan-25-2021 | 65.72 |
| Jan-26-2021 | 73.18 |
| Jan-27-2021 | 64.42 |
| Jan-28-2021 | 65.28 |
| Jan-29-2021 | 63.17 |
| Feb-01-2021 | 63.85 |
| Feb-02-2021 | 64.25 |
| Feb-03-2021 | 67.38 |
| Feb-04-2021 | 67.67 |
| Feb-05-2021 | 65.77 |
| Feb-08-2021 | 66.19 |
| Feb-09-2021 | 67.48 |
| Feb-10-2021 | 64.33 |
| Feb-11-2021 | 63.99 |
| Feb-12-2021 | 63.19 |
| Feb-16-2021 | 59.00 |
| Feb-17-2021 | 56.23 |
| Feb-18-2021 | 50.23 |
| Feb-19-2021 | 55.89 |
| Feb-22-2021 | 48.60 |
| Feb-23-2021 | 46.58 |
| Feb-24-2021 | 50.16 |
| Feb-25-2021 | 43.34 |
| Feb-26-2021 | 48.38 |
| Mar-01-2021 | 52.46 |

| | |
|---|---|
| Mar-02-2021 | 48.78 |
| Mar-03-2021 | 43.81 |
| Mar-04-2021 | 40.02 |
| Mar-05-2021 | 39.30 |
| Mar-08-2021 | 38.11 |
| Mar-09-2021 | 42.32 |
| Mar-10-2021 | 42.83 |
| Mar-11-2021 | 48.16 |
| Mar-12-2021 | 47.25 |
| Mar-15-2021 | 46.46 |
| Mar-16-2021 | 42.68 |


**ns**

Historical Equity Pricing Data supplied by Interactive Data Pricing and Reference Data LLC



Interest Rate Swap data provided by Tullett Prebon Information

Estimates data provided by



Estimates data provided by



Estimates data provided by



Estimates data provided by



Commodities Pricing provided by



Economic Time Series Data Provided By:



MSF Short Interest data provided by



Barclays Capital Indices data supplied by

BARCLAYS
CAPITAL

Financial data provided by

OFFICE *of*



Fixed income security data provided by



S&P Credit Ratings and Research provided by





Financial data provided by



Financial data provided by



BBSW provided by



Net House Trades Data supplied by