# Exhibit CC

| Ticker: PLUG US Equity | Periodicity: Annuals | Currency: USD | Note: Years shown on the report are Fiscal Years | Company: Plug Power Inc |
|---|---|---|---|---|

Filing: Most Recent

## Enterprise Value

| | Original:2015 A | Original:2016 A | Restated:2017 A | Restated:2018 A | Restated:2019 A | Restated:2020 A | Original:2021 A | Current | Estimate:2022 A | Estimate:2023 A |
|---|---|---|---|---|---|---|---|---|---|---|
| For the period ending | 2015-12-31 | 2016-12-31 | 2017-12-31 | 2018-12-31 | 2019-12-31 | 2020-12-31 | 2021-12-31 | 2023-1-12 | 2022-12-31 | 2023-12-31 |
| Market Capitalization | 379.98 | 229.37 | 539.23 | 271.76 | 958.68 | 15,532.52 | 16,307.20 | 9,786.97 | | |
| - Cash & Equivalents | 63.96 | 46.01 | 24.83 | 38.60 | 139.50 | 1,312.40 | 3,721.53 | 2,567.19 | | |
| + Preferred Equity | 16.66 | 16.66 | 16.66 | 51.66 | 51.66 | 0.00 | 0.00 | 0.00 | | |
| + Minority Interest | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| + Total Debt | 14.81 | 65.38 | 66.64 | 162.09 | 285.20 | 380.38 | 556.47 | 592.01 | | |
| Enterprise Value | 347.50 | 265.40 | 597.70 | 446.90 | 1,156.05 | 14,600.50 | 13,142.13 | 7,811.78 | | |
| | | | | | | | | | | |
| Total Capital | 140.70 | 160.09 | 140.99 | 196.44 | 416.26 | 1,847.30 | 5,162.16 | 4,815.59 | | |
| Total Debt/Total Capital | 10.53 | 40.84 | 47.26 | 82.51 | 68.52 | 20.59 | 10.78 | 12.29 | | |
| Total Debt/EV | 0.04 | 0.25 | 0.11 | 0.36 | 0.25 | 0.03 | 0.04 | 0.08 | | |
| | | | | | | | | | | |
| EV/Sales | 3.36 | 3.09 | 5.97 | 2.57 | 5.03 | | | 26.16 | 12.16 | 9.46 | 5.67 |
| EV/EBIT | | | | | | | | | | -14.42 | -24.14 |
| | | | | | | | | | | |
| Diluted Market Cap | 371.50 | 216.74 | 510.57 | 271.41 | 749.40 | 12,030.93 | 15,757.48 | 9,705.35 | | |
| Diluted Enterprise Value | 339.01 | 252.78 | 569.05 | 446.56 | 946.77 | 11,098.90 | 12,592.41 | 7,730.17 | | |
| EV per Share | 1.93 | 1.39 | 2.62 | 2.04 | 3.81 | 31.88 | 22.75 | 17.61 | | |
| | | | | | | | | | | |
| Reference Items Trailing 12 Month Values for Ratios | | | | | | | | | | |
| IFRS 16/ASC 842 Adoption | No | No | No | Yes | Yes | Yes | Yes | Yes | | |
| Sales | 103.29 | 85.93 | 100.15 | 174.22 | 229.98 | -93.24 | 502.34 | 642.60 | 825.92 | 1,377.67 |
| EBITDA | -56.02 | -46.28 | -92.01 | -63.91 | -4.38 | -546.33 | -375.36 | -529.25 | -349.63 | -106.66 |
| EBIT | -59.00 | -51.52 | -101.79 | -76.44 | -47.61 | -584.20 | -437.32 | -646.56 | -541.63 | -323.54 |

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.