# Exhibit DD

**ANDREW MARSH TRADING VOLUME IN PLUG STOCK**

**November 9, 2020 – March 16, 2021 Class Period**

| Date of Transaction | Type of Transaction | Number of Shares Sold |
|---|---|---|
| 1/19/2021 | Exercise and sale of vested stock options pursuant to a pre-established 10b5-1 plan.[1] | 573,268[2] |
| | Total Number of Shares Sold: | 573,268 |

**July 4, 2020 – November 8, 2020[3]**

| Date of Transaction | Type of Transaction | Number of Shares Sold |
|---|---|---|
| 7/6/2020 | Exercise and sale of vested stock options pursuant to a pre-established 10b5-1 plan.[4] | 1,166,667[5] |
| 8/19/2020 | Exercise and sale of vested stock options pursuant to a pre-established 10b5-1 plan.[6] | 216,666[7] |
| 8/28/2020 | Exercise and sale of vested stock options pursuant to a pre-established 10b5-1 plan. [8] | 166,666[9] |
| 8/31/2020 | Sale of stock pursuant to a pre-established 10b5-1 plan. [10] | 104,412[11] |
| | Total Number of Shares Sold: | 1,654,411 |

## ANDREW MARSH NET PROCEEDS OF TRADES IN PLUG STOCK[12]

**November 9, 2020 – March 16, 2021[13]**

| Date | # of Shares Sold | Sale Price/Share | Gross Proceeds | # of Options Exercised | Exercise Price | Cost of Exercise |
|---|---|---|---|---|---|---|
| 1/19/2021 | 13,482 | $62.6504 | $844,652.69 | | | |
| 1/19/2021 | 49,918 | $63.966 | $3,193,054.79 | | | |
| 1/19/2021 | 156,051 | $64.8196 | $10,115,163.40 | | | |
| 1/19/2021 | 114,120 | $65.6612 | $7,493,256.14 | | | |
| 1/19/2021 | 132,753 | $66.5801 | $8,838,708.02 | | | |
| 1/19/2021 | 101,766 | $67.727 | $6,892,305.88 | | | |
| 1/19/2021 | 5,178 | $68.3109 | $353,713.84 | | | |
| **TOTAL GROSS** | | | **$37,730,854.76** | | | |
| 1/19/2021 | | | | 106,600 | $6.1000 | $650,260.00 |
| 1/19/2021 | | | | 466,688 | $2.1400 | $998,712.32 |
| **TOTAL COST** | | | | | | **$1,648,972.32** |
| **TOTAL NET** | | | | | | **$37,730,854.76** <br> **-$1,648,972.32** <br> **=$36,081,882.44** |

---

[1] A. Marsh Form 4, Jan. 21, 2021, at FN 1.

[2] A. Marsh Form 4, Jan. 21, 2021, at Table I.

[3] This chart excludes sales-to-cover of vested Restricted Stock Units sold to cover tax-withholding requirements.

[4] A. Marsh Form 4, July 8, 2020, at FN 1.

[5] A. Marsh Form 4, July 8, 2020, at Table I.

[6] A. Marsh Form 4, Aug. 21, 2020, at FN 1.

[7] A. Marsh Form 4, Aug. 21, 2020, at Table I.

[8] A. Marsh Form 4, Sept. 1, 2020 at FN 3.

[9] A. Marsh Form 4, Sept. 1, 2020, at Table I.

[10] A. Marsh Form 4, Sept. 1, 2020 at FN 3.

[11] A. Marsh Form 4, Sept. 1, 2020, at Table I.

[12] All numbers in this chart are taken from A. Marsh Form 4, Jan. 21, 2021, at Table I.

[13] This chart excludes sales-to-cover of vested Restricted Stock Units sold to cover tax-withholding requirements.

## FORM 4

e  Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
#### Washington, D.C. 20549

### STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number:          3235-0287
Expires:          December 31, 2014
Estimated average burden hours per response...          0.5

(Print or Type Responses)

| 1. Name and Address of Reporting Person * <br> Marsh Andrew <br><br> (Last)        (First)        (Middle) <br> C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD <br> (Street) <br> LATHAM, NY 12110 <br> (City)        (State)        (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> PLUG POWER INC [PLUG] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 07/06/2020 <br><br> 4. If Amendment, Date Original Filed(Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> _X_ Director     ___ 10% Owner <br> _X_ Officer (give title below)   ___ Other (specify below) <br> President and CEO <br><br> 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Plug Power Common Stock | 07/06/2020 | | M | | 1,000,000 | A | $ 5.39 | 1,104,412 | D | |
| Plug Power Common Stock | 07/06/2020 | | M | | 166,667 | A | $ 1.96 | 1,271,079 | D | |
| Plug Power Common Stock | 07/06/2020 | | S[(1)] | | 1,166,667 | D | $ 10.0101 [(2)] | 104,412 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $ 5.39 | 07/06/2020 | | M | | | 1,000,000 | [(3)] | 07/24/2024 | Common Stock | 1,000,000 | $ 0 | 0 | D | |
| Stock Option (Right to Buy) | $ 1.96 | 07/06/2020 | | M | | | 166,667 | [(4)] | 08/28/2028 | Common Stock | 166,667 | $ 0 | 333,333 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Marsh Andrew <br> C/O PLUG POWER INC. <br> 968 ALBANY SHAKER ROAD <br> LATHAM, NY 12110 | X | | President and CEO | |

## Signatures

/s/ Gerard L. Conway Jr., Attorney-in-Fact
_____
** Signature of Reporting Person

07/08/2020
_____
Date

# Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*   Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)**   Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of March 17, 2020.

**(2)**   The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $10.00 to $10.08, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)**   The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

**(4)**   166,667 options vested on August 28, 2019, 166,667 options vest on August 28, 2020 and 166,666 options vest on August 28, 2021.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

## FORM 4

ᵉ   Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * <br> Marsh Andrew <br><br> (Last)  (First)  (Middle) <br> C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD <br><br> (Street) <br><br> LATHAM, NY 12110 <br><br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> PLUG POWER INC [PLUG] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 08/19/2020 <br><br> 4. If Amendment, Date Original Filed(Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer <br> (Check all applicable) <br> _X_ Director   ___ 10% Owner <br> _X_ Officer (give title below)  ___ Other (specify below) <br> President & CEO <br><br> 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Plug Power Common Stock | 08/19/2020 | | M | | 108,333 | A | $ 2.23 | 212,745 | D | |
| Plug Power Common Stock | 08/19/2020 | | M | | 108,333 | A | $ 2.62 | 321,078 | D | |
| Plug Power Common Stock | 08/19/2020 | | S[(1)] | | 180,290 | D | $ 13.6872 [(2)] | 140,788 | D | |
| Plug Power Common Stock | 08/19/2020 | | S[(1)] | | 36,376 | D | $ 14.1218 [(3)] | 104,412 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $ 2.23 | 08/19/2020 | | M | | | 108,333 | [(4)] | | 08/19/2029 | Common Stock | 108,333 | $ 0 | 216,667 | D | |
| Stock Option (Right to Buy) | $ 2.62 | 08/19/2020 | | M | | | 108,333 | [(4)] | | 08/19/2029 | Common Stock | 108,333 | $ 0 | 216,667 | D | |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Marsh Andrew <br> C/O PLUG POWER INC. <br> 968 ALBANY SHAKER ROAD <br> LATHAM, NY 12110 | X | | President & CEO | |

## Signatures

| | |
|---|---|
| /s/ Gerard L. Conway Jr., Attorney-in-Fact | 08/21/2020 |
| ** Signature of Reporting Person | Date |

## Explanation of Responses:

\*  If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*  Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1)  Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of March 17, 2020.

(2)  The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $13.02 to $14.01, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(3)  The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $14.02 to $14.31, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(4)  108,333 options vested on August 19, 2020, 108,333 options vest on August 19, 2021, and 108,334 options vest on August 19, 2022.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# FORM 4

℮  Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person *<br>Marsh Andrew | 2. Issuer Name **and** Ticker or Trading Symbol<br>PLUG POWER INC [PLUG] | 5. Relationship of Reporting Person(s) to Issuer<br>(Check all applicable) |
|---|---|---|
| (Last)        (First)        (Middle)<br>C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD | 3. Date of Earliest Transaction (Month/Day/Year)<br>08/19/2020 | _X_ Director                     10% Owner<br>_X_ Officer (give title below)        Other (specify below)<br>President & CEO |
| (Street)<br>LATHAM, NY 12110 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line)<br>_X_ Form filed by One Reporting Person<br>___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Plug Power Common Stock | 08/19/2020 | | M | | 216,667 | A | (1) | 321,079 | D | |
| Plug Power Common Stock | 08/19/2020 | | F(2) | | 104,369 | D | $ 13.65 | 216,710 | D | |
| Plug Power Common Stock | 08/28/2020 | | M | | 166,666 | A | (1) | 383,376 | D | |
| Plug Power Common Stock | 08/28/2020 | | F(2) | | 80,284 | D | $ 13.07 | 303,092 | D | |
| Plug Power Common Stock | 08/28/2020 | | M | | 166,666 | A | $ 1.96 | 469,758 | D | |
| Plug Power Common Stock | 08/28/2020 | | S(3) | | 166,666 | D | $ 12.9512 (4) | 303,092 | D | |
| Plug Power Common Stock | 08/31/2020 | | S(3) | | 104,412 | D | $ 12.9765 (5) | 198,680 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(*e.g.*, puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Unit | (1) | 08/19/2020 | | M | | | 216,667 | (6) | (6) | Common Stock | 216,667 | $ 0 | 433,333 | D | |
| Restricted Stock Unit | (1) | 08/28/2020 | | M | | | 166,666 | (7) | (7) | Common Stock | 166,666 | $ 0 | 166,667 | D | |
| Stock Option (Right to Buy) | $ 1.96 | 08/28/2020 | | M | | | 166,666 | (8) | 08/28/2028 | Common Stock | 166,666 | $ 0 | 166,667 | D | |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Marsh Andrew<br>C/O PLUG POWER INC.<br>968 ALBANY SHAKER ROAD<br>LATHAM, NY 12110 | X | | President & CEO | |

## Signatures

| | |
|---|---|
| /s/ Gerard L. Conway, Jr., Attorney-in-Fact | 09/01/2020 |
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\* If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

(1) Each restricted stock unit is the equivalent of one share of Plug Power Inc. common stock.

(2) Tendered to Issuer to satisfy tax withholding obligations of the Reporting Person incurred in connection with the vesting of the Reporting Person's restricted stock unit awards.

(3) Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of March 17, 2020.

(4) The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $12.71 to $13.12, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(5) The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $12.77 to $13.29, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

(6) On August 19, 2019, the Reporting Person was granted 650,000 restricted stock units, vesting in three substantially equal annual installments beginning on the first anniversary of the grant date.

(7) On August 28, 2018, the Reporting Person was granted 500,000 restricted stock units, vesting in three substantially equal annual installments beginning on the first anniversary of the grant date.

(8) On August 28, 2018, the Reporting Person was granted 500,000 stock options, vesting in three substantially equal annual installments beginning on the first anniversary of the grant date.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

## FORM 4

e  Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * Marsh Andrew | 2. Issuer Name **and** Ticker or Trading Symbol PLUG POWER INC [PLUG] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)      (First)      (Middle) C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD | 3. Date of Earliest Transaction (Month/Day/Year) 01/19/2021 | _X_ Director               ___ 10% Owner<br>_X_ Officer (give title below)   ___ Other (specify below)<br>President & CEO |
| (Street) LATHAM, NY 12110 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)      (State)      (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/19/2021 | | M | | 106,600 | A | $ 6.1 | 855,280 | D | |
| Common Stock | 01/19/2021 | | M | | 466,668 | A | $ 2.14 | 1,321,948 | D | |
| Common Stock | 01/19/2021 | | S[(1)] | | 13,482 | D | $ 62.6504 [(2)] | 1,308,466 | D | |
| Common Stock | 01/19/2021 | | S[(1)] | | 49,918 | D | $ 63.966 [(3)] | 1,258,548 | D | |
| Common Stock | 01/19/2021 | | S[(1)] | | 156,051 | D | $ 64.8196 [(4)] | 1,102,497 | D | |
| Common Stock | 01/19/2021 | | S[(1)] | | 114,120 | D | $ 65.6612 [(5)] | 988,377 | D | |
| Common Stock | 01/19/2021 | | S[(1)] | | 132,753 | D | $ 66.5801 [(6)] | 855,624 | D | |
| Common Stock | 01/19/2021 | | S[(1)] | | 101,766 | D | $ 67.727 [(7)] | 753,858 | D | |
| Common Stock | 01/19/2021 | | S[(1)] | | 5,178 | D | $ 68.3109 [(8)] | 748,680 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Option (Right to Buy) | $ 6.1 [(9)] | 01/19/2021 | | M | | | 106,600 [(9)] | [(10)] | 04/13/2021 | Common Stock | 106,600 [(9)] | $ 0 | 0 | D | |
| Stock Option (Right to Buy) | $ 2.14 | 01/19/2021 | | M | | | 466,668 | [(10)] | 08/31/2027 | Common Stock | 466,668 | $ 0 | 0 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| Marsh Andrew<br>C/O PLUG POWER INC.<br>968 ALBANY SHAKER ROAD<br>LATHAM, NY 12110 | X | | President & CEO | |

## Signatures

| | |
|---|---|
| /s/ Gerard L. Conway, Jr., Attorney-in-Fact | 01/21/2021 |
| [**]Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)**    Shares sold pursuant to a pre-established 10b5-1 trading plan.

**(2)**    The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $62.25 to $63.23, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)**    The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $63.26 to $64.25, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(4)**    The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $64.26 to $65.25, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(5)**    The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $65.26 to $66.25, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(6)**    The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $66.26 to $67.25, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(7)**    The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $67.26 to $68.2504, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(8)**    The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $68.26 to $68.43, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(9)**    This option was previously reported as covering 1,066,000 shares at an exercise price of $0.61 per share, but was adjusted to reflect a 1-for-10 reverse stock split that occurred on May 19, 2011.

**(10)**    The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.