# Exhibit EE

## PAUL B. MIDDLETON TRADING VOLUME IN PLUG STOCK

### November 9, 2020 – March 16, 2021 Class Period

| Date of Transaction | Type of Transaction | Number of Shares Sold |
|---|---|---|
| 12/24/2020 | Exercise and sale of vested stock options pursuant to a pre-established 10b5-1 plan.[1] | 216,667[2] |
| | Total Number of Shares Sold: | 216,667 |

### July 4, 2020 – November 8, 2020[3]

| Date of Transaction | Type of Transaction | Number of Shares Sold |
|---|---|---|
| 7/6/2020 | Exercise and sale of vested stock options pursuant to a pre-established 10b5-1 plan.[4] | 250,000[5] |
| 8/10/2020 | Exercise and sale of vested stock options pursuant to a pre-established 10b5-1 plan.[6] | 550,000[7] |
| 10/12/2020 | Exercise and sale of vested stock options and sale of stock pursuant to a pre-established 10b5-1 plan.[8] | 697,066[9] |
| | Total Number of Shares Sold: | 1,497,066 |

1

**PAUL B. MIDDLETON NET PROCEEDS OF TRADES IN PLUG STOCK**

**November 9, 2020 – March 16, 2021 Class Period**[10]

| Date | # of Shares Sold | Sale Price/Share | Gross Proceeds | # of Options Exercised | Exercise Price | Cost of Exercise |
|---|---|---|---|---|---|---|
| 12/24/2020 | 216,667 | $35.1299 | $7,611,490.04 | | | |
| **TOTAL GROSS** | | | **$7,611,490.04** | | | |
| 12/24/2020 | | | | 41,667 | $2.23 | $92,917.41 |
| 12/24/2020 | | | | 41,667 | $2.62 | $109,167.54 |
| 12/24/2020 | | | | 133,333 | $1.96 | $261,332.68 |
| **TOTAL COST** | | | | | | **$463,417.63** |
| **TOTAL NET** | | | | | | **$7,611,490.04** **-$463,417.63** **=$7,148,072.41** |

**July 4, 2020 – November 8, 2020**[11]

| Date | # of Shares Sold | Sale Price/Share | Gross Proceeds | # of Options Exercised | Exercise Price | Cost of Exercise |
|---|---|---|---|---|---|---|
| 7/6/2020 | 250,000[12] | $10.0000 | $2,500,000.00 | | | |
| 8/10/2020 | 550,000[13] | $12.0000 | $6,600,000.00 | | | |
| 10/12/2020 | 697,066[14] | $18.4855 | $12,885,613.54 | | | |
| **TOTAL GROSS** | | | **$21,985,613.54** | | | |
| 7/6/2020 | | | | 250,000[15] | $3.5400 | $885,000.00 |
| 8/10/2020 | | | | 250,000[16] | $2.4300 | $607,500.00 |
| 8/10/2020 | | | | 300,000[17] | $1.7200 | $516,000.00 |
| 10/12/2020 | | | | 550,000[18] | $2.1400 | $1,177,000.00 |

| **TOTAL COST** | | | | | | **$3,185,500.00** |
|---|---|---|---|---|---|---|
| **TOTAL NET** | | | | | | $21,985,613.54<br>-$3,185,500.00<br>=$18,800,113.54 |

---

[1] P. Middleton Form 4, Dec. 28, 2020, at FN 1.

[2] P. Middleton Form 4, Dec. 28, 2020, at Table I.

[3] This chart excludes sales-to-cover of vested Restricted Stock Units sold to cover tax-withholding requirements.

[4] P. Middleton Form 4, July 8, 2020, at FN 1.

[5] P. Middleton Form 4, July 8, 2020, at Table I.

[6] P. Middleton Form 4, Aug. 12, 2020, at FN 1.

[7] P. Middleton Form 4, Aug. 12, 2020, at Table I.

[8] P. Middleton Form 4, Oct. 14, 2020, at FN 1.

[9] P. Middleton Form 4, Oct. 14, 2020, at Table I.

[10] All numbers in this chart are taken from P. Middleton Form 4, Dec. 28, 2020, at Table I.

[11] This chart excludes sales-to-cover of vested Restricted Stock Units sold to cover tax-withholding requirements.

[12] P. Middleton Form 4, July 8, 2020, at Table I.

[13] P. Middleton Form 4, Aug. 12, 2020, at Table I.

[14] P. Middleton Form 4, Oct. 14, 2020, at Table I.

[15] P. Middleton Form 4, July 8, 2020, at Table I.

[16] P. Middleton Form 4, Aug. 12, 2020, at Table I.

[17] P. Middleton Form 4, Aug. 12, 2020, at Table I.

[18] P. Middleton Form 4, Oct. 14, 2020, at Table I.

# FORM 4

e Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * <br> MIDDLETON PAUL B <br><br> (Last) (First) (Middle) <br> C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD <br><br> (Street) <br> LATHAM, NY 12110 <br> (City) (State) (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> PLUG POWER INC [PLUG] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 07/06/2020 <br><br> 4. If Amendment, Date Original Filed(Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer <br> (Check all applicable) <br> ___ Director ___ 10% Owner <br> _X_ Officer (give title below) ___ Other (specify below) <br> CFO & Senior VP <br><br> 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Plug Power Common Stock | 07/06/2020 | | M | | 250,000 | A | $ 3.54 | 318,983 | D | |
| Plug Power Common Stock | 07/06/2020 | | S(1) | | 250,000 | D | $ 10 | 68,983 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $ 3.54 | 07/06/2020 | | M | | 250,000 | | (2) | 12/01/2024 | Common Stock | 250,000 | $ 0 | 0 | D | |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MIDDLETON PAUL B <br> C/O PLUG POWER INC. <br> 968 ALBANY SHAKER ROAD <br> LATHAM, NY 12110 | | | CFO & Senior VP | |

# Signatures

| /s/ Gerard L. Conway Jr., Attorney-in-Fact | 07/08/2020 |
|---|---|
| ** Signature of Reporting Person | Date |

# Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)**   Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of June 11, 2020.

**(2)**   The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

## FORM 4

e Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * MIDDLETON PAUL B | 2. Issuer Name **and** Ticker or Trading Symbol PLUG POWER INC [PLUG] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last) (First) (Middle) C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD | 3. Date of Earliest Transaction (Month/Day/Year) 08/10/2020 | __ Director    __ 10% Owner  __X__ Officer (give title below)   __ Other (specify below) CFO & Senior VP |
| (Street) LATHAM, NY 12110 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |
| (City)        (State)        (Zip) | | |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Plug Power Common Stock | 08/10/2020 | | M | | 250,000 | A | $ 2.43 | 318,983 | D | |
| Plug Power Common Stock | 08/10/2020 | | M | | 300,000 | A | $ 1.72 | 618,983 | D | |
| Plug Power Common Stock | 08/10/2020 | | S[(1)] | | 550,000 | D | $ 12 [(2)] | 68,983 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $ 2.43 | 08/10/2020 | | M | | | 250,000 | [(3)] | | 07/23/2025 | Common Stock | 250,000 | $ 0 | 0 | D | |
| Stock Option (Right to Buy) | $ 1.72 | 08/10/2020 | | M | | | 300,000 | [(3)] | | 08/09/2026 | Common Stock | 300,000 | $ 0 | 0 | D | |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MIDDLETON PAUL B C/O PLUG POWER INC. 968 ALBANY SHAKER ROAD LATHAM, NY 12110 | | | CFO & Senior VP | |

## Signatures

| | |
|---|---|
| /s/ Gerard L. Conway Jr., Attorney-in-Fact | 08/12/2020 |
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)**   Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of June 11, 2020.

**(2)**   The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $12.00 to $12.01, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)**   The stock option granted to the reporting person is fully vested and exercisable as of the date hereof.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# FORM 4

ᵉ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * <br> MIDDLETON PAUL B <br><br> (Last)  (First)  (Middle) <br> C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD <br><br> (Street) <br><br> LATHAM, NY 12110 <br><br> (City)  (State)  (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> PLUG POWER INC [PLUG] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 10/12/2020 <br><br> 4. If Amendment, Date Original Filed(Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> __ Director ___ 10% Owner <br> _X_ Officer (give title below) ___ Other (specify below) <br> CFO & Senior VP <br><br> 6. Individual or Joint/Group Filing(Check Applicable Line) <br> _X_ Form filed by One Reporting Person <br> ___ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 10/12/2020 | | M | | 550,000 | A | $ 2.14 | 897,056 | D | |
| Common Stock | 10/12/2020 | | S⁽¹⁾ | | 697,066 | D | $ 18.4855 ⁽²⁾ | 199,990 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(*e.g.*, puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $ 2.14 | 10/12/2020 | | M | | | 550,000 | ⁽³⁾ | 08/31/2027 | Common Stock | 550,000 | $ 0 | 0 | D | |

## Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MIDDLETON PAUL B <br> C/O PLUG POWER INC. <br> 968 ALBANY SHAKER ROAD <br> LATHAM, NY 12110 | | | CFO & Senior VP | |

## Signatures

| | |
|---|---|
| /s/ Gerard L. Conway Jr., Attorney-in-Fact | 10/14/2020 |
| ** Signature of Reporting Person | Date |

## Explanation of Responses:

\*    If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)**  Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of September 2, 2020.

**(2)**  The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $18.00 to $18.89, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)**  The stock option granted to the Reporting Person is fully vested and exercisable as of the date hereof.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.

# FORM 4

e   Check this box if no
longer subject to
Section 16. Form 4 or
Form 5 obligations
may continue. *See*
Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP OF SECURITIES**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility
Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden | |
| hours per response... | 0.5 |

(Print or Type Responses)

| 1. Name and Address of Reporting Person * MIDDLETON PAUL B | 2. Issuer Name **and** Ticker or Trading Symbol PLUG POWER INC [PLUG] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)          (First)          (Middle) C/O PLUG POWER INC., 968 ALBANY SHAKER ROAD | 3. Date of Earliest Transaction (Month/Day/Year) 12/24/2020 | ___ Director                         ___ 10% Owner __X_ Officer (give title below)     ___ Other (specify below) CFO & Senior VP |
| (Street) LATHAM, NY 12110 | 4. If Amendment, Date Original Filed(Month/Day/Year) | 6. Individual or Joint/Group Filing(Check Applicable Line) _X_ Form filed by One Reporting Person ___ Form filed by More than One Reporting Person |

(City)          (State)          (Zip)

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1.Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 12/24/2020 | | M | | 41,667 | A | $ 2.23 | 241,657 | D | |
| Common Stock | 12/24/2020 | | M | | 41,667 | A | $ 2.62 | 283,324 | D | |
| Common Stock | 12/24/2020 | | M | | 133,333 | A | $ 1.96 | 416,657 | D | |
| Common Stock | 12/24/2020 | | S(1) | | 216,667 | D | $ 35.1299 (2) | 199,990 | D | |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB control number.**

SEC 1474 (9-02)

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
*(e.g., puts, calls, warrants, options, convertible securities)*

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4, and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Underlying Securities (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of Derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form of Derivative Security: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Option (Right to Buy) | $ 2.23 | 12/24/2020 | | M | | | 41,667 | (3) | 08/19/2029 | Common Stock | 41,667 | $ 0 | 83,333 | D | |
| Stock Option (Right to Buy) | $ 2.62 | 12/24/2020 | | M | | | 41,667 | (4) | 08/19/2029 | Common Stock | 41,667 | $ 0 | 83,333 | D | |
| Stock Option (Right to Buy) | $ 1.96 | 12/24/2020 | | M | | | 133,333 | (5) | 08/28/2028 | Common Stock | 133,333 | $ 0 | 66,667 | D | |

# Reporting Owners

| Reporting Owner Name / Address | Relationships | | | |
|---|---|---|---|---|
| | Director | 10% Owner | Officer | Other |
| MIDDLETON PAUL B | | | | |

| C/O PLUG POWER INC.<br>968 ALBANY SHAKER ROAD<br>LATHAM, NY 12110 | | | CFO & Senior VP | |

## Signatures

| /s/ Gerard L. Conway Jr., Attorney-in-Fact | 12/28/2020 |
| **Signature of Reporting Person | Date |

## Explanation of Responses:

\*     If the form is filed by more than one reporting person, *see* Instruction 4(b)(v).

\*\*    Intentional misstatements or omissions of facts constitute Federal Criminal Violations. *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

**(1)**   Shares sold pursuant to a pre-established 10b5-1 trading plan effective as of September 2, 2020.

**(2)**   The price reported in Column 4 is a weighted average price. These shares were sold in multiple transactions at prices ranging from $35.03 to $35.73, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the range.

**(3)**   On August 19, 2019, the Reporting Person was granted 125,000 stock options, vesting in three substantially equal installments beginning on the first anniversary of the grant date.

**(4)**   On August 19, 2019, the Reporting Person was granted 125,000 stock options, vesting in three substantially equal installments beginning on the first anniversary of the grant date.

**(5)**   On August 28, 2018, the Reporting Person was granted 200,000 stock options, vesting in three substantially equal installments beginning on the first anniversary of the grant date.

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

Potential persons who are to respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.