# Exhibit N

**PLUG POWER INC.**
**BOARD OF DIRECTORS**

*CONFERENCE CALL*

**November 6, 2020**

A meeting of the Board of Directors (the "Board") of Plug Power Inc. (the "Company") was held on November 6, 2020, via teleconference.

| | |
|---|---|
| Present: | McNamee, George |
| | Marsh, Andy |
| | Helmer, Maureen |
| | Roth, Johannes Minho |
| | Kenausis, Gregory |
| | Willis, Gary |
| | Silver, Jonathan |
| | Schneider, Luke |

| | |
|---|---|
| Also Present By Invitation: | Middleton, Paul, Chief Financial Officer |
| | Conway, Gerard, Corporate Secretary & General Counsel |
| | Hull, Marty, Chief Accounting Officer |

The meeting commenced at 3:00 pm Eastern Time.

### *DISCUSSION*

Mr. Marsh and Mr. Middleton provided the Board with an update relative to the current status of Amazon warrant, including shares vested and unvested, exercise price for vested shares, fact that warrant permits cashless exercise, etc.  Mr. Marsh advised the Board of the discussions that he had engaged in with respect to the issue related to the accounting treatment of the vested and unvested options.  Mr. Marsh further advised that he and Management had engaged in extensive discussions with **ATTORNEY-CLIENT PRIVILEGED** and accountant, KPMG as well as the Company's tax advisor, Deloitte.  Due to the rapid pace of business expansion with Amazon and the rate of vesting of outstanding warrants to date, Mr. Marsh advised the Board that it was the recommendation of Management to accelerate the remaining tranches of outstanding but unvested warrants.  This would allow for clearer presentation of the Company financials going forward and would eliminate the "overhang" with respect to the financial disclosures that would otherwise occur.  Discussion Ensued.

### *Approval of Resolutions*

Proposed resolutions were circulated to the members of the Board prior to the meeting.  After due discussion and consideration, motion duly made and seconded, the Board unanimously consented to adoption of resolutions in the form attached hereto as Exhibit A.

The meeting concluded at 4:00 p.m. Eastern Time.

Board of Directors
November 2020

CONFIDENTIAL    PLUGPOWER_220_00001934

## EXHIBIT A

## PLUG POWER INC.

### Proposed Resolutions of the Board of Directors

November 6, 2020

*Warrant Vesting*

**RESOLVED**: That the Board of Directors (the "**Board**") deems it advisable and in the best interests of Plug Power Inc. (the "**Company**") that the Company enter into and perform the Waiver between the Company and Amazon.com NV Investment Holdings LLC ("**Amazon**") substantially in the form presented to the Board (the "**Waiver**"), pursuant to which the Company is waiving all remaining Vesting Events under the Warrant to Purchase Common Stock issued by the Company to Amazon on April 4, 2017 with respect to 55,286,696 shares of the Company's Common Stock (the "**Warrant**"), resulting in the vesting of an additional 20,368,784 shares of the Company's Common Stock under the warrant (representing approximately 4.7% of the shares of Common Stock outstanding as of the date of the Waiver).

**RESOLVED**: That the Company be, and it hereby is, authorized and directed to execute, deliver and perform the Waiver, and that the Waiver be, and hereby is, approved.

**RESOLVED**: That the Company's President and Chief Executive Officer, its Chief Financial Officer, its General Counsel, Corporate Secretary and each Senior Vice President and its Chief Accounting Officer (each, an "**Authorized Officer**" and, together, the "**Authorized Officers**"), and each of them acting singly, be, and they hereby are, authorized, in the name and on behalf of the Company, to prepare, execute and deliver, in the name and on behalf of the Company, the Waiver and any other necessary or contemplated documents, each with such additions thereto and changes and insertions therein as the officer or officers executing the same may deem necessary, appropriate or desirable, such execution and delivery of any Authorized Officer shall conclusively establish both the authority of such person to do so from the Company and the approval of the Board.

**RESOLVED**: That any and all actions heretofore or hereinafter taken on behalf of the Company by any of said persons or entities within the terms of the foregoing resolutions are hereby approved, ratified and confirmed, as the acts and deeds of the Company.

**RESOLVED**: That the Authorized Officers be, and any Authorized Officer acting singly hereby is, authorized and directed, in the name and on behalf of the Company, to execute and deliver all agreements, instruments, documents and certificates, and to take all such actions in connection therewith as such officer shall determine, in his sole discretion, to be necessary, appropriate or desirable in order to carry out the intent and effectuate the purposes of any of the foregoing resolutions; and that the execution and delivery of any such agreements, instruments, documents and certificates and the taking of any such other action by such officer shall be conclusive evidence of the authority of such officer so acting pursuant to these resolutions.

Board of Directors
November 2020

CONFIDENTIAL

PLUGPOWER_220_00001935

**RESOLVED**:      That all actions, preparations, executions, deliveries and filings of all agreements, instruments, documents and certificates in the name of and on the behalf of the Company, under its corporate seal or otherwise, and all fees and expenses incurred or paid by any Authorized Officer as they, or any one of them, have deemed necessary, appropriate or desirable to carry out the intent and effectuate the purposes of the foregoing resolutions prior to the date hereof are hereby authorized, approved, adopted, ratified and confirmed in all respects.

Board of Directors
November 2020

3

CONFIDENTIAL

PLUGPOWER_220_00001936