# Exhibit P



**UNITED STATES**
## SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

**DIVISION OF
CORPORATION FINANCE**

December 16, 2020

Paul Middleton
Chief Financial Officer
Plug Power, Inc.
968 Albany Shaker Road
Latham, NY 12110

> **Re: Plug Power, Inc.**
> **Form 10-K for the Fiscal Year Ended December 31, 2019**
> **Filed March 10, 2020**
> **Form 8-K filed November 9, 2020**
> **File No. 001-34392**

Dear Mr. Middleton:

 We have limited our review of your filing to the financial statements and related disclosures and have the following comments.  In some of our comments, we may ask you to provide us with information so we may better understand your disclosure.

 Please respond to these comments within ten business days by providing the requested information or advise us as soon as possible when you will respond.  If you do not believe our comments apply to your facts and circumstances, please tell us why in your response.

 After reviewing your response to these comments, we may have additional comments.

Form 10-K for the Fiscal Year Ended December 31, 2019

Management's Discussion and Analysis of Financial Condition and Results of Operations
Results of Operations, page 28

1. Where you identify intermediate causes of changes in your operating results, also describe the reasons underlying the causes.  For example, you indicate that the fiscal 2019 increase in revenue from sales of fuel cell systems and related infrastructure was due in part to an increase in units sold and a "change in product mix and variations in customer programs."  Please explain in reasonable detail the reasons for these trends, including why unit sales increased and the specific changes in product mix and customer programs that drove the revenue increase.  See SEC Release No. 33-8350.

Equity Instruments, page F-18

2. Please address the following comments related to your accounting for the warrants issued

Paul Middleton
Plug Power, Inc.
December 16, 2020
Page 2

under the Amazon and Walmart Transaction Agreements:

- We note that you appear to have adopted both ASU's 2019-08 and 2018-07 as of January 1, 2019. Tell us in sufficient detail how you applied the transition guidance related to these standards. In doing so, specifically clarify why you did not recognize a cumulative effect of the change on retained earnings as of the beginning of the adoption period. See ASC 718-10-65-11(f) and 718-10-65-15(g).

- Clarify for us how, if at all, adoption of the ASU's impacted the timing of when you recognize the provision for the second and third warrant tranches.

- Based on your disclosure on page 34 of the Form 10-Q for the quarterly period ended September 30, 2020, we note that you recognized a significant increase in the Amazon warrant provision during the quarter, including a "provision for losses" of $4.3 million. Explain to us in sufficient detail how you measure and recognize the third Amazon warrant tranche. In doing so, explain how adoption of the aforementioned ASU's and the establishment of the exercise price during 2020 impacted your accounting, particularly as it pertains to the timing and amounts of the related warrant provisions. Also reconcile for us the $17.3 million amount disclosed as a reduction of revenue for the three months ended September 30, 2020 with the $23.8 million amount disclosed as constrained revenue.

### 10. Convertible Senior Notes, page F-27

3. We note that you amortize the debt discount and transaction costs associated with the liability component of your $100 Million Convertible Senior Notes over the term of the notes. We note similar treatment for your 3.75% Convertible Senior Notes disclosed on page 27 of your Form 10-Q for the quarterly period ended September 30, 2020. Please tell us how your amortization policy complies with the guidance in ASC 470-20-35-13 requiring amortization of such items over the expected life of a similar liability that does not have an associated equity component.

### 15. Employee Benefit Plans, page F-36

4. Please tell us how you determined it was appropriate to use the simplified method in determining the expected term of your stock option grants. See SAB Topic 14D.

### 18. Commitments and Contingencies, page F-42

5. We note your disclosure on page F-43 that you have "sold future services to be performed associated with certain sale/leaseback transactions and recorded the balance as a finance obligation." Please clarify what this statement means and tell us the specific accounting guidance you are using for these future services.

Paul Middleton
Plug Power, Inc.
December 16, 2020
Page 3

Form 8-K filed November 9, 2020

Exhibit 99.1, page 1

6.    We note that the introductory bullets and the "Recap of the Third Quarter Financials" section do not discuss any results on a GAAP basis.  We further note that the recap and headline reference a "record" quarter in several places.  Considering you experienced declines in gross profit, operating losses, and net losses during the three and nine month periods ended September 30, 2020, please provide a more balanced presentation that also discusses your trends and results on a GAAP basis.

7.    Please address the following comments related to the non-GAAP measures and operational metrics provided in your filing:

- We note that you quantify and discuss "gross billings" in the introductory bullets and the immediately following discussion.  Considering the importance that you attribute to this metric, please revise future filings to provide your investors with a clear definition of gross billings and how it is calculated, the reasons why the metric is useful to investors, how management uses the metric, and disclosure of any significant estimates or assumptions underlying the metric.

- We note that you have titled several of your non-GAAP measures as "proforma." Based on the information in the filing, it does not appear that this information is pro forma financial information based on the guidance in Article 11 of Regulation S-X. If true, please revise to more clearly identify these measures as non-GAAP, eliminating the use of the term "proforma."

- We note that you present non-GAAP "proforma" Adjusted EBITDA, operating loss, gross profit, and diluted net loss per share measures that exclude provisions for common stock warrants and loss contracts related to service.  Considering these provisions are directly related to revenue generating activities with customers, please amend your filing to remove these adjustments across all of your non-GAAP measures.  See Question 100.04 of the Compliance and Disclosure Interpretations on Non-GAAP Financial Measures.  In this regard, we note that in a response letter dated December 27, 2018, you indicated that you would no longer make an adjustment for the provision for customer common stock warrants when determining adjusted gross profit.  Please help us understand why you have reversed, or appear to have reversed, this previously communicated position and presented additional non-GAAP financial measures reflecting this adjustment.

- We refer to your presentation of Adjusted EBITDA and note that you present it as a measure of your performance.  In response letters dated December 27, 2018 and May 8, 2019, you indicated that you consider adjusted EBITDA to be a liquidity measure and that cash flows from operations represent the most directly comparable GAAP

Paul Middleton
Plug Power, Inc.
December 16, 2020
Page 4

measure.  Further, in a response letter dated July 5, 2019, you indicated that you would revise the calculation of this liquidity measure in future filings to remove an adjustment that had the effect of excluding the cash flow effects associated with changes in working capital from the measure.  Please explain to us why your current presentation contradicts your prior correspondence with us.

- We note that Adjusted EBITDA includes an adjustment for the "Right-of-use asset depreciation and interest associated with PPA financings" which includes amounts "equal to operating lease expense."  Tell us the reasons you adjust for operating lease expense and explain how your treatment complies with Question 100.01 of the Compliance and Disclosure Interpretations on Non-GAAP Financial Measures.

- Please provide us with an understanding of the disclosure controls and procedures in place as they relate to non-GAAP financial measures and specifically address how changes to non-GAAP measures are to be disclosed in accordance with these procedures.

- We note that Adjusted EBITDA includes an adjustment for the "impact of COVID-19."  Please tell us and clearly disclose the nature of the COVID-related costs included within this adjustment.  In your response, tell us the amount of this adjustment.

In closing, we remind you that the company and its management are responsible for the accuracy and adequacy of their disclosures, notwithstanding any review, comments, action or absence of action by the staff.

You may contact Andrew Blume, Staff Accountant, at (202) 551-3254 or Melissa Raminpour, Accounting Branch Chief, at (202) 551-3379 with any questions.

Sincerely,

Division of Corporation Finance
Office of Manufacturing