# Exhibit U



# Plug Power Inc. Discussion with the Audit Committee

**Audit results for the year ended December 31, 2020**

Presented on February 24, 2021

CONFIDENTIAL



**Critical Audit Matter    Critical Accounting Policy and Practice    Critical Accounting Estimate    Significant Risk of Error**

# Equity instruments – Amazon warrant modification

**Description including management's process to develop estimates and significant assumptions made**

In April 2017, the Company issued warrants to a customer to acquire up to 55,286,696 shares of the Company's common stock, the vesting of which was conditioned upon payments made by the customer for the purchase of goods and services. On December 31, 2020, the Company modified the terms of the award by waiving the vesting conditions under the warrant (the "December 2020 Waiver"), which resulted in the immediate vesting of all remaining unvested warrants and recognition of a $399.7 million reduction to revenue. The amount of reduction to revenue was determined by the Company's probability assessment of whether the underlying warrants would have vested under the terms of the original arrangement, based on projections of probable future cash collections.

A high degree of judgment was required to evaluate the number of shares that were considered probable of vesting immediately prior to the modification. Specifically, judgment was required to evaluate the Company's estimate of probable future purchases of goods and services to be made by the customer under the April 2017 arrangement.

## Audit response

We evaluated the design and tested the operating effectiveness of certain internal controls over the Company's accounting for the December 31, 2020 Waiver, including a control over the estimate of probable future cash collections from the customer.

To management's probability assessment of the number of warrants that would have vested under the terms of the original arrangement, we compared the amount of projected probable future cash collections from the customer to either:

• purchase orders received from the customer for fuel cells, hydrogen infrastructure and service, or

• historical fuel purchases by the customer.



© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

1

PLUGPOWER_220_00001604



**Critical Audit Matter     Critical Accounting Policy and Practice     Critical Accounting Estimate     Significant Risk of Error**

# Revenue recognition – standalone selling price

## Description including management's process to develop estimates and significant assumptions made

The Company's contracts with customers generally contain multiple performance obligations, and the total transaction price is allocated for purposes of recognizing revenue based on relative stand-alone selling prices. The Company estimates stand-alone selling prices for sales of fuel cells as well as services for both fuel cells and infrastructure, using the expected cost plus a margin approach. Under this approach, the Company determines expected cost plus a margin by considering actual historical prices negotiated with customers. For sales of infrastructure, the Company uses the adjusted market assessment approach to evaluate the market and estimate the price customers are willing to pay for similar products in the marketplace. The Company recognized net revenue from the sales of fuel cells of $(55.2) million, sales of infrastructure of $(39.2) million and sales of services of $(17.3) million, respectively, for the year-ended December 31, 2020.

Significant judgment is required to evaluate the estimated costs of satisfying performance obligations, including future service cost efficiencies, and the appropriateness of the margins for estimating stand-alone selling prices for fuel cells and services for fuel cells and infrastructure determined using the expected cost plus a margin approach. Subjective auditor judgment also is required to assess the relevance and reliability of selling prices of comparable products used in the estimation of stand-alone selling prices of infrastructure determined using the adjusted market assessment approach.

## Audit response

We evaluated the design and tested the operating effectiveness of certain internal controls related to the Company's process to estimate stand-alone selling prices, including controls related to (1) determining expected cost plus a margin using actual historical prices negotiated with customers for its products and services, and (2) the evaluation of the relevance and reliability of selling prices of comparable products. For revenue allocated to fuel cells and services, we evaluated the Company's estimates of the expected costs of satisfying its performance obligations by comparing them to historical actual costs incurred as well as future service cost efficiencies by comparing those to historical service cost efficiency improvements. We obtained the Company's estimate of stand-alone selling prices and compared cost plus margin data for certain transactions to historical pricing negotiated with customers. For revenue allocated to infrastructure using an adjusted market assessment approach, we evaluated the relevance and reliability of data used in management's estimates of stand-alone selling prices by comparing to price data for similar products sales in the marketplace.



© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

2

PLUGPOWER_220_00001605

 # Audit results required communications and other matters

| | **Response** |
|---|---|
| Outstanding matters | Significant outstanding matters include but are not limited to the following:<br>- Finalize documentation and review, including engagement quality control review<br>- Receipt of customary documents at filing (e.g. management representation letter, CEO and CFO certifications) |
| Significant unusual transactions | No significant unusual transactions identified during the audit. |
| Uncorrected audit misstatements | See separate slide. |
| Corrected audit misstatements | No matters to communicate. |
| Financial statement presentation and disclosure omissions | No matters to communicate. |
| Non-GAAP policies and practices | Certain hydrogen fuel costs included in research and development – see uncorrected audit misstatements.<br>No other matters of significance to communicate. |
| Material weaknesses and significant deficiencies in internal control | See separate slide. |
| Other financial reporting matters | Alternative accounting treatments – see separate slide. No other matters to communicate. |
| Critical audit matters | See separate slides. |
| Draft auditors' report | Included in the Form 10-K. ICOFR scope-out for acquired businesses. |
| Changes to our risk assessment and planned audit strategy | No matters to report. |
| Changes to audit participants and strategy | No matters to report. |
| Significant accounting policies and practices | The Company's accounting policies and practices are found in note 1 to the financial statements. |
| Critical accounting policies and practices | See separate slides. |
| Critical accounting estimates | See separate slides. |
| Significant Risks | See separate slides. |

(Left sidebar: **Audit results**)


© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

3



# Audit results required communications and other matters

| | **Response** |
|---|---|
| **Audit results** Related Parties | No matters to report. |
| Going concern | The Company's disclosures about liquidity are found in note 1 to the financial statements. |
| Other information | Our responsibility with respect to information in a document does not extend beyond the financial information identified in our report, and we have no obligation to perform any procedures to corroborate other information contained in a document. However, we do have a responsibility to read the other information and consider whether such information, or the manner of its presentation, is materially inconsistent with information, or the manner of its presentation, appearing in the financial statements. As a result of our consideration of the other information, no material inconsistences or material misstatements of facts were identified related to other information. |
| Illegal acts or fraud | No actual or suspected fraud involving management, employees with significant roles in internal control, or where fraud results in a material misstatement in the financial statements were identified during the audit. |
| Significant difficulties encountered during the audit | No matters to report. |
| Difficult or contentious matters for which the auditors consulted | The engagement team consulted with KPMG's National Office regarding 1) the determination of materiality for purposes of planning and performing our audit, 2) accounting for the May 2020 convertible note transactions, 3) accounting for the December 31, 2020 modification to the Amazon Warrant agreement; and 4) critical audit matters. |
| Management's consultation with other accountants | No matters to report. |
| Disagreements with management | No matters to report. |
| Other matters | See separate slides. |
| Material written communications | See appendices. |
| **Independence** | See separate slides. |
| **Audit quality and transparency** | See appendices. |
| **Required inquiries** | See separate slides. |


© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

4

PLUGPOWER_220_00001607



# Significant deficiency in internal control: physical inventory

— The Company performs a full wall-to-wall physical inventory count annually, on or around December 31 and appropriately adjusts the perpetual inventory records based on the results of the count.

— Net adjustments to <u>decrease</u> inventory in the perpetual records at December 31, 2020 and 2019 were $1.4 million and $3.4 million, respectively.

— Considering the magnitude of these adjustments, the physical inventory counts is not appropriately designed in that the counts are not performed with appropriate frequency to prevent significant differences between the perpetual inventory records and the physical counts.

— The Company's physical inventory process at December 31, 2020 improved compared to December 31, 2019, as corroborated by a decrease in the magnitude of net adjustment required, while turnover volume increased.

— The Company has begun to implement inventory cycle counts. However, cycle count controls require a variety of measures be effectively implemented, along with a demonstrated history of accurate results and appropriate monitoring, among other considerations, in order to be deemed effective. The Company's cycle count program has not yet reached this level of maturity.

— The potential misstatement resulting from inventory misstatements is not reasonably possible of being material.

— Accordingly, we concluded the following significant deficiency in internal control over financial reporting existed at December 31, 2020:

**The Company's physical inventory counts are not performed with appropriate frequency to prevent significant misstatements in the perpetual inventory records between counts.**

 © 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

5

PLUGPOWER_220_00001608



# Request for pre-approval of services

We respectfully request pre-approval by Plug Power's Audit Committee of the Board of Directors to serve as the Company's independent registered public accounting firm as of and for the year ending December 31, 2021 including provision of an integrated audit, timely quarterly reviews, and consents and comfort letters as requested. Our audit fee will be mutually agreed at a later date.

We also request pre-approval to audit the Plug Power Inc. Savings and Retirement Plan as of and for the year ended December 30, 2020. Our fee estimate is $35,000.



© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

6

CONFIDENTIAL

 Required inquiries

The following inquiries are required in accordance with AS 1301

**Is the Audit Committee aware of:**

— Matters relevant to the audit, including, but not limited to, violations or possible violations of laws or regulations?

— Tips or complaints regarding the Company's financial reporting (including those received through the Audit Committee's internal whistleblower program, if such programs exist) and, if so, the Audit Committee's responses to such tips and complaints?

— Any instances where the Company entered into any significant unusual transactions?

**Does the Audit Committee have knowledge of:**

— Fraud, alleged fraud, or suspected fraud affecting the Company?

**Additional required inquiries:**

— What are the Audit Committee's views about fraud risks in the Company?

— What is the nature and extent of communications expected between the auditors and the Audit Committee regarding misappropriations perpetrated by lower-level employees?

— How does the Audit Committee exercise oversight of the Company's fraud risks and the establishment of controls to address fraud risks?

— Is the Audit Committee aware of, or has it formed an opinion about, the identification and assessment of risks of material misstatement?

— Has in-house or external legal counsel reported any matters under SEC Rules and Regulations Part 205, Standards of Professional Conduct for Attorneys Appearing and Practicing before the Commission in the Representation of an Issuer?

— What is the Audit Committee's understanding of the Company's relationships and transactions with related parties that are significant to the Company?

— Is the Audit Committee concerned about the relationships or transactions with related parties, and, if so, what is the substance of those concerns?

 © 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

7

CONFIDENTIAL

PLUGPOWER_220_00001610

 # Our approach to fraud risk

**Quality in all that we do**

- Audit quality remains our highest priority and is critical to fulfilling our role in the capital markets.

- To deliver on our audit quality commitment, we are focused on consistently planning and executing our audits, in line with the requirements of applicable professional standards within a strong system of quality control.

- Core to actions to drive quality are a culture of integrity, innovation, including our smart audit platform KPMG Clara, and nurturing and supporting our talented professionals.

**Specific approach to fraud risk**

- Financial fraud can be complex and sophisticated and it is essential that businesses, those charged with governance, and their auditors assess the risk of financial fraud and respond accordingly.

- The auditors' responsibility is to plan and perform an audit to provide reasonable assurance that material misstatements are detected, whether caused by error or fraud.

- At KPMG, we are focused on exercising professional skepticism, and executing fundamental audit procedures and collating evidence, aligned with the professional standards, to seek to detect material misstatement as a result of fraud.

  - We share our planned audit approach and responses with audit committees every year.

  - We perform risk assessments, including conducting interviews within the company, assessing management's fraud risk, and running analytical procedures, as appropriate under the standards.

  - And when fraud risk is identified, we perform incremental procedures at the highest level of risk.

- As part of our commitment to sustaining audit quality, we recognize nothing remains static. We are committed to continually improving the quality, consistency, and efficiency of our audits, enabled by our technology, including our approach to fraud risk.

 © 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

8



# Risk assessment: Significant risks of fraud

| Risk | Description | Our audit response and findings |
|------|-------------|----------------------------------|
| Revenue recognition – sales cut-off | Management may intentionally accelerate the recognition of fuel cell revenue by recording sales in 2020, for sales where transfer of control occurred in 2021. | For fuel cell revenue recorded in late 2020, we ensured the criteria for revenue recognition had been appropriately satisfied, including vouching to evidence of transfer of title and risk of loss, for a sample of transactions.<br><br>We also tested management's controls ensuring the existence of revenue in the period.<br><br>No significant findings noted. |
| Management override of controls | Management is in a unique position to perpetrate fraud because of its ability to manipulate accounting records and prepare fraudulent financial statements by overriding controls that otherwise appear to be operating effectively.<br><br>Although the level of risk of management override of controls varies from entity to entity, we presume the risk is present in all entities. | Tested controls related to management review and approval of journal entries.<br><br>We developed criteria to identify high-risk journal entries including post-closing adjustments, and vouched to underlying support to corroborate their appropriateness.<br><br>No significant findings noted. |

 © 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

9

CONFIDENTIAL

PLUGPOWER_220_00001612

 # Audit and professional services fees - 2020

We have summarized the fees paid or payable to our firm relating to the 2020 audit and the fees billed for all other professional services in 2020. The services summarized below were previously discussed and pre-approved by the audit committee.

| Service | Description | Fees |
|---|---|---|
| Audit | Audit of the financial statements and ICOFR as of and for the year ended December 31, 2020 including related interim reviews and comfort letters<br>Base audit fee $775,000; audit scope changes $200,000; comfort letters $685,000 | $1,660,000 |
| Audit-related | Audit of the Plug Power Inc. Savings and Retirement Plan for the year ended December 31, 2019 | $30,000 |
| Tax | N/A | -0- |
| Other | N/A | -0- |
| Total | | $1,690,000 |

 © 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

10



# Independence communications

Our professional standards and other regulatory requirements specify that we communicate to you in writing, at least annually, all relationships between our firm, or any affiliates of the firm, and the Company and persons in a financial reporting oversight role at the Company and affirm that we are independent accountants with respect to the Company.

We are not aware of any additional relationships between our firm and the Company and persons in a financial reporting oversight role at the Company other than those that previously have been communicated to the audit committee and the professional services that have been provided to the Company in 2020, which are summarized on a separate slide.

**Affirmation of independence**

We are required to affirm that we are independent in compliance with PCAOB Rule 3520. We will affirm as of the date of our audit report, that we are independent accountants with respect to the Company under PCAOB Rule 3520 and all other relevant professional and regulatory standards.



© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

11

CONFIDENTIAL

PLUGPOWER_220_00001614

**Plug Power Inc.**
**Summary of Uncorrected Audit Misstatements**
**For the Twelve Months Ended December 31, 2020**

Amounts in: USD in 000's
Method used to quantify misstatements: Dual

| ID | Description of misstatement | Type of misstatement | Accounts | Debit | (Credit) | A (Income effect of correcting the balance sheet in prior period — carryforward from prior period's column C) | B (Income effect according to Iron Curtain (Balance Sheet) method) | C=A (Only Income Statement accounts) (Income effect according to Rollover (Income Statement) method) | C-B | Equity at period end | Current Assets | Non-Current Assets | Current Liabilities | Non-Current Liabilities | Operating Activities | Investing Activities | Financing Activities | Comprehensive Loss (Income) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PY AM-5 | Non GAAP Policy: Entry to record impact of non-GAAP application of adoption of ASC Topic 842 (previously deferred profit from 2015 sale leasebacks should have been reversed into accumulated deficit and net impact of classification matters). | Factual | Dr. Revenue | 300 | | (600) | (300) | 300 | | 300 | | | | | (300) | | | 300 |
| | | | Dr. Deferred revenue (a) | 300 | | | | | | | | | | 300 | (300) | | | |
| | | | Cr. Right-of-use asset | | (560) | | | | | | | (560) | | | 560 | | | |
| | | | Cr. Depreciation Exp | | (72) | 632 | 560 | (72) | | (72) | | | | | 72 | | | (72) |
| | | | Dr. Accumulated deficit | 32 | | | | | | 32 | | | | | (32) | | | |
| AM-1 | Non GAAP Policy: Entry to reclass debit in deferred revenue to unbilled receivables. | Factual | Dr. Unbilled accounts receivable | 223 | | | | | | | 223 | | | | (223) | | | |
| | | | Cr. Deferred revenue (a) | | (223) | | | | | | | | (223) | | 223 | | | |
| AM-2 | Unreconciled difference between the AP subledger and trial balance | Factual | Dr. Cost of goods sold | 151 | | | 151 | 151 | | 151 | | | | | (151) | | | 151 |
| | | | Cr. Accounts payable | | (151) | | | | | | | | (151) | | 151 | | | |
| AM-3 | Unreconciled difference between the advances to suppliers and the trial balance | Factual | Dr. Advances to suppliers | 92 | | | | | | | 92 | | | | (92) | | | - |
| | | | Cr. Cost of goods sold | | (92) | | (92) | (92) | | (92) | | | | | 92 | | | (92) |
| AM-4 | Entry to correct 2020 projected understatement of inventory identified during the physical inventory count. | Projected | Dr. Inventory | 306 | | (257) | (306) | (49) | | (306) | 306 | | | | (306) | | | (49) |
| | | | Cr. Cost of goods sold | | (306) | | | | | | | | | | 306 | | | |
| AM-5 | Entry to reclass Cost of Fuel included within R&D | Factual | Dr. Cost of fuel delivered to customers | 11,442 | | | 11,442 | 11,442 | | 11,442 | | | | | (11,442) | | | |
| | | | Cr. Research and development expense | | (11,442) | | (11,442) | (11,442) | | (11,442) | | | | | 11,442 | | | |
| | | | Aggregate of Uncorrected misstatements | | | (225) | 13 | 238 | | 13 | 621 | (560) | (374) | 300 | - | - | - | 238 |
| | | | Financial statement amounts | | | | 553,849 | 553,849 | | (1,513,886) | 1,605,036 | 811,101 | (231,512) | (670,739) | (156,308) | (95,334) | 1,516,361 | 552,667 |
| | | | Uncorrected misstatements as a percentage of financial statement amounts | | | (c) | 0.00% | 0.04% | | (0.00%) | 0.04% | (0.07%) | 0.16% | (0.04%) | 0.00% | 0.00% | 0.00% | 0.04% |

(a) - A portion of deferred revenue is current; however, even if all were attributable and allocated to current liabilities, the amount would inconsequential.
(c) - Given the Company is in a loss position the amounts were not tax affected.

CONFIDENTIAL

Plug Power, Inc.
**Summary of Uncorrected Review Misstatements**
For the quarter ended December 31, 2020

| | |
|---|---|
| Amounts in | USD 000's |
| Method used to quantify misstatements | Dual |

Detailed instructions on automatically populating the review misstatements from the Tracker are provided in the "Instructions" tab.

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Correcting Entry Required at Current Period End** | | | | | **Impact of misstatements on interim financial information** | | | | | | | | | | | |
| | | | | | | **Income Statement Effect - Debit (Credit)** | | | **Balance Sheet Effect - Debit (Credit)** | | | | | **Cash Flow Effect - Increase (Decrease)** | | | **Statement of Comprehensive Income - Debit (Credit)** |
| ID | Description of misstatement | Type of misstatement | Accounts | Debit | (Credit) | Income effect of correcting the balance sheet in prior period (carryforward from prior period's column C) | Income effect according to Iron Curtain (Balance Sheet) method | Income effect according to Rollover (Income Statement) method | Equity at period end | Current Assets | Non-Current Assets | Current Liabilities | Non-Current Liabilities | Operating Activities | Investing Activities | Financing Activities | Comprehensive Income |
| | | | | A | | A | C=A (Only Income Statement accounts) | C-B | | | | | | | | | |
| PY AM-5 | **Non-GAAP Policy:** Entry to record impact of non-GAAP application of adoption of ASC Topic 842 (previously deferred profit from 2015 sale leasebacks should have been reversed into accumulated deficit and net impact of classification matters). | Judgmental | Dr. Revenue | 75 | | (375) | (300) | 75 | 75 | - | | | - | (75) | - | | 75 |
| | | | Dr. Deferred revenue (a) | 300 | | | | | | | | | 300 | (300) | | | |
| | | | Dr. Accumulated deficit | 203 | | | | | 203 | | | | | (203) | | | |
| | | | Cr. Right-of-use- asset | | (560) | 578 | 560 | (18) | (18) | | (560) | | | 560 | | | (18) |
| | | | Cr. Depreciation expense | | (18) | | | | | | | | | 18 | | | |
| AM-1 | **Non-GAAP Policy:** Entry to reclass debit in deferred revenue to unbilled receivables. | Factual | Dr. Unbilled accounts receivable | 223 | | | | | | 223 | | | | (223) | | | |
| | | | Cr. Deferred revenue (a) | | (223) | | | | | | | (223) | | 223 | | | |
| AM-2 | Unreconciled difference between the AP subledger and trial balance | Factual | Dr. Cost of goods sold | 151 | | | 151 | 151 | 151 | | | | | (151) | | | 151 |
| | | | Cr. Accounts payable | | (151) | | | | | | | (151) | | 151 | | | - |
| AM-3 | Unreconciled difference between the advances to suppliers and the trial balance | Factual | Dr. Advances to suppliers | 92 | | | | | | 92 | | | | (92) | | | |
| | | | Cr. Cost of goods sold | | (92) | | (92) | (92) | (92) | | | | | 92 | | | (92) |
| AM-4 | Entry to correct 2020 projected understatement of inventory identified during the physical inventory count. | Projected & Actual | Dr. Inventory | 306 | | | (306) | (306) | (306) | 306 | | | | (306) | | | (306) |
| | | | Cr. Cost of goods sold | | (306) | | | | | | | | | 306 | | | |
| AM-5 | Entry to reclass Cost of Fuel included within R&D | Factual | Dr. Cost of fuel delivered to customers | 11,442 | | | 11,442 | 11,442 | 11,442 | | | | | (11,442) | | | |
| | | | Cr. Research and development expense | | (11,442) | | (11,442) | (11,442) | (11,442) | | | | | 11,442 | | | |
| RM-1 | Entry to correct units that met the revenue recognition terms during Q3, but were not recognized as revenue by the Company until Q4. | | Reversal of prior quarter entry | | | (134) | | 134 | - | | | | | | | | |
| | | | | | | 103 | | (103) | - | | | | | | | | (103) |
| RM-2 | Entry to correct the Q3 FIN 18 calculation and other purchase accounting adjustments. | | Reversal of prior quarter entry | | | 69 | | (69) | - | | | | | | | | |
| | | | | | | 219 | | (219) | - | | | | | | | | |
| | | | Aggregate of Uncorrected misstatements | 203 | | | 13 | (447) | 13 | 621 | (560) | (374) | 300 | - | - | - | (293) |
| | | | Financial statement amounts | | | (b) | 553,849 | 468,335 | (1,513,886) | 1,605,036 | 811,101 | (231,512) | (670,739) | 602 | (23,619) | 925,774 | 467,711 |
| | | | Uncorrected misstatements as a percentage of financial statement amounts | | | (c) | 0.00% | -0.10% | 0.0% | 0.04% | -0.07% | 0.16% | -0.04% | 0% | 0% | 0% | -0.1% |

(a) - A portion of deferred revenue is current; however, even if all were attributable and allocated to current liabilities, the amount would inconsequential.
(b) - This amount is the Company's 2020 actual net loss.
(c) - Given the Company is in a loss position the amounts were not tax affected.

PLUGPOWER_220_00001616



# Convertible note exchange

- In May 2020, the Company used part of the net proceeds from the issuance of the 2025 Convertible Senior Notes for a partial repurchase of the 2023 Convertible Senior Notes, which consisted of an exchange of $66.3 million aggregate principal amount of the 2023 Convertible Senior Notes in privately-negotiated transactions for aggregate consideration of $128.9 million, consisting of approximately $90.2 million in cash and approximately 9.4 million shares of the Company's common stock.
- Each of the holders of the 2023 Convertible Senior Notes who participated in the exchange also are holders of the 2025 Convertible Senior Notes.
- Of the $128.9 million in aggregate consideration, $35.5 million and $93.4 million were allocated to the debt and equity components, respectively, utilizing an effective discount rate of 29.8% to determine the fair value of the liability component.
- As of the repurchase date, the carrying value of the 2023 Convertible Senior Notes subject to the exchange, net of unamortized debt discount and issuance costs, was $48.7 million.
- The 2023 Convertible Senior Notes partial exchange resulted in a $13.2 million gain ($48.7 - $35.5) on early debt extinguishment.
- Had the Company accounted for the transaction as an induced conversion, an charge of $10.0 million would also have been recorded in addition to the accounting described above, representing the excess of the fair value of consideration transferred over the fair value of consideration issuable under the original conversion terms of the 2023 Notes exchanged.
- KPMG accepted the Company's accounting in this matter as an alternative accounting treatment, as
  - the exchange was made at or around fair value
  - diversity exists in accounting for convertible debt exchanges where no legal exercise of a conversion option has occurred

 © 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

12

PLUGPOWER_220_00001617

 # Alternative accounting treatment

**Alternative Accounting Treatment Within U.S. Generally Accepted Accounting Principles**

We have discussed with the audit committee and management during the current audit period the following alternative treatment within U.S. generally accepted accounting principles for accounting policies and practices related to the following material item:

As stated in Note 11 to the consolidated financial statements, the Company exchanged certain of its previously outstanding 5.50% convertible notes due 2023 ("2023 Notes") for cash and shares of the Company's common stock, in connection with issuance of 3.75% convertible notes due 2025. Diversity in practice exists in accounting for convertible debt exchanges where no legal exercise of a conversion option has occurred and the exchange was made at or around fair value. The Company accounted for the exchange as a debt extinguishment, rather than an induced conversion, based on the legal form of the exchange, as the conversion option in the 2023 Notes was not exercised. As a result, the Company recognized a $13.2 million gain on the extinguishment of debt, representing the excess of the fair value of the debt component at the time of the exchange over the carrying value of the liability component of the 2023 Notes exchanged. Had the Company accounted for the transaction as an induced conversion, an additional charge of $10.0 million would also have been recorded, representing the excess of the fair value of consideration transferred over the fair value of consideration issuable under the original conversion terms of the 2023 notes exchanged.

We have discussed with the audit committee and management this alternative treatment within U.S. generally accepted accounting principles, including recognition, measurement, presentation, and disclosure alternatives, and the ramifications of the use of such alternative disclosure and treatment, and the treatment preferred by us. We communicated the significant underlying facts of the change in policy, the major financial statement amounts impacted, and the disclosures impacted. We also communicated the basis for management's selection of the accounting treatment applied.


© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

13

PLUGPOWER_220_00001618



# Other matters: acquisitions

— **Acquisitions of United Hydrogen and Giner ELX**: In June 2020, the Company separately acquired Giner and United Hydrogen (UH) for a combination of cash, stock and contingent consideration, for $52.9 million and $50.8 million, respectively, and accounted for these transactions as business combinations.

— The final allocations of purchase price for the acquisitions, including identifiable intangibles, contingent consideration liabilities and the resulting goodwill, as well as deferred income tax balances acquired.

— Revenues from Giner ELX and UHG included in the Company's results of operations for the year ended December 31, 2020 totaled $3.6 million and $4.2 million, respectively.

— Management's and KPMG's 2020 ICOFR reports exclude Giner and UH assets of $58.0 million (excluding goodwill and intangible assets of $94.9 million) and total revenues of $7.8 million.



© 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

14

PLUGPOWER_220_00001619

 # Other matters: equity and income taxes

— **Capital Raises**: On April 13, 2020, the Company entered into an At the Market Issuance agreement to sell shares of common stock up o $75 million. On August 11, 2020, the Company sold 35,276,250 shares at $10.24. This resulted in total net proceeds to the Company of $344.7 million. On November 16, 2020, the Company sold $38,000,000 shares at $22.25. This resulted in total net proceeds to the Company of $806.2 million. As a subsequent event, on January 26, 2021, the Company sold 28,000,000 shares at $65.00.

— **Income taxes**: The Company recorded an income tax benefit of $30.7 million in the year ended December 31, 2020, in connection with:

— $25.6 million benefit attributable to intra period tax allocation resulting from credits to additional paid-in capital in connection with recording the equity portion of the 2025 convertible notes. The 2025 convertible notes are not bifurcated into debt and equity for income tax purposes; accordingly, a taxable temporary difference has been recognized resulting from a source of taxable income. The treatment of this item is consistent with the 2018 accounting for the 2023 convertible notes in similar circumstances.

— $5.2 million benefit attributable to a reduction in the deferred tax asset valuation allowance required, resulting from the acquisition of a net deferred tax liability from Giner, impacting the Company's realizability of pre-existing deferred tax assets.

 © 2021 KPMG LLP, a Delaware limited liability partnership and a member firm of the KPMG global organization of independent member firms affiliated with KPMG International Limited, a private English company limited by guarantee. All rights reserved.

15

PLUGPOWER_220_00001620



PLUGPOWER_220_00001621