## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE PLUG POWER, INC.
SECURITIES LITIGATION

21 **CIVIL** 2004 (ER)

## **JUDGMENT**

------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 29, 2023, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
August 30, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**  *K. Mango*

**Deputy Clerk**